# EXHIBIT A

## JAMMIE THOMAS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Virgin Records America, Inc. | Janet Jackson | Back | Janet | 174-392 |
| Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bills, Bills, Bills | The Writing's on the Wall | 268-936 |
| Arista Records LLC | Sarah McLachlan | Building a Mystery | Surfacing | 243-027 |
| Interscope Records | No Doubt | Different People | Tragic Kingdom | 206-724 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| UMG Recordings, Inc. | Godsmack | Spiral | Awake | 293-376 |

Virgin Records America, Inc v. Thomas　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 1 Att. 1