Virgin Records America, Inc v. Thomas | Doc. 1 Att. 2 | Dockets.Justia.com

| | Size | Media Type | |
|---|---:|---|---:|
| | 0KB | | Audio |
| Levy | 1KB | | Audio |
| | 0KB | | |
| | 0KB | | |
| | 0KB | | |
| | 1KB | | |
| | 0KB | | |
| | 0KB | | |
| | 0KB | | |
| | 0KB | | |
| etworks Ltd | 7,674KB | Software | |
| | 30,580KB | Video | Dream Theater - Y |
| e | 4,994KB | Audio | |
| | 4,503KB | Audio | |
| | 7,709KB | Audio | |
| | 11,152KB | Audio | |
| | 4,678KB | Audio | |
| | 0KB | | 00-blackwa |
| | 0KB | | 00_velvet_acid_christ-between_th |
| | 0KB | | 00-velvet_acid_christ-pretty_toy-p |
| | 7KB | | |
| | 77,714KB | Video | VNV Nation - Leg |
| | 29,470KB | Video | VNV Nati |
| | 0KB | | 00-vnv_nation-beloved__hiver_an |
| | 0KB | | vnv nat |
| | 0KB | | 00_vnv-nation_-_futureperfe |
| | 0KB | | 00-vnv_nation-live_at_infest_24.0 |
| | 0KB | | 00-vnv_nation-past_perfect-dvd |
| | 6,142KB | Audio | |
| | 0KB | | 00 ........ di dwarf four h... |

| iles (48,349,184 GB) | Not sharing any files |

**Exhibit B**

001

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | wumpscut - mother.mp3 | Wumpscut | 8,142KB | Audio | |
| tereastarr@KaZaA | 00-wumpscut_-_dj_dwarf_four_bone_peeler-read_nfo-pr... | Unknown | 0KB | | 00-wumpscut_-_dj_dwarf_four_b... |
| tereastarr@KaZaA | 00-wumpscut-operation_gomorra-mcd-1995-amok.m3u | Unknown | 0KB | | 00-wumpscut-operation_gomor |
| tereastarr@KaZaA | Pull me under.mp3 | Dream Teather | 7,731KB | Audio | |
| tereastarr@KaZaA | 01 - Green Day - Burnout.mp3 | Green Day | 2,011KB | Audio | |
| tereastarr@KaZaA | 01 - Chevelle - Open.mp3 | Chevelle | 1,899KB | Audio | |
| tereastarr@KaZaA | 04 - Chevelle - Mia.mp3 | Chevelle | 2,218KB | Audio | |
| tereastarr@KaZaA | 07 - Chevelle - Dos.mp3 | Chevelle | 6,093KB | Audio | |
| tereastarr@KaZaA | 08 - Chevelle - Long.mp3 | Chevelle | 4,327KB | Audio | |
| tereastarr@KaZaA | 10 - Chevelle - Sma.mp3 | Chevelle | 2,744KB | Audio | |
| tereastarr@KaZaA | 11 - Chevelle - Peer.mp3 | Chevelle | 3,891KB | Audio | |
| tereastarr@KaZaA | 04 - Creed - Say I.mp3 | Creed | 4,941KB | Audio | |
| tereastarr@KaZaA | 09 - Creed - Higher.mp3 | Creed | 4,961KB | Audio | |
| tereastarr@KaZaA | 12 - Creed - Track 12.mp3 | Creed | 3,688KB | Audio | 12 |
| tereastarr@KaZaA | Waiting.mp3 | Ginger Jake | 4,058KB | Audio | |
| tereastarr@KaZaA | 05 - Enya - Exile.mp3 | Enya | 4,102KB | Audio | |
| tereastarr@KaZaA | 09 - Enya - River.mp3 | Enya | 3,015KB | Audio | |
| tereastarr@KaZaA | 08 - Green Day - She.mp3 | Green Day | 2,116KB | Audio | |
| tereastarr@KaZaA | Audio - Fine Arts Militia Album.kpl | Fine Arts Militia | 1KB | | Audio - Fin |
| tereastarr@KaZaA | Audio - Public Enemy Revolverlution Album.kpl | Public Enemy | 3KB | | Audio - Public Enemy Re |
| tereastarr@KaZaA | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | | Audio - The H |
| tereastarr@KaZaA | 01 - R.X.R.A. - Little Light of Love.mp3 | R.X.R.A. | 4,562KB | Audio | |
| tereastarr@KaZaA | 02 - Eric Serra - Mondoshawan.mp3 | Eric Serra | 3,779KB | Audio | |
| tereastarr@KaZaA | 03 - Eric Serra - Timecrash.mp3 | Eric Serra | 1,726KB | Audio | |
| tereastarr@KaZaA | 04 - Eric Serra - Korben Dallas.mp3 | Eric Serra | 1,622KB | Audio | |
| tereastarr@KaZaA | 05 - Eric Serra - Koolen.mp3 | Eric Serra | 868KB | Audio | |
| tereastarr@KaZaA | 06 - Eric Serra - Akta.mp3 | Eric Serra | 1,746KB | Audio | |
| tereastarr@KaZaA | 07 - Eric Serra - Leeloo.mp3 | Eric Serra | 4,629KB | Audio | |
| tereastarr@KaZaA | 08 - Eric Serra - Five Millenia Later.mp3 | Eric Serra | 3,065KB | Audio | |
| tereastarr@KaZaA | 09 - Eric Serra - Playalaguna.mp3 | Eric Serra | 1,605KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 08 - Eric Serra - Five Millenia Later.mp3 | Eric Serra | 3,033KB | Audio | |
| tereastarr@KaZaA | 09 - Eric Serra - Plavalaguna.mp3 | Eric Serra | 1,695KB | Audio | |
| tereastarr@KaZaA | 10 - Eric Serra - Ruby Rap.mp3 | Eric Serra | 1,822KB | Audio | |
| tereastarr@KaZaA | 11 - Eric Serra - Heat.mp3 | Eric Serra | 2,752KB | Audio | |
| tereastarr@KaZaA | 12 - Eric Serra - Badaboom.mp3 | Eric Serra | 1,155KB | Audio | |
| tereastarr@KaZaA | 13 - Eric Serra - Mangalores.mp3 | Eric Serra | 1,073KB | Audio | |
| 2 Users | covenant - theremin ep - 01 - theremin (club version) .mp3 | Covenant | 4,266KB | Audio | Ther |
| tereastarr@KaZaA | covenant - theremin ep - 02 - figurehead (plain).mp3 | Covenant | 4,454KB | Audio | |
| tereastarr@KaZaA | covenant - theremin ep - 03 - speed (club version).mp3 | Covenant | 5,439KB | Audio | S |
| tereastarr@KaZaA | covenant - theremin ep - 04 - voices [optocoded].mp3 | Covenant | 4,469KB | Audio | |
| tereastarr@KaZaA | covenant - theremin ep - 05 - void (doac version).mp3 | Covenant | 4,275KB | Audio | |
