Doc. 1 Att. 3
Dockets.Justia.com
Virgin Records America, Inc v. Thomas

_|&|×

| Size | Media Type | |
|---|---|---|
| 8,504KB | Audio | |
| 3,042KB | Audio | |
| 4,433KB | Audio | |
| 2,492KB | Audio | |
| 972KB | Audio | |
| 4,307KB | Audio | |
| 5,918KB | Audio | Crown of |
| 7,446KB | Audio | Just A Tende |
| 6,437KB | Audio | The March of |
| 6,901KB | Audio | Crown of Thor |
| 9,076KB | Audio | Our Fatal Lo |
| 7,750KB | Audio | Your Last Sal |
| 6,260KB | Audio | Rise Ag |
| 8,519KB | Audio | Fallen Ar |
| 7,199KB | Audio | And Life Goe |
| 6,145KB | Audio | |
| 5,470KB | Audio | |
| 7,284KB | Audio | |
| 8,429KB | Audio | |
| 717KB | Audio | |
| 4,342KB | Audio | |
| 5,483KB | Audio | |
| 3,996KB | Audio | |
| 3,966KB | Audio | |
| 5,120KB | Audio | dow |
| 3,382KB | Audio | Dow |
| 5,093KB | Audio | |
| 6,065KB | Audio | |
| 4,972KB | Audio | |
| 8,375KB | Audio | W |

(first column partial: ptation)

(48,349,184 GB)   ; Not sharing any files



| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | wumpscut - is it you.mp3 | Wumpscut | 4,972KB | Audio | |
| tereastarr@KaZaA | Wumpscut - believe in me.mp3 | wumpscut | 8,375KB | Audio | Wump: |
| tereastarr@KaZaA | Wumpscut - on the run.mp3 | wumpscut | 5,971KB | Audio | Wur |
| tereastarr@KaZaA | Wumpscut - rotten meat.mp3 | wumpscut | 5,357KB | Audio | Wump |
| tereastarr@KaZaA | wumpscut - soylent green(2).mp3 | Wumpscut | 6,789KB | Audio | |
| tereastarr@KaZaA | Wumpscut - soylent green.mp3 | wumpscut | 8,476KB | Audio | Wumps |
| tereastarr@KaZaA | Wumpscut - totall recall.mp3 | wumpscut | 6,017KB | Audio | Wun |
| tereastarr@KaZaA | Wumpscut - zech groove.mp3 | wumpscut | 5,348KB | Audio | Wump |
| tereastarr@KaZaA | 01-Opening The Gates Of Hell.mp3 | Wumpscut | 5,816KB | Audio | Opening |
| tereastarr@KaZaA | wumpscut - christfuck.mp3 | wumpscut | 5,074KB | Audio | |
| tereastarr@KaZaA | 01 - Creed - Are You Ready-.mp3 | Creed | 4,468KB | Audio | |
| tereastarr@KaZaA | 10 - Enya - One By One.mp3 | Enya | 3,708KB | Audio | |
| tereastarr@KaZaA | 11 - Enya - Lazy Days.mp3 | Enya | 3,491KB | Audio | |
| tereastarr@KaZaA | 02 - Creed - What If.mp3 | Creed | 4,983KB | Audio | |
| tereastarr@KaZaA | 20 - Eric Serra - Radiowaves.mp3 | Eric Serra | 2,390KB | Audio | |
| tereastarr@KaZaA | 01 - Enya - The Memory of Trees [Instrumental_Voices]... | Enya | 4,070KB | Audio | The Memory o |
| tereastarr@KaZaA | 02 - Enya - Anywhere Is.mp3 | Enya | 3,750KB | Audio | |
| tereastarr@KaZaA | 03 - Enya - Pax Deorum.mp3 | Enya | 4,690KB | Audio | |
| tereastarr@KaZaA | 04 - Enya - Athair Ar Nearmh.mp3 | Enya | 3,479KB | Audio | |
| tereastarr@KaZaA | 21 - Eric Serra - Human Nature.mp3 | Eric Serra | 1,923KB | Audio | |
| tereastarr@KaZaA | 05 - Enya - From Where I Am [Instrumental].mp3 | Enya | 2,241KB | Audio | From Where I |
| 2 Users | 06 - Enya - China Roses.mp3 | Enya | 4,536KB | Audio | |
| tereastarr@KaZaA | 03 - Creed - Beautiful.mp3 | Creed | 4,068KB | Audio | |
| tereastarr@KaZaA | 22 - Eric Serra - Pictures of War.mp3 | Eric Serra | 1,266KB | Audio | |
| tereastarr@KaZaA | 07 - Enya - Hope Has a Place.mp3 | Enya | 4,517KB | Audio | |
| tereastarr@KaZaA | 05 - Creed - Wrong Way.mp3 | Creed | 4,064KB | Audio | |
| tereastarr@KaZaA | 08 - Enya - Tea-House Moon [Instrumental].mp3 | Enya | 2,562KB | Audio | Tea-House M |
| tereastarr@KaZaA | 02 - Green Day - Having a Blast.mp3 | Green Day | 2,591KB | Audio | |
| tereastarr@KaZaA | Dream Theater - (Iron Maiden Cover) Hallowed Be Thy Na... | Dream Theater | 10,736KB | Audio | Hal |
| tereastarr@KaZaA | Dream Theater - A Change Of Seasons.mp3 | Dream Theater | 21,708KB | Audio | A |

Found 1955 files    2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)    Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | Dream Theater - (Iron Maiden Cover) Hallowed Be Thy Na... | Dream Theater | 10,736KB | Audio | Hall |
| tereastarr@KaZaA | Dream Theater - A Change Of Seasons.mp3 | Dream Theater | 21,708KB | Audio | A C |
| tereastarr@KaZaA | Dream theater - John's bass guitar solo.mp3 | Dream Theater | 1,656KB | Audio | Jol |
| tereastarr@KaZaA | Dream Theater - Master Of Puppets (Metallica Cover Live I... | Dream Theater | 12,313KB | Audio | Master Of Puppets (Metallica Cove |
| tereastarr@KaZaA | Dream Theater - Train Of Thought - 01 - As I Am.mp3 | Dream Theater | 10,957KB | Audio | As I / |
| tereastarr@KaZaA | 07 - Dream Theater - In the Name of God.mp3 | Dream Theater | 20,036KB | Audio | Ir |
| tereastarr@KaZaA | Lacuna Coil - Comalies - 01 - Swamped.mp3 | Lacuna Coil | 5,628KB | Audio | |
| tereastarr@KaZaA | Lacuna Coil - Halflife - Senzafine.MP3 | LaCuNa cOiL | 3,656KB | Audio | |
