Doc. 4 Att. 4
Dockets.Justia.com
Virgin Records America, Inc v. Thomas

| | Size | Media Type | |
|---|---:|---|---:|
| ater | 9,110KB | Audio | ▲ |
| ater | 30,739KB | Audio | |
| es | 3,379KB | Audio | Can't Fight |
| es | 4,302KB | Audio | |
| es | 3,566KB | Audio | The R |
| es | 3,154KB | Audio | |
| y | 4,238KB | Audio | All She We |
| | 3,307KB | Audio | |
| | 3,462KB | Audio | |
| | 2,985KB | Audio | |
| e Daniels Band | 3,388KB | Audio | The Devil Wer |
| | 3,177KB | Audio | |
| alker | 3,210KB | Audio | |
| n | 3,756KB | Audio | We Can Get Th |
| | 4,048KB | Audio | |
| | 4,175KB | Audio | Where Have Al |
| | 3,550KB | Audio | |
| | 3,525KB | Audio | |
| | 4,805KB | Audio | |
| | 5,205KB | Audio | |
| | 3,462KB | Audio | |
| | 4,736KB | Audio | |
| | 5,284KB | Audio | |
| | 4,107KB | Audio | |
| | 4,995KB | Audio | I I |
| | 5,622KB | Audio | |
| | 4,563KB | Audio | |
| | 4,306KB | Audio | Wit |
| | 5,706KB | Audio | Wash |
| | 5,461KB | Audio | |

