Virgin Records America, Inc v. Thomas		Doc. 1 Att. 5
Dockets.Justia.com

| | Size | Media Type | |
|---|---:|---|---|
| en | 4,528KB | Audio | ▲ |
| en | 4,377KB | Audio | |
| en | 4,075KB | Audio | |
| en | 3,857KB | Audio | |
| en | 3,457KB | Audio | |
| en | 3,219KB | Audio | |
| en | 3,379KB | Audio | A+ |
| en | 3,494KB | Audio | |
| en | 2,955KB | Audio | |
| en | 3,236KB | Audio | |
| en | 3,304KB | Audio | |
| en | 4,367KB | Audio | Costu |
| en | 3,898KB | Audio | |
| en | 4,141KB | Audio | |
| | 3,300KB | Audio | |
| | 3,523KB | Audio | E |
| | 3,924KB | Audio | |
| | 4,264KB | Audio | |
| | 3,741KB | Audio | — |
| | 3,711KB | Audio | |
| | 3,565KB | Audio | |
| | 3,029KB | Audio | |
| | 5,187KB | Audio | |
| | 4,574KB | Audio | |
| | 3,865KB | Audio | |
| | 4,158KB | Audio | |
| | 3,442KB | Audio | |
| | 3,873KB | Audio | C |
| | 3,620KB | Audio | |
| | 3,071KB | Audio | |

(48,349,184 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 03 - Fuel - Million Miles.mp3 | Fuel | 3,620KB | Audio | |
| tereastarr@KaZaA | 04 - Fuel - Falls On Me.mp3 | Fuel | 3,971KB | Audio | |
| tereastarr@KaZaA | 05 - Fuel - These Things.mp3 | Fuel | 4,656KB | Audio | |
| tereastarr@KaZaA | 06 - Fuel - Won't Back Down (Bring You Hell Remix)-.mp3 | Fuel | 3,195KB | Audio | Won't Back Down (Brir |
| tereastarr@KaZaA | 07 - Fuel - Running Away.mp3 | Fuel | 4,607KB | Audio | |
| tereastarr@KaZaA | 08 - Fuel - Most Of All.mp3 | Fuel | 3,971KB | Audio | |
| tereastarr@KaZaA | 09 - Fuel - Getting Thru-.mp3 | Fuel | 3,902KB | Audio | |
| tereastarr@KaZaA | 10 - Fuel - Die Like This.mp3 | Fuel | 4,213KB | Audio | |
| tereastarr@KaZaA | 11 - Fuel - Luck.mp3 | Fuel | 3,994KB | Audio | |
| tereastarr@KaZaA | 12 - Fuel - Days With You.mp3 | Fuel | 4,227KB | Audio | |
| tereastarr@KaZaA | 01 - Kenny G. - The Joy of Life.mp3 | Kenny G. | 4,116KB | Audio | |
| tereastarr@KaZaA | 02 - Kenny G. - Forever in Love.mp3 | Kenny G. | 4,719KB | Audio | |
| tereastarr@KaZaA | 03 - Kenny G. - In the Rain.mp3 | Kenny G. | 4,749KB | Audio | |
| tereastarr@KaZaA | 04 - Kenny G. - Sentimental.mp3 | Kenny G. | 6,242KB | Audio | |
| tereastarr@KaZaA | 05 - Kenny G. - By the Time This Night Is Over.mp3 | Kenny G. | 4,521KB | Audio | By the Time |
| tereastarr@KaZaA | 06 - Kenny G. - End of the Night.mp3 | Kenny G. | 5,092KB | Audio | |
| tereastarr@KaZaA | 07 - Kenny G. - Alone.mp3 | Kenny G. | 5,138KB | Audio | |
| tereastarr@KaZaA | 08 - Kenny G. - Morning.mp3 | Kenny G. | 4,964KB | Audio | |
| tereastarr@KaZaA | 09 - Aaron Neville - Kenny G. - Even If My Heart Would B... | Aaron Neville / Kenny G. | 4,726KB | Audio | Even If My |
| tereastarr@KaZaA | 10 - Kenny G. - G Bop.mp3 | Kenny G. | 3,897KB | Audio | |
| tereastarr@KaZaA | 11 - Kenny G. - Sister Rose.mp3 | Kenny G. | 5,898KB | Audio | |
| tereastarr@KaZaA | 12 - Kenny G. - A Year Ago.mp3 | Kenny G. | 5,006KB | Audio | |
| tereastarr@KaZaA | 13 - Kenny G. - Homeland.mp3 | Kenny G. | 4,324KB | Audio | |
| tereastarr@KaZaA | 14 - Kenny G. - The Wedding Song.mp3 | Kenny G. | 3,161KB | Audio | |
| tereastarr@KaZaA | 01 - Godsmack - Moon Baby.mp3 | Godsmack | 4,124KB | Audio | |
| tereastarr@KaZaA | 02 - Godsmack - Whatever.mp3 | Godsmack | 3,229KB | Audio | |
| tereastarr@KaZaA | 03 - Godsmack - Keep Away.mp3 | Godsmack | 4,544KB | Audio | |
| tereastarr@KaZaA | 04 - Godsmack - Time Bomb.mp3 | Godsmack | 3,756KB | Audio | |
| tereastarr@KaZaA | 05 - Godsmack - Bad Religion.mp3 | Godsmack | 3,029KB | Audio | |
| tereastarr@KaZaA | 06 - Godsmack - Immune.mp3 | Godsmack | 4,541KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download |    | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 05 - Godsmack - Bad Religion.mp3 | Godsmack | 3,029KB | Audio | |
| tereastarr@KaZaA | 06 - Godsmack - Immune.mp3 | Godsmack | 4,541KB | Audio | |
| tereastarr@KaZaA | 07 - Godsmack - Someone in London.mp3 | Godsmack | 1,935KB | Audio | |
| tereastarr@KaZaA | 08 - Godsmack - Get Up, Get Out!.mp3 | Godsmack | 3,281KB | Audio | |
| tereastarr@KaZaA | 09 - Godsmack - Now or Never.mp3 | Godsmack | 4,792KB | Audio | |
| tereastarr@KaZaA | 10 - Godsmack - Stress.mp3 | Godsmack | 4,757KB | Audio | |
| tereastarr@KaZaA | 11 - Godsmack - Situation.mp3 | Godsmack | 5,443KB | Audio | |
| tereastarr@KaZaA | 12 - Godsmack - Voodoo.mp3 | Godsmack | 8,503KB | Audio | |
| tereastarr@KaZaA | 01 - Godsmack - Running blind.mp3 | Godsmack | 3,739KB | Audio | |
| tereastarr@KaZaA | 02 - Godsmack - Re-align.mp3 | Godsmack | 4,119KB | Audio | |
| tereastarr@KaZaA | 03 - Godsmack - Touche.mp3 | Godsmack | 3,407KB | Audio | |
| tereastarr@KaZaA | 04 - Godsmack - Keep away.mp3 | Godsmack | 3,509KB | Audio | |
