Virgin Records America, Inc. v. Thomas    Doc. 1 Att. 6
Dockets.Justia.com

|  | Size | Media Type |  |
|---|---:|---|---|
| atory School S... | 4,900KB | Audio | Th |
| James / Lond... | 9,610KB | Audio | The |
| James / Lond... | 5,628KB | Audio |  |
| ox / London O... | 5,443KB | Audio |  |
| ore | 3,637KB | Audio | Fo |
| ore | 2,651KB | Audio | The |
| ore | 3,849KB | Audio | Tl |
| ore | 2,609KB | Audio | The Pass |
| ore | 2,801KB | Audio |  |
| ore | 3,597KB | Audio | The King |
| ore | 3,101KB | Audio | The B |
| n, Isabel | 3,068KB | Audio |  |
| ore | 2,330KB | Audio |  |
| ore | 2,570KB | Audio |  |
| ore | 3,473KB | Audio |  |
| ore | 3,654KB | Audio |  |
| ore | 5,128KB | Audio |  |
| helia | 4,821KB | Audio |  |
| ore | 4,337KB | Audio |  |
| , Ben | 3,070KB | Audio |  |
| aser | 4,716KB | Audio | I· |
| ore | 3,543KB | Audio |  |
| iliana | 5,502KB | Audio |  |
| ts | 4,080KB | Audio | We S |
| ts | 3,451KB | Audio |  |
| ts | 4,302KB | Audio |  |
| ts | 3,701KB | Audio |  |
|  | 3,381KB | Audio |  |
| ts | 3,710KB | Audio |  |
|  | 1,628KB | Audio |  |

(48,349,184 GB)    Not sharing any files



| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 06 - Lostprophets - I Don't Know.mp3 | Lostprophets | 3,710KB | Audio | |
| tereastarr@KaZaA | 07 - Lostprophets - Hello Again.mp3 | Lostprophets | 4,638KB | Audio | |
| tereastarr@KaZaA | 08 - Lostprophets - Goodbye Tongiht.mp3 | Lostprophets | 3,662KB | Audio | |
| tereastarr@KaZaA | 09 - Lostprophets - Start Something.mp3 | Lostprophets | 3,223KB | Audio | |
| tereastarr@KaZaA | 10 - Lostprophets - A Million Miles.mp3 | Lostprophets | 4,139KB | Audio | |
| tereastarr@KaZaA | 11 - Lostprophets - Last Summer.mp3 | Lostprophets | 3,869KB | Audio | |
| tereastarr@KaZaA | 12 - Lostprophets - Sway.mp3 | Lostprophets | 9,875KB | Audio | |
| tereastarr@KaZaA | 01 - Patty Loveless - You Will.mp3 | Patty Loveless | 3,083KB | Audio | |
| tereastarr@KaZaA | 02 - Patty Loveless - How About You-.mp3 | Patty Loveless | 2,526KB | Audio | |
| tereastarr@KaZaA | 03 - Patty Loveless - Nothin' But the Wheel.mp3 | Patty Loveless | 3,720KB | Audio | No |
| tereastarr@KaZaA | 04 - Patty Loveless - Love Builds the Bridges (Pride Builds t... | Patty Loveless | 3,323KB | Audio | Love Builds |
| tereastarr@KaZaA | 05 - Patty Loveless - Mr. Man in the Moon.mp3 | Patty Loveless | 3,005KB | Audio | M |
| tereastarr@KaZaA | 06 - Patty Loveless - Blame It on Your Heart.mp3 | Patty Loveless | 3,353KB | Audio | Blan |
| tereastarr@KaZaA | 07 - Patty Loveless - You Don't Know How Lucky You Are.... | Patty Loveless | 3,477KB | Audio | You Don't Knov |
| tereastarr@KaZaA | 08 - Patty Loveless - All I Need (Is Not to Need You).mp3 | Patty Loveless | 2,721KB | Audio | All I Need ( |
| tereastarr@KaZaA | 09 - Patty Loveless - What's a Broken Heart.mp3 | Patty Loveless | 2,964KB | Audio | Wh |
| tereastarr@KaZaA | 10 - Patty Loveless - How Can I Help You Say Goodbye.mp3 | Patty Loveless | 4,685KB | Audio | How Can I Help |
| tereastarr@KaZaA | 01 - Madonna - Survival.mp3 | Madonna | 3,313KB | Audio | |
| tereastarr@KaZaA | 02 - Madonna - Secret.mp3 | Madonna | 4,775KB | Audio | |
| tereastarr@KaZaA | 03 - Madonna - I'd Rather Be Your Lover.mp3 | Madonna | 4,361KB | Audio | I'd Ra |
| tereastarr@KaZaA | 04 - Madonna - Don't Stop.mp3 | Madonna | 4,356KB | Audio | |
| tereastarr@KaZaA | 05 - Madonna - Inside of Me.mp3 | Madonna | 3,947KB | Audio | |
| tereastarr@KaZaA | 06 - Madonna - Human Nature.mp3 | Madonna | 4,603KB | Audio | |
| tereastarr@KaZaA | 07 - Madonna - Forbidden Love.mp3 | Madonna | 3,901KB | Audio | |
| tereastarr@KaZaA | 08 - Madonna - Love Tried to Welcome Me.mp3 | Madonna | 5,032KB | Audio | Love Tr |
| tereastarr@KaZaA | 09 - Madonna - Sanctuary.mp3 | Madonna | 4,747KB | Audio | |
| tereastarr@KaZaA | 10 - Madonna - Bedtime Story.mp3 | Madonna | 4,587KB | Audio | |
| tereastarr@KaZaA | 11 - Madonna - Take a Bow.mp3 | Madonna | 5,038KB | Audio | |
| tereastarr@KaZaA | 01 - Lacuna Coil - Swamped.mp3 | Lacuna Coil | 3,766KB | Audio | |

Found 1955 files    2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)    Not sharing any files

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 01 - Lacuna Coil - Swamped.mp3 | Lacuna Coil | 3,766KB | Audio | |
| tereastarr@KaZaA | 02 - Lacuna Coil - Heaven's a Lie.mp3 | Lacuna Coil | 4,487KB | Audio | |
