IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>       Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS,<br><br>       Defendant. | Civ. No.:<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below parent corporations as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Virgin Records America, Inc v. Thomas     Doc. 2

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by Sony Corporation, a publicly traded corporation, and Bertelsmann AG, which is not publicly traded.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., a publicly held French company.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

DATED: April 19, 2006

Felicia J. Boyd (No. 186168)
Laura G. Coates (No. 350175)
Michelle A. Paninopoulos (No. 312411)
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

ATTORNEYS FOR PLAINTIFFS