UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Virgin America Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on May 30, 2006, I caused the following documents:

Answer

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

>	Felicia J. Boyd (#186168)
>	Laura G. Coates (#350175)
>	Michelle A. Paninopoulos (#312411)
>	Faegre & Benson, LLP
>	2200 Wells Fargo Center
>	90 South Seventh Street
>	Minneapolis, MN 55402-3901

.
Dated: May 30, 2006

s/ Brian N. Toder
Brian N. Toder, #17869X
Chestnut & Cambronne, P.A.
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(651) 653-0990