# UNITED STATES DISTRICT COURT
**District of Minnesota**

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number: 06CV1497-MJD-RLE    Case Title: Virgin Records et al. vs. Jammie Thomas**

### Affidavit of Movant

I, ___Laura Gayle Coates___, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David A. Tonini, an attorney admitted to practice and currently in good standing in the U.S. District Court for the U.S. District Court for the District of Colorado, but not admitted to the bar of this court, who will be counsel for the ✗ plaintiff ☐ defendant Virgin Records et al. in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:
☒ 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
☐ 2. I am not a resident of the State of Minnesota.
☐ 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature _____   ___350175___   __7/14/2006__
Typed Name: Laura Gayle Coates          MN Attorney License #          Date

### Affidavit of Resident Minnesota Bar Member (Required ONLY if movant checks box 2 or 3 above.)

I, _____, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature :_____     _____     _____
Typed Name: _____     MN Attorney License #          Date

### Affidavit of Proposed Admittee

I, David A. Tonini, am currently a member in good standing of the U.S. District Court for the District Court of Colorado, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

David A. Tonini                              __7-11-2006__
Type/Print Name (must match name above)   Signature          Date

SCANNED

JUL 1 7 2006

U.S. DISTRICT COURT ST. PAUL

#1175620 v1

Dockets.Justia.com

Attorney License Number: <u>36726</u> issued by the State of <u>CO</u> (initials)

Law Firm Name: <u>Holme Roberts & Owen, LLP</u>          Main Phone: <u>303-861-7000</u>

Law Firm Addrs: <u>1700 Lincoln Street, #4100</u>          Direct Phone: <u>303-866-0399</u>

        <u>Denver, CO  80203</u>          E-mail Addrs: <u>david.tonini@hro.com</u>

Note: This page shall be converted to PDF and e-filed in ECF - do not e-file first page. A check in the amount of the Pro Hac Vice admission fee of $25 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

4-005395



RECEIVED

06 JUL 14 PM 3:46

CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

FAEGRE
&
BENSON
LLP

UNITED STATES | ENGLAND | GERMANY | CHINA

LAURA COATES
lcoates@faegre.com
(612) 766-6908

July 14, 2006

**BY MESSENGER**

Richard D. Sletten
Clerk of Court
United States District Court
District of Minnesota
300 South Fourth Street
Suite 202
Minneapolis, MN 55415

For David
   Tonini ✓

Re:   **Virgin Records America, Inc. et al v. Jammie Thomas**
      **Case No: 06-cv-1497 (MJD/RLE)**

      **Warner Bros Records Inc. et al v. Bruce Hendricks**
      **Case No: 06-cv-1496 (JRT/FLN)**

Dear Mr. Sletten:

Enclosed for filing please find two (2) Motions for Admission Pro Hac Vice and a check covering all admission fees in the above-referenced matter.

Should you have any questions, please do not hesitate to contact me at (612) 766-6980.

Very truly yours,

Laura Coates

COALG:beagj
Enclosures
cc:   David A. Tonini
M2:20811165.01