IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMMIE THOMAS, <br><br> Defendant. | Civ. No.: 06-cv-1497 MJD/RLE <br><br> **CERTIFICATE OF SERVICE OF PLAINTIFFS' CONCISE STATEMENT OF THE CASE** |

I hereby certify that on July 21, 2006, I caused the following documents:

Plaintiffs' Concise Statement of the Case

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Felicia J. Boyd    fboyd@faegre.com, dnoren@faegre.com; tbeyl@faegre.com
- Michelle A. Paninopoulos    mpaninopoulos@faegre.com, gplauck@faegre.com
- Laura G. Coates    lcoates@faegre.com, jbeasley@faegre.com
- Brian N. Toder    btoder@chestnutcambronne.com
- David A Tonini    david.tonini@hro.com

| | |
|---|---|
| Date: July 21, 2006 | Respectfully submitted, |
| | |
| | /s Laura G. Coates |
| OF COUNSEL | Felicia J. Boyd (No. 186168) |
| | Kara L. Benson (No. 248290) |
| David A. Tonini (*pro hac vice*) | Michelle A. Paninopoulos (No. 312411) |
| HOLME ROBERTS & OWEN LLP | Laura G. Coates (No. 350175) |
| 1700 Lincoln, Suite 4100 | FAEGRE & BENSON LLP |
| Denver, Colorado 80203 | 2200 Wells Fargo Center |
| Telephone: (303) 866-0399 | 90 South Seventh Street |
| Facsimile: (303) 866-0200 | Minneapolis, Minnesota 55402-3901 |
| | Telephone: (612) 766-7000 |
| ATTORNEYS FOR PLAINTIFFS | Facsimile: (612) 766-1600 |

M2:20813032.01