# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

### CERTIFICATE OF SERVICE

### Virgin Records America, Inc. et al., v. Jammie Thomas,
### Civ. No. 06-1497 (MJD/RLE)

I hereby certify that on July 24, 2006, I caused the following documents:

Defendant's Statement of the Case

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Felicia J. Boyd
Kara L. Benson
Michelle A. Paninopoulos
Laura G. Coates
David A. Tonini

I further testify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants.

None

Dated: July 24, 2006                         s/Brian N. Toder
                                             Brian N. Toder