# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Virgin Records America, Inc., et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiffs, | ) | U.S. Chief Magistrate Judge |
| | ) | |
| v. | ) | Case No:  CV 06-1497 MJD/RLE |
| | ) | Date:  July 26, 2006 |
| Jammie Thomas, | ) | Court Reporter:  NA |
| | ) | Time Commenced:  9:15 a.m. |
| Defendant. | ) | Time Concluded:  9:30 a.m. |
| | ) | Time in Court:  0 Hours & 15 Minutes |

Hearing on: **Initial Pretrial Conference**

APPEARANCES:

   Plaintiff:
   Defendant:

PROCEEDINGS:

☒ Initial pretrial conference held

☒ Dates discussed for the progression of the case.

☒ Written Pretrial Order will be issued.

s/Shirley Hansen
Judicial Assistant
