| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA** |

| | | |
|---|---|---|
| 2 | VIRGIN RECORDS AMERICA, INC., A CALIFORNIA CORPORATION; ET AL., | Cause #: 06CV1497 MJD/RLE |
| 3 | Plaintiff / Petitioner | |
| 4 | vs. | Affidavit of Service of: |
| 5 | JAMMIE THOMAS Defendant / Respondent | NOTICE TO DEFENDANT; CIVIL COVER SHEET; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS |
| 6 | | Hearing Date: |
| | | Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of _5/1/06_ _5:46 pm_ at the address of _618 8th St S_ _____ city of _Brainerd_, county of _Crow Wing_, state of _MN_, this affiant served the above described documents upon:

**JAMMIE THOMAS**

☒ **Personal Service**

by then and there personally delivering _A_ true and correct copy(ies) thereof.

☐ **Corporate Service**

by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____.
*Person Receiving Documents and Their Title*

☐ **Substituted/Residential Service**

by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____,
a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

_Joe Josick_                                    _[signature]_
Typed or Printed Name of Process Server         Server Signature

Subscribed and Sworn to before me this _4th Day of May 2006_

_Joyce Kappes_
a Notary Public in the State of _Minnesota_
Residing at _Park Rapids, MN 56470_

JOYCE ANN KAPPES
Notary Public-Minnesota
My Commission Expires Jan 31, 20__

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3860838

**ORIGINAL PROOF OF SERVICE**

FAEGRE & BENSON, LLP

Page 1 of 1

OR_FWPRN