# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

VIRGIN RECORDS AMERICA, INC., *et al.*,

    Plaintiffs,

vs.

JAMMIE THOMAS,

    Defendant.

Case No.: 06cv1497-MJD/RLE

**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD**

TO:  PARTIES AND ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Michelle A. Paninopoulos, formerly of the law firm of Faegre & Benson LLP, withdraws as counsel of record.

Dated: November 13, 2006

FAEGRE & BENSON LLP

s/Felicia J. Boyd
Felicia J. Boyd (#186168)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Email: FBoyd@faegre.com

fb.us.1655346.01