IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS,<br><br>        Defendant. | Civ. No.: 06-cv-1497 MJD/RLE<br><br>**STIPULATED MOTION TO AMEND PRETRIAL SCHEDULING ORDER OR IN THE ALTERNATIVE FOR A RULE 16 CONFERENCE** |

Plaintiffs Virgin Records America, Inc., et. al and Defendant Jammie Thomas, by and through their respective counsel, hereby file this Stipulated Motion for Extension of Time to Pretrial Scheduling Order, seeking additional time to complete fact discovery. In support of this Stipulated Motion, the parties have attached hereto a memorandum setting forth good cause for the granting of this Motion.

In the alternative, the parties respectfully request a conference pursuant to Fed. R. Civ. P. 16.

Date: February 28, 2007                    Respectfully submitted,

/s   Laura G. Coates
Felicia J. Boyd (No. 186168)
Laura G. Coates (No. 350175)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile:  (612) 766-1600

OF COUNSEL

David A. Tonini (*pro hac vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 866-0399
Facsimile: (303) 866-0200

ATTORNEYS FOR PLAINTIFFS


/s  Brian Toder
Brian Toder
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South 9th Street
Minneapolis, MN 55402
Telephone: (612) 339-7300
Facsimile:  (612) 336-2940

ATTORNEY FOR DEFENDANT

fb.us.1834662.01