IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS,<br><br>        Defendant. | Civ. No.: 06-cv-1497 MJD/RLE<br><br>**CERTIFICATE OF SERVICE OF STIPULATED MOTION TO AMEND PRETRIAL ORDER OR IN THE ALTERNATIVE FOR A RULE 16 CONFERENCE** |

I hereby certify that on February 28, 2007, I caused the following documents:

Stipulated Motion to Amend the Pretrial Order or in the Alternative for a Rule 16 Conference

Memorandum of Law in Support of Stipulated Motion to Amend the Pretrial Order or in the Alternative for a Rule 16 Conference

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Felicia J. Boyd       fboyd@faegre.com; tbeyl@faegre.com

    Brian N. Toder      btoder@chestnutcambronne.com

    David A Tonini      david.tonini@hro.com

    I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

    Magistrate Judge Erickson    raymonderickson_chambers@mnd.uscourts.gov

    and I certify that I caused a copy of the proposed order to be e-mailed or mailed by

first class mail, postage paid, as noted below, to the following:

       Brian N. Toder       btoder@chestnutcambronne.com

| | |
|---|---|
| Date: February 28, 2007 | Respectfully submitted, |
| OF COUNSEL | /s Laura G. Coates |
| David A. Tonini (*pro hac vice*) | Felicia J. Boyd (No. 186168) |
| HOLME ROBERTS & OWEN LLP | Kara L. Benson (No. 248290) |
| 1700 Lincoln, Suite 4100 | Laura G. Coates (No. 350175) |
| Denver, Colorado 80203 | FAEGRE & BENSON LLP |
| Telephone: (303) 866-0399 | 2200 Wells Fargo Center |
| Facsimile: (303) 866-0200 | 90 South Seventh Street |
| | Minneapolis, Minnesota 55402-3901 |
| ATTORNEYS FOR PLAINTIFFS | Telephone: (612) 766-7000 |
| | Facsimile: (612) 766-1600 |

fb.us.1860543.01