UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Virgin Records of America, Inc.; a
California corporation, Capitol Records,
Inc., a Delaware corporation; Sony BMG
Music Entertainment, a Delawareg general
partnership; Arista Records, LLC, a
Delaware limited liability company;
Interscope Records, a California general
partnership; Warner Bros. Records, Inc.,
a Delaware corporation; and UMG
Recordings, Inc., a Delaware corporation,

        Plaintiffs,

vs.                                                                                  ORDER

Jammie Thomas,

        Defendant.                                            Civ. No. 06-1497(MJD/RLE)

* * * * * * * * * * * * * * * * * *

On February 28, 2007, the parties filed a Stipulated Motion To Amend Pretrial Scheduling Order Or In The Alternative For A Rule 16 Conference [Docket No. 14]. The Court will grant the Motion and amend the Pretrial Order, dated July 26, 2006.

THEREFORE, It is --

ORDERED: That the Stipulated Motion To Amend Pretrial Scheduling Order Or In The Alternative For A Rule 16 Conference [Docket No. 14] is APPROVED, and the Pretrial Order dated July 26, 2006, shall be amended as follows:

    1.    That the period during which the parties may conduct discovery shall terminate on **May 1, 2007**. Disputes with regard to pre-discovery disclosures or discovery shall be called

immediately to the Court's attention by the making of an appropriate Motion, and shall not be relied upon by any party as a justification for not adhering to this Pretrial Schedule. No further or additional discovery shall be permitted after the above date except by leave of the Court for good cause shown, and agreements between counsel which contravene the provisions of this Schedule will not be recognized. However, upon agreement of counsel, or with leave of the Court, depositions in lieu of in-Court testimony may be taken after the close of discovery.

    2.    That all other nondispositive Motions shall be filed and the Hearing thereon completed prior to **June 1, 2007**, by calling Victoria L. Miller, Calendar Clerk for Magistrate Judge Raymond L. Erickson. All nondispositive Motions shall be scheduled, filed and served in compliance with Local Rule 7.1(a) and the Electronic Case Filing Procedures For The District of Minnesota. No discovery Motion shall be heard unless the moving party files with the Motion the statement required by Local Rule 37.1 and complies with the requirements of Local Rule 37.2.

    3.    That all dispositive Motions shall be briefed, submitted and argued on or before **July 1, 2007**. All dispositive Motions shall be scheduled, filed and served in compliance with Local Rule 7.1(b) and the Electronic Case Filing Procedures For The District of Minnesota. Counsel should be advised as early as possible that the dispositive Motions must be briefed sufficiently early so that the Hearing date is **BEFORE** the dispositive motion deadline. Counsel are given notice that six to eight weeks advance notice is necessary to place a dispositive Motion on the calendar. Counsel are also forewarned that the dispositive Motion deadline date and the Trial date **<u>will</u> <u>not</u>** be changed.

4.     That this case shall be ready for Trial on **August 1, 2007**[1], or 30 days after the Court renders its Order on any dispositive Motion (whichever is later), at which time the case will be placed on the Court's **Jury** trial calendar.

BY THE COURT:

DATED: March 6, 2007

*s/Raymond L. Erickson*
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE

---

[1]**THIS DATE IS NOT A TRIAL SETTING DATE**. The parties will be notified by the Calendar Clerk of the assigned Judge to a case by way of a Notice of Trial as to when this case will be placed on the Trial Calendar. The above date is merely a notice to all parties to consider the case ready for trial as of this date. **DO NOT PREPARE FOR TRIAL UNTIL NOTIFIED**.