# UNITED STATES DISTRICT COURT
District of Minnesota

# MOTION FOR ADMISSION PRO HAC VICE

Case Number: 06CV1497-MJD/RLE    Case Title: **VIRGIN RECORDS AMERICA, INC., et al. v. Jammie Thomas**

## Affidavit of Movant

I, __Laura Gayle Coates__, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice <u>Andrew B. Mohraz</u>, an attorney admitted to practice and currently in good standing in the U.S. District Court for the U.S. District Court for the District of Colorado, but not admitted to the bar of this court, who will be counsel for the ✗ plaintiff ☐ defendant Virgin Records et al. in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:
☒ 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
☐ 2. I am not a resident of the State of Minnesota.
☐ 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature: _____    350175    3/9/07
Typed Name: Laura Gayle Coates    MN Attorney License #    Date

## Affidavit of Resident Minnesota Bar Member (Required ONLY if movant checks box 2 or 3 above.)

I, _____, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature: _____
Typed Name: _____    MN Attorney License #    Date

## Affidavit of Proposed Admittee

I, <u>Andrew B. Mohraz</u>, am currently a member in good standing of the <u>U.S. District Court for the District Court of Colorado</u>, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

Andrew B. Mohraz    _____    3/6/07
Type/Print Name (must match name above)   Signature    Date

#1230260 v1

Attorney License Number: 34890 issued by the State of CO (initials)

Law Firm Name: Holme Roberts & Owen, LLP           Main Phone: 303-861-7000

Law Firm Addrs: 1700 Lincoln Street, #4100          Direct Phone: 303-866-0254

              Denver, CO  80203                    E-mail Addrs: andrew.mohraz@hro.com

Note: This page shall be converted to PDF and e-filed in ECF - do not e-file first page.  A check in the amount of the Pro Hac Vice admission fee of $25 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

#1230260 v1

# SUPREME COURT



## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Andrew B. Mohraz**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **23rd** day of **October** A. D. **2006** and that at the date hereof the said **Andrew B. Mohraz** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **14th** day of **February** A. D. **2007**

**Susan J. Festag**

Clerk

By *Antoinette Carroll*

Deputy Clerk