# UNITED STATES DISTRICT COURT
District of Minnesota

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number: 06CV1497-MJD-RLE    Case Title: <u>Virgin Records America, Inc., et al. vs. Jammie Thomas</u>**

### Affidavit of Movant

I, <u>Laura Gayle Coates</u>, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice <u>Timothy M. Reynolds</u>, an attorney admitted to practice and currently in good standing in the U.S. District Court for the U.S. District Court for the District of Colorado, but not admitted to the bar of this court, who will be counsel for the ✗ plaintiff ☐ defendant Virgin Records et al. in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:
☒ 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
☐ 2. I am not a resident of the State of Minnesota.
☐ 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature: _[signed]_         350175                  3/9/07
Typed Name: Laura Gayle Coates      MN Attorney License #      Date

### Affidavit of Resident Minnesota Bar Member (Required ONLY if movant checks box 2 or 3 above.)

I, _____, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature : _____
Typed Name: _____      MN Attorney License #      Date

### Affidavit of Proposed Admittee

I, <u>Timothy M. Reynolds</u>, am currently a member in good standing of the <u>U.S. District Court for the District Court of Colorado and U.S. District Court for the District Court of Wyoming</u>, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

Timothy M. Reynolds        _[signed]_        3/5/07
Type/Print Name (must match name above)  Signature      Date

#1230258 v1

Attorney License Number: 031307 issued by the State of CO (initials)

Attorney License Number: 6-3385 issued by the State of WY (initials)

Law Firm Name: Holme Roberts & Owen, LLP          Main Phone: 303-861-7000

Law Firm Addrs: 1700 Lincoln Street, #4100          Direct Phone: 303-866-0332

        Denver, CO  80203          E-mail Addrs:
                                                    timothy.reynolds@hro.com

Note: This page shall be converted to PDF and e-filed in ECF - do not e-file first page. A check in the amount of the Pro Hac Vice admission fee of $25 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**CERTIFICATE OF THE CLERK OF THE SUPREME COURT
OF THE
STATE OF WYOMING**

I, Judy Pacheco, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

**T I M O T H Y   M I C H A E L   R E Y N O L D S**

was on the 13th day Of April, 2000, duly admitted to practice as an Attorney and Counsellor at Law in all the courts of Wyoming; that the above admittee has never been disbarred or suspended; that no disciplinary proceedings are pending against this admittee; and that this admittee's name now appears on the Roll of Attorneys in this office as a member of the bar in good standing.

Given under my hand and the seal of said Court this 25th day of January, 2007.

Judy Pacheco, Clerk

*Laura Mickey*

by Deputy



# Certificate of Good Standing

United States District Court
District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**TIMOTHY MICHAEL REYNOLDS**
was duly admitted to practice in said court on
**January 19, 2001**
and is in good standing as a member of the bar of said court.

Dated: January 25, 2007          Gregory C. Langham, Clerk

By: _____
Deputy Clerk