IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS,<br><br>        Defendant. | Civ. No.: 06-cv-1497 MJD/RLE<br><br><br><br>**PLAINTIFFS' MOTION TO AMEND PRETRIAL SCHEDULING ORDER** |

Plaintiffs Virgin Records America, Inc., *et. al.*, by and through their counsel, hereby file this Motion to Amend the Pretrial Scheduling Order, seeking additional time for the purpose of taking the deposition of Justin Gervais, whom Plaintiffs believe may have information relevant to the parties' claims and defenses in this lawsuit. As explained below, Plaintiffs have Mr. Gervais's telephone number, but have not been able to get Mr. Gervais to return their phone calls or otherwise obtain further contact information that would allow service of a subpoena. Plaintiffs submit that good cause exists for a limited extension of the discovery deadline under Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.3. Plaintiffs have attached hereto a memorandum setting forth good cause for the granting of this Motion.

Date: May 1, 2007                                    Respectfully submitted,


                                                     <u>/s   Laura G. Coates</u>
                                                     Felicia J. Boyd (No. 186168)
                                                     Laura G. Coates (No. 350175)
                                                     FAEGRE & BENSON LLP
                                                     2200 Wells Fargo Center
                                                     90 South Seventh Street
                                                     Minneapolis, Minnesota 55402-3901
                                                     Telephone: (612) 766-7000
                                                     Facsimile:  (612) 766-1600

                                                     OF COUNSEL

                                                     Timothy M. Reynolds (*pro hac vice*)
                                                     David A. Tonini (*pro hac vice*)
                                                     Andrew B. Mohraz (*pro hac vice*)
                                                     HOLME ROBERTS & OWEN LLP
                                                     1700 Lincoln, Suite 4100
                                                     Denver, Colorado 80203
                                                     Telephone: (303) 861-7000
                                                     Facsimile: (303) 866-0200

                                                     ATTORNEYS FOR PLAINTIFFS

fb.us.2003030.01