IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>       Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS,<br><br>       Defendant. | Civ. No.: 06-cv-1497 MJD/RLE<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' MOTION TO AMEND PRETRIAL ORDER** |

    I hereby certify that on May 1, 2007, I caused the following documents:

    Plaintiffs' Motion to Amend the Pretrial Order

    Memorandum of Law in Support of Plaintiffs' Motion to Amend the Pretrial Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Felicia J. Boyd       fboyd@faegre.com; tbeyl@faegre.com

    Brian N. Toder       btoder@chestnutcambronne.com

    David A Tonini       david.tonini@hro.com

    I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

    Magistrate Judge Erickson    raymonderickson_chambers@mnd.uscourts.gov

    and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Brian N. Toder    btoder@chestnutcambronne.com

Date: February 28, 2007    Respectfully submitted,

OF COUNSEL    /s Laura G. Coates

David A. Tonini (*pro hac vice*)    Felicia J. Boyd (No. 186168)
HOLME ROBERTS & OWEN LLP    Kara L. Benson (No. 248290)
1700 Lincoln, Suite 4100    Laura G. Coates (No. 350175)
Denver, Colorado 80203    FAEGRE & BENSON LLP
Telephone: (303) 866-0399    2200 Wells Fargo Center
Facsimile: (303) 866-0200    90 South Seventh Street
    Minneapolis, Minnesota 55402-3901
ATTORNEYS FOR PLAINTIFFS    Telephone: (612) 766-7000
    Facsimile: (612) 766-1600

fb.us.2003149.01