UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

The Virgin Records America,
a California corporation, et al.,

        Plaintiffs,

    vs.                                      ORDER

UMG Recordings, Inc., et al.,

        Defendants.                  Civ. No. 06-1497(MJD/RLE)

* * * * * * * * * * * * * * * * *

On May 1, 2007, the Plaintiff filed a Motion to Amend Pretrial Scheduling Order [Docket No. 21]. This Motion is not in compliance with the Motions Practices of the District of Minnesota, nor in compliance with the Electronic Case Filing Procedures for the District of Minnesota.

THEREFORE, It is --

ORDERED:

The Clerk of Court is directed to strike the Motion to Amend Pretrial Scheduling Order [Docket No. 21].

                                            BY THE COURT:

                                            s/Raymond L. Erickson

Dated: May 2, 2007                 Raymond L. Erickson
                                           CHIEF U.S. MAGISTRATE JUDGE