IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS,<br><br>          Defendant. | Civ. No.: 06-cv-1497 MJD/RLE<br><br><br><br>**STIPULATED MOTION TO AMEND PRETRIAL SCHEDULING ORDER** |

Plaintiffs Virgin Records America, Inc., *et. al.*, and Defendant Jammie Thomas, by and through their respective counsel, hereby file this Stipulated Motion to Amend the Pretrial Scheduling Order, seeking additional time for the limited purpose of taking the deposition of Justin Gervais, whom the parties believe has information relevant to the parties' claims and defenses in this lawsuit. As explained below, Plaintiffs have Mr. Gervais's telephone number, but have not been able to get Mr. Gervais to return their phone calls or otherwise obtain further contact information that would allow service of a deposition subpoena. In support of this Stipulated Motion, the parties have submitted a Memorandum in Support of Plaintiffs' Motion to Amend the Pretrial Scheduling Order setting forth good cause for a limited extension of the discovery deadline under Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.3.

Date: May 3, 2007                    Respectfully submitted,


/s   Laura G. Coates
Felicia J. Boyd (No. 186168)
Laura G. Coates (No. 350175)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

OF COUNSEL

Timothy M. Reynolds (*pro hac vice*)
Andrew Mohraz (*pro hac vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 866-0399
Facsimile: (303) 866-0200

ATTORNEYS FOR PLAINTIFFS


/s  Brian Toder
Brian Toder
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South 9th Street
Minneapolis, MN 55402
Telephone: (612) 339-7300
Facsimile: (612) 336-2940

ATTORNEY FOR DEFENDANT

fb.us.2009379.01