IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS,<br><br>          Defendant. | Civ. No.: 06-cv-1497 MJD/RLE<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE OF STIPULATED MOTION TO AMEND PRETRIAL ORDER** |

      I hereby certify that on May 3, 2007, I caused the following documents:

      Stipulated Motion to Amend the Pretrial Order

      Memorandum of Law in Support of Stipulated Motion to Amend the Pretrial Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Felicia J. Boyd | fboyd@faegre.com; tbeyl@faegre.com |
| Brian N. Toder | btoder@chestnutcambronne.com |
| Andrew Mohraz | Andrew.Mohraz@hro.com |
| Timothy M. Reynolds | Timothy.Reynolds@hro.com |

      I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

      Magistrate Judge Erickson    raymonderickson_chambers@mnd.uscourts.gov

      and I certify that I caused a copy of the proposed order to be e-mailed or mailed by

first class mail, postage paid, as noted below, to the following:

  Brian N. Toder  btoder@chestnutcambronne.com

| | |
|---|---|
| Date: May 3, 2007 | Respectfully submitted, |
| OF COUNSEL | /s Laura G. Coates |
| Timothy M. Reynolds (*pro hac vice*) | Felicia J. Boyd (No. 186168) |
| Andrew Mohraz (*pro hac vice*) | Kara L. Benson (No. 248290) |
| HOLME ROBERTS & OWEN LLP | Laura G. Coates (No. 350175) |
| 1700 Lincoln, Suite 4100 | FAEGRE & BENSON LLP |
| Denver, Colorado 80203 | 2200 Wells Fargo Center |
| Telephone: (303) 866-0399 | 90 South Seventh Street |
| Facsimile: (303) 866-0200 | Minneapolis, Minnesota 55402-3901 |
| | Telephone: (612) 766-7000 |
| ATTORNEYS FOR PLAINTIFFS | Facsimile: (612) 766-1600 |

fb.us.2003149.02