IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Virgin Records America, Inc., a
California corporation; Capital Records,
Inc., a Delaware corporation; Sony BMG
Music Entertainment, a Delaware general
partnership; Arista Records, LLC, a
Delaware limited liability company;
Interscope Records, a California general
partnership; Warner Bros. Records, Inc.,
a Delaware corporation; and UMG
Recordings, Inc., a Delaware corporation,

                Plaintiffs,

vs.                                                          ORDER

Jammie Thomas,

                Defendant.        Civ. No.: 06-1497(MJD/RLE)

Before the Court is Plaintiffs' Motion to Amend Pretrial Scheduling Order [Docket No. 25]. Pursuant to Rule 16(b), Federal Rules of Civil Procedure and Local Rule 16.3, and finding good cause, it is --

ORDERED: That the Motion [Docket No. 25] is GRANTED, and that the deadline for the purpose of taking the deposition of Justin Gervais is extended to June 1, 2007.

DATED: May 4, 2007        BY THE COURT:

                                            s/Raymond L. Erickson
                                            Raymond L. Erickson
                                            CHIEF U.S. MAGISTRATE JUDGE