# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | Case No. 06-cv-1497 (MJD/RLE) <br><br><br><br> **STIPULATED MOTION TO AMEND PRETRIAL SCHEDULING ORDER** |
| Plaintiffs, | |
| v. | |
| Jammie Thomas, | |
| Defendant. | |

Defendant Jammie Thomas and plaintiffs Virgin Records America, Inc., et al., by and through their respective counsel, hereby file this Stipulated Motion to Amend the Pretrial Scheduling Order of March 6, 2007, of the Honorable Raymond L. Erickson, Chief U.S. Magistrate Judge [Docket No. 17]. This motion is brought at behest of defendant's counsel seeking a later date for which the case shall be ready for trial. In support of this stipulated motion, counsel for defendant has concurrently filed a memorandum setting forth good cause for the granting of this motion.

1

Dated: June 8, 2007

**CHESTNUT & CAMBRONNE, P.A.**

By /s/ Brian N. Toder
Brian N. Toder (No. 17869X)
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300
Fax (612)336-2940

**ATTORNEYS FOR DEFENDANT**

**FAEGRE & BENSON LLP**

By /s/ Laura G. Coates
Felicia J. Boyd (No. 186168)
Laura G. Coates (No. 350175)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612)766-7000
Fax (612)766-1600

OF COUNSEL:

David A. Tonini (*pro hac vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, CO 80203
(303)866-0399
Fax (303)866-0200

**ATTORNEYS FOR PLAINTIFFS**