UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Virgin America Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on June 8, 2007, I caused the following documents:

> Stipulated Motion To Amend Pretrial Scheduling Order and Memorandum in Support of Motion to Amend Pretrial Scheduling Order

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> Felicia J. Boyd (#186168)
> Laura G. Coates (#350175)
> Faegre & Benson, LLP
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN 55402-3901
>
> David A. Tonini (*pro hac vice*)
> HOLME ROBERTS & OWEN LLP
> 1700 Lincoln, Suite 4100
> Denver, CO  80203

.
Dated:  June 8, 2007              /s/  Brian N. Toder
                                  Brian N. Toder, #17869X
                                  Chestnut & Cambronne, P.A.
                                  3700 Campbell Mithun Tower
                                  222 South Ninth Street
                                  Minneapolis, MN 55402
                                  (651) 653-0990