IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Virgin Records America, Inc., a
California corporation; Capitol
Records, Inc., a Delaware corporation;
Sony BMG Music Entertainment, a
Delaware general partnership; Arista
Records, LLC, a Delaware limited
liability company; Interscope Records,
a California general partnership; Warner
Bros. Records, Inc., a Delaware
corporation; and UMG Recordings, Inc.,
a Delaware corporation,

      Plaintiffs,

vs.                 ORDER

Jammie Thomas,

      Defendant.      Civ. No. 06-1497 (MJD/RLE)


On June 8, 2007, the parties filed a Stipulated Motion to Amend Pretrial Scheduling Order [Docket No. 29]. Good cause having been shown, it is --

ORDERED:

That the Stipulated Motion to Amend Pretrial Scheduling Order [Docket No. 29] is APPROVED, and the Pretrial Order dated March 6, 2007, is amended as follows:

That this case shall be ready for trial on October 1, 2007,[1] or 30 days after the Court renders its Order on any dispositive Motion (whichever is later), at which time the case will be placed on the Court's **Jury** trial calendar.

BY THE COURT

Dated: June 13, 2007

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE

---

[1]**THIS DATE IS NOT A TRIAL SETTING DATE.** The parties will be notified by the Calendar Clerk of the assigned Judge to a case by way of a Notice of Trial as to when this case will be placed on the Trial Calendar. The above date is merely a notice to all parties to consider the case ready for trial as of this date. **DO NOT PREPARE FOR TRIAL UNTIL NOTIFIED.**