# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>          Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br><br>**DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL** |

Defendant's undersigned counsel will move the Court for an order permitting him to withdraw as her attorney.

Grounds for the motion are that discontinuing representation is authorized, if not required, pursuant to Minnesota Rule of Professional Conduct 1.16 (b).

This motion is based upon the undersigned's concurrently filed Defendant's Counsel's Memorandum of Law in Support of His Motion to Withdraw, and upon the Declaration of Brian N. Toder filed for *in camera* review, pursuant to Electronic Case Filing Procedures for the District of Minnesota X(B).

Plaintiff's counsel, Timothy M. Reynolds, has authorized the undersigned to represent to the Court that plaintiffs take no position respecting the motion.

Dated:  July 9, 2007    **CHESTNUT & CAMBRONNE, P.A.**

By /s/  Brian N. Toder
Brian N. Toder  (No. 17869X)
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300
Fax (612) 336-2940

**ATTORNEYS FOR DEFENDANT**