UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Virgin America Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on June 8, 2007, I caused the following documents:

1. Defendant's Counsel's Notice of Motion to Withdraw as Counsel;
2. Defendant's Counsel's Motion to Withdraw as Counsel; and
3. Memorandum of Law in Support of Motion to Withdraw as Counsel

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

>Felicia J. Boyd (#186168)
>Laura G. Coates (#350175)
>Faegre & Benson, LLP
>2200 Wells Fargo Center
>90 South Seventh Street
>Minneapolis, MN 55402-3901

>David A. Tonini (*pro hac vice*)
>HOLME ROBERTS & OWEN LLP
>1700 Lincoln, Suite 4100
>Denver, CO 80203

.
Dated: July 9, 2007				/s/ Brian N. Toder
						Brian N. Toder, #17869X
						Chestnut & Cambronne, P.A.
						3700 Campbell Mithun Tower
						222 South Ninth Street
						Minneapolis, MN 55402
						(651) 653-0990