# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Virgin Records America, Inc. et al.,
                          Plaintiffs,

v.

Jammie Thomas,
                          Defendant.

**COURT MINUTES**
BEFORE: Raymond L. Erickson
U.S. Chief Magistrate Judge

| | |
|---|---|
| Case No: | 06cv-1497 (MJD/RLE) |
| Date: | July 25, 2007 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 11:10 a.m. |
| Time Concluded: | 11:30 a.m. |
| Time in Court: | 0 Hours & 20 Minutes |

## APPEARANCES:

For Plaintiff:      Laura G. Coates
For Defendant:    Brian N. Toder

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**        ☒ **COURT**    ☐ **PLAINTIFF**    ☐ **DEFENDANT**

Brian Toder's Motion to Withdraw as Counsel for Defendant Jammie Thomas [Docket No. 33]

Motions taken under advisement as of:        July 25, 2007

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☒ Exhibits retained by the Court        ☐ Exhibits returned to counsel

     s/Deborah K. Broderson
Signature of Judicial Law Clerk

Dockets.Justia.com