## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## DULUTH DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>Jammie Thomas,<br><br>        Defendant. | Case No.: 06cv1497-MJD/RLE<br><br>**MOTION FOR SUMMARY ADJUDICATION OF SPECIFIC FACTS** |

Plaintiffs respectfully move for summary of specific facts relating to their claim of copyright infringement against Defendant. In support of this motion, Plaintiffs have attached Plaintiffs' Memorandum of Law in Support for Summary Adjudication of Specific Facts ("Plaintiffs' Memorandum") and will supplement with declarations by Plaintiffs' representatives as referenced in Plaintiffs' Memorandum. As set forth in Plaintiffs' Memorandum, there are no disputed issues of material fact, and Plaintiffs are entitled to summary adjudication under Fed. R. Civ. P. 56(a) and (d) and request an order finding that the following material facts exist without substantial controversy: (1) Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to the twenty-six (26) Sound Recordings at issue in this case (which Sound Recordings are identified in

#1271186 v1

Exhibit 1 to Plaintiffs' Memorandum of Law in Support of Motion for Summary Adjudication of Specific Facts), (2) that the Sound Recordings are and were the subject of valid Certificates of Copyright Registration issued by the Register of Copyrights, and (3) that Plaintiffs did not authorize Defendant to copy or distribute the Sound Recordings. Plaintiffs further request such other relief as the Court deems just and necessary.

Respectfully submitted this 24th day of August 2007.

|  | s/Felicia J. Boyd<br>Felicia J. Boyd (No. 186168)<br>Laura G. Coates (No. 350175)<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402-3901<br>Telephone: (612) 766-7000<br>Facsimile: (612) 766-1600<br><br>Timothy M. Reynolds (pro hac vice)<br>David A. Tonini (pro hac vice)<br>Andrew B. Mohraz (pro hac vice)<br>HOLME ROBERTS & OWEN LLP<br>1700 Lincoln, Suite 4100<br>Denver, Colorado 80203<br>Telephone: (303) 861-7000<br>Facsimile: (303) 866-0200<br><br>ATTORNEYS FOR PLAINTIFFS |
|---|---|

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 24, 2007, a copy of the foregoing **MOTION FOR SUMMARY ADJUDICATION OF SPECIFIC FACTS** was served upon the Defendant via United States Mail as follows:

BRIAN N. TODER
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South 9th Street
Minneapolis, MN 55402
*Attorney for Defendant*

    s/Felicia J. Boyd
Felicia J. Boyd
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

fb.us.2256108.01