# EXHIBIT 1

| Copyright Claimant | Copyright Plaintiff | Artist | Song Title | Album Title | SR | Registration Date |
|---|---|---|---|---|---|---|
| The David Geffen Company | UMG Recordings, Inc. | Guns N Roses | Welcome to the Jungle | Appetite for Destruction | 85-358 | 11/9/1987 |
| Polygram Records, Inc. | UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | 141-365 | 4/21/1992 |
| A&M Records, Inc. | UMG Recordings, Inc. | Janet Jackson | Let's Wait Awhile | Control | 69-529 | 3/6/1986 |
| CBS Records, Inc. | SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Here We Are | Cuts Both Ways | 107-742 | 8/17/1989 |
| Warner Brothers Records, Inc. | Warner Bros. Records Inc. | Goo Goo Dolls | Iris | Dizzy Up the Girl | 246-538 | 10/2/1998 |
| CBS, Inc. | SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 | 3/16/1983 |
| Arista Records, Inc. | Arista Records LLC | Sarah McLachlan | Possession | Fumbling Towards Ecstasy | 200-152 | 11/14/1994 |
| Geffen Records, Inc. | UMG Recordings, Inc. | Aerosmith | Cryin' | Get A Grip | 153-061 | 5/4/1993 |
| Warner Brothers Records, Inc. | Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 | 11/7/2000 |
| Mercury Records | UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 | 4/6/1988 |
| MCA Records Nashville, a division of MCA Records, Inc. | UMG Recordings, Inc. | Reba McEntire | One Honest Heart | If You See Him | 256-807 | 7/20/1998 |
| Sony Music Entertainment, Inc. | SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Coming Out of the Dark | Into The Light | 208-812 | 11/20/1992 |
| CBS, Inc. | SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Rhythm is Gonna Get You | Let It Loose | 83-468 | 6/19/1987 |
| A&M Records, Inc. | UMG Recordings, Inc. | Bryan Adams | Somebody | Reckless | 58-024 | 11/7/1984 |
| Interscope Records | Interscope Records | No Doubt | Bathwater | Return Of Saturn | 279-727 | 5/2/2000 |
| Interscope Records | Interscope Records | No Doubt | Hella Good | Rock Steady | 305-872 | 1/23/2002 |
| A&M Records, Inc. | UMG Recordings, Inc. | Sheryl Crow | Run, Baby, Run | Tuesday Night Music Club | 209-823 | 6/27/1995 |
| The David Geffen Company | UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 | 10/21/1991 |
| Virgin Records Limited | Virgin Records America, Inc. | Janet Jackson | Back | Janet | 174-392 | 5/24/1993 |
| Capitol Records, Inc. | Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 | 7/26/1995 |
| CBS, Inc. | SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 | 10/13/1991 |
| Sony Music Entertainment, Inc. | SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bills, Bills, Bills | The Writing's on the Wall | 268-936 | 9/21/1999 |
| Arista Records, Inc. | Arista Records LLC | Sarah McLachlan | Building a Mystery | Surfacing | 243-027 | 10/20/1997 |

| Copyright Claimant | Copyright Plaintiff | Artist | Song Title | Album Title | SR | Registration Date |
|---|---|---|---|---|---|---|
| Interscope Records | Interscope Records | No Doubt | Different People | Tragic Kingdom | 206-724 | 2/12/1996 |
| Reprise Records, a division of Warner Bros. Records Inc. | Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 | 3/23/1994 |
| Universal Records, Inc. | UMG Recordings, Inc. | Godsmack | Spiral | Awake | 293-376 | 3/13/2001 |

EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMMIE THOMAS, <br><br> Defendant. | Case No. 06cv1497-MJD/RLE <br><br> **DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR ADMISSIONS** |

TO: Plaintiffs and their counsel of record, Felicia J. Boyd, Kara L. Benson, Laura G. Coates, Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN, 55402-3901

Pursuant to Federal Rule of Civil Procedure 36, Defendant Jammie Thomas responds to Plaintiffs' First Set of Request for Admissions as follows:

## REQUEST FOR ADMISSION NO. 1:

Admit that YOU subscribed to the Internet service provided by SERVICE PROVIDER that connected the COMPUTER to the Internet as of February 21, 2005.

## RESPONSE:

Admit

## REQUEST FOR ADMISSION NO. 2:

Admit that YOU owned the COMPUTER as of February 21, 2005.

## RESPONSE:

Admit

PLAINTIFFS' EXHIBIT A RECORDINGS on Exhibit A attached to the Complaint in this action, does own or control exclusive rights to the copyright in each such SOUND RECORDING next to which the Plaintiff is listed.

**RESPONSE:**

Defendant objects to this Request because it is calculated to require defendant to conduct an overly burdensome inquiry. Defendant has made a reasonable inquiry and the information known or readily obtainable by defendant is insufficient to admit or deny the request.

