# EXHIBIT 1

# Susan Haag

**From:** Timothy M Reynolds
**Sent:** Wednesday, August 22, 2007 3:02 PM
**To:** Susan Haag
**Subject:** FW: RIAA - Thomas, J - Stip re Ownership and Registration_v1.DOC



RIAA - Thomas J -
Stip re Own...

-----Original Message-----
From: Timothy M Reynolds
Sent: Monday, August 06, 2007 8:09 AM
To: 'btoder@chestnutcambronne.com'
Cc: Andrew Mohraz
Subject: RIAA - Thomas, J - Stip re Ownership and Registration_v1.DOC


Brian:

Attached is a draft stipulation regarding ownership and registration. Please let me know as soon as possible whether this form is acceptable to Defendant. I have included only those issues about which there should be no dispute (based on the documents and information provided to Defendant and Defendant's deposition testimony). If the parties cannot agree on a stipulation, Plaintiffs will need to move for summary judgment on these issues. Thanks very much.

Tim

Timothy M. Reynolds
Holme Roberts & Owen LLP
1801 13th Street, Suite 300
Boulder, Colorado 80302
303.417.8510 (Direct)
303.417.8550 (Fax)
720.771.0332 (Cell)
timothy.reynolds@hro.com

EXHIBIT 2

## Susan Haag

From: Timothy M Reynolds
Sent: Wednesday, August 22, 2007 2:59 PM
To: Susan Haag
Subject: FW: Virgin Records v. Thomas


-----Original Message-----
From: Brian Toder [mailto:btoder@chestnutcambronne.com]
Sent: Thursday, August 09, 2007 8:36 AM
To: Timothy M Reynolds
Cc: jammiet@millelacsojibwe.nsn.us
Subject: Virgin Records v. Thomas

Tim,

I spoke to my client and sent her the draft stipulation. Her response is that we can so stipulate provided we have your written assurances that plaintiffs will not bring any summary judgment motions in this case.

Brian

EXHIBIT 3

# Susan Haag

| | |
|---|---|
| **From:** | Susan Haag |
| **Sent:** | Thursday, August 09, 2007 3:49 PM |
| **To:** | 'btoder@chestnutcambronne.com' |
| **Cc:** | Timothy M Reynolds; Andrew Mohraz |
| **Subject:** | Virgin Records v. Thomas (MN) Case No. 06-cv-1497-MJD/RLE |

Mr. Toder,

Pursuant to Tim's request, attached is the Stipulation regarding Ownership and Registration of Copyrights. Once it is executed, Plaintiffs' will not move for summary judgment. Thank you.



1267230v1.DOC
(59 KB)

Susan

Susan Haag, Senior Paralegal
Holme Roberts & Owen LLP
1700 Lincoln St., Suite 4100, Denver, Colorado 80203-4541
303.866.0311 (Direct); 303.866.0200 (Fax)
susan.haag@hro.com

EXHIBIT 4

# Susan Haag

| | |
|---|---|
| **From:** | Timothy M Reynolds |
| **Sent:** | Thursday, August 23, 2007 6:00 AM |
| **To:** | Susan Haag |
| **Subject:** | FW: Virgin v. Thomas |
| **Importance:** | High |

-----Original Message-----
| | |
|---|---|
| **From:** | Timothy M Reynolds |
| **Sent:** | Friday, August 17, 2007 9:31 AM |
| **To:** | 'btoder@chestnutcambronne.com' |
| **Cc:** | Andrew Mohraz |
| **Subject:** | Virgin v. Thomas |
| **Importance:** | High |

Hello Brian:

I have not received the signed stipulation that we discussed last week. When we spoke earlier this week, you indicated that you would send me an email authorizing me to place your e-signature on the stipulation, and that you would also send an original signed copy in the mail. I have not received your email or the signed copy of the stipulation. I know you are in court this week and are busy, but I would appreciate your sending me your email authorization as soon as possible, as time is running very short here. Plaintiffs agreed not to file any motions for summary judgment because of the parties' stipulation, and have not done so.

Separately, Plaintiffs intend to file a motion to vacate the settlement conference set for September. You have and I have discussed a possible settlement numerous times, and I think we both agree that the conference would be a waste of time for the parties and the court. Please confirm so we can file a stipulated or unopposed motion.

I look forward to hearing from you soon.

Tim

Timothy M. Reynolds
Holme Roberts & Owen LLP
1801 13th Street, Suite 300
Boulder, Colorado 80302
303.417.8510 (Direct)
303.417.8550 (Fax)
720.771.0332 (Cell)
timothy.reynolds@hro.com