| tereastarr@KaZaA | covenant - theremin ep - 06 - theremin (us remix).mp3 | Covenant | 8,149KB | Audio | Th |
| tereastarr@KaZaA | covenant - theremin ep - 07 - speed (optocoded).mp3 | Covenant | 4,450KB | Audio | |
| tereastarr@KaZaA | covenant - 01 - tension.mp3 | Covenant | 6,800KB | Audio | |
| tereastarr@KaZaA | covenant - 02 - leviathan.mp3 | Covenant | 7,488KB | Audio | |
| tereastarr@KaZaA | covenant - 03 - 2d.mp3 | Covenant | 6,609KB | Audio | |
| tereastarr@KaZaA | covenant - 04 - wind of the north.mp3 | Covenant | 6,406KB | Audio | |
| tereastarr@KaZaA | covenant - 05 - riot.mp3 | Covenant | 6,484KB | Audio | |
| tereastarr@KaZaA | covenant - 06 - i am.mp3 | Covenant | 7,734KB | Audio | |
| tereastarr@KaZaA | covenant - 07 - final man (version).mp3 | Covenant | 6,837KB | Audio | |
| tereastarr@KaZaA | covenant - 08 - go film.mp3 | Covenant | 9,518KB | Audio | |
| tereastarr@KaZaA | covenant - 09 - wall of sound.mp3 | Covenant | 10,590KB | Audio | |
| tereastarr@KaZaA | 01 - rapture.mp3 | Morbid Angel | 4,023KB | Audio | |
| tereastarr@KaZaA | 02 - pain divine.mp3 | Morbid Angel | 3,687KB | Audio | |
| tereastarr@KaZaA | 03 - world of shit.mp3 | Morbid Angel | 3,105KB | Audio | |
| tereastarr@KaZaA | 04 - vengeance is mine.mp3 | Morbid Angel | 3,027KB | Audio | |
| tereastarr@KaZaA | 05 - dios den.mp3 | Morbid Angel | 4,442KB | Audio | |
| tereastarr@KaZaA | 06 - blood on my hands.mp3 | Morbid Angel | 3,460KB | Audio | |
| tereastarr@KaZaA | 07 - angel of disease.mp3 | Morbid Angel | 5,646KB | Audio | |
| tereastarr@KaZaA | 08 - sworn to the black.mp3 | Morbid Angel | 3,763KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa |  Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 07 - angel of disease.mp3 | Morbid Angel | 5,846KB | Audio | |
| tereastarr@KaZaA | 08 - sworn to the black.mp3 | Morbid Angel | 3,767KB | Audio | |
| tereastarr@KaZaA | 09 - nar ma ttaru.mp3 | Morbid Angel | 1,977KB | Audio | |
| tereastarr@KaZaA | 10 - god of emptiness.mp3 | Morbid Angel | 5,102KB | Audio | |
| tereastarr@KaZaA | Covenant - Nexus Polaris - 01 - The Sulphur Feast(2).mp3 | artist | 3,914KB | Audio | Covenant - Nexus Polaris - 01 - Th |
| tereastarr@KaZaA | covenant - nexus polaris - 01 - the sulphur feast.mp3 | Covenant | 5,873KB | Audio | |
| tereastarr@KaZaA | covenant - nexus polaris - 02 - bizarre cosmic industries.m... | Covenant | 8,270KB | Audio | Bizarre |
| tereastarr@KaZaA | covenant - nexus polaris - 03 - planetarium.mp3 | Covenant | 5,666KB | Audio | |
| tereastarr@KaZaA | covenant - nexus polaris - 04 - the last of dragons.mp3 | Covenant | 9,124KB | Audio | T |
| tereastarr@KaZaA | covenant - nexus polaris - 05 - bringer of the sixth sun.mp3 | Covenant | 9,192KB | Audio | Bring |
| tereastarr@KaZaA | covenant - nexus polaris - 06 - dragonheart.mp3 | Covenant | 6,853KB | Audio | |
| tereastarr@KaZaA | covenant - nexus polaris - 07 - planetary black elements.m... | Covenant | 8,171KB | Audio | Planet |
| tereastarr@KaZaA | covenant - nexus polaris - 08 - chariots of thunder.mp3 | Covenant | 8,228KB | Audio | C |
| tereastarr@KaZaA | 01-monochrome-radial.mp3 | Covenant | 7,044KB | Audio | |
| tereastarr@KaZaA | 02-call_the_ships_to_port-radial.mp3 | Covenant | 6,929KB | Audio | c- |
| tereastarr@KaZaA | 03-bullet-radial.mp3 | Covenant | 7,081KB | Audio | |
| tereastarr@KaZaA | 04-invisible_and_silent-radial.mp3 | Covenant | 6,528KB | Audio | |
| tereastarr@KaZaA | 05-prometheus-radial.mp3 | Covenant | 7,984KB | Audio | |
| tereastarr@KaZaA | 06-we_stand_alone-radial.mp3 | Covenant | 7,730KB | Audio | |
| tereastarr@KaZaA | 07-rising_sun-radial.mp3 | Covenant | 8,419KB | Audio | |
| tereastarr@KaZaA | 08-winter_comes-radial.mp3 | Covenant | 6,945KB | Audio | |
| tereastarr@KaZaA | 09-we_want_revolution-radial.mp3 | Covenant | 6,657KB | Audio | |
| tereastarr@KaZaA | 10-scared-radial.mp3 | Covenant | 9,827KB | Audio | |
| tereastarr@KaZaA | 11-atlas-radial.mp3 | Covenant | 7,372KB | Audio | |
| tereastarr@KaZaA | covenant - sequencer - 01 - feedback.mp3 | Covenant | 8,213KB | Audio | |
| tereastarr@KaZaA | covenant - sequencer - 02 - stalker.mp3 | Covenant | 7,681KB | Audio | |
| tereastarr@KaZaA | covenant - united states of mind - 11 - you can make your ... | Covenant | 96KB | Audio | You Can Ma |
| tereastarr@KaZaA | covenant - united states of mind [limited box set] [cd1] - 0... | Covenant | 8,238KB | Audio | |
| tereastarr@KaZaA | 14 - Inva Mulla Tchako - The London Symphony Orchestra -... | Inva Mulla Tchako / The L... | 2,962KB | Audio | Lu |
| tereastarr@KaZaA | 01 - Enya - A Day Without Rain.mp3 | Enya | 3,480KB | Audio | |

Found 1955 files  |  2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)  |  Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 14 - Inva Mulla Tchako - The London Symphony Orchestra -... | Inva Mulla Tchako / The L... | 2,982KB | Audio | Lu |