| tereastarr@KaZaA | 01 - Bryan Adams - Summer of '69.mp3 | Bryan Adams | 3,363KB | Audio | |
| tereastarr@KaZaA | 02 - Bryan Adams - Straight from the Heart.mp3 | Bryan Adams | 3,292KB | Audio | Strai |
| tereastarr@KaZaA | 03 - Bryan Adams - It's Only Love.mp3 | Bryan Adams | 3,060KB | Audio | |
| tereastarr@KaZaA | 04 - Bryan Adams - Can't Stop This Thing We Started.mp3 | Bryan Adams | 4,204KB | Audio | Can't Stop 1 |
| tereastarr@KaZaA | 05 - Bryan Adams - Do I Have to Say the Words-.mp3 | Bryan Adams | 5,812KB | Audio | Do I Have |
| tereastarr@KaZaA | 06 - Bryan Adams - This Time.mp3 | Bryan Adams | 3,123KB | Audio | |
| tereastarr@KaZaA | 07 - Bryan Adams - Run to You.mp3 | Bryan Adams | 3,668KB | Audio | |
| 2 Users | 08 - Bryan Adams - Heaven.mp3 | Bryan Adams | 3,823KB | Audio | |
| tereastarr@KaZaA | 09 - Bryan Adams - Cuts Like a Knife.mp3 | Bryan Adams | 4,896KB | Audio | |
| tereastarr@KaZaA | 10 - Bryan Adams - (Everything I Do) I Do It for You.mp3 | Bryan Adams | 6,170KB | Audio | (Everythi |
| tereastarr@KaZaA | 11 - Bryan Adams - Somebody.mp3 | Bryan Adams | 4,422KB | Audio | |
| tereastarr@KaZaA | 12 - Bryan Adams - Kids Wanna Rock.mp3 | Bryan Adams | 2,449KB | Audio | |
| tereastarr@KaZaA | 13 - Bryan Adams - Heat of the Night.mp3 | Bryan Adams | 4,783KB | Audio | |
| tereastarr@KaZaA | 14 - Bryan Adams - Please Forgive Me.mp3 | Bryan Adams | 5,572KB | Audio | |
| tereastarr@KaZaA | Dream Theater - Flight of the Bumblebee (Guitar Solo).mp3 | Dream Theater | 986KB | Audio | Dream The |
| tereastarr@KaZaA | Dream Theater - Master of Puppets (entire album live from... | Dream Theater | 80,719KB | Audio | Master of Puppets (entire album live |
| tereastarr@KaZaA | Dream Theater - Metropolis.mp3 | Dream Theater | 5,880KB | Audio | |
| tereastarr@KaZaA | dream theater - The Glass Prison.mp3 | Dream Theater | 16,265KB | Audio | |
| tereastarr@KaZaA | 23 - Eric Serra - Lakta Ligunai.mp3 | Eric Serra | 3,975KB | Audio | |
| tereastarr@KaZaA | Dream Theater - Train Of Thought - 02 - This Dying Soul.m... | Dream Theater | 16,125KB | Audio | |
| tereastarr@KaZaA | 03 - Green Day - Chump.mp3 | Green Day | 2,706KB | Audio | |
| tereastarr@KaZaA | 01 Hair of dying day.mp3 | Lacuna Coil | 6,000KB | Audio | |

Found 1955 files   2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)   Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 03 - Green Day - Chump.mp3 | Green Day | 2,738KB | Audio | |
| tereastarr@KaZaA | 01-Heir_of_dying_day.mp3 | Lacuna Coil | 6,999KB | Audio | |
| tereastarr@KaZaA | 02-To_live_is_to_hide.mp3 | Lacuna Coil | 6,426KB | Audio | |
| tereastarr@KaZaA | 03-Purify.mp3 | Lacuna Coil | 6,477KB | Audio | |
| tereastarr@KaZaA | 04-Senzafine.mp3 | Lacuna Coil | 5,202KB | Audio | |
| tereastarr@KaZaA | 05-When_a_dead_man_walks.mp3 | Lacuna Coil | 8,292KB | Audio | When |
| tereastarr@KaZaA | 06-1.19.mp3 | Lacuna Coil | 6,981KB | Audio | |
| tereastarr@KaZaA | 07-Cold_heritage.mp3 | Lacuna Coil | 7,576KB | Audio | |
| tereastarr@KaZaA | 08-Distant_sun.mp3 | Lacuna Coil | 7,700KB | Audio | |
| tereastarr@KaZaA | 09-A_current_obsession.mp3 | Lacuna Coil | 7,496KB | Audio | A |
| tereastarr@KaZaA | 10-Wave_of_anguish.mp3 | Lacuna Coil | 6,574KB | Audio | |
| tereastarr@KaZaA | 01 - Staind - Price to play.mp3 | Staind | 3,384KB | Audio | |
| tereastarr@KaZaA | 02 - Staind - How about you.mp3 | Staind | 3,731KB | Audio | |
| tereastarr@KaZaA | 03 - Staind - So far away.mp3 | Staind | 3,833KB | Audio | |
| tereastarr@KaZaA | 04 - Staind - Yesterday.mp3 | Staind | 3,560KB | Audio | |
| tereastarr@KaZaA | 05 - Staind - fray.mp3 | Staind | 4,759KB | Audio | |
| tereastarr@KaZaA | 06 - Staind - Zoe Jane.mp3 | Staind | 4,341KB | Audio | |
| tereastarr@KaZaA | 07 - Staind - Fill me up.mp3 | Staind | 4,149KB | Audio | |
| tereastarr@KaZaA | 08 - Staind - Layne.mp3 | Staind | 4,164KB | Audio | |
| tereastarr@KaZaA | 09 - Staind - Falling down.mp3 | Staind | 3,697KB | Audio | |
| tereastarr@KaZaA | 10 - Staind - Reality.mp3 | Staind | 4,352KB | Audio | |
| tereastarr@KaZaA | 11 - Staind - Tonight.mp3 | Staind | 4,153KB | Audio | |
| tereastarr@KaZaA | 12 - Staind - Could it be.mp3 | Staind | 4,444KB | Audio | |
| tereastarr@KaZaA | 13 - Staind - Blow away.mp3 | Staind | 5,876KB | Audio | |
| tereastarr@KaZaA | 14 - Staind - Intro.mp3 | Staind | 4,191KB | Audio | |
| tereastarr@KaZaA | 01 - Staind - Open Your Eyes.mp3 | Staind | 3,648KB | Audio | |
| tereastarr@KaZaA | 02 - Staind - Pressure.mp3 | Staind | 3,177KB | Audio | |
| tereastarr@KaZaA | 03 - Staind - Fade.mp3 | Staind | 3,817KB | Audio | |
| tereastarr@KaZaA | 04 - Staind - It's Been Awhile.mp3 | Staind | 4,160KB | Audio | |