(48,349,184 GB)   : Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 10 - Creed - Wash Away Those Years.mp3 | Creed | 5,706KB | Audio | Wash |
| tereastarr@KaZaA | 11 - Creed - Inside Us All.mp3 | Creed | 5,461KB | Audio | |
| tereastarr@KaZaA | 01 - No Doubt - Intro.mp3 | No Doubt | 436KB | Audio | |
| tereastarr@KaZaA | 05 - Enya - Deireadh an Tuath.mp3 | Enya | 1,643KB | Audio | |
| 2 Users | 02 - No Doubt - Hella Good.mp3 | No Doubt | 3,803KB | Audio | |
| tereastarr@KaZaA | Lacuna Coil - In a Reverie - 09 - Falling Again.mp3 | Lacuna Coil | 4,802KB | Audio | |
| 2 Users | 03 - Bounty Killer - No Doubt - Hey Baby.mp3 | Bounty Killer / No Doubt | 3,247KB | Audio | |
| tereastarr@KaZaA | 04 - No Doubt - Making Out.mp3 | No Doubt | 3,992KB | Audio | |
| tereastarr@KaZaA | 03 - Enya - I Want Tomorrow.mp3 | Enya | 3,794KB | Audio | |
| tereastarr@KaZaA | 04 - Enya - March of the Celts.mp3 | Enya | 3,098KB | Audio | |
| tereastarr@KaZaA | Lacuna Coil - In a Reverie - 02 - Stately Lover.mp3 | Lacuna Coil | 4,558KB | Audio | |
| 2 Users | 05 - Lady Saw - No Doubt - Underneath It All.mp3 | Lady Saw / No Doubt | 4,742KB | Audio | |
| tereastarr@KaZaA | 06 - No Doubt - Detective.mp3 | No Doubt | 2,721KB | Audio | |
| tereastarr@KaZaA | 02 - Enya - Aldebaran.mp3 | Enya | 2,910KB | Audio | |
| tereastarr@KaZaA | 07 - No Doubt - Don't Let Me Down.mp3 | No Doubt | 3,899KB | Audio | |
| tereastarr@KaZaA | Dream Theater - Beartracks Studio (Complete).avi | Unknown | 31,265KB | Video | Dream Theater - Beartracks |
| tereastarr@KaZaA | 08 - No Doubt - Start the Fire.mp3 | No Doubt | 3,939KB | Audio | |
| tereastarr@KaZaA | (Ministry)-Burning_inside.mp3 | Ministry | 4,958KB | Audio | |
| 2 Users | 09 - No Doubt - Running.mp3 | No Doubt | 3,790KB | Audio | |
| tereastarr@KaZaA | 01 - Sheryl Crow - Run, Baby, Run.mp3 | Sheryl Crow | 4,594KB | Audio | |
| tereastarr@KaZaA | 10 - No Doubt - In My Head.mp3 | No Doubt | 3,228KB | Audio | |
| tereastarr@KaZaA | 02 - Sheryl Crow - Leaving Las Vegas.mp3 | Sheryl Crow | 4,858KB | Audio | |
| tereastarr@KaZaA | 11 - No Doubt - Platinum Blonde Life.mp3 | No Doubt | 3,253KB | Audio | F |
| tereastarr@KaZaA | 03 - Sheryl Crow - Strong Enough.mp3 | Sheryl Crow | 2,986KB | Audio | |
| tereastarr@KaZaA | 12 - No Doubt - Waiting Room.mp3 | No Doubt | 4,194KB | Audio | |
| tereastarr@KaZaA | 04 - Sheryl Crow - Can't Cry Anymore.mp3 | Sheryl Crow | 3,474KB | Audio | |
| tereastarr@KaZaA | 05 - Sheryl Crow - Solidify.mp3 | Sheryl Crow | 3,899KB | Audio | |
| tereastarr@KaZaA | 06 - Sheryl Crow - The Na-Na Song.mp3 | Sheryl Crow | 3,032KB | Audio | |
| tereastarr@KaZaA | 13 - No Doubt - Rock Steady.mp3 | No Doubt | 5,046KB | Audio | |
| tereastarr@KaZaA | 07 - Sheryl Crow - No One Said It Would Be Easy.mp3 | Sheryl Crow | 5,157KB | Audio | No One Sa... |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 13 - No Doubt - Rock Steady.mp3 | No Doubt | 5,046KB | Audio | |
| tereastarr@KaZaA | 07 - Sheryl Crow - No One Said It Would Be Easy.mp3 | Sheryl Crow | 5,157KB | Audio | No One Sai |
| 2 Users | 01 - No Doubt - Just a Girl.mp3 | No Doubt | 3,228KB | Audio | |
| tereastarr@KaZaA | 08 - Sheryl Crow - What I Can Do for You.mp3 | Sheryl Crow | 3,996KB | Audio | Wh |
| tereastarr@KaZaA | 02 - No Doubt - It's My Life.mp3 | No Doubt | 3,539KB | Audio | |
| tereastarr@KaZaA | 09 - Sheryl Crow - All I Wanna Do.mp3 | Sheryl Crow | 4,292KB | Audio | |
| tereastarr@KaZaA | 10 - Sheryl Crow - We Do What We Can.mp3 | Sheryl Crow | 5,314KB | Audio | W |
| tereastarr@KaZaA | 04 - No Doubt - Bathwater.mp3 | No Doubt | 3,766KB | Audio | |
| tereastarr@KaZaA | 11 - Sheryl Crow - I Shall Believe.mp3 | Sheryl Crow | 5,240KB | Audio | |
| 2 Users | 05 - No Doubt - Sunday Morning.mp3 | No Doubt | 4,249KB | Audio | |
| tereastarr@KaZaA | 01 - Danzig - It's Coming Down.mp3 | Danzig | 3,381KB | Audio | |
| tereastarr@KaZaA | 02 - Danzig - The Violent Fire.mp3 | Danzig | 4,672KB | Audio | |
| tereastarr@KaZaA | 03 - Danzig - Trouble.mp3 | Danzig | 3,178KB | Audio | |
| tereastarr@KaZaA | 07 - No Doubt - New.mp3 | No Doubt | 4,139KB | Audio | |
| tereastarr@KaZaA | 04 - Danzig - Snakes of Christ [Live].mp3 | Danzig | 4,040KB | Audio | Sna |
| tereastarr@KaZaA | 05 - Danzig - Am I Demon [Live].mp3 | Danzig | 4,085KB | Audio | |
| tereastarr@KaZaA | 06 - Danzig - Sistinas [Live].mp3 | Danzig | 3,826KB | Audio | |
| tereastarr@KaZaA | 07 - Danzig - Mother [Live].mp3 | Danzig | 3,385KB | Audio | |
| tereastarr@KaZaA | 93 - Danzig - Mother Hidden Track.mp3 | Danzig | 3,216KB | Audio | M |
| tereastarr@KaZaA | 01 - Days of the New - Shelf in the Room.mp3 | Days of the New | 4,447KB | Audio | |
| tereastarr@KaZaA | 02 - Days of the New - Touch, Peel and Stand.mp3 | Days of the New | 4,662KB | Audio | Tou |
| tereastarr@KaZaA | 03 - Days of the New - Face of the Earth.mp3 | Days of the New | 4,968KB | Audio | |
| tereastarr@KaZaA | 04 - Days of the New - Solitude.mp3 | Days of the New | 3,939KB | Audio | |
| tereastarr@KaZaA | 05 - Days of the New - The Downtown.mp3 | Days of the New | 4,022KB | Audio | |
| tereastarr@KaZaA | 06 - Days of the New - What's Left for Me-.mp3 | Days of the New | 5,119KB | Audio | |
| tereastarr@KaZaA | 07 - Days of the New - Freak.mp3 | Days of the New | 5,070KB | Audio | |
| tereastarr@KaZaA | 08 - Days of the New - Now.mp3 | Days of the New | 4,773KB | Audio | |
| tereastarr@KaZaA | 09 - Days of the New - Whimsical.mp3 | Days of the New | 5,663KB | Audio | |
| tereastarr@KaZaA | 10 - Days of the New - Where I Stand.mp3 | Days of the New | 5,311KB | Audio | |
| tereastarr@KaZaA | 11 - Days of the New - How Do You Know You-.mp3 | Days of the New | 5,235KB | Audio | Hou |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 10 - Days of the New - Where I Stand.mp3 | Days of the New | 5,311KB | Audio | |
| tereastarr@KaZaA | 11 - Days of the New - How Do You Know You-.mp3 | Days of the New | 5,225KB | Audio | How |
| tereastarr@KaZaA | 12 - Days of the New - Cling.mp3 | Days of the New | 14,506KB | Audio | |
| tereastarr@KaZaA | 01 - Def Leppard - Pour Some Sugar on Me.mp3 | Def Leppard | 4,532KB | Audio | Pour |
| tereastarr@KaZaA | 02 - Def Leppard - Photograph.mp3 | Def Leppard | 3,889KB | Audio | |
| tereastarr@KaZaA | 03 - Def Leppard - Love Bites.mp3 | Def Leppard | 5,429KB | Audio | |
| tereastarr@KaZaA | Lacuna Coil - In A Reverie - 03 - Honeymoon Suite.mp3 | Lacuna Coil | 4,236KB | Audio | |
| tereastarr@KaZaA | 04 - Def Leppard - Let's Get Rocked.mp3 | Def Leppard | 4,637KB | Audio | |
| tereastarr@KaZaA | Great White - If I Ever Saw A Good Thing.mp3 | Great White | 6,174KB | Audio | If I Ever |
| tereastarr@KaZaA | 05 - Def Leppard - Two Steps Behind [Acoustic Version].m... | Def Leppard | 4,066KB | Audio | Two Steps B |
| tereastarr@KaZaA | 06 - Def Leppard - Animal.mp3 | Def Leppard | 3,820KB | Audio | |
| tereastarr@KaZaA | 07 - Def Leppard - Foolin'.mp3 | Def Leppard | 4,294KB | Audio | |
| tereastarr@KaZaA | 01 - U2 - If God Will Send His Angels.mp3 | U2 | 4,282KB | Audio | If God V |
| tereastarr@KaZaA | 02 - Alanis Morissette - Uninvited.mp3 | Alanis Morissette | 4,335KB | Audio | |
| tereastarr@KaZaA | 03 - Jimi Hendrix - Red House.mp3 | Jimi Hendrix | 3,611KB | Audio | |
| tereastarr@KaZaA | 04 - Paula Cole - Feeling Love.mp3 | Paula Cole | 5,285KB | Audio | |
| tereastarr@KaZaA | 05 - John Lee Hooker - Mama, You Got a Daughter.mp3 | John Lee Hooker | 3,499KB | Audio | Mama, Y |
| 2 Users | 06 - Sarah McLachlan - Angel.mp3 | Sarah McLachlan | 4,236KB | Audio | |
| tereastarr@KaZaA | 07 - Goo Goo Dolls - Iris.mp3 | Goo Goo Dolls | 4,581KB | Audio | |
| tereastarr@KaZaA | 08 - Peter Gabriel - I Grieve.mp3 | Peter Gabriel | 7,677KB | Audio | |
| tereastarr@KaZaA | 09 - Jude - I Know.mp3 | Jude | 4,312KB | Audio | |
| tereastarr@KaZaA | 10 - Eric Clapton - Further on up the Road.mp3 | Eric Clapton | 7,036KB | Audio | Furth |
| tereastarr@KaZaA | 11 - Original Soundtrack - An Angel Falls.mp3 | Original Soundtrack | 4,645KB | Audio | |
| tereastarr@KaZaA | 12 - Original Soundtrack - The Unfeeling Kiss.mp3 | Original Soundtrack | 3,513KB | Audio | |
| tereastarr@KaZaA | 13 - Original Soundtrack - Spreading Wings.mp3 | Original Soundtrack | 4,243KB | Audio | |
| tereastarr@KaZaA | 14 - Original Soundtrack - City of Angels.mp3 | Original Soundtrack | 6,697KB | Audio | |
| tereastarr@KaZaA | 08 - Def Leppard - Rocket.mp3 | Def Leppard | 3,873KB | Audio | |
| tereastarr@KaZaA | 09 - Def Leppard - When Love _Hate Collide.mp3 | Def Leppard | 4,029KB | Audio | Wher |
| tereastarr@KaZaA | 10 - Def Leppard - Armageddon It.mp3 | Def Leppard | 5,047KB | Audio | |
| tereastarr@KaZaA | 11 - Def Leppard - Have You Ever Needed Someone So Ba... | Def Leppard | 5,003KB | Audio | Have You Ever |