| tereastarr@KaZaA | 05 - Godsmack - Spiral.mp3 | Godsmack | 4,516KB | Audio | |
| tereastarr@KaZaA | 06 - Godsmack - Asleep.mp3 | Godsmack | 5,028KB | Audio | |
| tereastarr@KaZaA | 07 - Godsmack - Nobody cares.mp3 | Godsmack | 3,733KB | Audio | |
| tereastarr@KaZaA | 09 - Green Day - Sassafras Roots.mp3 | Green Day | 2,481KB | Audio | |
| tereastarr@KaZaA | 10 - Green Day - When I Come Around.mp3 | Green Day | 2,802KB | Audio | Wt |
| tereastarr@KaZaA | 11 - Green Day - Coming Clean.mp3 | Green Day | 1,501KB | Audio | |
| tereastarr@KaZaA | 12 - Green Day - Emenius Sleepus.mp3 | Green Day | 1,643KB | Audio | |
| tereastarr@KaZaA | 13 - Green Day - In the End.mp3 | Green Day | 1,681KB | Audio | |
| tereastarr@KaZaA | 14 - Green Day - F.O.D.-All By Myself [Hidden Track].mp3 | Green Day | 5,438KB | Audio | F.O.D./All E |
| tereastarr@KaZaA | 01 - Guns N' Roses - Welcome to the Jungle.mp3 | Guns N' Roses | 4,283KB | Audio | Wel |
| tereastarr@KaZaA | 02 - Guns N' Roses - It's So Easy.mp3 | Guns N' Roses | 3,179KB | Audio | |
| tereastarr@KaZaA | 03 - Guns N' Roses - Nightrain.mp3 | Guns N' Roses | 4,204KB | Audio | |
| tereastarr@KaZaA | 04 - Guns N' Roses - Out Ta Get Me.mp3 | Guns N' Roses | 4,131KB | Audio | |
| tereastarr@KaZaA | 05 - Guns N' Roses - Mr. Brownstone.mp3 | Guns N' Roses | 3,585KB | Audio | |
| tereastarr@KaZaA | 06 - Guns N' Roses - Paradise City.mp3 | Guns N' Roses | 6,357KB | Audio | |
| tereastarr@KaZaA | 07 - Guns N' Roses - My Michelle.mp3 | Guns N' Roses | 3,445KB | Audio | |
| tereastarr@KaZaA | 08 - Guns N' Roses - Think About You.mp3 | Guns N' Roses | 3,626KB | Audio | |
| tereastarr@KaZaA | 09 - Guns N' Roses - Sweet Child O' Mine.mp3 | Guns N' Roses | 5,577KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files



| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 08 - Guns N' Roses - Think About You.mp3 | Guns N' Roses | 3,628KB | Audio | |
| tereastarr@KaZaA | 09 - Guns N' Roses - Sweet Child O' Mine.mp3 | Guns N' Roses | 5,577KB | Audio | S |
| tereastarr@KaZaA | 10 - Guns N' Roses - You're Crazy.mp3 | Guns N' Roses | 3,090KB | Audio | |
| tereastarr@KaZaA | 11 - Guns N' Roses - Anything Goes.mp3 | Guns N' Roses | 3,233KB | Audio | |
| tereastarr@KaZaA | 12 - Guns N' Roses - Rocket Queen.mp3 | Guns N' Roses | 5,838KB | Audio | |
| tereastarr@KaZaA | 01 - Guns N' Roses - Reckless Life.mp3 | Guns N' Roses | 3,153KB | Audio | |
| tereastarr@KaZaA | 02 - Guns N' Roses - Nice Boys.mp3 | Guns N' Roses | 2,887KB | Audio | |
| tereastarr@KaZaA | 03 - Guns N' Roses - Move to the City.mp3 | Guns N' Roses | 3,496KB | Audio | |
| tereastarr@KaZaA | 04 - Guns N' Roses - Mama Kin.mp3 | Guns N' Roses | 3,725KB | Audio | |
| tereastarr@KaZaA | 01 - Ini Kamoze - Here comes the hot stepper.mp3 | Miscellanious | 3,936KB | Audio | Her com |
| tereastarr@KaZaA | 02 - En Vogue - My lovin (your never gonna get it).mp3 | Miscellanious | 4,437KB | Audio | My lovin (your r |
| tereastarr@KaZaA | 04 - Lenny Kravitz - Miles away.mp3 | Miscellanious | 3,773KB | Audio | |
| tereastarr@KaZaA | 05 - Blind Melon - No rain.mp3 | Miscellanious | 3,412KB | Audio | |
| tereastarr@KaZaA | 06 - Jimmy Cliff - I can see clearly now.mp3 | Miscellanious | 3,067KB | Audio | I c |
| tereastarr@KaZaA | 07 - Deee-Lite - Grove is in the heart.mp3 | Miscellanious | 3,678KB | Audio | G |
| tereastarr@KaZaA | 08 - Faith No More - Epic.mp3 | Miscellanious | 4,600KB | Audio | |
| tereastarr@KaZaA | 09 - Hammer - 2 legit 2 quit.mp3 | Miscellanious | 4,777KB | Audio | |
| tereastarr@KaZaA | 10 - Naughty By Nature - Hip hop horry.mp3 | Miscellanious | 4,145KB | Audio | |
| tereastarr@KaZaA | 11 - Simply Red - Something got me started.mp3 | Miscellanious | 3,772KB | Audio | Someth |
| tereastarr@KaZaA | 12 - Jill Sobule - I kissed a girl.mp3 | Miscellanious | 3,030KB | Audio | |
| tereastarr@KaZaA | 13 - Hi-Five - I like the way (the kissing game).mp3 | Miscellanious | 3,656KB | Audio | I like the way |
| tereastarr@KaZaA | 14 - Digable Planets - Rebirth of slick (cool like dat).mp3 | Miscellanious | 4,137KB | Audio | Rebirth of |
| tereastarr@KaZaA | 15 - Alannah Myles - Black velvet.mp3 | Miscellanious | 4,519KB | Audio | |
| tereastarr@KaZaA | 16 - Shai - If I ever fall in love.mp3 | Miscellanious | 3,002KB | Audio | |
| tereastarr@KaZaA | 17 - Freedy Johnston - Bad reputation.mp3 | Miscellanious | 3,873KB | Audio | |
| tereastarr@KaZaA | 18 - Green Jelly - Three little pigs.mp3 | Miscellanious | 4,283KB | Audio | |
| tereastarr@KaZaA | 01 - Coolio - Fantastic Voyage.mp3 | Coolio | 3,851KB | Audio | |
| tereastarr@KaZaA | 02 - Snow - Informer.mp3 | Snow | 4,239KB | Audio | |