| tereastarr@KaZaA | 03 - Lacuna Coil - Daylight Dancer.mp3 | Lacuna Coil | 3,609KB | Audio | |
| tereastarr@KaZaA | 04 - Lacuna Coil - Humane.mp3 | Lacuna Coil | 3,962KB | Audio | |
| tereastarr@KaZaA | 05 - Lacuna Coil - Self Deception.mp3 | Lacuna Coil | 3,322KB | Audio | |
| tereastarr@KaZaA | 06 - Lacuna Coil - Aeon.mp3 | Lacuna Coil | 1,832KB | Audio | |
| tereastarr@KaZaA | 07 - Lacuna Coil - Tight Rope.mp3 | Lacuna Coil | 3,998KB | Audio | |
| tereastarr@KaZaA | 08 - Lacuna Coil - The Ghost Woman and the Hunter.mp3 | Lacuna Coil | 3,905KB | Audio | The Ghost Wom |
| tereastarr@KaZaA | 09 - Lacuna Coil - Unspoken.mp3 | Lacuna Coil | 3,411KB | Audio | |
| tereastarr@KaZaA | 10 - Lacuna Coil - Entwined.mp3 | Lacuna Coil | 3,753KB | Audio | |
| tereastarr@KaZaA | 11 - Lacuna Coil - The Prophet Said.mp3 | Lacuna Coil | 4,270KB | Audio | |
| tereastarr@KaZaA | 12 - Lacuna Coil - Angel's Punishment.mp3 | Lacuna Coil | 3,705KB | Audio | |
| tereastarr@KaZaA | 13 - Lacuna Coil - Comalies.mp3 | Lacuna Coil | 4,695KB | Audio | |
| tereastarr@KaZaA | 01 - Lacuna Coil - Heaven's a Lie (radio edit).mp3 | Lacuna Coil | 3,673KB | Audio | Heaver |
| tereastarr@KaZaA | 02 - Lacuna Coil - Swamped (radio edit).mp3 | Lacuna Coil | 3,593KB | Audio | Sw |
| tereastarr@KaZaA | 03 - Lacuna Coil - Heaven's a Lie (Acoustic).mp3 | Lacuna Coil | 3,951KB | Audio | Heave |
| tereastarr@KaZaA | 04 - Lacuna Coil - Swamped (Acoustic).mp3 | Lacuna Coil | 3,441KB | Audio | S |
| tereastarr@KaZaA | 05 - Lacuna Coil - Unspoken (Acoustic).mp3 | Lacuna Coil | 3,439KB | Audio | U |
| tereastarr@KaZaA | 06 - Lacuna Coil - Senzafine (Acoustic).mp3 | Lacuna Coil | 3,300KB | Audio | S |
| tereastarr@KaZaA | 07 - Lacuna Coil - Heaven's a Lie (live acoustic on WAAF).... | Lacuna Coil | 3,770KB | Audio | Heaven's a Lie (live |
| tereastarr@KaZaA | 08 - Lacuna Coil - Senzafine (live acoustic on WAAF).mp3 | Lacuna Coil | 3,055KB | Audio | Senzafine (live |
| tereastarr@KaZaA | 09 - Lacuna Coil - Aeon (live acoustic on WAAF).mp3 | Lacuna Coil | 1,829KB | Audio | Aeon (live |
| tereastarr@KaZaA | 01 - Dream Theater - Scene One- Regression.mp3 | Dream Theater | 1,989KB | Audio | Scer |
| tereastarr@KaZaA | 02 - Dream Theater - Scene Two- Overture 1928.mp3 | Dream Theater | 3,414KB | Audio | Scene T |
| tereastarr@KaZaA | 03 - Dream Theater - Strange Deja Vu.mp3 | Dream Theater | 4,891KB | Audio | |
| tereastarr@KaZaA | 04 - Dream Theater - Scene Three- Through My Words.mp3 | Dream Theater | 982KB | Audio | Scene Three: |
| tereastarr@KaZaA | 05 - Dream Theater - Fatal Tragedy.mp3 | Dream Theater | 6,407KB | Audio | |
| tereastarr@KaZaA | 06 - Dream Theater - Scene Four- Beyond This Life.mp3 | Dream Theater | 10,677KB | Audio | Scene Fot |
| tereastarr@KaZaA | 07 - Dream Theater - Scene Five- Through Her Eyes.mp3 | Dream Theater | 5,155KB | Audio | Scene Five |
| tereastarr@KaZaA | 08 - Dream Theater - Scene Six- Home.mp3 | Dream Theater | 12,004KB | Audio | |

Found 1955 files    2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)    Not sharing any files

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help



Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 07 - Dream Theater - Scene Five- Through Her Eyes.mp3 | Dream Theater | 5,155KB | Audio | Scene Five: |
| tereastarr@KaZaA | 08 - Dream Theater - Scene Six- Home.mp3 | Dream Theater | 12,094KB | Audio | |
| tereastarr@KaZaA | 09 - Dream Theater - Scene Seven- The Dance of Eternity... | Dream Theater | 5,849KB | Audio | Scene Seven: |
| tereastarr@KaZaA | 10 - Dream Theater - One Last Time.mp3 | Dream Theater | 3,553KB | Audio | |
| tereastarr@KaZaA | 11 - Dream Theater - Scene Eight- The Spirit Carries On..m... | Dream Theater | 6,233KB | Audio | Scene Eigh |
| tereastarr@KaZaA | 12 - Dream Theater - Scene Nine- Finally Free.mp3 | Dream Theater | 11,257KB | Audio | Scen |
| tereastarr@KaZaA | 01 - Madonna - Drowned World-Substitute for Love.mp3 | Madonna | 4,838KB | Audio | Drowned Wo |
| tereastarr@KaZaA | 02 - Madonna - Swim.mp3 | Madonna | 4,707KB | Audio | |
| tereastarr@KaZaA | 03 - Madonna - Ray of Light.mp3 | Madonna | 5,021KB | Audio | |
| tereastarr@KaZaA | 04 - Madonna - Candy Perfume Girl.mp3 | Madonna | 4,335KB | Audio | |
| tereastarr@KaZaA | 05 - Madonna - Skin.mp3 | Madonna | 5,972KB | Audio | |
| tereastarr@KaZaA | 06 - Madonna - Nothing Really Matters.mp3 | Madonna | 4,181KB | Audio | Notl |