## REQUEST FOR ADMISSION NO. 14:

Admit that YOU have no evidence to dispute that each Plaintiff listed as owning a copyright in one or more of PLAINTIFFS' EXHIBIT A RECORDINGS on Exhibit A attached to the Complaint in this action, does own or control exclusive rights to the copyright in each such SOUND RECORDING next to which the Plaintiff is listed.

**RESPONSE:**

Admit

## REQUEST FOR ADMISSION NO. 15:

Admit that each of PLAINTIFFS' EXHIBIT A RECORDINGS was duly registered with the United States Copyright Office prior to the first date on which YOU downloaded or MADE AVAILABLE each such SOUND RECORDING.

**RESPONSE:**

Defendant objects to this Request because it is calculated to require defendant to conduct an overly burdensome inquiry. Defendant has made a reasonable inquiry and

the information known or readily obtainable by defendant is insufficient to admit or deny the request.

## REQUEST FOR ADMISSION NO. 16:

Admit that YOU have no evidence to dispute that each of PLAINTIFFS' EXHIBIT A RECORDINGS were duly registered with the United States Copyright Office prior to the first date on which you downloaded or MADE AVAILABLE each such SOUND RECORDING.

## RESPONSE:

Admit

## REQUEST FOR ADMISSION NO. 17:

Admit that all of PLAINTIFFS' EXHIBIT A RECORDINGS bore United States copyright notices over the last three years prior to the filing of the Complaint in this case.

## RESPONSE:

Defendant objects to this Request because it is calculated to require defendant to conduct an overly burdensome inquiry. Defendant has made a reasonable inquiry and the information known or readily obtainable by defendant is insufficient to admit or deny the request.

## REQUEST FOR ADMISSION NO. 18:

Admit that YOU had access to copies of PLAINTIFFS' EXHIBIT A RECORDINGS, which bore United States copyright notices over the last three years prior to the filing of the Complaint in this case.

**RESPONSE:**

Deny

**REQUEST FOR ADMISSION NO. 19:**

Admit that each copyright registration for each sound recording identified in PLAINTIFFS' EXHIBIT A RECORDINGS is valid.

**RESPONSE:**

Defendant objects to this Request because it is calculated to require defendant to conduct an overly burdensome inquiry. Defendant has made a reasonable inquiry and the information known or readily obtainable by defendant is insufficient to admit or deny the request.

**REQUEST FOR ADMISSION NO. 20:**

Admit that YOU have no evidence to dispute that each copyright registration for each sound recording identified in PLAINTIFFS' EXHIBIT A RECORDINGS is valid.

**RESPONSE:**

Admit

**REQUEST FOR ADMISSION NO. 21:**

Admit that none of Plaintiffs have ever authorized YOU to copy or download any of PLAINTIFFS' EXHIBIT A RECORDINGS onto a computer hard drive.

**RESPONSE:**

Defendant objects to this request as being vague in that copying a cd to a hard drive implicates the Fair Use Doctrine which may or may not arguably be a form of

7

authorization by one or more plaintiffs.

## REQUEST FOR ADMISSION NO. 22:

Admit that when YOU downloaded each of PLAINTIFFS' EXHIBIT A RECORDINGS onto THE COMPUTER, YOU willfully infringed the copyright in each sound recording.

## RESPONSE:

Defendant objects to this request because it erroneously assumes defendant downloaded any recordings from Plaintiffs' Exhibit A. Deny.

## REQUEST FOR ADMISSION NO. 23:

Admit that on or before the date of the filing of the Complaint in this action YOU MADE AVAILABLE PLAINTIFFS' EXHIBIT A RECORDINGS via an ONLINE MEDIA DISTRIBUTION SYSTEM.

## RESPONSE:

Deny

## REQUEST FOR ADMISSION NO. 24:

Admit that none of Plaintiffs ever has authorized YOU to MAKE AVAILABLE PLAINTIFFS' EXHIBIT A RECORDINGS to be downloaded or copied onto the computer hard drive of any other PERSON.

## RESPONSE:

Admit

## REQUEST FOR ADMISSION NO. 25:

Admit that after YOU received the Complaint in this action, YOU deleted some

the information known or readily obtainable by defendant is insufficient to admit or deny the request.

## REQUEST FOR ADMISSION NO. 29:

Admit that YOU have no evidence to dispute that each sound recording identified in PLAINTIFFS' EXHIBIT A RECORDINGS is identical to corresponding sound recording registered with the United States Copyright Office.

## RESPONSE:

Admit

## REQUEST FOR ADMISSION NO. 30:

Admit that YOU have used "tereastarr" as an any part of an email address, instant messenger address, screen name, user name, alias or nickname.

## RESPONSE:

Admit

Dated: September 18, 2006

CHESTNUT & CAMBRONNE, P.A.

By (signature)
Brian N. Toder, #17869X
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300
Fax (612)336-2940

**ATTORNEYS FOR DEFENDANT**