| tereastarr@KaZaA | 01 - Enya - A Day Without Rain.mp3 | Enya | 2,480KB | Audio | |
| tereastarr@KaZaA | 02 - Enya - Wild Child.mp3 | Enya | 3,572KB | Audio | |
| tereastarr@KaZaA | 03 - Enya - Only Time.mp3 | Enya | 3,417KB | Audio | |
| tereastarr@KaZaA | 15 - Inva Mulla Tchako - The Diva Dance.mp3 | Inva Mulla Tchako | 1,463KB | Audio | |
| tereastarr@KaZaA | 04 - Enya - Tempus Vernum.mp3 | Enya | 2,264KB | Audio | |
| tereastarr@KaZaA | 05 - Enya - Deora Ar Mo Chroi.mp3 | Enya | 2,648KB | Audio | |
| tereastarr@KaZaA | 16 - Eric Serra - Leeloominai.mp3 | Eric Serra | 1,604KB | Audio | |
| tereastarr@KaZaA | 17 - Eric Serra - A Bomb in the Hotel.mp3 | Eric Serra | 2,125KB | Audio | |
| tereastarr@KaZaA | 06 - Enya - Flora's Secret.mp3 | Enya | 3,877KB | Audio | |
| tereastarr@KaZaA | 02 fly on a windshield.mp3 | god lives underwater | 5,045KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 01 - Slip To Fall.mp3 | God Lives Underwater | 5,704KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 02 - No Way.mp3 | God Lives Underwater | 6,028KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 01 - Intro.mp3 | God Lives Underwater | 1,189KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 02 - Rearrange.mp3 | God Lives Underwater | 4,956KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 03 - From Your Mouth.mp3 | God Lives Underwater | 6,044KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 04 - Can't Come Down.mp3 | God Lives Underwater | 6,838KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 05 - Alone Again.mp3 | God Lives Underwater | 4,804KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 06 - Behavior Modification.mp3 | God Lives Underwater | 4,937KB | Audio | Be |
| tereastarr@KaZaA | God Lives Underwater - 07 - The Rush Is Loud.mp3 | God Lives Underwater | 5,462KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 08 - Dress Rehearsal For Reproduc... | God Lives Underwater | 5,872KB | Audio | Dress Rehea |
| tereastarr@KaZaA | God Lives Underwater - 09 - Happy_.mp3 | God Lives Underwater | 6,696KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 10 - Vapors.mp3 | God Lives Underwater | 6,023KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 11 - Medicated To The One I Love... | God Lives Underwater | 40,452KB | Audio | Medicated |
| tereastarr@KaZaA | God Lives Underwater - 01 - Choirboy.mp3 | God Lives Underwater | 3,027KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 02 - Fame.mp3 | God Lives Underwater | 3,227KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 03 - White Noise.mp3 | God Lives Underwater | 3,026KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 04 - History.mp3 | God Lives Underwater | 2,876KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 05 - Take Whatever You Got.mp3 | God Lives Underwater | 4,117KB | Audio | Take |
| tereastarr@KaZaA | God Lives Underwater - 06 - You Must Understand.mp3 | God Lives Underwater | 4,061KB | Audio | Y |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa |  Theater | Search | Traffic |  Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | God Lives Underwater - 05 - Take Whatever You Got.mp3 | God Lives Underwater | 4,117KB | Audio | Take |
| tereastarr@KaZaA | God Lives Underwater - 06 - You Must Understand.mp3 | God Lives Underwater | 4,061KB | Audio | Yo |
| tereastarr@KaZaA | God Lives Underwater - 07 - 72 Hour Hold.mp3 | God Lives Underwater | 3,484KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 08 - 1% (The Long Way Down).m... | God Lives Underwater | 3,792KB | Audio | 1% (Th |
| tereastarr@KaZaA | God Lives Underwater - 09 - Slip To Fall.mp3 | God Lives Underwater | 3,962KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 10 - Miss You More Than Anything... | God Lives Underwater | 4,040KB | Audio | Miss You M |
| tereastarr@KaZaA | God Lives Underwater - 11 - Positivity.mp3 | God Lives Underwater | 4,464KB | Audio | |
| tereastarr@KaZaA | God Lives Underwater - 12 - Tricked.mp3 | God Lives Underwater | 3,622KB | Audio | |
| tereastarr@KaZaA | 18 - Eric Serra - Mina Hinoo.mp3 | Eric Serra | 863KB | Audio | |
| tereastarr@KaZaA | covenant - dreams of a cryotank - 01 - theremin.mp3 | Covenant | 4,124KB | Audio | |
| tereastarr@KaZaA | 19 - Eric Serra - No Cash No Trash.mp3 | Eric Serra | 1,038KB | Audio | |
| tereastarr@KaZaA | 07 - Enya - Fallen Embers.mp3 | Enya | 2,370KB | Audio | |
| tereastarr@KaZaA | 08 - Enya - Silver Inches.mp3 | Enya | 1,540KB | Audio | |
| tereastarr@KaZaA | 09 - Enya - Pilgrim.mp3 | Enya | 3,021KB | Audio | |
| tereastarr@KaZaA | (Ministry)-Every_Day_is_Halloween.mp3 | Ministry | 5,947KB | Audio | Every |