| tereastarr@KaZaA | 05 - Staind - Change.mp3 | Staind | 3,406KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 04 - Staind - It's Been Awhile.mp3 | Staind | 4,160KB | Audio | |
| tereastarr@KaZaA | 05 - Staind - Change.mp3 | Staind | 3,406KB | Audio | |
| tereastarr@KaZaA | 06 - Aaron Lewis - Can't Believe.mp3 | Aaron Lewis | 2,641KB | Audio | |
| tereastarr@KaZaA | 07 - Staind - Epiphany.mp3 | Staind | 4,042KB | Audio | |
| tereastarr@KaZaA | 08 - Staind - Suffer.mp3 | Staind | 3,752KB | Audio | |
| tereastarr@KaZaA | 09 - Staind - Safe Place.mp3 | Staind | 4,319KB | Audio | |
| tereastarr@KaZaA | 10 - Staind - For You.mp3 | Staind | 3,237KB | Audio | |
| tereastarr@KaZaA | 11 - Staind - Outside.mp3 | Staind | 4,574KB | Audio | |
| tereastarr@KaZaA | 12 - Staind - Waste.mp3 | Staind | 3,706KB | Audio | |
| tereastarr@KaZaA | 13 - Staind - Take It.mp3 | Staind | 3,403KB | Audio | |
| tereastarr@KaZaA | 24 - Eric Serra - Protect Life.mp3 | Eric Serra | 2,396KB | Audio | |
| tereastarr@KaZaA | 25 - R.X.R.A. - Little Light of Love [End Titles Version].mp3 | R.X.R.A. | 3,336KB | Audio | Little Lig |
| tereastarr@KaZaA | 26 - Eric Serra - Aknot! Wot-.mp3 | Eric Serra | 3,339KB | Audio | |
| tereastarr@KaZaA | 01 - Howard Shore - The Prophecy.mp3 | Howard Shore | 3,681KB | Audio | |
| tereastarr@KaZaA | 02 - Howard Shore - Concerning Hobbits.mp3 | Howard Shore | 2,743KB | Audio | ( |
| tereastarr@KaZaA | 03 - Howard Shore - The Shadow of the Past.mp3 | Howard Shore | 3,336KB | Audio | The S |
| tereastarr@KaZaA | 04 - Howard Shore - The Treason of Isengard.mp3 | Howard Shore | 3,768KB | Audio | The Tr |
| tereastarr@KaZaA | 05 - Howard Shore - The Black Rider.mp3 | Howard Shore | 2,635KB | Audio | |
| tereastarr@KaZaA | 01 - Dream Theater - The Glass Prison.mp3 | Dream Theater | 19,516KB | Audio | |
| tereastarr@KaZaA | 02 - Dream Theater - Blind Faith.mp3 | Dream Theater | 14,560KB | Audio | |
| tereastarr@KaZaA | 03 - Dream Theater - Misunderstood.mp3 | Dream Theater | 13,422KB | Audio | |
| tereastarr@KaZaA | 04 - Dream Theater - The Great Debate.mp3 | Dream Theater | 19,354KB | Audio | |
| tereastarr@KaZaA | 05 - Dream Theater - Disappear.mp3 | Dream Theater | 9,562KB | Audio | |
| tereastarr@KaZaA | Dream Theater - Six Degrees Of Inner Turbulance (Entire A... | Dream Theater | 39,406KB | Audio | Six Degrees |
| tereastarr@KaZaA | 01 - Dream Theater - Take the Time.mp3 | Dream Theater | 13,528KB | Audio | |
| tereastarr@KaZaA | 02 - Dream Theater - Invaders.mp3 | Dream Theater | 3,910KB | Audio | |
| tereastarr@KaZaA | 03 - Dream Theater - Children of the Damned.mp3 | Dream Theater | 4,778KB | Audio | Child |
| tereastarr@KaZaA | 04 - Dream Theater - The Prisoner.mp3 | Dream Theater | 6,060KB | Audio | |
| tereastarr@KaZaA | 05 - Dream Theater - 22 Acacia Avenue.mp3 | Dream Theater | 9,634KB | Audio | |
| tereastarr@KaZaA | 06 - Dream Theater - The Number Of The Beast.mp3 | Dream Theater | 6,304KB | Audio | The N |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 05 - Dream Theater - 22 Acacia Avenue.mp3 | Dream Theater | 9,634KB | Audio | |
| tereastarr@KaZaA | 06 - Dream Theater - The Number Of The Beast.mp3 | Dream Theater | 6,304KB | Audio | The Nu |
| tereastarr@KaZaA | 07 - Dream Theater - Run To The Hills.mp3 | Dream Theater | 5,744KB | Audio | |
| tereastarr@KaZaA | 08 - Dream Theater - Gangland.mp3 | Dream Theater | 9,322KB | Audio | |
| tereastarr@KaZaA | 01 - Dream Theater - As I Am.mp3 | Dream Theater | 10,969KB | Audio | |
| tereastarr@KaZaA | 02 - Dream Theater - This Dying Soul.mp3 | Dream Theater | 11,463KB | Audio | |
| tereastarr@KaZaA | 03 - Dream Theater - Endless Sacrifice.mp3 | Dream Theater | 13,360KB | Audio | |
| tereastarr@KaZaA | 04 - Dream Theater - Honor Thy Father.mp3 | Dream Theater | 5,743KB | Audio | |
| tereastarr@KaZaA | 05 - Dream Theater - Vacant.mp3 | Dream Theater | 8,697KB | Audio | |
| tereastarr@KaZaA | 06 - Dream Theater - Stream of Conciousness.mp3 | Dream Theater | 7,163KB | Audio | Strea |
| tereastarr@KaZaA | 01 - Gloria Estefan - Conga.mp3 | Gloria Estafan | 4,010KB | Audio | |
| tereastarr@KaZaA | 05 - Gloria Estefan - Rhythm Is Gonna Get You.mp3 | Gloria Estefan / Rafael Pa... | 3,716KB | Audio | Rhythn |
| tereastarr@KaZaA | 06 - Gloria Estefan - Anything for You.mp3 | Gloria Estefan | 3,815KB | Audio | |
| tereastarr@KaZaA | 07 - Gloria Estefan - Here We Are.mp3 | Gloria Estefan | 4,568KB | Audio | |
| tereastarr@KaZaA | 08 - Gloria Estefan - Get on Your Feet.mp3 | Gloria Estefan | 3,446KB | Audio | |
| tereastarr@KaZaA | 14 - Lacuna Coil - Lost Lullaby (Bonus Track).mp3 | Lacuna Coil | 7,043KB | Audio | Lost Lul |