Found 1955 files    2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

 Web   My Kazaa   Theater   Search  Traffic  Shop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 10 - Def Leppard - Armageddon It.mp3 | Def Leppard | 5,047KB | Audio | |
| tereastarr@KaZaA | 11 - Def Leppard - Have You Ever Needed Someone So Ba... | Def Leppard | 5,002KB | Audio | Have You Ever I |
| tereastarr@KaZaA | 12 - Def Leppard - Rock of Ages.mp3 | Def Leppard | 3,891KB | Audio | |
| tereastarr@KaZaA | 13 - Def Leppard - Hysteria.mp3 | Def Leppard | 5,577KB | Audio | |
| tereastarr@KaZaA | 14 - Def Leppard - Miss You in a Heartbeat [Acoustic Versi... | Def Leppard | 3,852KB | Audio | Miss You in a |
| tereastarr@KaZaA | 15 - Def Leppard - Bringin' on the Heartbreak.mp3 | Def Leppard | 4,264KB | Audio | Bringin' |
| 2 Users | 01 - Deep Forest - Ekue Ekue.mp3 | Deep Forest | 4,975KB | Audio | |
| tereastarr@KaZaA | 02 - Deep Forest - Green and Blue.mp3 | Deep Forest | 5,633KB | Audio | |
| tereastarr@KaZaA | 03 - Deep Forest - Deep Weather.mp3 | Deep Forest | 5,891KB | Audio | |
| tereastarr@KaZaA | 04 - Deep Forest - Bohemian Ballet.mp3 | Deep Forest | 5,891KB | Audio | |
| tereastarr@KaZaA | 05 - Deep Forest - Deep Folk Song.mp3 | Deep Forest | 2,288KB | Audio | |
| tereastarr@KaZaA | 06 - Deep Forest - Freedom Cry.mp3 | Deep Forest | 3,826KB | Audio | |
| tereastarr@KaZaA | 07 - Deep Forest - Cafe Europa.mp3 | Deep Forest | 5,446KB | Audio | |
| tereastarr@KaZaA | 08 - Deep Forest - Forest Power.mp3 | Deep Forest | 5,737KB | Audio | |
| tereastarr@KaZaA | 09 - Deep Forest - Hunting.mp3 | Deep Forest | 6,221KB | Audio | |
| tereastarr@KaZaA | 10 - Deep Forest - Forest Hymn.mp3 | Deep Forest | 5,042KB | Audio | |
| tereastarr@KaZaA | 11 - Deep Forest - Sweet Lullaby.mp3 | Deep Forest | 5,946KB | Audio | |
| tereastarr@KaZaA | 12 - Deep Forest - Madazulu.mp3 | Deep Forest | 4,711KB | Audio | |
| tereastarr@KaZaA | 01 - Deep Forest - Anasthasia.mp3 | Deep Forest | 1,711KB | Audio | |
| tereastarr@KaZaA | 02 - Deep Forest - Bohemian Ballet.mp3 | Deep Forest | 4,961KB | Audio | |
| tereastarr@KaZaA | 03 - Deep Forest - Marta's Song.mp3 | Deep Forest | 3,961KB | Audio | |
| tereastarr@KaZaA | 04 - Deep Forest - Gathering.mp3 | Deep Forest | 4,379KB | Audio | |
| tereastarr@KaZaA | 05 - Deep Forest - Lament.mp3 | Deep Forest | 2,979KB | Audio | |
| tereastarr@KaZaA | 06 - Deep Forest - Bulgarian Melody.mp3 | Deep Forest | 2,950KB | Audio | |
| tereastarr@KaZaA | 07 - Deep Forest - Deep Folk Song.mp3 | Deep Forest | 1,177KB | Audio | |
| tereastarr@KaZaA | 08 - Deep Forest - Freedom Cry.mp3 | Deep Forest | 3,138KB | Audio | |
| tereastarr@KaZaA | 09 - Deep Forest - Twosome.mp3 | Deep Forest | 3,875KB | Audio | |
| tereastarr@KaZaA | 10 - Deep Forest - Cafe Europa.mp3 | Deep Forest | 4,041KB | Audio | |
| tereastarr@KaZaA | 11 - Deep Forest - Katharina.mp3 | Deep Forest | 2,717KB | Audio | |
| tereastarr@KaZaA | 12 - Deep Forest - Bohême.mp3 | Deep Forest | 4,331KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 11 - Deep Forest - Katharina.mp3 | Deep Forest | 2,717KB | Audio | |
| tereastarr@KaZaA | 12 - Deep Forest - Bohême.mp3 | Deep Forest | 4,331KB | Audio | |
| tereastarr@KaZaA | 01 - Deep Forest - Noonday Sun.mp3 | Deep Forest | 4,712KB | Audio | |
| tereastarr@KaZaA | 02 - Deep Forest - Green and Blue.mp3 | Deep Forest | 4,597KB | Audio | |
| tereastarr@KaZaA | 03 - Deep Forest - Madazulu.mp3 | Deep Forest | 3,212KB | Audio | |
| tereastarr@KaZaA | 04 - Deep Forest - 1716.mp3 | Deep Forest | 1,004KB | Audio | |
| tereastarr@KaZaA | 05 - Deep Forest - Deep Weather.mp3 | Deep Forest | 4,610KB | Audio | |
| tereastarr@KaZaA | 06 - Deep Forest - Comparsa.mp3 | Deep Forest | 4,677KB | Audio | |
| tereastarr@KaZaA | 07 - Deep Forest - Earthquake [Transition 1].mp3 | Deep Forest | 758KB | Audio | Earthq |
| tereastarr@KaZaA | 08 - Deep Forest - Tres Marias.mp3 | Deep Forest | 4,615KB | Audio | |
| tereastarr@KaZaA | 09 - Deep Forest - Radio Belize.mp3 | Deep Forest | 3,745KB | Audio | |
| tereastarr@KaZaA | 11 - Deep Forest - La Lune Se Bat Avec Les Étoiles [Transit… | Deep Forest | 2,318KB | Audio | La Lune Se |
| tereastarr@KaZaA | 12 - Deep Forest - Forest Power.mp3 | Deep Forest | 3,590KB | Audio | |
| tereastarr@KaZaA | 13 - Deep Forest - Media Luna.mp3 | Deep Forest | 4,266KB | Audio | |
| tereastarr@KaZaA | 01 - Destiny's Child - Intro (The Writing's on the Wall).mp3 | Destiny's Child | 1,973KB | Audio | Intro (The \ |
| tereastarr@KaZaA | 02 - Destiny's Child - So Good.mp3 | Destiny's Child | 3,041KB | Audio | |
| tereastarr@KaZaA | 03 - Destiny's Child - Bills, Bills, Bills.mp3 | Destiny's Child | 4,013KB | Audio | |
| tereastarr@KaZaA | 04 - Destiny's Child - Missy Elliott - Confessions.mp3 | Destiny's Child / Missy Elli… | 4,654KB | Audio | |
| tereastarr@KaZaA | breaking benjamin -01- so cold.mp3 | Breaking Benjamin | 7,370KB | Audio | |
| tereastarr@KaZaA | breaking benjamin -02- simple design.mp3 | Breaking Benjamin | 7,886KB | Audio | |
| tereastarr@KaZaA | breaking benjamin -03- follow me.mp3 | Breaking Benjamin | 5,884KB | Audio | |
| tereastarr@KaZaA | breaking benjamin -04- firefly.mp3 | Breaking Benjamin | 5,707KB | Audio | |
| tereastarr@KaZaA | breaking benjamin -05- break my fall.mp3 | Breaking Benjamin | 6,079KB | Audio | |
| tereastarr@KaZaA | breaking benjamin -06- forget it.mp3 | Breaking Benjamin | 5,886KB | Audio | |
| tereastarr@KaZaA | breaking benjamin -07- sooner or later.mp3 | Breaking Benjamin | 6,216KB | Audio | |
| 2 Users | breaking benjamin -08- breakdown.mp3 | Breaking Benjamin | 6,590KB | Audio | |
| tereastarr@KaZaA | breaking benjamin -09- away.mp3 | Breaking Benjamin | 5,698KB | Audio | |
| tereastarr@KaZaA | breaking benjamin -10- believe.mp3 | Breaking Benjamin | 6,016KB | Audio | |
| tereastarr@KaZaA | breaking benjamin -11- rain.mp3 | Breaking Benjamin | 5,115KB | Audio | |
| tereastarr@KaZaA | 05 - Destiny's Child - Bug a Boo.mp3 | Destiny's Child | 3,330KB | Audio | |