| tereastarr@KaZaA | 03 - Salt-N-Pepper - Let's Talk About Sex.mp3 | Salt-N-Pepper | 3,335KB | Audio | L |
| tereastarr@KaZaA | 04 - Big Mountain - Baby I Love Your Way.mp3 | Big Mountain | 4,140KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa |  Theater |  Search |  Traffic |  Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 03 - Salt-N-Pepper - Let's Talk About Sex.mp3 | Salt-N-Pepper | 3,335KB | Audio | L |
| tereastarr@KaZaA | 04 - Big Mountain - Baby I Love Your Way.mp3 | Big Mountain | 4,140KB | Audio | Bat |
| 2 Users | 05 - P.M. Dawn - Set Adrift On Memory Bliss.mp3 | P.M. Dawn | 3,956KB | Audio | Set Adr |
| tereastarr@KaZaA | 06 - DNA - Tom's Diner.mp3 | DNA | 3,602KB | Audio | |
| 2 Users | 07 - The Scorpions - Wind Of Change.mp3 | The Scorpions | 4,899KB | Audio | |
| tereastarr@KaZaA | 09 - Color Me Bad - I Wanna Sex You Up.mp3 | Color Me Bad | 3,897KB | Audio | I' |
| tereastarr@KaZaA | 10 - Adina Howard - Freak Like Me.mp3 | Adina Howard | 3,966KB | Audio | |
| tereastarr@KaZaA | 11 - Skid Row - I Remember You.mp3 | Skid Row | 4,940KB | Audio | |
| tereastarr@KaZaA | 12 - Matthew Sweet - Sick Of Myself.mp3 | Matthew Sweet | 3,462KB | Audio | |
| tereastarr@KaZaA | 13 - Lisa Stansfield - All Around The World.mp3 | Lisa Stansfield | 4,220KB | Audio | All |
| tereastarr@KaZaA | 14 - Lucas - Lucas With The Lid Off.mp3 | Lucas | 3,786KB | Audio | Luc |
| tereastarr@KaZaA | 15 - 4PM - Sukiyaki.mp3 | 4PM | 2,581KB | Audio | |
| tereastarr@KaZaA | 16 - 4 Non Blondes - What's Up.mp3 | 4 Non Blondes | 4,620KB | Audio | |
| tereastarr@KaZaA | 17 - Robin S - Show Me Love.mp3 | Robin S | 4,233KB | Audio | |
| tereastarr@KaZaA | 18 - Tag Team - Whoomp (There it is).mp3 | Tag Team | 3,677KB | Audio | W |
| tereastarr@KaZaA | 01 - Avril Lavigne - Take Me Away.mp3 | Avril Lavigne | 2,783KB | Audio | |
| tereastarr@KaZaA | 02 - Avril Lavigne - Together.mp3 | Avril Lavigne | 3,049KB | Audio | |
| tereastarr@KaZaA | 03 - Avril Lavigne - Don't Tell Me.mp3 | Avril Lavigne | 3,165KB | Audio | |
| tereastarr@KaZaA | 04 - Avril Lavigne - He Wasn't.mp3 | Avril Lavigne | 2,817KB | Audio | |
| tereastarr@KaZaA | 05 - Avril Lavigne - How Does It Feel.mp3 | Avril Lavigne | 3,523KB | Audio | |
| tereastarr@KaZaA | 06 - Avril Lavigne - My Happy Ending.mp3 | Avril Lavigne | 3,796KB | Audio | |
| tereastarr@KaZaA | 07 - Avril Lavigne - Nobody's Home.mp3 | Avril Lavigne | 3,327KB | Audio | |
| 2 Users | 08 - Avril Lavigne - Forgotten.mp3 | Avril Lavigne | 3,081KB | Audio | |
| tereastarr@KaZaA | 09 - Avril Lavigne - Who Knows.mp3 | Avril Lavigne | 3,295KB | Audio | |
| tereastarr@KaZaA | 10 - Avril Lavigne - Fall to Pieces.mp3 | Avril Lavigne | 3,269KB | Audio | |
| tereastarr@KaZaA | 11 - Avril Lavigne - Freak Out.mp3 | Avril Lavigne | 3,028KB | Audio | |
| tereastarr@KaZaA | 12 - Avril Lavigne - Slipped Away.mp3 | Avril Lavigne | 3,352KB | Audio | |
| tereastarr@KaZaA | 05 - Guns N' Roses - Patience.mp3 | Guns N' Roses | 5,583KB | Audio | |
| tereastarr@KaZaA | 06 - Guns N' Roses - Used to Love Her.mp3 | Guns N' Roses | 3,034KB | Audio | |
| tereastarr@KaZaA | 07 - Guns N' Roses - You're Crazy.mp3 | Guns N' Roses | 3,025KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download |    | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 06 - Guns N' Roses - Used to Love Her.mp3 | Guns N' Roses | 3,034KB | Audio | |
| tereastarr@KaZaA | 07 - Guns N' Roses - You're Crazy.mp3 | Guns N' Roses | 3,925KB | Audio | |
| tereastarr@KaZaA | 08 - Guns N' Roses - One in a Million.mp3 | Guns N' Roses | 5,796KB | Audio | |
| tereastarr@KaZaA | 01 - Guns N' Roses - Since I Don't Have You.mp3 | Guns N' Roses | 4,056KB | Audio | Sinc |
| tereastarr@KaZaA | 02 - Guns N' Roses - New Rose.mp3 | Guns N' Roses | 2,477KB | Audio | |
| tereastarr@KaZaA | 03 - Guns N' Roses - Down On The Farm.mp3 | Guns N' Roses | 3,260KB | Audio | |
| tereastarr@KaZaA | 04 - Guns N' Roses - Human Being.mp3 | Guns N' Roses | 6,382KB | Audio | |
| tereastarr@KaZaA | 05 - Guns N' Roses - Raw Power.mp3 | Guns N' Roses | 3,000KB | Audio | |
| tereastarr@KaZaA | 06 - Guns N' Roses - Ain't It Fun.mp3 | Guns N' Roses | 4,780KB | Audio | |
| tereastarr@KaZaA | 07 - Guns N' Roses - Buick MacKane.mp3 | Guns N' Roses | 2,499KB | Audio | |
| tereastarr@KaZaA | 08 - Guns N' Roses - Hair Of The Dog.mp3 | Guns N' Roses | 3,672KB | Audio | |
| tereastarr@KaZaA | 09 - Guns N' Roses - Attitude.mp3 | Guns N' Roses | 1,362KB | Audio | |
| tereastarr@KaZaA | 10 - Guns N' Roses - Black Leather.mp3 | Guns N' Roses | 3,886KB | Audio | |
| tereastarr@KaZaA | 11 - Guns N' Roses - You Can't Put Your Arms Around A M... | Guns N' Roses | 3,364KB | Audio | You Can't Put Your Arms |