| tereastarr@KaZaA | 07 - Madonna - Sky Fits Heaven.mp3 | Madonna | 4,509KB | Audio | |
| tereastarr@KaZaA | 08 - Madonna - Shanti-Ashtangi.mp3 | Madonna | 4,213KB | Audio | |
| tereastarr@KaZaA | 09 - Madonna - Frozen.mp3 | Madonna | 5,834KB | Audio | |
| tereastarr@KaZaA | 10 - Madonna - The Power of Goodbye.mp3 | Madonna | 3,952KB | Audio | The |
| tereastarr@KaZaA | 11 - Madonna - To Have and Not to Hold.mp3 | Madonna | 5,056KB | Audio | To Ha |
| tereastarr@KaZaA | 12 - Madonna - Little Star.mp3 | Madonna | 4,986KB | Audio | |
| tereastarr@KaZaA | 13 - Madonna - Mer Girl.mp3 | Madonna | 5,197KB | Audio | |
| tereastarr@KaZaA | 01 - Marilyn Manson - Irresponsible Hate Anthem.mp3 | Marilyn Manson | 4,043KB | Audio | Irrespor |
| tereastarr@KaZaA | 02 - Marilyn Manson - The Beautiful People.mp3 | Marilyn Manson | 3,427KB | Audio | Tl |
| tereastarr@KaZaA | 03 - Marilyn Manson - Dried up, Tied and Dead to the Worl... | Marilyn Manson | 4,001KB | Audio | Dried up, Tk |
| tereastarr@KaZaA | 05 - Marilyn Manson - Little Horn.mp3 | Marilyn Manson | 2,558KB | Audio | |
| tereastarr@KaZaA | 06 - Marilyn Manson - Cryptorchild.mp3 | Marilyn Manson | 2,571KB | Audio | |
| tereastarr@KaZaA | 07 - Marilyn Manson - Deformography.mp3 | Marilyn Manson | 4,248KB | Audio | |
| tereastarr@KaZaA | 08 - Marilyn Manson - Wormboy.mp3 | Marilyn Manson | 3,698KB | Audio | |
| tereastarr@KaZaA | 09 - Marilyn Manson - Mister Superstar.mp3 | Marilyn Manson | 4,759KB | Audio | |
| tereastarr@KaZaA | 10 - Marilyn Manson - Angel With the Scabbed Wings.mp3 | Marilyn Manson | 3,635KB | Audio | Angel With |
| tereastarr@KaZaA | 11 - Marilyn Manson - Kinderfeld.mp3 | Marilyn Manson | 4,575KB | Audio | |
| tereastarr@KaZaA | 12 - Marilyn Manson - Antichrist Superstar.mp3 | Marilyn Manson | 4,013KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 11 - Marilyn Manson - Kinderfeld.mp3 | Marilyn Manson | 4,575KB | Audio | |
| tereastarr@KaZaA | 12 - Marilyn Manson - Antichrist Superstar.mp3 | Marilyn Manson | 4,913KB | Audio | F |
| tereastarr@KaZaA | 13 - Marilyn Manson - 1996.mp3 | Marilyn Manson | 3,781KB | Audio | |
| tereastarr@KaZaA | 14 - Marilyn Manson - Minute of Decay.mp3 | Marilyn Manson | 4,446KB | Audio | |
| tereastarr@KaZaA | 15 - Marilyn Manson - The Reflecting God.mp3 | Marilyn Manson | 5,263KB | Audio | |
| tereastarr@KaZaA | 16 - Marilyn Manson - Man That You Fear.mp3 | Marilyn Manson | 5,882KB | Audio | |
| tereastarr@KaZaA | 99 - Marilyn Manson - Hidden Track.mp3 | Marilyn Manson | 1,559KB | Audio | |
| tereastarr@KaZaA | 01 - Mr. Big - Colorado Bulldog.mp3 | Mr. Big | 3,960KB | Audio | |
| tereastarr@KaZaA | 02 - Mr. Big - Price You Gotta Pay.mp3 | Mr. Big | 3,700KB | Audio | F |
| tereastarr@KaZaA | 03 - Mr. Big - Promise Her the Moon.mp3 | Mr. Big | 3,864KB | Audio | Pro |
| tereastarr@KaZaA | 04 - Mr. Big - What's It Gonna Be.mp3 | Mr. Big | 3,718KB | Audio | |
| tereastarr@KaZaA | 05 - Mr. Big - Wild World.mp3 | Mr. Big | 3,266KB | Audio | |
| tereastarr@KaZaA | 06 - Mr. Big - Mr. Gone.mp3 | Mr. Big | 4,275KB | Audio | |
| tereastarr@KaZaA | 07 - Mr. Big - The Whole World's Gonna Know.mp3 | Mr. Big | 3,644KB | Audio | The Whole W |
| tereastarr@KaZaA | 08 - Mr. Big - Nothing But Love.mp3 | Mr. Big | 3,538KB | Audio | |
| tereastarr@KaZaA | 09 - Mr. Big - Temperamental.mp3 | Mr. Big | 4,623KB | Audio | |
| tereastarr@KaZaA | 10 - Mr. Big - Ain't Seen Love Like That.mp3 | Mr. Big | 3,321KB | Audio | Ain't S |
| tereastarr@KaZaA | 11 - Mr. Big - Mr. Big.mp3 | Mr. Big | 3,984KB | Audio | |
| tereastarr@KaZaA | 01 - Mötley Crüe - Live Wire [Kick Ass '91 Remix].mp3 | Mötley Crüe | 3,094KB | Audio | Live Wire [ |
| tereastarr@KaZaA | 02 - Mötley Crüe - Piece of Your Action [Screamin' '91 Remi... | Mötley Crüe | 4,385KB | Audio | Piece of You |
| tereastarr@KaZaA | 03 - Mötley Crüe - Shout at the Devil.mp3 | Mötley Crüe | 3,055KB | Audio | |
| tereastarr@KaZaA | 04 - Mötley Crüe - Looks That Kill.mp3 | Mötley Crüe | 3,902KB | Audio | |
| tereastarr@KaZaA | 05 - Mötley Crüe - Home Sweet Home ['91 Remix].mp3 | Mötley Crüe | 3,787KB | Audio | Home Swee |
| tereastarr@KaZaA | 06 - Mötley Crüe - Smokin' in the Boys' Room.mp3 | Mötley Crüe | 3,263KB | Audio | Smokin |
| tereastarr@KaZaA | 07 - Mötley Crüe - Girls, Girls, Girls.mp3 | Mötley Crüe | 4,225KB | Audio | |
| tereastarr@KaZaA | 08 - Mötley Crüe - Wild Side.mp3 | Mötley Crüe | 4,393KB | Audio | |