| tereastarr@KaZaA | (ministry)-just_one_fix.mp3 | Ministry | 4,867KB | Audio | |
| tereastarr@KaZaA | Opeth - Blackwater Park - 01 - The Leper Affinity.mp3 | Opeth | 14,616KB | Audio | |
| tereastarr@KaZaA | Opeth - Blackwater Park - 02 - Bleak.mp3 | Opeth | 13,032KB | Audio | |
| tereastarr@KaZaA | Opeth - Blackwater Park - 03 - Harvest.mp3 | Opeth | 8,474KB | Audio | |
| tereastarr@KaZaA | Opeth - Blackwater Park - 04 - The Drapery Falls.mp3 | Opeth | 15,328KB | Audio | |
| tereastarr@KaZaA | Opeth - Blackwater Park - 05 - Dirge For November.mp3 | Opeth | 11,104KB | Audio | D |
| tereastarr@KaZaA | Opeth - Blackwater Park - 06 - The Funeral Portrait.mp3 | Opeth | 12,296KB | Audio | T |
| tereastarr@KaZaA | Opeth - Blackwater Park - 07 - Patterns In The Ivy.mp3 | Opeth | 2,637KB | Audio | F |
| tereastarr@KaZaA | Opeth - Blackwater Park - 08 - Blackwater Park.mp3 | Opeth | 17,073KB | Audio | |
| tereastarr@KaZaA | Opeth - Blackwater Park.mp3 | Opeth | 17,012KB | Audio | |
| tereastarr@KaZaA | Opeth - Bleak.mp3 | Opeth | 13,012KB | Audio | |
| tereastarr@KaZaA | Opeth - Dirge For November.mp3 | Opeth | 11,084KB | Audio | [ |
| tereastarr@KaZaA | Opeth - Harvest.mp3 | Opeth | 8,460KB | Audio | |
| tereastarr@KaZaA | Opeth - Patterns In The Ivy.mp3 | Opeth | 2,632KB | Audio | F |
| tereastarr@KaZaA | Opeth - The Drapery Falls.mp3 | Opeth | 15,306KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | Opeth - Patterns In The Ivy.mp3 | Opeth | 2,632KB | Audio | F |
| tereastarr@KaZaA | Opeth - The Drapery Falls.mp3 | Opeth | 15,306KB | Audio | |
| tereastarr@KaZaA | Opeth - The Funeral Portrait.mp3 | Opeth | 12,274KB | Audio | T |
| tereastarr@KaZaA | Opeth - The Leper Affinity.mp3 | Opeth | 14,590KB | Audio | |
| tereastarr@KaZaA | Opeth - Closure.mp3 | Opeth | 7,386KB | Audio | |
| tereastarr@KaZaA | Opeth - Death Whispered A Lullaby.mp3 | Opeth | 8,186KB | Audio | Death V |
| tereastarr@KaZaA | Opeth - Ending Credits.mp3 | Opeth | 5,134KB | Audio | |
| tereastarr@KaZaA | Opeth - Hope Leaves.mp3 | Opeth | 6,324KB | Audio | |
| tereastarr@KaZaA | Opeth - In My Time Of Need.mp3 | Opeth | 8,186KB | Audio | I |
| tereastarr@KaZaA | Opeth - To Rid The Disease.mp3 | Opeth | 8,926KB | Audio | |
| tereastarr@KaZaA | Opeth - Weakness.mp3 | Opeth | 5,820KB | Audio | |
| tereastarr@KaZaA | Opeth - Windowpane.mp3 | Opeth | 10,866KB | Audio | |
| tereastarr@KaZaA | Opeth - A Fair Judgement.mp3 | Opeth | 14,586KB | Audio | |
| tereastarr@KaZaA | Opeth - By The Pain I See In Others.mp3 | Opeth | 19,429KB | Audio | By The P |
| tereastarr@KaZaA | Opeth - Deliverance.mp3 | Opeth | 19,104KB | Audio | |
| tereastarr@KaZaA | Opeth - For Absent Friends.mp3 | Opeth | 3,208KB | Audio | For Absent Frie |
| tereastarr@KaZaA | Opeth - Master's Apprentices.mp3 | Opeth | 14,800KB | Audio | M. |
| tereastarr@KaZaA | Opeth - Wreath.mp3 | Opeth | 15,696KB | Audio | |
| tereastarr@KaZaA | Opeth - Advent.mp3 | Opeth | 19,336KB | Audio | |
| tereastarr@KaZaA | Opeth - Black Rose Immortal.mp3 | Opeth | 28,468KB | Audio | B |
| tereastarr@KaZaA | Opeth - Eternal Soul Torture.mp3 | Opeth | 12,080KB | Audio | E |
| tereastarr@KaZaA | Opeth - Nectar.mp3 | Opeth | 14,282KB | Audio | |
| tereastarr@KaZaA | Opeth - The Night And The Silent Water.mp3 | Opeth | 15,458KB | Audio | The Night Ar |
| tereastarr@KaZaA | Opeth - To Bid You Farewell.mp3 | Opeth | 15,340KB | Audio | |
| tereastarr@KaZaA | Opeth - April Ethereal.mp3 | Opeth | 12,226KB | Audio | |
| tereastarr@KaZaA | Opeth - Circle Of The Tyrant.MP3 | Opeth | 7,324KB | Audio | C |
| tereastarr@KaZaA | Opeth - Credence.mp3 | Opeth | 7,644KB | Audio | |
| tereastarr@KaZaA | Opeth - Demon Of The Fall.mp3 | Opeth | 8,758KB | Audio | |
| tereastarr@KaZaA | Opeth - Epilogue.mp3 | Opeth | 5,607KB | Audio | |
| tereastarr@KaZaA | Opeth - Karma.mp3 | Opeth | 11,010KB | Audio | |

Found 1955 files     2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)     Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | Opeth - Epilogue.mp3 | Opeth | 5,687KB | Audio | |
| tereastarr@KaZaA | Opeth - Karma.mp3 | Opeth | 11,019KB | Audio | |
| tereastarr@KaZaA | Opeth - Madrigal.MP3 | Opeth | 2,025KB | Audio | |
| tereastarr@KaZaA | Opeth - Prologue.mp3 | Opeth | 1,392KB | Audio | |
| tereastarr@KaZaA | Opeth - Remember Tomorrow.MP3 | Opeth | 7,028KB | Audio | Re |
| tereastarr@KaZaA | Opeth - The Amen Corner.mp3 | Opeth | 12,276KB | Audio | |
| tereastarr@KaZaA | Opeth - When.mp3 | Opeth | 12,994KB | Audio | |
| tereastarr@KaZaA | Opeth - In Mist She Was Standing.mp3 | Opeth | 19,882KB | Audio | In Mist |
| tereastarr@KaZaA | Opeth - Orchid - 01 - In Mist She Was Standing.mp3 | Opeth | 19,914KB | Audio | In Mist |
| tereastarr@KaZaA | Opeth - Orchid - 02 - Under The Weeping Moon.mp3 | Opeth | 13,899KB | Audio | Under |