| tereastarr@KaZaA | 01 - LeAnn Rimes - How Do I Live- [Film Mix].mp3 | LeAnn Rimes | 4,200KB | Audio | How D |
| tereastarr@KaZaA | Kiss - Box Set (Disc 5) - 04 - Everytime I Look At You.mp3 | Kiss | 4,370KB | Audio | Every |
| tereastarr@KaZaA | 01 - Aerosmith - Walk on Water.mp3 | Aerosmith | 4,638KB | Audio | |
| tereastarr@KaZaA | 02 - Aerosmith - Love in an Elevator.mp3 | Aerosmith | 5,044KB | Audio | |
| tereastarr@KaZaA | 03 - Aerosmith - Rag Doll.mp3 | Aerosmith | 4,150KB | Audio | |
| tereastarr@KaZaA | 04 - Aerosmith - What It Takes.mp3 | Aerosmith | 4,868KB | Audio | |
| tereastarr@KaZaA | 05 - Aerosmith - Dude (Looks Like a Lady).mp3 | Aerosmith | 4,155KB | Audio | Dude |
| tereastarr@KaZaA | 06 - Aerosmith - Janie's Got a Gun.mp3 | Aerosmith | 5,181KB | Audio | |
| 2 Users | 07 - Aerosmith - Cryin'.mp3 | Aerosmith | 4,847KB | Audio | |
| 2 Users | 08 - Aerosmith - Amazing.mp3 | Aerosmith | 5,588KB | Audio | |
| tereastarr@KaZaA | 09 - Aerosmith - Blind Man.mp3 | Aerosmith | 3,774KB | Audio | |
| tereastarr@KaZaA | 10 - Aerosmith - Deuces Are Wild.mp3 | Aerosmith | 3,388KB | Audio | |
| tereastarr@KaZaA | 11 - Aerosmith - The Other Side.mp3 | Aerosmith | 3,833KB | Audio | |
| 2 Users | 12 - Aerosmith - Crazy.mp3 | Aerosmith | 4,062KB | Audio | |

Found 1955 files     2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)     Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download |  | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 11 - Aerosmith - The Other Side.mp3 | Aerosmith | 3,833KB | Audio | |
| 2 Users | 12 - Aerosmith - Crazy.mp3 | Aerosmith | 4,963KB | Audio | |
| tereastarr@KaZaA | 04 - Green Day - Longview.mp3 | Green Day | 3,754KB | Audio | |
| tereastarr@KaZaA | 14 - Aerosmith - Angel.mp3 | Aerosmith | 4,819KB | Audio | |
| 2 Users | 15 - Aerosmith - Livin' on the Edge.mp3 | Aerosmith | 5,958KB | Audio | |
| tereastarr@KaZaA | 05 - Green Day - Welcome to Paradise.mp3 | Green Day | 3,528KB | Audio | W |
| tereastarr@KaZaA | 06 - Green Day - Pulling Teeth.mp3 | Green Day | 2,375KB | Audio | |
| 2 Users | 13 - Aerosmith - Eat The Rich.mp3 | Aerosmith | 3,927KB | Audio | |
| tereastarr@KaZaA | 01 - Aerosmith - Intro.mp3 | Aerosmith | 387KB | Audio | |
| tereastarr@KaZaA | 03 - Aerosmith - Get a Grip.mp3 | Aerosmith | 3,730KB | Audio | |
| tereastarr@KaZaA | 04 - Aerosmith - Fever.mp3 | Aerosmith | 3,997KB | Audio | |
| tereastarr@KaZaA | 07 - Green Day - Basket Case.mp3 | Green Day | 2,880KB | Audio | |
| tereastarr@KaZaA | 06 - Aerosmith - Flesh.mp3 | Aerosmith | 5,584KB | Audio | |
| tereastarr@KaZaA | 01 - A.F.I. - Miseria Cantare- The Beginning.mp3 | A.F.I. | 2,775KB | Audio | Miseria Cant |
| tereastarr@KaZaA | 02 - A.F.I. - The Leaving Song, Pt. 2.mp3 | A.F.I. | 3,306KB | Audio | The L |
| tereastarr@KaZaA | 03 - A.F.I. - Bleed Black.mp3 | A.F.I. | 4,003KB | Audio | |
| tereastarr@KaZaA | 04 - A.F.I. - Silver and Cold.mp3 | A.F.I. | 3,943KB | Audio | |
| tereastarr@KaZaA | 05 - A.F.I. - Dancing Through Sunday.mp3 | A.F.I. | 2,304KB | Audio | Dancir |
| tereastarr@KaZaA | 06 - A.F.I. - Girl's Not Grey.mp3 | A.F.I. | 2,988KB | Audio | |
| tereastarr@KaZaA | 07 - A.F.I. - Death of Seasons.mp3 | A.F.I. | 3,745KB | Audio | |
| tereastarr@KaZaA | 08 - A.F.I. - The Great Disappointment.mp3 | A.F.I. | 5,125KB | Audio | The Gr |
| tereastarr@KaZaA | 09 - A.F.I. - Paper Airplanes (Makeshift Wings).mp3 | A.F.I. | 3,725KB | Audio | Paper Airpla |
| tereastarr@KaZaA | 10 - A.F.I. - This Celluloid Dream.mp3 | A.F.I. | 3,943KB | Audio | T |
| tereastarr@KaZaA | 11 - A.F.I. - The Leaving Song.mp3 | A.F.I. | 2,578KB | Audio | |
| tereastarr@KaZaA | 12 - A.F.I. - ...But Home Is Nowhere.mp3 | A.F.I. | 14,174KB | Audio | ...But |
| tereastarr@KaZaA | 07 - Aerosmith - Walk on Down.mp3 | Aerosmith | 3,436KB | Audio | |
| tereastarr@KaZaA | 08 - Aerosmith - Shut Up and Dance.mp3 | Aerosmith | 4,630KB | Audio | |
| tereastarr@KaZaA | 10 - Aerosmith - Gotta Love It.mp3 | Aerosmith | 5,608KB | Audio | |
| tereastarr@KaZaA | 12 - Aerosmith - Line Up.mp3 | Aerosmith | 3,799KB | Audio | |
| tereastarr@KaZaA | 14 - Aerosmith - Boogie Man.mp3 | Aerosmith | 3,154KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download |  |  Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 12 - Aerosmith - Line Up.mp3 | Aerosmith | 3,799KB | Audio | |
| tereastarr@KaZaA | 14 - Aerosmith - Boogie Man.mp3 | Aerosmith | 2,154KB | Audio | |
| tereastarr@KaZaA | 01 - Ayashi No Ceres - Words and Emotions.mp3 | Ayashi No Ceres | 2,118KB | Audio | W |
| tereastarr@KaZaA | 02 - Ayashi No Ceres - Scarlet (100 sec. edit).mp3 | Ayashi No Ceres | 1,588KB | Audio | Sca |
| tereastarr@KaZaA | 03 - Ayashi No Ceres - Against the Light.mp3 | Ayashi No Ceres | 2,706KB | Audio | |