Found 1955 files    2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | breaking benjamin -11- rain.mp3 | Breaking Benjamin | 5,115KB | Audio | |
| tereastarr@KaZaA | 05 - Destiny's Child - Bug a Boo.mp3 | Destiny's Child | 3,330KB | Audio | |
| tereastarr@KaZaA | 06 - Destiny's Child - Temptation.mp3 | Destiny's Child | 3,847KB | Audio | |
| tereastarr@KaZaA | 07 - Destiny's Child - Now That She's Gone.mp3 | Destiny's Child | 5,253KB | Audio | Nc |
| tereastarr@KaZaA | 08 - Destiny's Child - Where'd You Go.mp3 | Destiny's Child | 3,998KB | Audio | |
| tereastarr@KaZaA | 09 - Destiny's Child - Hey Ladies.mp3 | Destiny's Child | 4,010KB | Audio | |
| tereastarr@KaZaA | 10 - Destiny's Child - If You Leave.mp3 | Destiny's Child | 4,309KB | Audio | |
| tereastarr@KaZaA | 11 - Destiny's Child - Jumpin' Jumpin'.mp3 | Destiny's Child | 3,607KB | Audio | |
| tereastarr@KaZaA | 12 - Destiny's Child - Say My Name.mp3 | Destiny's Child | 4,250KB | Audio | |
| tereastarr@KaZaA | 13 - Destiny's Child - She Can't Love You.mp3 | Destiny's Child | 3,836KB | Audio | S |
| tereastarr@KaZaA | 14 - Destiny's Child - Stay.mp3 | Destiny's Child | 4,561KB | Audio | |
| tereastarr@KaZaA | 15 - Destiny's Child - Sweet Sixteen.mp3 | Destiny's Child | 3,959KB | Audio | |
| tereastarr@KaZaA | 16 - Destiny's Child - Outro.mp3 | Destiny's Child | 2,490KB | Audio | |
| tereastarr@KaZaA | 01 - Celine Dion - The Reason.mp3 | Celine Dion | 4,711KB | Audio | |
| tereastarr@KaZaA | 02 - Celine Dion - Immortality.mp3 | Celine Dion | 3,930KB | Audio | |
| tereastarr@KaZaA | 03 - Celine Dion - Treat Her Like a Lady.mp3 | Celine Dion | 3,839KB | Audio | Tr |
| tereastarr@KaZaA | 04 - Celine Dion - Why Oh Why.mp3 | Celine Dion | 4,560KB | Audio | |
| 2 Users | 05 - Celine Dion - Love Is on the Way.mp3 | Celine Dion | 4,172KB | Audio | L |
| tereastarr@KaZaA | 06 - Barbra Streisand - Celine Dion - Tell Him.mp3 | Barbra Streisand / Celine ... | 4,568KB | Audio | |
| tereastarr@KaZaA | 07 - Celine Dion - Where Is the Love.mp3 | Celine Dion | 4,634KB | Audio | |
| tereastarr@KaZaA | 08 - Celine Dion - When I Need You.mp3 | Celine Dion | 3,955KB | Audio | |
| tereastarr@KaZaA | 09 - Celine Dion - Miles to Go (Before I Sleep).mp3 | Celine Dion | 4,380KB | Audio | Miles to |
| tereastarr@KaZaA | 10 - Celine Dion - Us.mp3 | Celine Dion | 5,421KB | Audio | |
| tereastarr@KaZaA | 11 - Celine Dion - Just a Little Bit of Love.mp3 | Celine Dion | 3,862KB | Audio | Just |
| tereastarr@KaZaA | 12 - Celine Dion - My Heart Will Go On [Love Theme from T... | Celine Dion | 4,400KB | Audio | My Heart Will |
| tereastarr@KaZaA | 13 - Celine Dion - Luciano Pavarotti - I Hate You Then I Lo... | Celine Dion / Luciano Pav... | 4,437KB | Audio | I Hate Y |
| tereastarr@KaZaA | 14 - Celine Dion - To Love You More.mp3 | Celine Dion | 5,141KB | Audio | |
| tereastarr@KaZaA | 15 - Celine Dion - Let's Talk About Love.mp3 | Celine Dion | 4,888KB | Audio | Le |
| tereastarr@KaZaA | 01 - Disturbed - Voices.mp3 | Disturbed | 3,006KB | Audio | |
| tereastarr@KaZaA | 02 - Disturbed - The Game.mp3 | Disturbed | 3,550KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

```
Kazaa - [Search]                                                                    _|8|x

File  View  Player  Tools  Actions  Help

[Web]   [My Kazaa]   [Theater]   [Search]   [Traffic]   [Shop]   [Tell A Friend]

[New search]   [Download]   [Q]             [Search Field]
```