| tereastarr@KaZaA | 12 - Guns N' Roses - I Don't Care About You.mp3 | Guns N' Roses | 4,551KB | Audio | I Do |
| tereastarr@KaZaA | 01 - Guns N' Roses - Right Next Door to Hell.mp3 | Guns N' Roses | 2,858KB | Audio | Righ |
| tereastarr@KaZaA | 02 - Guns N' Roses - Dust N' Bones.mp3 | Guns N' Roses | 4,675KB | Audio | |
| tereastarr@KaZaA | 03 - Guns N' Roses - Live and Let Die.mp3 | Guns N' Roses | 2,889KB | Audio | |
| tereastarr@KaZaA | 04 - Guns N' Roses - Don't Cry [Original Version].mp3 | Guns N' Roses | 4,464KB | Audio | Don't Cr |
| tereastarr@KaZaA | 05 - Guns N' Roses - Perfect Crime.mp3 | Guns N' Roses | 2,258KB | Audio | |
| tereastarr@KaZaA | 06 - Guns N' Roses - You Ain't the First.mp3 | Guns N' Roses | 2,454KB | Audio | |
| tereastarr@KaZaA | 07 - Guns N' Roses - Bad Obsession.mp3 | Guns N' Roses | 5,145KB | Audio | |
| tereastarr@KaZaA | 08 - Guns N' Roses - Back off Bitch.mp3 | Guns N' Roses | 4,756KB | Audio | |
| tereastarr@KaZaA | 09 - Guns N' Roses - Double Talkin' Jive.mp3 | Guns N' Roses | 3,196KB | Audio | |
| tereastarr@KaZaA | 10 - Guns N' Roses - November Rain.mp3 | Guns N' Roses | 8,412KB | Audio | |
| tereastarr@KaZaA | 11 - Guns N' Roses - The Garden.mp3 | Guns N' Roses | 5,049KB | Audio | |
| tereastarr@KaZaA | 12 - Guns N' Roses - Garden of Eden.mp3 | Guns N' Roses | 2,540KB | Audio | |
| tereastarr@KaZaA | 13 - Guns N' Roses - Don't Damn Me.mp3 | Guns N' Roses | 4,996KB | Audio | |
| tereastarr@KaZaA | 14 - Guns N' Roses - Bad Apples.mp3 | Guns N' Roses | 4,207KB | Audio | |
| tereastarr@KaZaA | 15 - Guns N' Roses - Dead Horse.mp3 | Guns N' Roses | 1,930KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download |   |  Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 14 - Guns N' Roses - Bad Apples.mp3 | Guns N' Roses | 4,207KB | Audio | |
| tereastarr@KaZaA | 15 - Guns N' Roses - Dead Horse.mp3 | Guns N' Roses | 4,039KB | Audio | |
| tereastarr@KaZaA | 16 - Guns N' Roses - Coma.mp3 | Guns N' Roses | 9,612KB | Audio | |
| tereastarr@KaZaA | 01 - Guns N' Roses - Civil War.mp3 | Guns N' Roses | 7,233KB | Audio | |
| tereastarr@KaZaA | 02 - Guns N' Roses - 14 Years.mp3 | Guns N' Roses | 4,096KB | Audio | |
| tereastarr@KaZaA | 03 - Guns N' Roses - Yesterdays.mp3 | Guns N' Roses | 3,079KB | Audio | |
| tereastarr@KaZaA | 04 - Guns N' Roses - Knockin' on Heaven's Door.mp3 | Guns N' Roses | 5,263KB | Audio | Knockin |
| tereastarr@KaZaA | 05 - Guns N' Roses - Get in the Ring.mp3 | Guns N' Roses | 5,345KB | Audio | |
| tereastarr@KaZaA | 06 - Guns N' Roses - Shotgun Blues.mp3 | Guns N' Roses | 3,184KB | Audio | |
| tereastarr@KaZaA | 08 - Guns N' Roses - Pretty Tied Up (The Perils of Rock_R... | Guns N' Roses | 4,511KB | Audio | Pretty Tie |
| tereastarr@KaZaA | 09 - Guns N' Roses - Locomotive.mp3 | Guns N' Roses | 8,170KB | Audio | |
| tereastarr@KaZaA | 10 - Guns N' Roses - So Fine.mp3 | Guns N' Roses | 3,861KB | Audio | |
| tereastarr@KaZaA | 11 - Guns N' Roses - Estranged.mp3 | Guns N' Roses | 8,823KB | Audio | |
| tereastarr@KaZaA | 12 - Guns N' Roses - You Could Be Mine.mp3 | Guns N' Roses | 5,382KB | Audio | |
| tereastarr@KaZaA | 13 - Guns N' Roses - Don't Cry [Alternate Lyrics].mp3 | Guns N' Roses | 4,454KB | Audio | Don't Cr |
| tereastarr@KaZaA | 14 - Guns N' Roses - My World.mp3 | Guns N' Roses | 1,330KB | Audio | |
| tereastarr@KaZaA | 01 - Hoobastank - Crawling in the Dark.mp3 | Hoobastank | 2,743KB | Audio | C |
| tereastarr@KaZaA | 02 - Hoobastank - Remember Me.mp3 | Hoobastank | 3,353KB | Audio | |
| tereastarr@KaZaA | 03 - Hoobastank - Running Away.mp3 | Hoobastank | 2,795KB | Audio | |
| tereastarr@KaZaA | 04 - Hoobastank - Pieces.mp3 | Hoobastank | 3,065KB | Audio | |
| tereastarr@KaZaA | 05 - Hoobastank - Let You Know.mp3 | Hoobastank | 3,433KB | Audio | |
| tereastarr@KaZaA | 06 - Hoobastank - Better.mp3 | Hoobastank | 2,719KB | Audio | |
| tereastarr@KaZaA | 07 - Hoobastank - Ready for You.mp3 | Hoobastank | 2,940KB | Audio | |
| tereastarr@KaZaA | 08 - Hoobastank - Up and Gone.mp3 | Hoobastank | 3,150KB | Audio | |
| tereastarr@KaZaA | 09 - Hoobastank - Too Little Too Late.mp3 | Hoobastank | 3,064KB | Audio | |
| tereastarr@KaZaA | 10 - Hoobastank - Hello Again.mp3 | Hoobastank | 2,857KB | Audio | |
| tereastarr@KaZaA | 11 - Hoobastank - To Be With You.mp3 | Hoobastank | 3,802KB | Audio | |
| tereastarr@KaZaA | 12 - Hoobastank - Give It Back.mp3 | Hoobastank | 2,793KB | Audio | |
| tereastarr@KaZaA | 01 - Hoobastank - Same Direction.mp3 | Hoobastank | 3,056KB | Audio | |