| tereastarr@KaZaA | 09 - Mötley Crüe - Dr. Feelgood.mp3 | Mötley Crüe | 4,519KB | Audio | |
| tereastarr@KaZaA | 10 - Mötley Crüe - Kickstart My Heart [Live in Dallas, TX] [L... | Mötley Crüe | 4,670KB | Audio | Kickstart M |
| tereastarr@KaZaA | 11 - Mötley Crüe - Teaser.mp3 | Mötley Crüe | 4,969KB | Audio | |
| tereastarr@KaZaA | 12 - Mötley Crüe - Rock 'N' Roll Junkie.mp3 | Mötley Crüe | 3,704KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 11 - Mötley Crüe - Teaser.mp3 | Mötley Crüe | 4,969KB | Audio | |
| tereastarr@KaZaA | 12 - Mötley Crüe - Rock 'N' Roll Junkie.mp3 | Mötley Crüe | 3,794KB | Audio | |
| tereastarr@KaZaA | 13 - Mötley Crüe - Primal Scream [New Track].mp3 | Mötley Crüe | 4,492KB | Audio | Primal S |
| tereastarr@KaZaA | 14 - Mötley Crüe - Angela [New Track].mp3 | Mötley Crüe | 3,679KB | Audio | |
| tereastarr@KaZaA | 15 - Mötley Crüe - Anarchy in the U.K. [New Track].mp3 | Mötley Crüe | 3,157KB | Audio | Anarchy in th |
| tereastarr@KaZaA | 01 - Nickelback - Flat On The Floor.mp3 | Nickelback | 1,912KB | Audio | |
| tereastarr@KaZaA | 02 - Nickelback - Do This Anymore.mp3 | Nickelback | 3,813KB | Audio | |
| tereastarr@KaZaA | 03 - Nickelback - Someday.mp3 | Nickelback | 3,244KB | Audio | |
| tereastarr@KaZaA | 04 - Nickelback - Believe It Or Not.mp3 | Nickelback | 3,877KB | Audio | |
| tereastarr@KaZaA | 05 - Nickelback - Feelin' Way Too Damn Good.mp3 | Nickelback | 4,010KB | Audio | Feelin' W |
| tereastarr@KaZaA | 06 - Nickelback - Because Of You.mp3 | Nickelback | 3,288KB | Audio | |
| tereastarr@KaZaA | 07 - Nickelback - Figured You Out.mp3 | Nickelback | 3,572KB | Audio | |
| tereastarr@KaZaA | 08 - Nickelback - Should've Listened.mp3 | Nickelback | 3,484KB | Audio | |
| tereastarr@KaZaA | 09 - Nickelback - Throw Yourself Away.mp3 | Nickelback | 3,678KB | Audio | Th |
| tereastarr@KaZaA | 10 - Nickelback - Another Hole In The Head.mp3 | Nickelback | 3,369KB | Audio | Anothe |
| tereastarr@KaZaA | 11 - Nickelback - See You At The Show.mp3 | Nickelback | 3,816KB | Audio | Se |
| tereastarr@KaZaA | 01 - Nine Inch Nails - Mr. Self Destruct.mp3 | Nine Inch Nails | 4,228KB | Audio | |
| tereastarr@KaZaA | 02 - Nine Inch Nails - Piggy.mp3 | Nine Inch Nails | 4,142KB | Audio | |
| tereastarr@KaZaA | 03 - Nine Inch Nails - Heresy.mp3 | Nine Inch Nails | 3,671KB | Audio | |
| tereastarr@KaZaA | 04 - Nine Inch Nails - March of the Pigs.mp3 | Nine Inch Nails | 2,799KB | Audio | |
| tereastarr@KaZaA | 05 - Nine Inch Nails - Closer.mp3 | Nine Inch Nails | 5,836KB | Audio | |
| tereastarr@KaZaA | 06 - Nine Inch Nails - Ruiner.mp3 | Nine Inch Nails | 4,677KB | Audio | |
| tereastarr@KaZaA | 07 - Nine Inch Nails - The Becoming.mp3 | Nine Inch Nails | 5,189KB | Audio | |
| tereastarr@KaZaA | 08 - Nine Inch Nails - I Do Not Want This.mp3 | Nine Inch Nails | 5,339KB | Audio | |
| tereastarr@KaZaA | 09 - Nine Inch Nails - Big Man With a Gun.mp3 | Nine Inch Nails | 1,511KB | Audio | |
| tereastarr@KaZaA | 10 - Nine Inch Nails - A Warm Place.mp3 | Nine Inch Nails | 3,179KB | Audio | |
| tereastarr@KaZaA | 11 - Nine Inch Nails - Eraser.mp3 | Nine Inch Nails | 4,594KB | Audio | |
| tereastarr@KaZaA | 01 - No Mercy - Radio Edit.mp3 | No Mercy | 4,047KB | Audio | |
| tereastarr@KaZaA | 02 - No Mercy - Trip House Mix.mp3 | No Mercy | 4,205KB | Audio | |
| tereastarr@KaZaA | 01 - David Bowie - Mature Boy.mp3 | David Bowie | 3,326KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 02 - No Mercy - Trip House Mix.mp3 | No Mercy | 4,205KB | Audio | |
| tereastarr@KaZaA | 01 - David Bowie - Nature Boy.mp3 | David Bowie | 3,226KB | Audio | |
| tereastarr@KaZaA | 02 - Christina Aguilera - Lil' Kim - Mya - Pink - Lady Marmala... | Christina Aguilera / Lil' Kim | 4,153KB | Audio | |
| tereastarr@KaZaA | 03 - Fatboy Slim - Because We Can.mp3 | Fatboy Slim | 3,255KB | Audio | |
| tereastarr@KaZaA | 04 - Caroline O'Connor - Jim Broadbent - Mendoza, Natalie .. | Caroline O'Connor / Jim B... | 2,708KB | Audio | |
| tereastarr@KaZaA | 05 - Valeria - Rhythm of the Night.mp3 | Valeria | 3,599KB | Audio | R |
| tereastarr@KaZaA | 06 - Alessandro Safina - Ewan McGregor - Your Song.mp3 | Alessandro Safina / Ewan... | 3,433KB | Audio | |
| tereastarr@KaZaA | 07 - Bono - Gavin Friday - Maurice Seezer - Children of the... | Bono / Gavin Friday / Mau.. | 2,819KB | Audio | Childrer |
| tereastarr@KaZaA | 08 - Nicole Kidman - One Day I'll Fly Away.mp3 | Nicole Kidman | 3,117KB | Audio | Or |