| tereastarr@KaZaA | Opeth - Orchid - 03 - Silhouette.mp3 | Opeth | 4,404KB | Audio | |
| tereastarr@KaZaA | Opeth - Orchid - 04 - Forest Of October.mp3 | Opeth | 18,400KB | Audio | |
| tereastarr@KaZaA | Opeth - Orchid - 05 - The Twilight Is My Robe.mp3 | Opeth | 15,518KB | Audio | The |
| tereastarr@KaZaA | Opeth - Orchid - 06 - Requiem.mp3 | Opeth | 1,681KB | Audio | |
| tereastarr@KaZaA | Opeth - Orchid - 07 - The Apostle In Triumph.mp3 | Opeth | 18,318KB | Audio | The |
| tereastarr@KaZaA | Opeth - Requiem.mp3 | Opeth | 1,674KB | Audio | |
| tereastarr@KaZaA | Opeth - Silhouette.mp3 | Opeth | 4,396KB | Audio | |
| tereastarr@KaZaA | Opeth - The Apostle In Triumph.mp3 | Opeth | 18,284KB | Audio | The |
| tereastarr@KaZaA | Opeth - The Forest Of October.mp3 | Opeth | 18,372KB | Audio | The |
| tereastarr@KaZaA | Opeth - The Twilight Is My Robe.mp3 | Opeth | 15,490KB | Audio | The |
| tereastarr@KaZaA | Opeth - Under The Weeping Moon.mp3 | Opeth | 13,878KB | Audio | Under |
| tereastarr@KaZaA | Opeth - Benighted.mp3 | Opeth | 7,040KB | Audio | |
| tereastarr@KaZaA | Opeth - Face of Melinda.mp3 | Opeth | 11,226KB | Audio | |
| tereastarr@KaZaA | Opeth - Godhead's Lament.mp3 | Opeth | 13,778KB | Audio | |
| tereastarr@KaZaA | Opeth - Moonlapse Vertigo.mp3 | Opeth | 12,666KB | Audio | |
| tereastarr@KaZaA | Opeth - Serenity Painted Death.mp3 | Opeth | 12,980KB | Audio | Sere |
| tereastarr@KaZaA | Opeth - The Moor.mp3 | Opeth | 16,080KB | Audio | |
| tereastarr@KaZaA | Opeth - White Cluster.mp3 | Opeth | 14,114KB | Audio | |
| tereastarr@KaZaA | My Life With The Thrill Kill Cult - Do You Fear For Your Child... | Thrill Kill Cult | 5,234KB | Audio | Do You |
| tereastarr@KaZaA | My Life with the Thrill Kill Kult - After The Flesh.mp3 | Thrill Kill Cult | 3,458KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,616,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download |  |  | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | My Life With The Thrill Kill Cult - Do You Fear For Your Child... | Thrill Kill Cult | 5,234KB | Audio | Do You I |
| tereastarr@KaZaA | my Life with the Thrill Kill Kult - After The Flesh.mp3 | Thrill Kill Cult | 2,458KB | Audio | |
| tereastarr@KaZaA | My Life with the Thrill Kill Kult - Devil Bunnies.mp3 | my life with the thrill kill k | 4,429KB | Audio | |
| tereastarr@KaZaA | My Life with the Thrill Kill Kult - Disco Sex Trash.mp3 | Thrill Kill Kult | 4,696KB | Audio | |
| tereastarr@KaZaA | my Life with the Thrill Kill Kult - I Live for Drugs.mp3 | Thrill Kill Cult | 4,058KB | Audio | |
| tereastarr@KaZaA | my life with the thrill kill kult - Sex On Wheels.mp3 | Thrill Kill Kult | 3,843KB | Audio | |
| tereastarr@KaZaA | My Life with the Thrill Kill Kult - Sexplosion.mp3 | Thrill Kill_Kult | 5,497KB | Audio | |
| tereastarr@KaZaA | My Life With the Thrill Kill Kult - Sexy Sucker.mp3 | MLWTTKK | 3,232KB | Audio | |
| tereastarr@KaZaA | My Life With the Thrill Kill Kult - The Devil Does Drugs.mp3 | My Life with the Thrill Kill K | 6,658KB | Audio | Th |
| tereastarr@KaZaA | my Life With the Thrill Kill Kult - wasted time (lap dance mix).. | My Life with the Thrill Kill K | 3,648KB | Audio | wasted ti |
| tereastarr@KaZaA | thrill kill kult - after the flesh.mp3 | Thrill Kill Kult | 2,808KB | Audio | |
| tereastarr@KaZaA | thrill kill kult - the days of swine and roses.mp3 | My Life with the Thrill Kill K | 7,075KB | Audio | The Days c |
| tereastarr@KaZaA | velvet acid christ - cyclone chamber.mp3 | Velvet Acid Christ | 6,742KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - decfeam.mp3 | Velvet Acid Christ | 1,591KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - decypher rmx.mp3 | velvet acid christ | 8,166KB | Audio | decyph |
| tereastarr@KaZaA | velvet acid christ - dial 8.mp3 | Velvet Acid Christ | 5,533KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - fiction friction.mp3 | Velvet Acid Christ | 6,062KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - hell two.mp3 | Velvet Acid Christ | 3,726KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - hypersphere.mp3 | Velvet Acid Christ | 9,106KB | Audio | Hy |
| tereastarr@KaZaA | velvet acid christ - mental depression.mp3 | Velvet Acid Christ | 4,326KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - mind curve.mp3 | Velvet Acid Christ | 11,327KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - mindphlux rmx.mp3 | Velvet Acid Christ | 10,573KB | Audio | Mindpl |
| tereastarr@KaZaA | velvet acid christ - never worship.mp3 | Velvet Acid Christ | 5,263KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - satancomplex #42.mp3 | Velvet Acid Christ | 3,772KB | Audio | S |
| tereastarr@KaZaA | velvet acid christ - suicide planet.mp3 | Velvet Acid Christ | 5,942KB | Audio | |