| tereastarr@KaZaA | 04 - Ayashi No Ceres - Morte et Debo ~The Gift Of Death.... | Ayashi No Ceres | 2,958KB | Audio | Morte et Debo |
| tereastarr@KaZaA | 05 - Ayashi No Ceres - Solitude.mp3 | Ayashi No Ceres | 2,695KB | Audio | |
| tereastarr@KaZaA | 06 - Ayashi No Ceres - Invisible Plan.mp3 | Ayashi No Ceres | 3,515KB | Audio | |
| tereastarr@KaZaA | 07 - Ayashi No Ceres - A Total Eclipse.mp3 | Ayashi No Ceres | 1,899KB | Audio | |
| tereastarr@KaZaA | 08 - Ayashi No Ceres - Raindrops.mp3 | Ayashi No Ceres | 2,825KB | Audio | |
| tereastarr@KaZaA | 09 - Ayashi No Ceres - Apocalyptic Strings.mp3 | Ayashi No Ceres | 3,311KB | Audio | |
| tereastarr@KaZaA | 10 - Ayashi No Ceres - The Gates of Confusion.mp3 | Ayashi No Ceres | 4,156KB | Audio | The |
| tereastarr@KaZaA | 11 - Ayashi No Ceres - Scarlet ~piano solo.mp3 | Ayashi No Ceres | 3,235KB | Audio | |
| tereastarr@KaZaA | 12 - Ayashi No Ceres - The Heavens and the Earth.mp3 | Ayashi No Ceres | 6,650KB | Audio | The Hea |
| tereastarr@KaZaA | 13 - Ayashi No Ceres - One (expanded).mp3 | Ayashi No Ceres | 4,477KB | Audio | |
| tereastarr@KaZaA | 01 - Ayashi no Ceres - Sublunary Sublimity- Part I.mp3 | Ayashi no Ceres | 2,031KB | Audio | Subluna |
| tereastarr@KaZaA | 02 - Ayashi no Ceres - The Shaser at the Gate of Dawn.m... | Ayashi no Ceres | 3,307KB | Audio | The Shaser a |
| tereastarr@KaZaA | 03 - Ayashi no Ceres - Dearest.mp3 | Ayashi no Ceres | 2,164KB | Audio | |
| tereastarr@KaZaA | 04 - Ayashi no Ceres - Beat of the Moment.mp3 | Ayashi no Ceres | 1,556KB | Audio | E |
| tereastarr@KaZaA | 05 - Ayashi no Ceres - The Advent.mp3 | Ayashi no Ceres | 1,574KB | Audio | |
| tereastarr@KaZaA | 06 - Ayashi no Ceres - Perpetual Grief.mp3 | Ayashi no Ceres | 2,978KB | Audio | |
| tereastarr@KaZaA | 07 - Ayashi no Ceres - No Reward Needed.mp3 | Ayashi no Ceres | 1,744KB | Audio | |
| tereastarr@KaZaA | 08 - Ayashi no Ceres - A Herd of Black Dogs.mp3 | Ayashi no Ceres | 3,435KB | Audio | A |
| tereastarr@KaZaA | 09 - Ayashi no Ceres - Blowing from the south.mp3 | Ayashi no Ceres | 4,248KB | Audio | Blow |
| tereastarr@KaZaA | 10 - Ayashi no Ceres - Spiral Proof.mp3 | Ayashi no Ceres | 3,080KB | Audio | |
| tereastarr@KaZaA | 11 - Ayashi no Ceres - Long Distance Wanter Around.mp3 | Ayashi no Ceres | 2,211KB | Audio | Long Distar |
| tereastarr@KaZaA | 12 - Ayashi no Ceres - Skylarking.mp3 | Ayashi no Ceres | 2,226KB | Audio | |
| tereastarr@KaZaA | 13 - Ayashi no Ceres - Starless and Celestial Black.mp3 | Ayashi no Ceres | 2,007KB | Audio | Starless |
| tereastarr@KaZaA | 14 - Ayashi no Ceres - Affinity.mp3 | Ayashi no Ceres | 2,660KB | Audio | |
| tereastarr@KaZaA | 15 - Ayashi no Ceres - Machine Desire.mp3 | Ayashi no Ceres | 3,544KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download |   | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 14 - Ayashi no Ceres - Affinity.mp3 | Ayashi no Ceres | 2,663KB | Audio | |
| tereastarr@KaZaA | 15 - Ayashi no Ceres - Machine Desire.mp3 | Ayashi no Ceres | 3,544KB | Audio | |
| tereastarr@KaZaA | 16 - Ayashi no Ceres - Throbbing in the Moonlight.mp3 | Ayashi no Ceres | 1,703KB | Audio | Throbbi |
| tereastarr@KaZaA | 17 - Ayashi no Ceres - Cross My Heart.mp3 | Ayashi no Ceres | 2,016KB | Audio | |
| tereastarr@KaZaA | 18 - Ayashi no Ceres - 'Scarlet' for Preview.mp3 | Ayashi no Ceres | 532KB | Audio | "S |
| tereastarr@KaZaA | 01 - Ayashi no Ceres - Euphoria - hizashi.mp3 | Ayashi no Ceres | 3,391KB | Audio | |
| tereastarr@KaZaA | 02 - Ayashi no Ceres - Condolence - aitou.mp3 | Ayashi no Ceres | 3,759KB | Audio | |
| tereastarr@KaZaA | 03 - Ayashi no Ceres - The Approach of Footsteps - yocho... | Ayashi no Ceres | 3,111KB | Audio | The Approach of F |
| tereastarr@KaZaA | 04 - Ayashi no Ceres - Sinking into the Deep Water - fukak... | Ayashi no Ceres | 4,088KB | Audio | Sinking into the Deep Wate |
| tereastarr@KaZaA | 05 - Ayashi no Ceres - A Parting Day - wakare.mp3 | Ayashi no Ceres | 3,801KB | Audio | A Pa |
| tereastarr@KaZaA | 06 - Ayashi no Ceres - The Mad Capsule Laughs - kodou to... | Ayashi no Ceres | 3,598KB | Audio | The Mad Capsule Laughs - |
| tereastarr@KaZaA | 07 - Ayashi no Ceres - Farewell to the Sympathizers - shin'a... | Ayashi no Ceres | 3,524KB | Audio | Farewell to the Sympathizers - sh |
| tereastarr@KaZaA | 08 - Ayashi no Ceres - Realization and Affliction - kattou.m... | Ayashi no Ceres | 3,309KB | Audio | Realization an |
| tereastarr@KaZaA | 09 - Ayashi no Ceres - Ancient Times - taiko no kioku.mp3 | Ayashi no Ceres | 3,349KB | Audio | Ancient Tir |
| tereastarr@KaZaA | 10 - Ayashi no Ceres - The Extraordinary Zealot - kakusei... | Ayashi no Ceres | 3,728KB | Audio | The Extraordina |