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 01 - Disturbed - Voices.mp3 | Disturbed | 3,006KB | Audio | |
| tereastarr@KaZaA | 02 - Disturbed - The Game.mp3 | Disturbed | 3,558KB | Audio | |
| tereastarr@KaZaA | 03 - Disturbed - Stupify.mp3 | Disturbed | 4,294KB | Audio | |
| tereastarr@KaZaA | 04 - Disturbed - Down With the Sickness.mp3 | Disturbed | 4,364KB | Audio | Dow |
| tereastarr@KaZaA | 05 - Disturbed - Violence Fetish.mp3 | Disturbed | 3,194KB | Audio | |
| tereastarr@KaZaA | 06 - Disturbed - Fear.mp3 | Disturbed | 3,556KB | Audio | |
| tereastarr@KaZaA | 07 - Disturbed - Numb.mp3 | Disturbed | 3,524KB | Audio | |
| tereastarr@KaZaA | 08 - Disturbed - Want.mp3 | Disturbed | 3,647KB | Audio | |
| tereastarr@KaZaA | 09 - Disturbed - Conflict.mp3 | Disturbed | 4,311KB | Audio | |
| tereastarr@KaZaA | 10 - Disturbed - Shout 2000.mp3 | Disturbed | 4,037KB | Audio | |
| tereastarr@KaZaA | 11 - Disturbed - Droppin' Plates.mp3 | Disturbed | 3,592KB | Audio | |
| tereastarr@KaZaA | 12 - Disturbed - Meaning of Life.mp3 | Disturbed | 3,800KB | Audio | |
| tereastarr@KaZaA | 01 - The Doors - Break on Through (To the Other Side).mp3 | The Doors | 2,309KB | Audio | Break on Thro |
| tereastarr@KaZaA | 02 - The Doors - Light My Fire.mp3 | The Doors | 6,676KB | Audio | |
| tereastarr@KaZaA | 03 - The Doors - The Crystal Ship.mp3 | The Doors | 2,410KB | Audio | |
| tereastarr@KaZaA | 04 - The Doors - People Are Strange.mp3 | The Doors | 2,056KB | Audio | |
| tereastarr@KaZaA | 05 - The Doors - Strange Days.mp3 | The Doors | 2,934KB | Audio | |
| tereastarr@KaZaA | 06 - The Doors - Love Me Two Times.mp3 | The Doors | 3,070KB | Audio | |
| tereastarr@KaZaA | 07 - The Doors - Alabama Song (Whiskey Bar).mp3 | The Doors | 3,136KB | Audio | Alabama S |
| tereastarr@KaZaA | 08 - The Doors - Five to One.mp3 | The Doors | 4,166KB | Audio | |
| tereastarr@KaZaA | 09 - The Doors - Waiting for the Sun.mp3 | The Doors | 3,748KB | Audio | |
| tereastarr@KaZaA | 10 - The Doors - Spanish Caravan.mp3 | The Doors | 2,796KB | Audio | |
| tereastarr@KaZaA | 11 - The Doors - When the Music's Over.mp3 | The Doors | 10,259KB | Audio | Whe |
| tereastarr@KaZaA | 01 - The Doors - Hello, I Love You.mp3 | The Doors | 2,115KB | Audio | |
| tereastarr@KaZaA | 02 - The Doors - Roadhouse Blues.mp3 | The Doors | 3,815KB | Audio | |
| tereastarr@KaZaA | 03 - The Doors - L.A. Woman.mp3 | The Doors | 7,346KB | Audio | |
| tereastarr@KaZaA | 04 - The Doors - Riders on the Storm.mp3 | The Doors | 6,743KB | Audio | F |
| tereastarr@KaZaA | 05 - The Doors - Touch Me.mp3 | The Doors | 3,008KB | Audio | |
| tereastarr@KaZaA | 06 - The Doors - Love Her Madly.mp3 | The Doors | 3,097KB | Audio | |
| tereastarr@KaZaA | 07 - The Doors - The Unknown Soldier.mp3 | The Doors | 3,100KB | Audio | T |

Found 1955 files        2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)        Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa    Theater   Search   Traffic   Shop   Tell A Friend

New search   Download      Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 06 - The Doors - Love Her Madly.mp3 | The Doors | 3,097KB | Audio | |
| tereastarr@KaZaA | 07 - The Doors - The Unknown Soldier.mp3 | The Doors | 3,190KB | Audio | Th |
| tereastarr@KaZaA | 08 - The Doors - The End.mp3 | The Doors | 10,980KB | Audio | |
| tereastarr@KaZaA | 01 - Drowning Pool - Think.mp3 | Drowning Pool | 3,332KB | Audio | |
| tereastarr@KaZaA | 02 - Drowning Pool - Step Up.mp3 | Drowning Pool | 3,097KB | Audio | |
| tereastarr@KaZaA | 03 - Drowning Pool - Numb.mp3 | Drowning Pool | 3,326KB | Audio | |
| tereastarr@KaZaA | 04 - Drowning Pool - This Life.mp3 | Drowning Pool | 3,489KB | Audio | |
| tereastarr@KaZaA | 05 - Drowning Pool - Nothingness.mp3 | Drowning Pool | 3,192KB | Audio | |
| tereastarr@KaZaA | 06 - Drowning Pool - Bringing Me Down.mp3 | Drowning Pool | 2,943KB | Audio | |
| tereastarr@KaZaA | 07 - Drowning Pool - Love and War.mp3 | Drowning Pool | 3,418KB | Audio | |
| tereastarr@KaZaA | 08 - Drowning Pool - Forget.mp3 | Drowning Pool | 3,176KB | Audio | |
| tereastarr@KaZaA | 09 - Drowning Pool - Cast Me Aside.mp3 | Drowning Pool | 3,962KB | Audio | |
| tereastarr@KaZaA | 10 - Drowning Pool - Killin' Me.mp3 | Drowning Pool | 2,943KB | Audio | |
| tereastarr@KaZaA | 11 - Drowning Pool - Hate.mp3 | Drowning Pool | 3,470KB | Audio | |
| tereastarr@KaZaA | 01 - Eiffel 65 - Blue (Da Ba Dee).mp3 | Eiffel 65 | 3,290KB | Audio | |
| tereastarr@KaZaA | 02 - Eiffel 65 - Too Much of Heaven.mp3 | Eiffel 65 | 4,990KB | Audio | To |
| tereastarr@KaZaA | 03 - Eiffel 65 - Dub in Life.mp3 | Eiffel 65 | 3,740KB | Audio | |
| tereastarr@KaZaA | 04 - Eiffel 65 - Living in a Bubble.mp3 | Eiffel 65 | 4,777KB | Audio | |
| tereastarr@KaZaA | 05 - Eiffel 65 - Move Your Body.mp3 | Eiffel 65 | 4,237KB | Audio | |
| tereastarr@KaZaA | 06 - Eiffel 65 - My Console.mp3 | Eiffel 65 | 4,002KB | Audio | |
| tereastarr@KaZaA | 07 - Eiffel 65 - Your Clown.mp3 | Eiffel 65 | 3,934KB | Audio | |
| tereastarr@KaZaA | 08 - Eiffel 65 - Another Race.mp3 | Eiffel 65 | 4,318KB | Audio | |
| tereastarr@KaZaA | 09 - Eiffel 65 - The Edge.mp3 | Eiffel 65 | 4,106KB | Audio | |
| tereastarr@KaZaA | 10 - Eiffel 65 - Now Is Forever.mp3 | Eiffel 65 | 5,413KB | Audio | |
| tereastarr@KaZaA | 11 - Eiffel 65 - Silicon World.mp3 | Eiffel 65 | 4,271KB | Audio | |
| tereastarr@KaZaA | 12 - Eiffel 65 - Europop.mp3 | Eiffel 65 | 5,134KB | Audio | |
| tereastarr@KaZaA | 13 - Eiffel 65 - Hyperlink [Deep Down].mp3 | Eiffel 65 | 4,689KB | Audio | Hyp |
| tereastarr@KaZaA | 14 - Eiffel 65 - Blue (Da Ba Dee) [Extended Mix].mp3 | Eiffel 65 | 4,483KB | Audio | Blue (Da Ba D |
| tereastarr@KaZaA | 01 - Element Eighty - Goodbye.mp3 | Element Eighty | 2,584KB | Audio | |
| tereastarr@KaZaA | 02 - Element Eighty - Bloodshot.mp3 | Element Eighty | 3,718KB | Audio | |