| tereastarr@KaZaA | 02 - Hoobastank - Out of Control.mp3 | Hoobastank | 3,527KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 01 - Hoobastank - Same Direction.mp3 | Hoobastank | 3,056KB | Audio | |
| tereastarr@KaZaA | 02 - Hoobastank - Out of Control.mp3 | Hoobastank | 2,537KB | Audio | |
| tereastarr@KaZaA | 03 - Hoobastank - What Happened to Us-.mp3 | Hoobastank | 3,755KB | Audio | Wha |
| tereastarr@KaZaA | 04 - Hoobastank - Escape.mp3 | Hoobastank | 3,516KB | Audio | |
| tereastarr@KaZaA | 05 - Hoobastank - Just One.mp3 | Hoobastank | 3,123KB | Audio | |
| tereastarr@KaZaA | 06 - Hoobastank - Lucky.mp3 | Hoobastank | 2,815KB | Audio | |
| tereastarr@KaZaA | 07 - Hoobastank - From the Heart.mp3 | Hoobastank | 2,875KB | Audio | |
| tereastarr@KaZaA | 08 - Hoobastank - The Reason.mp3 | Hoobastank | 3,642KB | Audio | |
| tereastarr@KaZaA | 09 - Hoobastank - Let It Out.mp3 | Hoobastank | 3,102KB | Audio | |
| tereastarr@KaZaA | 10 - Hoobastank - Unaffected.mp3 | Hoobastank | 3,342KB | Audio | |
| tereastarr@KaZaA | 11 - Hoobastank - Never There.mp3 | Hoobastank | 2,874KB | Audio | |
| tereastarr@KaZaA | 12 - Hoobastank - Disappear.mp3 | Hoobastank | 4,788KB | Audio | |
| tereastarr@KaZaA | 01 - Hootie_the Blowfish - Hannah Jane.mp3 | Hootie_the Blowfish | 3,355KB | Audio | |
| tereastarr@KaZaA | 02 - Hootie_the Blowfish - Hold My Hand.mp3 | Hootie_the Blowfish | 4,009KB | Audio | |
| tereastarr@KaZaA | 03 - Hootie_the Blowfish - Let Her Cry.mp3 | Hootie_the Blowfish | 4,827KB | Audio | |
| tereastarr@KaZaA | 04 - Hootie_the Blowfish - Only Wanna Be With You.mp3 | Hootie_the Blowfish | 3,557KB | Audio | Only V |
| tereastarr@KaZaA | 05 - Hootie_the Blowfish - Running from an Angel.mp3 | Hootie_the Blowfish | 3,413KB | Audio | Run |
| tereastarr@KaZaA | 06 - Hootie_the Blowfish - I'm Goin' Home.mp3 | Hootie_the Blowfish | 3,933KB | Audio | |
| tereastarr@KaZaA | 07 - Hootie_the Blowfish - Drowning.mp3 | Hootie_the Blowfish | 4,726KB | Audio | |
| tereastarr@KaZaA | 08 - Hootie_the Blowfish - Time.mp3 | Hootie_the Blowfish | 4,601KB | Audio | |
| tereastarr@KaZaA | 09 - Hootie_the Blowfish - Look Away.mp3 | Hootie_the Blowfish | 2,484KB | Audio | |
| tereastarr@KaZaA | 10 - Hootie_the Blowfish - Not Even the Trees.mp3 | Hootie_the Blowfish | 4,348KB | Audio | |
| 2 Users | 11 - Hootie_the Blowfish - Goodbye.mp3 | Hootie_the Blowfish | 3,851KB | Audio | |
| tereastarr@KaZaA | 12 - Hootie_the Blowfish - Sometimes I Feel.mp3 | Hootie_the Blowfish | 851KB | Audio | |
| tereastarr@KaZaA | 01 - Janet Jackson - Runaway.mp3 | Janet Jackson | 3,368KB | Audio | |
| tereastarr@KaZaA | 02 - Janet Jackson - What Have You Done for Me Lately-.... | Janet Jackson | 4,455KB | Audio | What Have Yo |
| tereastarr@KaZaA | 03 - Janet Jackson - Nasty.mp3 | Janet Jackson | 3,816KB | Audio | |
| tereastarr@KaZaA | 04 - Janet Jackson - When I Think of You.mp3 | Janet Jackson | 3,690KB | Audio | V |
| tereastarr@KaZaA | 05 - Janet Jackson - Escapade.mp3 | Janet Jackson | 4,408KB | Audio | |
| tereastarr@KaZaA | 06 - Janet Jackson - Miss You Much.mp3 | Janet Jackson | 3,056KB | Audio | |

Found 1955 files   2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)   Not sharing any files

Exhibit B

049

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 05 - Janet Jackson - Escapade.mp3 | Janet Jackson | 4,468KB | Audio | |
| tereastarr@KaZaA | 06 - Janet Jackson - Miss You Much.mp3 | Janet Jackson | 3,956KB | Audio | |
| tereastarr@KaZaA | 07 - Janet Jackson - Love Will Never Do (Without You).mp3 | Janet Jackson | 4,312KB | Audio | Love Will Ne |
| tereastarr@KaZaA | 08 - Janet Jackson - Alright.mp3 | Janet Jackson | 4,370KB | Audio | |
| tereastarr@KaZaA | 09 - Janet Jackson - Control.mp3 | Janet Jackson | 4,943KB | Audio | |
| tereastarr@KaZaA | 10 - Janet Jackson - The Pleasure Principle.mp3 | Janet Jackson | 3,974KB | Audio | Th |
| tereastarr@KaZaA | 11 - Janet Jackson - Black Cat.mp3 | Janet Jackson | 4,515KB | Audio | |
| tereastarr@KaZaA | 12 - Janet Jackson - Rhythm Nation.mp3 | Janet Jackson | 5,617KB | Audio | |
| tereastarr@KaZaA | 13 - Janet Jackson - That's the Way Love Goes.mp3 | Janet Jackson | 4,179KB | Audio | That's t |
| tereastarr@KaZaA | 14 - Janet Jackson - Come Back to Me.mp3 | Janet Jackson | 5,294KB | Audio | |
| tereastarr@KaZaA | 15 - Janet Jackson - Let's Wait Awhile.mp3 | Janet Jackson | 4,341KB | Audio | |
| tereastarr@KaZaA | 16 - Janet Jackson - Twenty Foreplay.mp3 | Janet Jackson | 5,739KB | Audio | |
| tereastarr@KaZaA | 01 - Jewel - Who Will Save Your Soul.mp3 | Jewel | 3,776kB | Audio | Who |
| tereastarr@KaZaA | 02 - Jewel - Pieces of You.mp3 | Jewel | 4,017KB | Audio | |
| tereastarr@KaZaA | 03 - Jewel - Little Sister.mp3 | Jewel | 2,372KB | Audio | |