| tereastarr@KaZaA | 09 - Beck - Diamond Dogs.mp3 | Beck | 4,301KB | Audio | |
| tereastarr@KaZaA | 10 - Ewan McGregor - Nicole Kidman - Elephant Love Medle... | Ewan McGregor / Nicole K... | 3,973KB | Audio | Ele |
| tereastarr@KaZaA | 11 - Ewan McGregor - Nicole Kidman - Come What May.mp3 | Ewan McGregor / Nicole K... | 4,521KB | Audio | |
| tereastarr@KaZaA | 12 - Ewan McGregor - José Feliciano - Koman, Jacek - El Ta... | Ewan McGregor / José Fel.. | 4,451KB | Audio | E! |
| tereastarr@KaZaA | 13 - Rufus Wainwright - Complainte de la Butte.mp3 | Rufus Wainwright | 2,917KB | Audio | Con |
| tereastarr@KaZaA | 14 - Joe Leguabe - Nicole Kidman - Hindi Sad Diamonds.mp3 | Joe Leguabe / Nicole Kid... | 3,267KB | Audio | I |
| tereastarr@KaZaA | 15 - David Bowie - Massive Attack - Nature Boy.mp3 | David Bowie / Massive At... | 3,900KB | Audio | |
| tereastarr@KaZaA | 01 - Brooks_Dunn - Reba McEntire - If You See Him, If Yo... | Brooks_Dunn / Reba Mc... | 3,695KB | Audio | If You See |
| tereastarr@KaZaA | 02 - Reba McEntire - One Honest Heart.mp3 | Reba McEntire | 3,668KB | Audio | |
| tereastarr@KaZaA | 03 - Reba McEntire - I Wouldn't Know.mp3 | Reba McEntire | 3,286KB | Audio | |
| tereastarr@KaZaA | 04 - Reba McEntire - I'll Give You Something to Miss.mp3 | Reba McEntire | 3,377KB | Audio | I'll Give Yo |
| tereastarr@KaZaA | 05 - Reba McEntire - Invisible.mp3 | Reba McEntire | 3,803KB | Audio | |
| tereastarr@KaZaA | 06 - Reba McEntire - Up and Flying.mp3 | Reba McEntire | 4,221KB | Audio | |
| tereastarr@KaZaA | 07 - Reba McEntire - Forever Love.mp3 | Reba McEntire | 3,633KB | Audio | |
| tereastarr@KaZaA | 08 - Linda Davis - Reba McEntire - Face to Face.mp3 | Linda Davis / Reba McEnti... | 3,757KB | Audio | |
| tereastarr@KaZaA | 09 - Reba McEntire - Heart Hush.mp3 | Reba McEntire | 4,004KB | Audio | |
| tereastarr@KaZaA | 10 - Reba McEntire - Lonely Alone.mp3 | Reba McEntire | 3,196KB | Audio | |
| tereastarr@KaZaA | 11 - Reba McEntire - Wrong Night.mp3 | Reba McEntire | 2,681KB | Audio | |
| tereastarr@KaZaA | 12 - Reba McEntire - All This Time.mp3 | Reba McEntire | 2,996KB | Audio | |
| tereastarr@KaZaA | 01 - Richard Marx - Don't Mean Nothing.mp3 | Richard Marx | 4,414KB | Audio | D |
| tereastarr@KaZaA | 02 - Richard Marx - Endless Summer Nights.mp3 | Richard Marx | 4,261KB | Audio | Endl |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

Kazaa - [Search]  _ □ ×

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download |  | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 01 - Richard Marx - Don't Mean Nothing.mp3 | Richard Marx | 4,414KB | Audio | [ |
| tereastarr@KaZaA | 02 - Richard Marx - Endless Summer Nights.mp3 | Richard Marx | 4,261KB | Audio | Endl |
| tereastarr@KaZaA | 03 - Richard Marx - Now and Forever.mp3 | Richard Marx | 3,345KB | Audio | |
| tereastarr@KaZaA | 04 - Richard Marx - Should've Known Better.mp3 | Richard Marx | 3,955KB | Audio | Shou |
| tereastarr@KaZaA | 05 - Richard Marx - Angelia.mp3 | Richard Marx | 4,974KB | Audio | |
| tereastarr@KaZaA | 06 - Richard Marx - Hold on to the Nights.mp3 | Richard Marx | 4,916KB | Audio | Hc |
| tereastarr@KaZaA | 07 - Richard Marx - Angel's Lullaby.mp3 | Richard Marx | 3,731KB | Audio | |
| tereastarr@KaZaA | 08 - Richard Marx - Take This Heart.mp3 | Richard Marx | 3,922KB | Audio | |
| tereastarr@KaZaA | 09 - Richard Marx - Satisfied.mp3 | Richard Marx | 3,976KB | Audio | |
| tereastarr@KaZaA | 10 - Richard Marx - Until I Find You Again.mp3 | Richard Marx | 4,153KB | Audio | Ur |
| tereastarr@KaZaA | 11 - Richard Marx - Hazard.mp3 | Richard Marx | 4,957KB | Audio | |
| tereastarr@KaZaA | 12 - Richard Marx - The Way She Loves Me.mp3 | Richard Marx | 3,997KB | Audio | The |
| tereastarr@KaZaA | 13 - Richard Marx - Keep Coming Back.mp3 | Richard Marx | 6,405KB | Audio | |
| tereastarr@KaZaA | 14 - Richard Marx - Children of the Night.mp3 | Richard Marx | 4,446KB | Audio | Cl |
| tereastarr@KaZaA | 15 - Richard Marx - Touch of Heaven.mp3 | Richard Marx | 4,576KB | Audio | |
| tereastarr@KaZaA | 16 - Richard Marx - Right Here Waiting.mp3 | Richard Marx | 4,119KB | Audio | |
| tereastarr@KaZaA | 01 - Robert Miles - Introducing.mp3 | Robert Miles | 3,246KB | Audio | |
| tereastarr@KaZaA | 02 - Robert Miles - A New Flower.mp3 | Robert Miles | 5,556KB | Audio | |
| tereastarr@KaZaA | 03 - Robert Miles - Everyday Life.mp3 | Robert Miles | 9,859KB | Audio | |