| tereastarr@KaZaA | velvet acid christ vs funker vogt - civil war.mp3 | VAC vs Funker Vogt | 5,346KB | Audio | Civil War Tr |
| tereastarr@KaZaA | 01_futile_(nazi_bastard)-fwyh.mp3 | Velvet acid christ | 8,585KB | Audio | F |
| tereastarr@KaZaA | 02_disflux_(feedback)-fwyh.mp3 | Velvet acid christ | 9,977KB | Audio | |
| tereastarr@KaZaA | 03_decypher_(force_authority)-fwyh.mp3 | Velvet acid christ | 6,757KB | Audio | Decyph |
| tereastarr@KaZaA | 04_decypher_(acid_revolution_forgotten)-fwyh.mp3 | Velvet acid christ | 9,804KB | Audio | Decypher ( |




Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 03_decypher_(force_authority)-fwyh.mp3 | Velvet acid christ | 6,767KB | Audio | Decyphe |
| tereastarr@KaZaA | 04_decypher_(acid_revolution_forgotten)-fwyh.mp3 | Velvet acid christ | 9,804KB | Audio | Decypher ( |
| tereastarr@KaZaA | 05_dial_8_(bound_and_gagged_by_din_fiv)-fwyh.mp3 | Velvet acid christ | 8,120KB | Audio | Dial 8 (boun |
| tereastarr@KaZaA | 06_dial_8_(barely_alive)-fwyh.mp3 | Velvet acid christ | 7,722KB | Audio | |
| tereastarr@KaZaA | 07_the_hand_(aggro_trash)-fwyh.mp3 | Velvet acid christ | 7,555KB | Audio | The |
| tereastarr@KaZaA | 08_the_hand_(cut_throat_psycho_rave)-fwyh.mp3 | Velvet acid christ | 6,769KB | Audio | The hand (c |
| tereastarr@KaZaA | 09_we_have_to_see_-_we_have_to_know_(extended)-f... | Velvet acid christ | 10,204KB | Audio | We have to s |
| tereastarr@KaZaA | 10_the_hopeless-fwyh.mp3 | Velvet acid christ | 8,018KB | Audio | |
| tereastarr@KaZaA | 11_murder_the_world-fwyh.mp3 | Velvet acid christ | 9,565KB | Audio | |
| tereastarr@KaZaA | 12_the_dead-fwyh.mp3 | Velvet acid christ | 9,234KB | Audio | |
| tereastarr@KaZaA | 13_so_much-fwyh.mp3 | Velvet acid christ | 7,958KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - bsat2.mp3 | Velvet Acid Christ | 5,266KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - killing me.mp3 | Velvet Acid Christ | 5,622KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - malfunction.mp3 | Velvet Acid Christ | 4,770KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - melting.mp3 | Velvet Acid Christ | 6,207KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - zix zix zix (666 mix).mp3 | Velvet Acid Christ | 4,507KB | Audio | Z |
| tereastarr@KaZaA | velvet acid christ - apflux.mp3 | Velvet Acid Christ | 4,271KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - caught.mp3 | Velvet Acid Christ | 5,339KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - decypher.mp3 | Velvet Acid Christ | 4,484KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - funwithdrugs.mp3 | Velvet Acid Christ | 7,616KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - funwithknives.mp3 | Velvet Acid Christ | 6,144KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - speedball o.d..mp3 | Velvet Acid Christ | 3,058KB | Audio | |
| tereastarr@KaZaA | velvet acid christ - the dark inside me.mp3 | Velvet Acid Christ | 4,634KB | Audio | |
| tereastarr@KaZaA | 01 - Haunted - Fwyh.mp3 | Velvet Acid Christ | 9,137KB | Audio | |
| tereastarr@KaZaA | 02 - Collapsed - Fwyh.mp3 | Velvet Acid Christ | 8,447KB | Audio | |
| tereastarr@KaZaA | 03 - Pretty Toy - Fwyh.mp3 | Velvet Acid Christ | 7,356KB | Audio | |
| tereastarr@KaZaA | 04 - Hypoxia - Fwyh.mp3 | Velvet Acid Christ | 7,538KB | Audio | |
| tereastarr@KaZaA | 05 - Misery - Fwyh.mp3 | Velvet Acid Christ | 6,744KB | Audio | |
| tereastarr@KaZaA | 06 - East (Meaningless Life Mix) - Fwyh.mp3 | Velvet Acid Christ | 7,766KB | Audio | East (M |
| tereastarr@KaZaA | 07 - Dead Tomorrow - Fwyh.mp3 | Velvet Acid Christ | 7,065KB | Audio | |

Found 1955 files    2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 06 - East (Meaningless Life Mix)- Fwyh.mp3 | Velvet Acid Christ | 7,786KB | Audio | East (Mc |
| tereastarr@KaZaA | 07 - Dead Tomorrow - Fwyh.mp3 | Velvet Acid Christ | 7,065KB | Audio | |
| tereastarr@KaZaA | 08 - Convex - Fwyh.mp3 | Velvet Acid Christ | 8,425KB | Audio | |
| tereastarr@KaZaA | 09 - Eva - Fwyh.mp3 | Velvet Acid Christ | 4,114KB | Audio | |
| tereastarr@KaZaA | 10 - Crawl - Fwyh.mp3 | Velvet Acid Christ | 6,936KB | Audio | |
| tereastarr@KaZaA | 11 - Exit (Diseased World)- Fwyh.mp3 | Velvet Acid Christ | 6,218KB | Audio | Ex |
| tereastarr@KaZaA | 10_vac_w.h.t.s.w.h.t.k..mp3 | Velvet Acid Christ | 15,431KB | Audio | 10_va |
| tereastarr@KaZaA | 1_vac_opening_futile.mp3 | Velvet Acid Christ | 12,704KB | Audio | 1_ |
| tereastarr@KaZaA | 2_vac_dial8.mp3 | Velvet Acid Christ | 8,521KB | Audio | |
| tereastarr@KaZaA | 3_vac_the calling.mp3 | Velvet Acid Christ | 7,737KB | Audio | |
| tereastarr@KaZaA | 4_vac_fun with drugs.mp3 | Velvet Acid Christ | 7,950KB | Audio | 4_ |
| tereastarr@KaZaA | 5_vac_asphixia.mp3 | Velvet Acid Christ | 10,049KB | Audio | |