| tereastarr@KaZaA | 11 - Ayashi no Ceres - Ashes Faded Away - kieyuku hai no... | Ayashi no Ceres | 3,711KB | Audio | Ashes Faded Away - kie |
| tereastarr@KaZaA | 12 - Ayashi no Ceres - Intertribal Dissonance - fuchouwa... | Ayashi no Ceres | 3,400KB | Audio | Intertribal Disso |
| tereastarr@KaZaA | 13 - Ayashi no Ceres - The Inevitable - unmei.mp3 | Ayashi no Ceres | 3,223KB | Audio | The |
| tereastarr@KaZaA | 14 - Ayashi no Ceres - A Conclusion - aru ketsumatsu.mp3 | Ayashi no Ceres | 3,401KB | Audio | A Conclusio |
| tereastarr@KaZaA | 15 - Ayashi no Ceres - Symphony for the Next Generation -... | Ayashi no Ceres | 9,533KB | Audio | Symphony for the Next Generatior |
| tereastarr@KaZaA | 01 - Belinda Carlisle - Heaven Is a Place on Earth.mp3 | Belinda Carlisle | 3,854KB | Audio | Heaven |
| tereastarr@KaZaA | 02 - Belinda Carlisle - I Get Weak.mp3 | Belinda Carlisle | 4,590KB | Audio | |
| tereastarr@KaZaA | 03 - Belinda Carlisle - I Feel the Magic.mp3 | Belinda Carlisle | 3,168KB | Audio | |
| tereastarr@KaZaA | 04 - Belinda Carlisle - Half the World.mp3 | Belinda Carlisle | 4,102KB | Audio | |
| tereastarr@KaZaA | 05 - Belinda Carlisle - Gotta Get to You.mp3 | Belinda Carlisle | 3,846KB | Audio | |
| tereastarr@KaZaA | 06 - Belinda Carlisle - Leave a Light On.mp3 | Belinda Carlisle | 4,288KB | Audio | |
| tereastarr@KaZaA | 07 - Belinda Carlisle - Circle in the Sand.mp3 | Belinda Carlisle | 4,168KB | Audio | |
| tereastarr@KaZaA | 08 - Belinda Carlisle - Mad About You.mp3 | Belinda Carlisle | 3,398KB | Audio | |
| tereastarr@KaZaA | 09 - Belinda Carlisle - I Feel Free.mp3 | Belinda Carlisle | 4,534KB | Audio | |
| tereastarr@KaZaA | 10 - Belinda Carlisle - Summer Rain.mp3 | Belinda Carlisle | 5,124KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 09 - Belinda Carlisle - I Feel Free.mp3 | Belinda Carlisle | 4,534KB | Audio | |
| tereastarr@KaZaA | 10 - Belinda Carlisle - Summer Rain.mp3 | Belinda Carlisle | 5,134KB | Audio | |
| tereastarr@KaZaA | 11 - Belinda Carlisle - Live Your Life Be Free.mp3 | Belinda Carlisle | 4,892KB | Audio | Liv |
| tereastarr@KaZaA | 12 - Belinda Carlisle - Vision of You.mp3 | Belinda Carlisle | 4,347KB | Audio | |
| tereastarr@KaZaA | 13 - Belinda Carlisle - Do You Feel Like I Feel-.mp3 | Belinda Carlisle | 4,828KB | Audio | Do Y |
| tereastarr@KaZaA | 01 - Black Eyed Peas - Hands Up.mp3 | Black Eyed Peas | 3,388KB | Audio | |
| tereastarr@KaZaA | 02 - Black Eyed Peas - Labor Day (It's a Holiday).mp3 | Black Eyed Peas | 3,747KB | Audio | Labor |
| tereastarr@KaZaA | 03 - Black Eyed Peas - Let's Get Retarded.mp3 | Black Eyed Peas | 3,390KB | Audio | |
| tereastarr@KaZaA | 04 - Black Eyed Peas - Hey Mama.mp3 | Black Eyed Peas | 3,374KB | Audio | |
| tereastarr@KaZaA | 05 - Black Eyed Peas - Shut Up.mp3 | Black Eyed Peas | 4,644KB | Audio | |
| tereastarr@KaZaA | 06 - Black Eyed Peas - Smells Like Funk.mp3 | Black Eyed Peas | 4,778KB | Audio | |
| tereastarr@KaZaA | 07 - Black Eyed Peas - Latin Girls.mp3 | Black Eyed Peas | 5,921KB | Audio | |
| tereastarr@KaZaA | 08 - Black Eyed Peas - Sexy.mp3 | Black Eyed Peas | 4,446KB | Audio | |
| tereastarr@KaZaA | 09 - Black Eyed Peas - Fly Away.mp3 | Black Eyed Peas | 3,383KB | Audio | |
| tereastarr@KaZaA | 10 - Black Eyed Peas - The Boogie That Be.mp3 | Black Eyed Peas | 4,894KB | Audio | |
| tereastarr@KaZaA | 11 - Black Eyed Peas - The Apl Song.mp3 | Black Eyed Peas | 2,749KB | Audio | |
| tereastarr@KaZaA | 12 - Black Eyed Peas - Papa Roach - Anxiety.mp3 | Black Eyed Peas / Papa R... | 3,427KB | Audio | |
| tereastarr@KaZaA | 13 - Black Eyed Peas - Justin Timberlake - Where Is the Lo... | Black Eyed Peas / Justin T... | 4,305KB | Audio | |
| tereastarr@KaZaA | 14 - Black Eyed Peas - Let's Get It Started.mp3 | Black Eyed Peas | 7,087KB | Audio | |
| tereastarr@KaZaA | 01 - Black Sabbath - War Pigs.mp3 | Black Sabbath | 7,479KB | Audio | |
| tereastarr@KaZaA | 02 - Black Sabbath - Paranoid.mp3 | Black Sabbath | 2,709KB | Audio | |
| tereastarr@KaZaA | 03 - Black Sabbath - Planet Caravan.mp3 | Black Sabbath | 4,303KB | Audio | |
| tereastarr@KaZaA | 04 - Black Sabbath - Iron Man.mp3 | Black Sabbath | 5,609KB | Audio | |
| tereastarr@KaZaA | 05 - Black Sabbath - Electric Funeral.mp3 | Black Sabbath | 4,586KB | Audio | |
| tereastarr@KaZaA | 06 - Black Sabbath - Hand of Doom.mp3 | Black Sabbath | 6,720KB | Audio | |
| tereastarr@KaZaA | 07 - Black Sabbath - Rat Salad.mp3 | Black Sabbath | 2,355KB | Audio | |
| tereastarr@KaZaA | 08 - Black Sabbath - Fairies Wear Boots.mp3 | Black Sabbath | 5,851KB | Audio | |
| tereastarr@KaZaA | 01 - Boyz II Men - Please Don't Go.mp3 | Boyz II Men | 4,172KB | Audio | |