Found 1955 files    2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 01 - Element Eighty - Goodbye.mp3 | Element Eighty | 2,584KB | Audio | |
| tereastarr@KaZaA | 02 - Element Eighty - Bloodshot.mp3 | Element Eighty | 3,718KB | Audio | |
| tereastarr@KaZaA | 03 - Element Eighty - Broken Promises.mp3 | Element Eighty | 3,095KB | Audio | |
| tereastarr@KaZaA | 04 - Element Eighty - Texas Cries.mp3 | Element Eighty | 2,844KB | Audio | |
| tereastarr@KaZaA | 05 - Element Eighty - Parachute.mp3 | Element Eighty | 2,826KB | Audio | |
| tereastarr@KaZaA | 06 - Element Eighty - Dummy Block.mp3 | Element Eighty | 2,784KB | Audio | |
| tereastarr@KaZaA | 07 - Element Eighty - Scars (The Echo Song).mp3 | Element Eighty | 4,663KB | Audio | Sca |
| tereastarr@KaZaA | 08 - Element Eighty - Slackjaw.mp3 | Element Eighty | 3,147KB | Audio | |
| tereastarr@KaZaA | 09 - Element Eighty - Rabies.mp3 | Element Eighty | 3,102KB | Audio | |
| tereastarr@KaZaA | 10 - Element Eighty - Pancake Land.mp3 | Element Eighty | 2,676KB | Audio | |
| tereastarr@KaZaA | 11 - Element Eighty - Flatline.mp3 | Element Eighty | 3,694KB | Audio | |
| tereastarr@KaZaA | 12 - Element Eighty - Rubbertooth.mp3 | Element Eighty | 1,639KB | Audio | |
| 2 Users | Lacuna Coil - In a Reverie - 01 - Circle.mp3 | Lacuna Coil | 3,676KB | Audio | |
| tereastarr@KaZaA | Lacuna Coil - In a Reverie - 07 - Reverie.mp3 | Lacuna Coil | 5,944KB | Audio | |
| 2 Users | 01 - Enya - The Celts.mp3 | Enya | 2,781KB | Audio | |
| tereastarr@KaZaA | Lacuna Coil - In A Reverie - 08 - Veins of Glass.mp3 | Lacuna Coil | 4,891KB | Audio | |
| tereastarr@KaZaA | Lacuna Coil - In a Reverie - 04 - My Wings.mp3 | Lacuna Coil | 3,524KB | Audio | |
| tereastarr@KaZaA | Lacuna Coil - In a Reverie - 05 - To Myself I Turned.mp3 | Lacuna Coil | 4,139KB | Audio | |
| tereastarr@KaZaA | 06 - Enya - The Sun in the Stream.mp3 | Enya | 2,754KB | Audio | The |
| tereastarr@KaZaA | 07 - Enya - To Go Beyond, Pt. 1.mp3 | Enya | 1,283KB | Audio | T |
| tereastarr@KaZaA | Lacuna Coil - In a Reverie - 06 - Cold.mp3 | Lacuna Coil | 4,044KB | Audio | |
| tereastarr@KaZaA | 08 - Enya - Fairytale.mp3 | Enya | 2,893KB | Audio | |
| tereastarr@KaZaA | 09 - Enya - Epona.mp3 | Enya | 1,530KB | Audio | |
| tereastarr@KaZaA | 10 - Enya - Triad- St. Patrick-Cú Chulainn-Oisin.mp3 | Enya | 4,152KB | Audio | Triad: St. F |
| tereastarr@KaZaA | 11 - Enya - Portrait (Out of the Blue).mp3 | Enya | 3,019KB | Audio | Portra |
| 2 Users | 12 - Enya - Boadicea.mp3 | Enya | 3,326KB | Audio | |
| tereastarr@KaZaA | 13 - Enya - Bard Dance.mp3 | Enya | 1,334KB | Audio | |
| tereastarr@KaZaA | 14 - Enya - Dan y Dwr.mp3 | Enya | 1,617KB | Audio | |
| tereastarr@KaZaA | 15 - Enya - To Go Beyond, Pt. 2.mp3 | Enya | 2,603KB | Audio | T |
| tereastarr@KaZaA | 09 - Enya - Once You Had Gold.mp3 | Enya | 3,107KB | Audio | |

Found 1955 files   2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)   Not sharing any files

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|---|
| | tereastarr@KaZaA | 15 - Enya - To Go Beyond, Pt. 2.mp3 | Enya | 2,803KB | Audio | T |
| | tereastarr@KaZaA | 09 - Enya - Once You Had Gold.mp3 | Enya | 3,107KB | Audio | |
| | tereastarr@KaZaA | 10 - Enya - La Soñadora.mp3 | Enya | 3,419KB | Audio | |
| | tereastarr@KaZaA | 11 - Enya - On My Way Home.mp3 | Enya | 4,835KB | Audio | |
| | 2 Users | 01 - Enya - Orinoco Flow.mp3 | Enya | 4,183KB | Audio | |
| | 2 Users | 02 - Enya - Caribbean Blue.mp3 | Enya | 3,746KB | Audio | |
| | 2 Users | 03 - Enya - Book of Days.mp3 | Enya | 2,766KB | Audio | |
| | tereastarr@KaZaA | 04 - Enya - Anywhere Is.mp3 | Enya | 3,558KB | Audio | |
| | tereastarr@KaZaA | 05 - Enya - Only If....mp3 | Enya | 3,133KB | Audio | |
| | 2 Users | 08 - Enya - Shepherd Moons.mp3 | Enya | 3,456KB | Audio | |
| | 2 Users | 09 - Enya - Ebudae.mp3 | Enya | 1,777KB | Audio | |
| | 2 Users | 10 - Enya - Storms in Africa.mp3 | Enya | 3,946KB | Audio | |
| | 2 Users | 11 - Enya - Watermark.mp3 | Enya | 2,303KB | Audio | |
| | tereastarr@KaZaA | 12 - Enya - Paint the Sky With Stars.mp3 | Enya | 4,008KB | Audio | Paint |
| | 2 Users | 13 - Enya - Marble Halls.mp3 | Enya | 3,686KB | Audio | |
| | tereastarr@KaZaA | 14 - Enya - On My Way Home.mp3 | Enya | 3,432KB | Audio | |
| | tereastarr@KaZaA | 15 - Enya - The Memory of Trees.mp3 | Enya | 4,073KB | Audio | Th |
| | tereastarr@KaZaA | 03 - Enya - How Can I Keep from Singing-.mp3 | Enya | 4,155KB | Audio | How Can I |
| | tereastarr@KaZaA | 05 - Enya - Angeles.mp3 | Enya | 3,780KB | Audio | |
| | tereastarr@KaZaA | 06 - Enya - No Holly for Miss Quinn.mp3 | Enya | 2,563KB | Audio | No H |
| | tereastarr@KaZaA | 08 - Enya - Evacuee.mp3 | Enya | 3,615KB | Audio | |
| | tereastarr@KaZaA | 09 - Enya - Lothlórien.mp3 | Enya | 2,005KB | Audio | |
| | tereastarr@KaZaA | 11 - Enya - After Ventus.mp3 | Enya | 3,860KB | Audio | |
| | tereastarr@KaZaA | 12 - Enya - Smaointe.mp3 | Enya | 5,758KB | Audio | |
| | tereastarr@KaZaA | 02 - Enya - Cursum Perficio.mp3 | Enya | 3,908KB | Audio | |
| | tereastarr@KaZaA | 03 - Enya - On Your Shore.mp3 | Enya | 3,766KB | Audio | |
| | tereastarr@KaZaA | 06 - Enya - Miss Clare Remembers.mp3 | Enya | 1,882KB | Audio | Mis |
| | tereastarr@KaZaA | 08 - Enya - Evening Falls....mp3 | Enya | 3,591KB | Audio | |
| | tereastarr@KaZaA | 10 - Enya - The Longships.mp3 | Enya | 3,439KB | Audio | |
| | tereastarr@KaZaA | 11 - Enya - Na Laetha Geal M'Óige.mp3 | Enya | 3,710KB | Audio | N |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa |   Theater | Search | Traffic | Shop | Tell A Friend