| tereastarr@KaZaA | 04 - Jewel - Foolish Games.mp3 | Jewel | 5,331KB | Audio | |
| tereastarr@KaZaA | 05 - Jewel - Near You Always.mp3 | Jewel | 2,962KB | Audio | |
| tereastarr@KaZaA | 06 - Jewel - Painters.mp3 | Jewel | 6,334KB | Audio | |
| tereastarr@KaZaA | 07 - Jewel - Morning Song.mp3 | Jewel | 3,361KB | Audio | |
| tereastarr@KaZaA | 08 - Jewel - Adrian.mp3 | Jewel | 6,620KB | Audio | |
| tereastarr@KaZaA | 09 - Jewel - I'm Sensitive.mp3 | Jewel | 2,769KB | Audio | |
| tereastarr@KaZaA | 10 - Jewel - You Were Meant for Me.mp3 | Jewel | 3,978KB | Audio | You |
| tereastarr@KaZaA | 11 - Jewel - Don't.mp3 | Jewel | 3,399KB | Audio | |
| tereastarr@KaZaA | 12 - Jewel - Daddy.mp3 | Jewel | 3,620KB | Audio | |
| tereastarr@KaZaA | 13 - Jewel - Angel Standing By.mp3 | Jewel | 2,504KB | Audio | |
| tereastarr@KaZaA | 14 - Jewel - Amen.mp3 | Jewel | 4,266KB | Audio | |
| tereastarr@KaZaA | 01 - Journey - Only the Young.mp3 | Journey | 3,850KB | Audio | |
| tereastarr@KaZaA | 02 - Journey - Don't Stop Believin'.mp3 | Journey | 3,929KB | Audio | |
| tereastarr@KaZaA | 03 - Journey - Wheel In the Sky.mp3 | Journey | 3,957KB | Audio | |
| tereastarr@KaZaA | 04 - Journey - Faithfully.mp3 | Journey | 4,170KB | Audio | |

Found 1955 files   2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)   Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 03 - Journey - Wheel in the Sky.mp3 | Journey | 3,957KB | Audio | |
| tereastarr@KaZaA | 04 - Journey - Faithfully.mp3 | Journey | 4,179KB | Audio | |
| tereastarr@KaZaA | 05 - Journey - I'll Be Alright Without You.mp3 | Journey | 4,549KB | Audio | I'll Be / |
| tereastarr@KaZaA | 06 - Journey - Any Way You Want It.mp3 | Journey | 3,190KB | Audio | An |
| tereastarr@KaZaA | 07 - Journey - Ask the Lonely.mp3 | Journey | 3,677KB | Audio | |
| tereastarr@KaZaA | 08 - Journey - Who's Crying Now.mp3 | Journey | 4,729KB | Audio | |
| tereastarr@KaZaA | 09 - Journey - Separate Ways (Worlds Apart).mp3 | Journey | 5,106KB | Audio | Separate W |
| tereastarr@KaZaA | 10 - Journey - Lights.mp3 | Journey | 2,994KB | Audio | |
| tereastarr@KaZaA | 11 - Journey - Lovin', Touchin', Squeezin'.mp3 | Journey | 3,611KB | Audio | Lovin', |
| tereastarr@KaZaA | 12 - Journey - Open Arms.mp3 | Journey | 3,121KB | Audio | |
| tereastarr@KaZaA | 13 - Journey - Girl Can't Help It.mp3 | Journey | 3,617KB | Audio | |
| tereastarr@KaZaA | 14 - Journey - Send Her My Love.mp3 | Journey | 3,685KB | Audio | |
| tereastarr@KaZaA | 15 - Journey - Be Good to Yourself.mp3 | Journey | 3,628KB | Audio | E |
| 2 Users | 01 - Linkin Park - Papercut.mp3 | Linkin Park | 2,898KB | Audio | |
| tereastarr@KaZaA | 02 - Linkin Park - One Step Closer.mp3 | Linkin Park | 2,445KB | Audio | |
| tereastarr@KaZaA | 03 - Linkin Park - With You.mp3 | Linkin Park | 3,188KB | Audio | |
| 2 Users | 04 - Linkin Park - Points of Authority.mp3 | Linkin Park | 3,141KB | Audio | |
| 2 Users | 05 - Linkin Park - Crawling.mp3 | Linkin Park | 3,278KB | Audio | |
| 2 Users | 06 - Linkin Park - Runaway.mp3 | Linkin Park | 2,886KB | Audio | |
| tereastarr@KaZaA | 07 - Linkin Park - By Myself.mp3 | Linkin Park | 2,978KB | Audio | |
| 2 Users | 08 - Linkin Park - In the End.mp3 | Linkin Park | 3,392KB | Audio | |
| tereastarr@KaZaA | 09 - Linkin Park - Place for My Head.mp3 | Linkin Park | 2,897KB | Audio | |
| tereastarr@KaZaA | 11 - Linkin Park - Cure for the Itch.mp3 | Linkin Park | 2,468KB | Audio | |
| tereastarr@KaZaA | 12 - Linkin Park - Pushing Me Away.mp3 | Linkin Park | 3,009KB | Audio | |
| 2 Users | 01 - Linkin Park - Somewhere I Belong.mp3 | Linkin Park | 3,405KB | Audio | S |
| tereastarr@KaZaA | 02 - Linkin Park - Lying From You.mp3 | Linkin Park | 2,932KB | Audio | |
| 2 Users | 06 - Linkin Park - Faint.mp3 | Linkin Park | 2,612KB | Audio | |
| 2 Users | 07 - Linkin Park - From The Inside.mp3 | Linkin Park | 2,829KB | Audio | |
| tereastarr@KaZaA | 08 - Linkin Park - Pushing Me Away.mp3 | Linkin Park | 4,772KB | Audio | |
| 2 Users | 09 - Linkin Park - Numb.mp3 | Linkin Park | 2,920KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Downloaded | Q | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tereastarr@KaZaA | 08 - Linkin Park - Pushing Me Away.mp3 | Linkin Park | 4,772KB | Audio |
| 2 Users | 09 - Linkin Park - Numb.mp3 | Linkin Park | 2,920KB | Audio |
| tereastarr@KaZaA | 12 - Linkin Park - One Step Closer.mp3 | Linkin Park | 3,957KB | Audio |
| tereastarr@KaZaA | 01 - Linkin Park - Foreword.mp3 | Linkin Park | 218KB | Audio |
| tereastarr@KaZaA | 02 - Linkin Park - Don't Stay.mp3 | Linkin Park | 2,945KB | Audio |