| tereastarr@KaZaA | 04 - Robert Miles - Freedom.mp3 | Robert Miles | 5,506KB | Audio | |
| tereastarr@KaZaA | 05 - Robert Miles - Textures.mp3 | Robert Miles | 3,041KB | Audio | |
| tereastarr@KaZaA | 06 - Robert Miles - Enjoy.mp3 | Robert Miles | 5,571KB | Audio | |
| tereastarr@KaZaA | 07 - Robert Miles - Flying Away.mp3 | Robert Miles | 4,655KB | Audio | |
| tereastarr@KaZaA | 08 - Robert Miles - Heat Wave.mp3 | Robert Miles | 5,600KB | Audio | |
| tereastarr@KaZaA | 09 - Robert Miles - Maresias.mp3 | Robert Miles | 5,466KB | Audio | |
| tereastarr@KaZaA | 10 - Robert Miles - Full Moon.mp3 | Robert Miles | 6,555KB | Audio | |
| tereastarr@KaZaA | 11 - Robert Miles - Leaving Behind....mp3 | Robert Miles | 2,243KB | Audio | |
| tereastarr@KaZaA | 01 - Robert Miles - Children [Dream Version].mp3 | Robert Miles | 6,666KB | Audio | Childr |
| tereastarr@KaZaA | 02 - Robert Miles - Fable [Message Version].mp3 | Robert Miles | 6,016KB | Audio | Fable |
| tereastarr@KaZaA | 03 - Robert Miles - Fantasya.mp3 | Robert Miles | 5,360KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 02 - Robert Miles - Fable [Message Version].mp3 | Robert Miles | 6,018KB | Audio | Fable |
| tereastarr@KaZaA | 03 - Robert Miles - Fantasya.mp3 | Robert Miles | 5,369KB | Audio | |
| tereastarr@KaZaA | 04 - Robert Miles - Landscape.mp3 | Robert Miles | 5,663KB | Audio | |
| tereastarr@KaZaA | 05 - Robert Miles - In My Dreams.mp3 | Robert Miles | 5,864KB | Audio | |
| tereastarr@KaZaA | 06 - Robert Miles - One and One.mp3 | Robert Miles | 3,751KB | Audio | |
| tereastarr@KaZaA | 07 - Robert Miles - Princess of Light.mp3 | Robert Miles | 5,957KB | Audio | |
| tereastarr@KaZaA | 08 - Robert Miles - Fable [Dream Version].mp3 | Robert Miles | 6,739KB | Audio | Fat |
| tereastarr@KaZaA | 09 - Robert Miles - In the Dawn.mp3 | Robert Miles | 7,495KB | Audio | |
| tereastarr@KaZaA | 10 - Robert Miles - Children [Original Version].mp3 | Robert Miles | 5,931KB | Audio | Childre |
| tereastarr@KaZaA | 11 - Robert Miles - Red Zone.mp3 | Robert Miles | 6,504KB | Audio | |
| tereastarr@KaZaA | 01 - Sarah McLachlan - Possession.mp3 | Sarah McLachlan | 4,380KB | Audio | |
| tereastarr@KaZaA | 02 - Sarah McLachlan - Wait.mp3 | Sarah McLachlan | 3,908KB | Audio | |
| tereastarr@KaZaA | 03 - Sarah McLachlan - Plenty.mp3 | Sarah McLachlan | 3,840KB | Audio | |
| tereastarr@KaZaA | 04 - Sarah McLachlan - Good Enough.mp3 | Sarah McLachlan | 4,758KB | Audio | |
| tereastarr@KaZaA | 05 - Sarah McLachlan - Mary.mp3 | Sarah McLachlan | 3,692KB | Audio | |
| tereastarr@KaZaA | 06 - Sarah McLachlan - Elsewhere.mp3 | Sarah McLachlan | 4,450KB | Audio | |
| tereastarr@KaZaA | 08 - Sarah McLachlan - Ice.mp3 | Sarah McLachlan | 3,675KB | Audio | |
| tereastarr@KaZaA | 09 - Sarah McLachlan - Hold On.mp3 | Sarah McLachlan | 3,914KB | Audio | |
| tereastarr@KaZaA | 10 - Sarah McLachlan - Ice Cream.mp3 | Sarah McLachlan | 2,580KB | Audio | |
| tereastarr@KaZaA | 11 - Sarah McLachlan - Fear.mp3 | Sarah McLachlan | 3,748KB | Audio | |
| tereastarr@KaZaA | 12 - Sarah McLachlan - Fumbling Towards Ecstasy.mp3 | Sarah McLachlan | 9,195KB | Audio | Fumblin |
| tereastarr@KaZaA | 01 - Sarah McLachlan - Building a Mystery.mp3 | Sarah McLachlan | 3,870KB | Audio | |
| tereastarr@KaZaA | 02 - Sarah McLachlan - I Love You.mp3 | Sarah McLachlan | 4,446KB | Audio | |
| tereastarr@KaZaA | 03 - Sarah McLachlan - Sweet Surrender.mp3 | Sarah McLachlan | 3,765KB | Audio | |
| tereastarr@KaZaA | 04 - Sarah McLachlan - Adia.mp3 | Sarah McLachlan | 3,828KB | Audio | |
| tereastarr@KaZaA | 05 - Sarah McLachlan - Do What You Have to Do.mp3 | Sarah McLachlan | 3,549KB | Audio | Do Wh |
| tereastarr@KaZaA | 06 - Sarah McLachlan - Witness.mp3 | Sarah McLachlan | 4,502KB | Audio | |
| tereastarr@KaZaA | 08 - Sarah McLachlan - Black and White.mp3 | Sarah McLachlan | 4,732KB | Audio | |
| tereastarr@KaZaA | 09 - Sarah McLachlan - Full of Grace.mp3 | Sarah McLachlan | 3,461KB | Audio | |
| tereastarr@KaZaA | 10 - Sarah McLachlan - Last Dance.mp3 | Sarah McLachlan | 3,395KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|------|----------|--------|------|------------|--|
| tereastarr@KaZaA | 09 - Sarah McLachlan - Full of Grace.mp3 | Sarah McLachlan | 3,461KB | Audio | |
| tereastarr@KaZaA | 10 - Sarah McLachlan - Last Dance.mp3 | Sarah McLachlan | 2,385KB | Audio | |