| tereastarr@KaZaA | 6_vac_never worship.mp3 | Velvet Acid Christ | 7,431KB | Audio | 6_ |
| tereastarr@KaZaA | 7_vac_zix zix zix_(not the whole song mix).mp3 | Velvet Acid Christ | 4,304KB | Audio | 7_vac_zix zix zix_(not tl |
| tereastarr@KaZaA | 8_vac_malfunction.mp3 | Velvet Acid Christ | 10,122KB | Audio | |
| tereastarr@KaZaA | 9_vac_the hand.mp3 | Velvet Acid Christ | 20,152KB | Audio | |
| tereastarr@KaZaA | 01-pretty_toy_-_edit_a-side-amok.mp3 | Velvet Acid Christ | 7,475KB | Audio | Prett |
| tereastarr@KaZaA | 02-introvert_-_b-side-amok.mp3 | Velvet Acid Christ | 8,577KB | Audio | |
| tereastarr@KaZaA | 03-angels_in_bondage_-_b-side_mix_by_angels_in_bonda... | Velvet Acid Christ | 8,238KB | Audio | Angels In Bc |
| tereastarr@KaZaA | 04-pretty_toy_-_a-side_pg_13_radio_edit-amok.mp3 | Velvet Acid Christ | 7,428KB | Audio | Pretty Toy - |
| tereastarr@KaZaA | 01-vnv_nation-beloved__hiver_and_hammer_uk_dubtrip-s... | VNV Nation | 11,436KB | Audio | Beloved (Hive |
| tereastarr@KaZaA | 02-vnv_nation-beloved__hiver_and_hammer_full_vocal-sn... | VNV Nation | 12,519KB | Audio | Beloved (H |
| tereastarr@KaZaA | 03-vnv_nation-beloved__hiver_and_hammer_full_vocal_ed.. | VNV Nation | 5,471KB | Audio | Beloved (H |
| tereastarr@KaZaA | vnv nation-beloved (tim schuldt remix).mp3 | VNV Nation | 7,681KB | Audio | Beloved ( |
| tereastarr@KaZaA | vnv nation-beloved (vnv nation grey dawn version).mp3 | VNV Nation | 10,649KB | Audio | Beloved (C |
| tereastarr@KaZaA | vnv nation-genesis (apoptygma berzerk remix).mp3 | VNV Nation | 9,386KB | Audio | G |
| 2 Users | vnv nation-holding on (demo version).mp3 | VNV Nation | 6,055KB | Audio | Holding |
| tereastarr@KaZaA | 01_foreward-mod.mp3 | VNV-Nation | 2,661KB | Audio | |
| 2 Users | 02_epicentre-mod.mp3 | VNV-Nation | 9,030KB | Audio | |
| tereastarr@KaZaA | 03_electronaut-mod.mp3 | VNV Nation | 8,250KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| ⊕ 2 Users | 02_epicentre-mod.mp3 | VNV-Nation | 9,030KB | Audio | |
| tereastarr@KaZaA | 03_electronaut-mod.mp3 | VNV-Nation | 9,259KB | Audio | |
| tereastarr@KaZaA | 04_liebestod-mod.mp3 | VNV-Nation | 4,082KB | Audio | |
| tereastarr@KaZaA | 05_holding_on-mod.mp3 | VNV-Nation | 6,566KB | Audio | |
| tereastarr@KaZaA | 06_carbon-mod.mp3 | VNV-Nation | 8,760KB | Audio | |
| tereastarr@KaZaA | 07_genesis-mod.mp3 | VNV-Nation | 8,120KB | Audio | |
| tereastarr@KaZaA | 08_structure-mod.mp3 | VNV-Nation | 5,805KB | Audio | |
| ⊕ 3 Users | 09_fearless-mod.mp3 | VNV Nation | 8,819KB | Audio | |
| tereastarr@KaZaA | 10_yam-mod.mp3 | VNV-Nation | 2,594KB | Audio | |
| ⊕ 3 Users | 11_beloved-mod.mp3 | VNV Nation | 10,418KB | Audio | |
| tereastarr@KaZaA | 12_airships-mod.mp3 | VNV-Nation | 11,670KB | Audio | |
| tereastarr@KaZaA | 01 - Forward .mp3 | VNV Nation | 2,713KB | Audio | |
| tereastarr@KaZaA | 02 - Kingdom .mp3 | VNV Nation | 8,021KB | Audio | |
| tereastarr@KaZaA | 03 - Epicentre (Live).mp3 | VNV Nation | 9,132KB | Audio | 0 |
| tereastarr@KaZaA | 04 - Carbon (Live).mp3 | VNV Nation | 8,851KB | Audio | |
| tereastarr@KaZaA | 05 - Honor.mp3 | VNV Nation | 8,319KB | Audio | |
| ⊕ 2 Users | 06 - Darkangel.mp3 | VNV Nation | 7,178KB | Audio | 02 - Darkan |
| tereastarr@KaZaA | 07 - Fearless Live.mp3 | VNV Nation | 7,534KB | Audio | |
| tereastarr@KaZaA | 08 - Tempest.mp3 | VNV Nation | 8,491KB | Audio | |
| tereastarr@KaZaA | 09 - Further.mp3 | VNV Nation | 7,687KB | Audio | |
| tereastarr@KaZaA | 10 - Genesis.mp3 | VNV Nation | 8,611KB | Audio | |
| ⊕ 2 Users | 11 - Solitary.mp3 | VNV Nation | 10,620KB | Audio | |
| tereastarr@KaZaA | 12 - Legion.mp3 | VNV Nation | 6,460KB | Audio | |
| tereastarr@KaZaA | 13 - Standing.mp3 | VNV Nation | 11,458KB | Audio | |
| tereastarr@KaZaA | 14 - Frika (Live).mp3 | VNV Nation | 8,204KB | Audio | |
| tereastarr@KaZaA | 15 - Joy.mp3 | VNV Nation | 7,700KB | Audio | |
| tereastarr@KaZaA | 16 - Ronan Improv (Live).mp3 | VNV Nation | 5,823KB | Audio | 16 - R |
| tereastarr@KaZaA | 17 - Beloved (Live SF).mp3 | VNV Nation | 11,111KB | Audio | |
| tereastarr@KaZaA | 18 - End Talk.mp3 | VNV Nation | 2,399KB | Audio | |
| tereastarr@KaZaA | 01 - prologue.rev.mp3 | VNV Nation | 0,865KB | Audio | 01 - Jov |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 18 - End Talk.mp3 | VNV Nation | 2,399KB | Audio | |
| tereastarr@KaZaA | 01-prolouge-joy.mp3 | VNV Nation | 9,865KB | Audio | 01 - Joy |
| tereastarr@KaZaA | 03-procession.mp3 | VNV Nation | 7,582KB | Audio | |
| tereastarr@KaZaA | 04-forsaken_(vocal_version).mp3 | VNV Nation | 6,786KB | Audio | 04-forsak |
| tereastarr@KaZaA | 05-honour.mp3 | VNV Nation | 8,019KB | Audio | |
| tereastarr@KaZaA | 06-standing_(motion).mp3 | VNV Nation | 11,508KB | Audio | 06 - Standin |
| tereastarr@KaZaA | 07-further.mp3 | VNV Nation | 9,136KB | Audio | 07 - Further |