| tereastarr@KaZaA | 02 - Boyz II Men - Lonely Heart.mp3 | Boyz II Men | 5,485KB | Audio | |
| tereastarr@KaZaA | 03 - Boyz II Men - This Is My Heart.mp3 | Boyz II Men | 3,229KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download  |  🔍  |  Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 02 - Boyz II Men - Lonely Heart.mp3 | Boyz II Men | 3,485KB | Audio | |
| tereastarr@KaZaA | 03 - Boyz II Men - This Is My Heart.mp3 | Boyz II Men | 3,239KB | Audio | |
| tereastarr@KaZaA | 04 - Boyz II Men - Uhh Ahh.mp3 | Boyz II Men | 3,628KB | Audio | |
| 2 Users | 05 - Boyz II Men - It's So Hard to Say Goodbye to Yesterd... | Boyz II Men | 2,685KB | Audio | It's So Hard |
| tereastarr@KaZaA | 06 - Boyz II Men - Motownphilly.mp3 | Boyz II Men | 3,690KB | Audio | |
| tereastarr@KaZaA | 07 - Boyz II Men - Under Pressure.mp3 | Boyz II Men | 3,998KB | Audio | |
| tereastarr@KaZaA | 08 - Boyz II Men - Sympin.mp3 | Boyz II Men | 4,155KB | Audio | |
| tereastarr@KaZaA | 09 - Boyz II Men - Little Things.mp3 | Boyz II Men | 3,828KB | Audio | |
| tereastarr@KaZaA | 10 - Boyz II Men - Your Love.mp3 | Boyz II Men | 5,485KB | Audio | |
| tereastarr@KaZaA | 02 - Chevelle - Point #1.mp3 | Chevelle | 4,101KB | Audio | |
| tereastarr@KaZaA | 03 - Chevelle - Prove to You.mp3 | Chevelle | 2,900KB | Audio | |
| tereastarr@KaZaA | 05 - Chevelle - Skeptic.mp3 | Chevelle | 3,855KB | Audio | |
| tereastarr@KaZaA | 06 - Chevelle - Anticipation.mp3 | Chevelle | 2,950KB | Audio | |
| tereastarr@KaZaA | 09 - Chevelle - Blank Earth.mp3 | Chevelle | 5,108KB | Audio | |
| tereastarr@KaZaA | 01 - Christina Aguilera - Genie in a Bottle.mp3 | Christina Aguilera | 3,425KB | Audio | |
| tereastarr@KaZaA | 02 - Christina Aguilera - What a Girl Wants.mp3 | Christina Aguilera | 3,385KB | Audio | |
| tereastarr@KaZaA | 03 - Christina Aguilera - I Turn to You.mp3 | Christina Aguilera | 4,289KB | Audio | |
| tereastarr@KaZaA | 04 - Christina Aguilera - So Emotional.mp3 | Christina Aguilera | 3,774KB | Audio | |
| tereastarr@KaZaA | 05 - Christina Aguilera - Come on Over (All I Want Is You).... | Christina Aguilera | 3,224KB | Audio | Come on Ov |
| tereastarr@KaZaA | 06 - Christina Aguilera - Reflection.mp3 | Christina Aguilera | 3,348KB | Audio | |
| tereastarr@KaZaA | 07 - Christina Aguilera - Love for All Seasons.mp3 | Christina Aguilera | 3,754KB | Audio | L |
| tereastarr@KaZaA | 08 - Christina Aguilera - Somebody's Somebody.mp3 | Christina Aguilera | 4,754KB | Audio | Som |
| tereastarr@KaZaA | 09 - Christina Aguilera - When You Put Your Hands on Me.... | Christina Aguilera | 3,379KB | Audio | When You Put |
| tereastarr@KaZaA | 10 - Christina Aguilera - Blessed.mp3 | Christina Aguilera | 2,921KB | Audio | |
| tereastarr@KaZaA | 11 - Christina Aguilera - Love Will Find a Way.mp3 | Christina Aguilera | 3,706KB | Audio | Lc |
| tereastarr@KaZaA | 12 - Christina Aguilera - Obvious.mp3 | Christina Aguilera | 3,746KB | Audio | |
| tereastarr@KaZaA | 01 - Christina Aguilera - Stripped (Intro).mp3 | Christina Aguilera | 1,563KB | Audio | |
| tereastarr@KaZaA | 02 - Christina Aguilera - Can't Hold Us Down.mp3 | Christina Aguilera | 4,002KB | Audio | ( |
| tereastarr@KaZaA | 03 - Christina Aguilera - Larry Gold - Walk Away.mp3 | Christina Aguilera / Larry ... | 5,434KB | Audio | |
| tereastarr@KaZaA | 04 - Christina Aguilera - Larry Gold - Fighter.mp3 | Christina Aguilera / Larry ... | 3,940KB | Audio | |

Found 1955 files    2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 03 - Christina Aguilera - Larry Gold - Walk Away.mp3 | Christina Aguilera / Larry ... | 5,434KB | Audio | |
| tereastarr@KaZaA | 04 - Christina Aguilera - Larry Gold - Fighter.mp3 | Christina Aguilera / Larry ... | 3,849KB | Audio | |
| tereastarr@KaZaA | 05 - Christina Aguilera - Primer Amor (Interlude).mp3 | Christina Aguilera | 846KB | Audio | Prime |
| tereastarr@KaZaA | 06 - Christina Aguilera - Infatuation.mp3 | Christina Aguilera | 4,034KB | Audio | |
| tereastarr@KaZaA | 07 - Christina Aguilera - Loves Embrace (Interlude).mp3 | Christina Aguilera | 734KB | Audio | Loves E |
| tereastarr@KaZaA | 08 - Christina Aguilera - Larry Gold - Loving Me 4 Me.mp3 | Christina Aguilera / Larry ... | 4,329KB | Audio | |
| tereastarr@KaZaA | 09 - Christina Aguilera - Impossible.mp3 | Christina Aguilera | 3,983KB | Audio | |
| tereastarr@KaZaA | 10 - Christina Aguilera - Underappreciated.mp3 | Christina Aguilera | 3,770KB | Audio | |
| tereastarr@KaZaA | 11 - Christina Aguilera - Beautiful.mp3 | Christina Aguilera | 3,734KB | Audio | |
| tereastarr@KaZaA | 12 - Christina Aguilera - Make Over.mp3 | Christina Aguilera | 3,953KB | Audio | |