New search | Download |   | Search Field

| User | | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|---|
| | tereastarr@KaZaA | 10 - Enya - The Longships.mp3 | Enya | 3,439KB | Audio | |
| | tereastarr@KaZaA | 11 - Enya - Na Laetha Gael M'Óige.mp3 | Enya | 3,710KB | Audio | Na I |
| | tereastarr@KaZaA | 12 - Enya - Storms in Africa, Pt. 2.mp3 | Enya | 2,844KB | Audio | Stc |
| | tereastarr@KaZaA | 01 - En Vogue - This Is Your Life.mp3 | En Vogue | 4,797KB | Audio | |
| + | 2 Users | 02 - En Vogue - My Lovin' (You're Never Gonna Get It).mp3 | En Vogue | 4,433KB | Audio | My Lovin' (Y |
| | tereastarr@KaZaA | 03 - En Vogue - Hip Hop Lover.mp3 | En Vogue | 4,772KB | Audio | |
| | tereastarr@KaZaA | 04 - En Vogue - Free Your Mind.mp3 | En Vogue | 4,584KB | Audio | |
| | tereastarr@KaZaA | 05 - En Vogue - Desire.mp3 | En Vogue | 3,780KB | Audio | |
| | tereastarr@KaZaA | 06 - En Vogue - Giving Him Something He Can Feel.mp3 | En Vogue | 3,734KB | Audio | Giving Him So |
| | tereastarr@KaZaA | 07 - En Vogue - It Ain't over Till the Fat Lady Sings.mp3 | En Vogue | 3,915KB | Audio | It Ain't c |
| | tereastarr@KaZaA | 08 - En Vogue - Give It up, Turn It Loose.mp3 | En Vogue | 4,881KB | Audio | Give I |
| | tereastarr@KaZaA | 09 - En Vogue - Yesterday.mp3 | En Vogue | 2,398KB | Audio | |
| | tereastarr@KaZaA | 10 - En Vogue - Hooked on Your Love.mp3 | En Vogue | 3,399KB | Audio | Hc |
| | tereastarr@KaZaA | 11 - En Vogue - Love Don't Love You.mp3 | En Vogue | 3,682KB | Audio | Lc |
| + | 2 Users | 12 - En Vogue - What Is Love.mp3 | En Vogue | 4,091KB | Audio | |
| | tereastarr@KaZaA | 13 - En Vogue - Thanks (Prayer).mp3 | En Vogue | 707KB | Audio | |
| | tereastarr@KaZaA | 01 - En Vogue - F Mob - Runaway Love [EP Version].mp3 | En Vogue / F Mob | 4,697KB | Audio | Runaway |
| | tereastarr@KaZaA | 02 - En Vogue - Salt-N-Pepa - Whatta Man.mp3 | En Vogue / Salt-N-Pepa | 4,632KB | Audio | |
| | tereastarr@KaZaA | 03 - En Vogue - Hip Hop Lover [Hip Hop Remix].mp3 | En Vogue | 4,079KB | Audio | Hip Hop Lov |
| | tereastarr@KaZaA | 04 - En Vogue - Desire [Dancehall Remix].mp3 | En Vogue | 3,745KB | Audio | Desire |
| | tereastarr@KaZaA | 05 - En Vogue - What Is Love.mp3 | En Vogue | 5,291KB | Audio | |
| | tereastarr@KaZaA | 06 - En Vogue - F Mob - Runaway Love [Extended Version]... | En Vogue / F Mob | 5,261KB | Audio | Runaway Love |
| | tereastarr@KaZaA | 01 - Various Artists - Yakusoku Wa Iranai.mp3 | Various Artists | 2,066KB | Audio | Y |
| | tereastarr@KaZaA | 02 - Various Artists - Vision of Escaflowne.mp3 | Various Artists | 3,917KB | Audio | V |
| | tereastarr@KaZaA | 03 - Various Artists - Memory of Fanelia.mp3 | Various Artists | 3,004KB | Audio | |
| + | 2 Users | 04 - Various Artists - Dance of Curse.mp3 | Various Artists | 3,898KB | Audio | |
| | tereastarr@KaZaA | 05 - Various Artists - Zaibach.mp3 | Various Artists | 2,084KB | Audio | |
| + | 2 Users | 06 - Various Artists - Flying Dragon.mp3 | Various Artists | 2,491KB | Audio | |
| | tereastarr@KaZaA | 07 - Various Artists - Cradle Song.mp3 | Various Artists | 1,409KB | Audio | |
| | tereastarr@KaZaA | 08 - Various Artists - Tomodachi.mp3 | Various Artists | 3,492KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