| tereastarr@KaZaA | 04 - Linkin Park - Lying from You.mp3 | Linkin Park | 2,744KB | Audio |
| tereastarr@KaZaA | 05 - Linkin Park - Hit the Floor.mp3 | Linkin Park | 2,574KB | Audio |
| tereastarr@KaZaA | 06 - Linkin Park - Easier to Run.mp3 | Linkin Park | 3,199KB | Audio |
| tereastarr@KaZaA | 08 - Linkin Park - Figure.09.mp3 | Linkin Park | 3,094KB | Audio |
| tereastarr@KaZaA | 09 - Linkin Park - Breaking the Habit.mp3 | Linkin Park | 3,073KB | Audio |
| tereastarr@KaZaA | 11 - Linkin Park - Nobody's Listening.mp3 | Linkin Park | 2,803KB | Audio |
| tereastarr@KaZaA | 12 - Linkin Park - Session.mp3 | Linkin Park | 2,270KB | Audio |
| tereastarr@KaZaA | 01 - Mike Shinoda - Opening.mp3 | Mike Shinoda | 1,070KB | Audio |
| tereastarr@KaZaA | 02 - Gordon, Jay - Pts. Of. Athrty.mp3 | Gordon, Jay | 3,538KB | Audio |
| tereastarr@KaZaA | 03 - KutMasta Kurt - Motion Man - Ente E ND.mp3 | KutMasta Kurt / Motion M... | 3,763KB | Audio |
| tereastarr@KaZaA | 04 - Linkin Park - Chali.mp3 | Linkin Park | 385KB | Audio |
| tereastarr@KaZaA | 05 - Alchemist - Chali 2na - FRGT-10.mp3 | Alchemist / Chali 2na | 3,332KB | Audio |
| tereastarr@KaZaA | 06 - Mike Shinoda - Stephen Richards - PShng Me A-wy.mp3 | Mike Shinoda / Stephen Ri... | 4,358KB | Audio |
| tereastarr@KaZaA | 07 - Amp Live - Zion - PLC. 4 Mie Haed.mp3 | Amp Live / Zion | 4,088KB | Audio |
| tereastarr@KaZaA | 08 - Black Thought - X-Ecutioner Style.mp3 | Black Thought | 1,725KB | Audio |
| tereastarr@KaZaA | 09 - DJ Babu - Evidence - Pharoahe Monch - HI Vltg3.mp3 | DJ Babu / Evidence / Pha... | 3,307KB | Audio |
| tereastarr@KaZaA | 10 - Linkin Park - Riff Raff.mp3 | Linkin Park | 356KB | Audio |
| tereastarr@KaZaA | 11 - Aceyalone - Chairman Hahn - WTH-You.mp3 | Aceyalone / Chairman Ha... | 3,956KB | Audio |
| tereastarr@KaZaA | 12 - Mike Shinoda - NTR-Mssion.mp3 | Mike Shinoda | 474KB | Audio |
| tereastarr@KaZaA | 13 - Cheapshot - Jubacca - Planet Asia - Rasco - PPR- Kut... | Cheapshot / Jubacca / Pl... | 3,239KB | Audio |
| tereastarr@KaZaA | 14 - Backyard Bangers - Phoenix Orion - Rnw@Y.mp3 | Backyard Bangers / Phoen... | 3,036KB | Audio |
| tereastarr@KaZaA | 15 - Kelli Ali - Mickey P. - My-DSMBR.mp3 | Kelli Ali / Mickey P. | 4,039KB | Audio |
| tereastarr@KaZaA | 16 - Linkin Park - Stef.mp3 | Linkin Park | 171KB | Audio |
| tereastarr@KaZaA | 17 - Josh Abraham - Mike Shinoda - By_mysif.mp3 | Josh Abraham / Mike Shin... | 3,490KB | Audio |
| tereastarr@KaZaA | 18 - Chairman Hahn - Kmxd TH Ich.mp3 | Chairman Hahn | 2,493KB | Audio |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download |   |  Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 17 - Josh Abraham - Mike Shinoda - By_myslF.mp3 | Josh Abraham / Mike Shin... | 3,490KB | Audio | |
| tereastarr@KaZaA | 18 - Chairman Hahn - Kyur4 TH Ich.mp3 | Chairman Hahn | 2,403KB | Audio | |
| tereastarr@KaZaA | 19 - Humble Brothers - Jonathan Davis - 1stp Klosr.mp3 | Humble Brothers / Jonath... | 5,421KB | Audio | |
| tereastarr@KaZaA | 20 - Aaron Lewis - Mike Shinoda - KRWLNG.mp3 | Aaron Lewis / Mike Shino... | 5,331KB | Audio | |
| tereastarr@KaZaA | 01 - Live - The dam at Otter Creek.mp3 | Live | 4,426KB | Audio | The r |
| tereastarr@KaZaA | 02 - Live - Selling the drama.mp3 | Live | 3,226KB | Audio | |
| tereastarr@KaZaA | 03 - Live - I alone.mp3 | Live | 3,610KB | Audio | |
| tereastarr@KaZaA | 04 - Live - Iris.mp3 | Live | 3,744KB | Audio | |
| tereastarr@KaZaA | 05 - Live - Lightning crashes.mp3 | Live | 5,087KB | Audio | |
| tereastarr@KaZaA | 06 - Live - Top.mp3 | Live | 2,539KB | Audio | |
| tereastarr@KaZaA | 07 - Live - All over you.mp3 | Live | 3,748KB | Audio | |
| tereastarr@KaZaA | 08 - Live - Shit towne.mp3 | Live | 3,562KB | Audio | |
| tereastarr@KaZaA | 09 - Live - T.B.D..mp3 | Live | 4,203KB | Audio | |
| tereastarr@KaZaA | 10 - Live - Stage.mp3 | Live | 2,943KB | Audio | |
| tereastarr@KaZaA | 11 - Live - Waitress.mp3 | Live | 2,642KB | Audio | |
| tereastarr@KaZaA | 12 - Live - Pillar of Davidson.mp3 | Live | 6,348KB | Audio | |
| tereastarr@KaZaA | 13 - Live - White.mp3 | Live | 5,758KB | Audio | |
| tereastarr@KaZaA | 14 - Live - Discussion.mp3 | Live | 3,977KB | Audio | |
| tereastarr@KaZaA | 01 - Elton John - George Michael - Don't Let the Sun Go Do... | Elton John / George Mich... | 5,450KB | Audio | Don't Let the |
| tereastarr@KaZaA | 02 - Janet Jackson - Love Will Never Do (Without You).mp3 | Janet Jackson | 5,544KB | Audio | Love Will Ne |
| tereastarr@KaZaA | 03 - Funky Bunch - Loleatta Holloway - Marky Mark - Good ... | Funky Bunch / Loleatta Ho.. | 4,247KB | Audio | |
| tereastarr@KaZaA | 04 - Vanessa Williams - Save the Best for Last.mp3 | Vanessa Williams | 3,461KB | Audio | Sav |