| tereastarr@KaZaA | 02 - Various Artist - Something to Believe In.mp3 | Various Artist | 5,172KB | Audio | Some |
| tereastarr@KaZaA | 03 - Various Artist - When I See You Smile.mp3 | Various Artist | 4,045KB | Audio | Wh |
| tereastarr@KaZaA | 04 - Various Artist - Don't Know What You Got (Till It's Gon... | Various Artist | 5,557KB | Audio | Don't Know What You |
| tereastarr@KaZaA | 06 - Various Artist - Headed for a Haertbreak.mp3 | Various Artist | 4,900KB | Audio | Header |
| tereastarr@KaZaA | 07 - Various Artist - When I'm With You.mp3 | Various Artist | 3,681KB | Audio | |
| tereastarr@KaZaA | 08 - Various Artist - Carrie.mp3 | Various Artist | 4,258KB | Audio | |
| tereastarr@KaZaA | 09 - Various Artist - I'll Never Let You Go (Angel Eyes).mp3 | Various Artist | 4,790KB | Audio | I'll Never Let Y |
| tereastarr@KaZaA | 10 - Various Artist - High Enough.mp3 | Various Artist | 4,047KB | Audio | |
| tereastarr@KaZaA | 11 - Various Artist - The Ballad of Jane.mp3 | Various Artist | 4,272KB | Audio | |
| tereastarr@KaZaA | 13 - Various Artist - Can't Fight This Feeling.mp3 | Various Artist | 4,530KB | Audio | Can' |
| tereastarr@KaZaA | 14 - Various Artist - This Could Be the Noght.mp3 | Various Artist | 4,675KB | Audio | This |
| tereastarr@KaZaA | 15 - Various Artist - Never Tear Us Apart.mp3 | Various Artist | 2,890KB | Audio | N |
| tereastarr@KaZaA | 16 - Various Artist - Second Chance.mp3 | Various Artist | 4,297KB | Audio | |
| tereastarr@KaZaA | 17 - Various Artist - Eternal Flame.mp3 | Various Artist | 3,679KB | Audio | |
| tereastarr@KaZaA | 01 - Various Artist - Is This Love.mp3 | Various Artist | 4,448KB | Audio | |
| tereastarr@KaZaA | 02 - Various Artist - To Be With You.mp3 | Various Artist | 3,143KB | Audio | |
| tereastarr@KaZaA | 04 - Various Artist - More Than Words.mp3 | Various Artist | 3,941KB | Audio | |
| tereastarr@KaZaA | 05 - Various Artist - When I Look Into You Eyes.mp3 | Various Artist | 3,787KB | Audio | When I l |
| tereastarr@KaZaA | 06 - Various Artist - The Angle Song.mp3 | Various Artist | 4,570KB | Audio | |
| tereastarr@KaZaA | 07 - Various Artist - EyEs Whithout a Face.mp3 | Various Artist | 3,895KB | Audio | Eyf |
| tereastarr@KaZaA | 08 - Various Artist - Don't Close Your Eyes.mp3 | Various Artist | 4,030KB | Audio | Do |
| tereastarr@KaZaA | 09 - Various Artist - Almost Paradise.mp3 | Various Artist | 3,605KB | Audio | |
| tereastarr@KaZaA | 10 - Various Artist - Amanda.mp3 | Various Artist | 4,039KB | Audio | |
| tereastarr@KaZaA | 11 - Various Artist - House Of Pain.mp3 | Various Artist | 5,420KB | Audio | |
| tereastarr@KaZaA | 12 - Various Artist - Moare Than Words Can Say.mp3 | Various Artist | 3,656KB | Audio | Moare Th |
| tereastarr@KaZaA | 13 - Various Artist - Honestly.mp3 | Various Artist | 3,869KB | Audio | |
| tereastarr@KaZaA | 14 - Various Artist - Missing You.mp3 | Various Artist | 3,796KB | Audio | |
| tereastarr@KaZaA | 15 - Various Artist - Only Time Will Tell.mp3 | Various Artist | 4,010KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 14 - Various Artist - Missing You.mp3 | Various Artist | 3,798KB | Audio | |
| tereastarr@KaZaA | 15 - Various Artist - Only Time Will Tell.mp3 | Various Artist | 4,019KB | Audio | |
| tereastarr@KaZaA | 16 - Various Artist - Waiting for a Girl Like You.mp3 | Various Artist | 4,519KB | Audio | Waltin |
| tereastarr@KaZaA | 17 - Various Artist - Take Me Home Tonight - Be My Baby.... | Various Artist | 3,311KB | Audio | Take Me Home To |
| tereastarr@KaZaA | 18 - Various Artist - Don't Walk Away.mp3 | Various Artist | 4,629KB | Audio | |
| tereastarr@KaZaA | 12 - Nine Inch Nails - Reptile.mp3 | Nine Inch Nails | 2,021KB | Audio | |
| tereastarr@KaZaA | 13 - Nine Inch Nails - The Downward Spiral.mp3 | Nine Inch Nails | 3,710KB | Audio | Th |
| tereastarr@KaZaA | 14 - Nine Inch Nails - Hurt.mp3 | Nine Inch Nails | 5,851KB | Audio | |
| 2 Users | 09 - No Doubt - Excuse Me Mr...mp3 | No Doubt | 2,895KB | Audio | |
| 2 Users | 11 - No Doubt - Spiderwebs.mp3 | No Doubt | 4,177KB | Audio | |
| tereastarr@KaZaA | 12 - No Doubt - Simple Kind of Life.mp3 | No Doubt | 4,005KB | Audio | |
| 2 Users | 13 - No Doubt - Don't Speak.mp3 | No Doubt | 4,116KB | Audio | |
| tereastarr@KaZaA | 14 - No Doubt - Ex-Girlfriend.mp3 | No Doubt | 3,313KB | Audio | |
| tereastarr@KaZaA | 15 - No Doubt - Trapped in a Box.mp3 | No Doubt | 3,192KB | Audio | |
| tereastarr@KaZaA | 04 - No Doubt - Happy Now-.mp3 | No Doubt | 3,511KB | Audio | |