| tereastarr@KaZaA | 09-saviour_(vox).mp3 | VNV Nation | 12,470KB | Audio | |
| tereastarr@KaZaA | 01-vnv_nation-intro-radial.mp3 | VNV Nation | 2,145KB | Audio | |
| 2 Users | 02-kingdom-radial.mp3 | VNV Nation | 8,163KB | Audio | |
| tereastarr@KaZaA | 05-legion-radial.mp3 | VNV Nation | 6,479KB | Audio | |
| tereastarr@KaZaA | 06-further-radial.mp3 | VNV Nation | 7,727KB | Audio | |
| tereastarr@KaZaA | 07-genesis-radial.mp3 | VNV Nation | 6,226KB | Audio | |
| tereastarr@KaZaA | 08-solitary-radial.mp3 | VNV Nation | 12,625KB | Audio | |
| tereastarr@KaZaA | 10-standing-radial.mp3 | VNV Nation | 13,178KB | Audio | |
| tereastarr@KaZaA | 11-electronaut-radial.mp3 | VNV Nation | 15,550KB | Audio | |
| tereastarr@KaZaA | 12-getting_closer_(nitzer_ebb_cover)-radial.mp3 | VNV Nation | 8,921KB | Audio | Getting Clo |
| tereastarr@KaZaA | 01-vnv_nation-intro-bos.mp3 | VNV Nation | 203KB | Audio | |
| tereastarr@KaZaA | 02-vnv_nation-kingdom-bos.mp3 | VNV Nation | 8,879KB | Audio | |
| tereastarr@KaZaA | 03-vnv_nation-epicentre-bos.mp3 | VNV Nation | 10,199KB | Audio | |
| tereastarr@KaZaA | 04-vnv_nation-honour-bos.mp3 | VNV Nation | 9,862KB | Audio | |
| tereastarr@KaZaA | 06-vnv_nation-forsaken-bos.mp3 | VNV Nation | 7,709KB | Audio | |
| tereastarr@KaZaA | 07-vnv_nation-genesis-bos.mp3 | VNV Nation | 6,994KB | Audio | |
| tereastarr@KaZaA | 08-vnv_nation-darkangel-bos.mp3 | VNV Nation | 9,019KB | Audio | |
| tereastarr@KaZaA | 09-vnv_nation-standing-bos.mp3 | VNV Nation | 8,915KB | Audio | |
| tereastarr@KaZaA | 10-vnv_nation-solitary-bos.mp3 | VNV Nation | 11,661KB | Audio | |
| tereastarr@KaZaA | 12-vnv_nation-electronaut-bos.mp3 | VNV Nation | 10,164KB | Audio | |
| tereastarr@KaZaA | 101-intro-fwyh.mp3 | VNV Nation | 5,383KB | Audio | |
| tereastarr@KaZaA | 102-firstlight-fwyh.mp3 | VNV Nation | 2,037KB | Audio | |
| tereastarr@KaZaA | 103-joy-fwyh.mp3 | VNV Nation | 7,015KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files



| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 102-firstlight-fwyh.mp3 | VNV Nation | 2,037KB | Audio | |
| tereastarr@KaZaA | 103-joy-fwyh.mp3 | VNV Nation | 7,915KB | Audio | |
| tereastarr@KaZaA | 105-rubicon-fwyh.mp3 | VNV Nation | 8,649KB | Audio | |
| tereastarr@KaZaA | 106-fragments-fwyh.mp3 | VNV Nation | 7,596KB | Audio | |
| tereastarr@KaZaA | 107-distant-fwyh.mp3 | VNV Nation | 9,055KB | Audio | |
| tereastarr@KaZaA | 108-standing-fwyh.mp3 | VNV Nation | 8,109KB | Audio | |
| tereastarr@KaZaA | 109-honour-fwyh.mp3 | VNV Nation | 8,405KB | Audio | |
| tereastarr@KaZaA | 110-darkangel-fwyh.mp3 | VNV Nation | 8,545KB | Audio | |
| tereastarr@KaZaA | 111-procession-fwyh.mp3 | VNV Nation | 7,682KB | Audio | |
| tereastarr@KaZaA | 112-solitary-fwyh.mp3 | VNV Nation | 10,510KB | Audio | |
| tereastarr@KaZaA | 113-talk-fwyh.mp3 | VNV Nation | 1,924KB | Audio | |
| tereastarr@KaZaA | 201-talk-fwyh.mp3 | VNV Nation | 185KB | Audio | |
| tereastarr@KaZaA | 202-forsaken-fwyh.mp3 | VNV Nation | 6,834KB | Audio | |
| tereastarr@KaZaA | 203-legion-fwyh.mp3 | VNV Nation | 10,554KB | Audio | |
| tereastarr@KaZaA | 204-circling_overland-fwyh.mp3 | VNV Nation | 7,721KB | Audio | |
| tereastarr@KaZaA | 205-surprise_contest_with_ronan-fwyh.mp3 | VNV Nation | 7,501KB | Audio | Surprise C |
| tereastarr@KaZaA | 206-standing_motion-fwyh.mp3 | VNV Nation | 11,698KB | Audio | |
| tereastarr@KaZaA | 207-talk-fwyh.mp3 | VNV Nation | 1,230KB | Audio | |
| tereastarr@KaZaA | 01 - machine (theatre of tragedy remix).mp3 | VNV Nation | 8,985KB | Audio | Machine (Theatre |
| tereastarr@KaZaA | 02 - genesis (single version).mp3 | VNV Nation | 5,470KB | Audio | Genesis [S |
| tereastarr@KaZaA | 03 - so what (architect remix).mp3 | VNV Nation | 5,061KB | Audio | Philip Boa's So Wh |
| tereastarr@KaZaA | 04 - existence (vnv nation remix).mp3 | VNV Nation | 7,332KB | Audio | Project Pitchfork Existence |
| tereastarr@KaZaA | 05 - beloved (short version).mp3 | VNV Nation | 5,479KB | Audio | Belo |
| tereastarr@KaZaA | 06 - legion (too close mix).mp3 | VNV Nation | 3,071KB | Audio | Leg |
| tereastarr@KaZaA | 07 - genesis (dj antonio fernandez remix).mp3 | VNV Nation | 6,283KB | Audio | 07 - genesis (dj antoni |
| tereastarr@KaZaA | 08 - tempest (cynyc shorebreak remix).mp3 | artist | 6,474KB | Audio | VNV Nation - Ten |
| tereastarr@KaZaA | 10 - beloved (ernst horn of deine lakain mix).mp3 | VNV Nation | 5,232KB | Audio | beloved (ernst horn |
| tereastarr@KaZaA | 11 - honour (memorial remix).mp3 | VNV Nation | 7,088KB | Audio | Honou |
| tereastarr@KaZaA | Within Temptation - Mother earth(1).mp3 | Within Temptation | 6,504KB | Audio | |

Found 1955 files    2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)    Not sharing any files