| tereastarr@KaZaA | 13 - Christina Aguilera - Cruz.mp3 | Christina Aguilera | 3,593KB | Audio | |
| tereastarr@KaZaA | 14 - Christina Aguilera - Soar.mp3 | Christina Aguilera | 4,466KB | Audio | |
| tereastarr@KaZaA | 15 - Christina Aguilera - Get Mine, Get Yours.mp3 | Christina Aguilera | 3,515KB | Audio | G |
| tereastarr@KaZaA | 16 - Christina Aguilera - Redman - Dirrty.mp3 | Christina Aguilera / Redm... | 4,676KB | Audio | |
| tereastarr@KaZaA | 17 - Christina Aguilera - Stripped, Pt. 2.mp3 | Christina Aguilera | 731KB | Audio | |
| tereastarr@KaZaA | 18 - Christina Aguilera - The Voice Within.mp3 | Christina Aguilera | 4,757KB | Audio | |
| tereastarr@KaZaA | 19 - Christina Aguilera - I'm OK.mp3 | Christina Aguilera | 5,002KB | Audio | |
| tereastarr@KaZaA | 20 - Christina Aguilera - Larry Gold - Keep on Singin' My So... | Christina Aguilera / Larry ... | 6,096KB | Audio | Keep |
| tereastarr@KaZaA | 01 - Cold - Just Got Wicked.mp3 | Cold | 3,777KB | Audio | |
| tereastarr@KaZaA | 02 - Cold - She Said.mp3 | Cold | 3,891KB | Audio | |
| tereastarr@KaZaA | 03 - Cold - No One.mp3 | Cold | 3,095KB | Audio | |
| tereastarr@KaZaA | 04 - Cold - End of the World.mp3 | Cold | 2,892KB | Audio | |
| tereastarr@KaZaA | 05 - Cold - Confession.mp3 | Cold | 3,594KB | Audio | |
| tereastarr@KaZaA | 06 - Cold - It's All Good.mp3 | Cold | 3,497KB | Audio | |
| tereastarr@KaZaA | 07 - Cold - Send in the Clowns.mp3 | Cold | 3,966KB | Audio | |
| tereastarr@KaZaA | 08 - Cold - Same Drug.mp3 | Cold | 3,500KB | Audio | |
| tereastarr@KaZaA | 09 - Cold - Anti-Love Song.mp3 | Cold | 2,981KB | Audio | |
| tereastarr@KaZaA | 10 - Cold - Witch.mp3 | Cold | 3,585KB | Audio | |
| tereastarr@KaZaA | 11 - Cold - Sick of Man.mp3 | Cold | 3,831KB | Audio | |
| tereastarr@KaZaA | 12 - Cold - Outerspace.mp3 | Cold | 3,411KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download      Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 11 - Cold - Sick of Man.mp3 | Cold | 3,831KB | Audio | |
| tereastarr@KaZaA | 12 - Cold - Outerspace.mp3 | Cold | 3,411KB | Audio | |
| tereastarr@KaZaA | 13 - Cold - Bleed.mp3 | Cold | 3,717KB | Audio | |
| tereastarr@KaZaA | 01 - Cold - Remedy.mp3 | Cold | 2,780KB | Audio | |
| tereastarr@KaZaA | 02 - Cold - Suffocate.mp3 | Cold | 3,438KB | Audio | |
| tereastarr@KaZaA | 03 - Cold - Cure My Tragedy.mp3 | Cold | 3,680KB | Audio | |
| tereastarr@KaZaA | 04 - Cold - Stupid Girl.mp3 | Cold | 2,969KB | Audio | |
| tereastarr@KaZaA | 05 - Cold - Don't Belong.mp3 | Cold | 3,447KB | Audio | |
| tereastarr@KaZaA | 06 - Cold - Wasted Years.mp3 | Cold | 3,862KB | Audio | |
| tereastarr@KaZaA | 07 - Cold - Whatever You Become.mp3 | Cold | 3,521KB | Audio | Whi |
| tereastarr@KaZaA | 08 - Cold - Sad Happy.mp3 | Cold | 3,383KB | Audio | |
| tereastarr@KaZaA | 09 - Cold - Rain Song.mp3 | Cold | 3,401KB | Audio | |
| tereastarr@KaZaA | 10 - Cold - The Day Seattle Died.mp3 | Cold | 3,346KB | Audio | Th |
| tereastarr@KaZaA | 11 - Cold - Change the World.mp3 | Cold | 3,770KB | Audio | |
| tereastarr@KaZaA | 12 - Cold - Black Sunday.mp3 | Cold | 4,235KB | Audio | |
| tereastarr@KaZaA | 13 - Cold - Kill the Music Industry.mp3 | Cold | 18,176KB | Audio | Kill |
| tereastarr@KaZaA | 02 - LeAnn Rimes - How Do I Live- [Mr. Mig Remix- Dance ... | LeAnn Rimes | 4,640KB | Audio | How Do I Liv |
| tereastarr@KaZaA | 01 - Madonna - Rain (Radio Remix).mp3 | Madonna | 4,304KB | Audio | |
| tereastarr@KaZaA | 02 - Madonna - Waiting (Album Version).mp3 | Madonna | 5,416KB | Audio | Waiti |
| tereastarr@KaZaA | 01 - Dream Theater - New Millennium.mp3 | Dream Theater | 7,824KB | Audio | |
| tereastarr@KaZaA | 02 - Dream Theater - You Not Me.mp3 | Dream Theater | 4,670KB | Audio | |
| tereastarr@KaZaA | 03 - Dream Theater - Peruvian Skies.mp3 | Dream Theater | 6,298KB | Audio | |
| tereastarr@KaZaA | 04 - Dream Theater - Hollow Years.mp3 | Dream Theater | 5,528KB | Audio | |
| tereastarr@KaZaA | 05 - Dream Theater - Burning My Soul.mp3 | Dream Theater | 5,146KB | Audio | |
| tereastarr@KaZaA | 06 - Dream Theater - Hell's Kitchen.mp3 | Dream Theater | 4,013KB | Audio | |
| tereastarr@KaZaA | 07 - Dream Theater - Lines In The Sand.mp3 | Dream Theater | 9,292KB | Audio | |
| tereastarr@KaZaA | 08 - Dream Theater - Take Away My Pain.mp3 | Dream Theater | 9,402KB | Audio | |
| tereastarr@KaZaA | 09 - Dream Theater - Just Let Me Breathe.mp3 | Dream Theater | 8,778KB | Audio | J |
| tereastarr@KaZaA | 10 - Dream Theater - Anna Lee.mp3 | Dream Theater | 9,110KB | Audio | |
| tereastarr@KaZaA | 11 - Dream Theater - Trail of Tears.mp3 | Dream Theater | 20,730KB | Audio | |

Found 1955 files    2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)    Not sharing any files