| Kazaa - [Search] | | | | | _ | □ | × |

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   🔍 [   ]   Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 07 - Various Artists - Cradle Song.mp3 | Various Artists | 1,409KB | Audio | |
| tereastarr@KaZaA | 08 - Various Artists - Tomodachi.mp3 | Various Artists | 3,482KB | Audio | |
| tereastarr@KaZaA | 09 - Various Artists - Bird Cage.mp3 | Various Artists | 2,530KB | Audio | |
| tereastarr@KaZaA | 10 - Various Artists - Chain.mp3 | Various Artists | 3,858KB | Audio | |
| tereastarr@KaZaA | 11 - Various Artists - Epistle.mp3 | Various Artists | 3,246KB | Audio | |
| tereastarr@KaZaA | 12 - Various Artists - Perfect World.mp3 | Various Artists | 4,409KB | Audio | |
| tereastarr@KaZaA | 13 - Various Artists - Blaze.mp3 | Various Artists | 3,359KB | Audio | |
| tereastarr@KaZaA | 14 - Various Artists - Hitomi Theme.mp3 | Various Artists | 4,216KB | Audio | |
| 2 Users | 15 - Various Artists - Angel.mp3 | Various Artists | 2,202KB | Audio | |
| tereastarr@KaZaA | 16 - Various Artists - Neko No Kimochi.mp3 | Various Artists | 3,637KB | Audio | |
| tereastarr@KaZaA | 17 - Various Artists - Arcadia.mp3 | Various Artists | 4,958KB | Audio | |
| tereastarr@KaZaA | 18 - Various Artists - Days the Wind Blows.mp3 | Various Artists | 5,571KB | Audio | Dé |
| tereastarr@KaZaA | 19 - Various Artists - Mystic Eyes.mp3 | Various Artists | 1,153KB | Audio | |
| tereastarr@KaZaA | 20 - Various Artists - Story of Escaflowne - End Title.mp3 | Various Artists | 4,574KB | Audio | Story of Esc |
| tereastarr@KaZaA | 01 - Kanno, Yoko - Yakusoku Wa Iranai.mp3 | Kanno, Yoko | 3,351KB | Audio | Y |
| tereastarr@KaZaA | 04 - Kanno, Yoko - Murder.mp3 | Kanno, Yoko | 3,813KB | Audio | |
| tereastarr@KaZaA | 05 - Kanno, Yoko - Escaflowne.mp3 | Kanno, Yoko | 2,015KB | Audio | |
| tereastarr@KaZaA | 07 - Kanno, Yoko - Cubic.mp3 | Kanno, Yoko | 2,019KB | Audio | |
| tereastarr@KaZaA | 08 - Kanno, Yoko - Romance.mp3 | Kanno, Yoko | 5,413KB | Audio | |
| tereastarr@KaZaA | 09 - Kanno, Yoko - Ne Zu Mi.mp3 | Kanno, Yoko | 3,228KB | Audio | |
| tereastarr@KaZaA | 10 - Kanno, Yoko - Wings.mp3 | Kanno, Yoko | 3,395KB | Audio | |
| tereastarr@KaZaA | 11 - Kanno, Yoko - Gloria.mp3 | Kanno, Yoko | 6,584KB | Audio | |
| tereastarr@KaZaA | 12 - Kanno, Yoko - Eyes.mp3 | Kanno, Yoko | 2,815KB | Audio | |
| tereastarr@KaZaA | 13 - Kanno, Yoko - Empty The Pocket.mp3 | Kanno, Yoko | 3,807KB | Audio | |
| tereastarr@KaZaA | 14 - Kanno, Yoko - White Dove.mp3 | Kanno, Yoko | 5,290KB | Audio | |
| tereastarr@KaZaA | 15 - Kanno, Yoko - Mystic Eyes.mp3 | Kanno, Yoko | 4,037KB | Audio | |
| tereastarr@KaZaA | 16 - Kanno, Yoko - Deja Blue.mp3 | Kanno, Yoko | 1,194KB | Audio | |
| tereastarr@KaZaA | 02 - Gloria Estefan - Words Get in the Way.mp3 | Gloria Estefan | 3,255KB | Audio | Wo |
| tereastarr@KaZaA | 03 - Gloria Estefan - Can't Stay Away from You.mp3 | Gloria Estefan | 3,716KB | Audio | Can't S |
| tereastarr@KaZaA | 04 - Gloria Estefan - 1-2-3 [Remix].mp3 | Gloria Estefan | 3,373KB | Audio | |

Found 1955 files   2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)   Not sharing any files



| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 03 - Gloria Estefan - Can't Stay Away from You.mp3 | Gloria Estefan | 3,716KB | Audio | Can't St |
| tereastarr@KaZaA | 04 - Gloria Estefan - 1,2,3 [Remix].mp3 | Gloria Estefan | 3,373KB | Audio | |
| tereastarr@KaZaA | 09 - Gloria Estefan - Don't Wanna Lose You.mp3 | Gloria Estefan | 3,927KB | Audio | Dor |
| 2 Users | 10 - Gloria Estefan - Coming Out of the Dark.mp3 | Gloria Estefan | 3,866KB | Audio | Comi |
| tereastarr@KaZaA | 11 - Gloria Estefan - Christmas Through Your Eyes.mp3 | Gloria Estefan | 4,620KB | Audio | Christmas |
| tereastarr@KaZaA | 12 - Gloria Estefan - I See Your Smile.mp3 | Gloria Estefan | 4,326KB | Audio | |
| tereastarr@KaZaA | 13 - Gloria Estefan - Go Away.mp3 | Gloria Estefan | 4,066KB | Audio | |
| tereastarr@KaZaA | 14 - Gloria Estefan - Always Tomorrow.mp3 | Gloria Estefan | 4,555KB | Audio | |
| tereastarr@KaZaA | 01 - Evanescence - Going Under.mp3 | Evanescence | 3,361KB | Audio | |
| tereastarr@KaZaA | 02 - Evanescence - Bring Me To Life.mp3 | Evanescence | 3,710KB | Audio | |
| tereastarr@KaZaA | 03 - Evanescence - Everybody's Fool.mp3 | Evanescence | 3,063KB | Audio | |
| tereastarr@KaZaA | 04 - Evanescence - My Immortal.mp3 | Evanescence | 4,131KB | Audio | |
| tereastarr@KaZaA | 05 - Evanescence - Haunted.mp3 | Evanescence | 2,919KB | Audio | |
| 2 Users | 06 - Evanescence - Tourniquet.mp3 | Evanescence | 4,347KB | Audio | |
| tereastarr@KaZaA | 07 - Evanescence - My Imaginary.mp3 | Evanescence | 4,026KB | Audio | |
| tereastarr@KaZaA | 08 - Evanescence - Taking Over Me.mp3 | Evanescence | 3,596KB | Audio | |
| tereastarr@KaZaA | 09 - Evanescence - Hello.mp3 | Evanescence | 3,445KB | Audio | |
| tereastarr@KaZaA | 10 - Evanescence - My Last Breath.mp3 | Evanescence | 3,867KB | Audio | |
| tereastarr@KaZaA | 11 - Evanescence - Whisper.mp3 | Evanescence | 5,117KB | Audio | |
| tereastarr@KaZaA | 01 - Finger Eleven - Other Light.mp3 | Finger Eleven | 2,688KB | Audio | |
| tereastarr@KaZaA | 02 - Finger Eleven - Complicated Questions.mp3 | Finger Eleven | 3,079KB | Audio | Con |
| tereastarr@KaZaA | 03 - Finger Eleven - Stay in Shadow.mp3 | Finger Eleven | 3,060KB | Audio | |
| tereastarr@KaZaA | 04 - Finger Eleven - Good Times.mp3 | Finger Eleven | 3,688KB | Audio | |
| tereastarr@KaZaA | 05 - Finger Eleven - Absent Elements.mp3 | Finger Eleven | 3,766KB | Audio | |
| tereastarr@KaZaA | 06 - Finger Eleven - Thousand Mile Wish.mp3 | Finger Eleven | 4,685KB | Audio | 1 |
| tereastarr@KaZaA | 07 - Finger Eleven - Conversations.mp3 | Finger Eleven | 3,356KB | Audio | |
| tereastarr@KaZaA | 08 - Finger Eleven - The Last Scene of Struggling.mp3 | Finger Eleven | 3,061KB | Audio | The Last |
| tereastarr@KaZaA | 09 - Finger Eleven - Panic Attack.mp3 | Finger Eleven | 3,334KB | Audio | |
| tereastarr@KaZaA | 10 - Finger Eleven - Therapy.mp3 | Finger Eleven | 4,528KB | Audio | |
| tereastarr@KaZaA | 11 - Finger Eleven - One Thing.mp3 | Finger Eleven | 4,377KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files