| tereastarr@KaZaA | 06 - Roxette - Joyride.mp3 | Roxette | 4,158KB | Audio | |
| tereastarr@KaZaA | 07 - Jon Bon Jovi - Blaze of Glory.mp3 | Jon Bon Jovi | 5,251KB | Audio | |
| tereastarr@KaZaA | 08 - Michael Bolton - When a Man Loves a Woman.mp3 | Michael Bolton | 3,637KB | Audio | When a M |
| tereastarr@KaZaA | 09 - Wilson Phillips - You're in Love.mp3 | Wilson Phillips | 4,561KB | Audio | |
| tereastarr@KaZaA | 10 - New Kids on the Block - Step by Step.mp3 | New Kids on the Block | 4,217KB | Audio | |
| tereastarr@KaZaA | 11 - C+C Music Factory - Gonna Make You Sweat (Everyb... | C+C Music Factory | 3,860KB | Audio | Gonna Make Yo |
| tereastarr@KaZaA | 06 - Howard Shore - At the Sign of the Prancing Pony.mp3 | Howard Shore | 3,041KB | Audio | At the Sigh |
| tereastarr@KaZaA | 07 - Howard Shore - A Knife in the Dark.mp3 | Howard Shore | 3,257KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 846,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa |  Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 06 - Howard Shore - At the Sign of the Prancing Pony.mp3 | Howard Shore | 3,041KB | Audio | At the Sign |
| tereastarr@KaZaA | 07 - Howard Shore - A Knife in the Dark.mp3 | Howard Shore | 3,357KB | Audio | |
| tereastarr@KaZaA | 08 - Howard Shore - Flight to the Ford.mp3 | Howard Shore | 3,992KB | Audio | |
| tereastarr@KaZaA | 09 - Howard Shore - Many Meetings.mp3 | Howard Shore | 2,906KB | Audio | |
| tereastarr@KaZaA | 10 - Aniron - Enya - The Council of Elrond [Theme for Arag... | Aniron / Enya | 3,588KB | Audio | The Council |
| tereastarr@KaZaA | 11 - Enya - The Ring Goes South.mp3 | Enya | 1,930KB | Audio | Th |
| tereastarr@KaZaA | 12 - Enya - A Journey in the Dark.mp3 | Enya | 4,075KB | Audio | A |
| tereastarr@KaZaA | 13 - Enya - The Bridge of Khazad Dum.mp3 | Enya | 5,593KB | Audio | The Bri |
| tereastarr@KaZaA | 14 - Enya - Lothlorien.mp3 | Enya | 4,288KB | Audio | |
| tereastarr@KaZaA | 15 - Enya - The Great River.mp3 | Enya | 2,551KB | Audio | |
| tereastarr@KaZaA | 16 - Enya - Amon Hen.mp3 | Enya | 4,730KB | Audio | |
| tereastarr@KaZaA | 17 - Enya - The Breaking of the Fellowship.mp3 | Enya | 6,896KB | Audio | The Breakin |
| tereastarr@KaZaA | 18 - Enya - May It Be.mp3 | Enya | 4,036KB | Audio | |
| tereastarr@KaZaA | 01 - A Storm Is Coming - London Oratory School Scholars -... | London Oratory School S... | 2,705KB | Audio | |
| tereastarr@KaZaA | 02 - Hope and Memory - London Oratory School Scholars - ... | London Oratory School S... | 1,661KB | Audio | |
| tereastarr@KaZaA | 03 - Minas Tirith - Ben Del Maestro - London Oratory Schoo... | Ben Del Maestro / London... | 3,407KB | Audio | |
| tereastarr@KaZaA | 04 - The White Tree - London Oratory School Scholars - Lo... | London Oratory School S... | 3,221KB | Audio | |
| tereastarr@KaZaA | 05 - The Steward of Gondor - Boyd, Billy - London Oratory ... | Boyd, Billy / London Orato... | 3,658KB | Audio | The |
| tereastarr@KaZaA | 06 - Minas Morgul - London Oratory School Scholars - Lond... | London Oratory School S... | 1,856KB | Audio | |
| tereastarr@KaZaA | 07 - The Ride of the Rohirrim - London Oratory School Scho... | London Oratory School S... | 2,023KB | Audio | The R |
| tereastarr@KaZaA | 08 - Twilight and Shadow - Renee Fleming - London Orator... | London Oratory School S... | 3,299KB | Audio | T |
| tereastarr@KaZaA | 09 - Cirith Ungol - London Oratory School Scholars - London... | London Oratory School S... | 1,642KB | Audio | |
| tereastarr@KaZaA | 10 - Andúril - London Oratory School Scholars - London Phil... | London Oratory School S... | 2,441KB | Audio | |
| tereastarr@KaZaA | 11 - Shelob's Lair - London Oratory School Scholars - Lond... | London Oratory School S... | 3,873KB | Audio | |
| tereastarr@KaZaA | 12 - Ash and Smoke - London Oratory School Scholars - Lo... | London Oratory School S... | 3,215KB | Audio | |
| tereastarr@KaZaA | 13 - The Fields of the Pelennor - London Oratory School Sc... | London Oratory School S... | 3,231KB | Audio | The Fie |
| tereastarr@KaZaA | 14 - Hope Fails - London Oratory School Scholars - London ... | London Oratory School S... | 2,214KB | Audio | |
| tereastarr@KaZaA | 15 - The Black Gate Opens - Galway, Sir James - London O... | Galway, Sir James / Lond... | 3,788KB | Audio | Th |
| tereastarr@KaZaA | 16 - The End of All Things - Renee Fleming - London Orator... | London Oratory School S... | 4,900KB | Audio | Th |
| tereastarr@KaZaA | 17 - The Return of the King - Galway, Sir James - Renee Fl... | Galway, Sir James / Lond... | 9,610KB | Audio | Thom |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files