| tereastarr@KaZaA | 05 - No Doubt - Different People.mp3 | No Doubt | 4,315KB | Audio | |
| tereastarr@KaZaA | 06 - No Doubt - Hey You.mp3 | No Doubt | 3,366KB | Audio | |
| tereastarr@KaZaA | 07 - No Doubt - The Climb.mp3 | No Doubt | 6,238KB | Audio | |
| tereastarr@KaZaA | 08 - No Doubt - Sixteen.mp3 | No Doubt | 3,170KB | Audio | |
| tereastarr@KaZaA | 11 - No Doubt - You Can Do It.mp3 | No Doubt | 3,995KB | Audio | |
| tereastarr@KaZaA | 12 - No Doubt - World Go 'Round.mp3 | No Doubt | 3,906KB | Audio | |
| tereastarr@KaZaA | 13 - No Doubt - End It on This.mp3 | No Doubt | 3,547KB | Audio | |
| tereastarr@KaZaA | 14 - No Doubt - Tragic Kingdom.mp3 | No Doubt | 5,215KB | Audio | |
| tereastarr@KaZaA | 01 - Whitney Houston - I'm Every Woman.mp3 | Whitney Houston | 4,482KB | Audio | |
| tereastarr@KaZaA | 02 - Jon Secada - Just Another Day.mp3 | Jon Secada | 5,124KB | Audio | |
| tereastarr@KaZaA | 03 - Michael Bolton - Yesterday.mp3 | Michael Bolton | 3,293KB | Audio | |
| tereastarr@KaZaA | 04 - Heights - How Do You Talk to an Angel.mp3 | Heights | 3,554KB | Audio | How Do Y |
| tereastarr@KaZaA | 05 - Boyz II Men - End of the Road.mp3 | Boyz II Men | 5,464KB | Audio | |
| tereastarr@KaZaA | 08 - Brian McKnight - Vanessa Williams - Love Is.mp3 | Brian McKnight / Vanessa... | 4,480KB | Audio | |
| tereastarr@KaZaA | 09 - Color Me Badd - I Adoro Mi Amor.mp3 | Color Me Badd | 4,550KB | Audio | |

Found 1955 files | 2,314,213 users online, sharing 848,618,964 files (48,349,184 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tereastarr@KaZaA | 12 - No Doubt - Simple Kind of Life.mp3 | No Doubt | 4,005KB | Audio | |
| 2 Users | 13 - No Doubt - Don't Speak.mp3 | No Doubt | 4,116KB | Audio | |
| tereastarr@KaZaA | 14 - No Doubt - Ex-Girlfriend.mp3 | No Doubt | 3,313KB | Audio | |
| tereastarr@KaZaA | 15 - No Doubt - Trapped in a Box.mp3 | No Doubt | 3,192KB | Audio | |
| tereastarr@KaZaA | 04 - No Doubt - Happy Now-.mp3 | No Doubt | 3,511KB | Audio | |
| tereastarr@KaZaA | 05 - No Doubt - Different People.mp3 | No Doubt | 4,315KB | Audio | |
| tereastarr@KaZaA | 06 - No Doubt - Hey You.mp3 | No Doubt | 3,366KB | Audio | |
| tereastarr@KaZaA | 07 - No Doubt - The Climb.mp3 | No Doubt | 6,238KB | Audio | |
| tereastarr@KaZaA | 08 - No Doubt - Sixteen.mp3 | No Doubt | 3,170KB | Audio | |
| tereastarr@KaZaA | 11 - No Doubt - You Can Do It.mp3 | No Doubt | 3,995KB | Audio | |
| tereastarr@KaZaA | 12 - No Doubt - World Go 'Round.mp3 | No Doubt | 3,906KB | Audio | |
| tereastarr@KaZaA | 13 - No Doubt - End It on This.mp3 | No Doubt | 3,547KB | Audio | |
| tereastarr@KaZaA | 14 - No Doubt - Tragic Kingdom.mp3 | No Doubt | 5,215KB | Audio | |
| tereastarr@KaZaA | 01 - Whitney Houston - I'm Every Woman.mp3 | Whitney Houston | 4,482KB | Audio | |
| tereastarr@KaZaA | 02 - Jon Secada - Just Another Day.mp3 | Jon Secada | 5,124KB | Audio | |
| tereastarr@KaZaA | 03 - Michael Bolton - Yesterday.mp3 | Michael Bolton | 3,293KB | Audio | |
| tereastarr@KaZaA | 04 - Heights - How Do You Talk to an Angel.mp3 | Heights | 3,554KB | Audio | How Do Y |
| tereastarr@KaZaA | 05 - Boyz II Men - End of the Road.mp3 | Boyz II Men | 5,464KB | Audio | |
| tereastarr@KaZaA | 08 - Brian McKnight - Vanessa Williams - Love Is.mp3 | Brian McKnight / Vanessa… | 4,480KB | Audio | |
| tereastarr@KaZaA | 09 - Color Me Badd - I Adore Mi Amor.mp3 | Color Me Badd | 4,559KB | Audio | |
| tereastarr@KaZaA | 10 - Michael W. Smith - I Will Be Here for You.mp3 | Michael W. Smith | 4,301KB | Audio | I V |
| tereastarr@KaZaA | 11 - Elton John - The One.mp3 | Elton John | 5,540KB | Audio | |
| tereastarr@KaZaA | 12 - Arrested Development - Tennessee.mp3 | Arrested Development | 4,291KB | Audio | |
| tereastarr@KaZaA | 13 - Right Said Fred - I'm Too Sexy.mp3 | Right Said Fred | 2,690KB | Audio | |
| tereastarr@KaZaA | 14 - Sir Mix-A-Lot - Baby Got Back.mp3 | Sir Mix-A-Lot | 4,124KB | Audio | |
| tereastarr@KaZaA | Evergrey_01_A_Touch_of_Blessing.zip | Unknown | 8,121KB | | Evergrey_01_A_ |
| tereastarr@KaZaA | Evergrey_01_The_Masterplan.zip | Unknown | 6,676KB | | Evergrey_0 |
| tereastarr@KaZaA | Evergrey_04_Recreation_Day.zip | Unknown | 7,506KB | | Evergrey_0 |
| tereastarr@KaZaA | Eminem - Just Lose It.mp3 | Eminem | 6,765KB | Audio | En |

Found 1955 files    2,314,213 users online, sharing 848,618,964 files (48,349,184 GB)    Not sharing any files