# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
# DULUTH DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, <br><br>        Plaintiffs, <br><br>vs. <br><br>Jammie Thomas, <br><br>        Defendant. | Case No.: 06cv1497-MJD/RLE <br><br>**NOTICE OF MOTION TO ENFORCE STIPULATION RE SPECIFIC FACTS OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE DISPOSITIVE MOTION AS TO SUCH FACTS** |

**PLEASE TAKE NOTICE** that the Court will hold a hearing on the motion of Plaintiffs for an order granting Plaintiff's Motion to Enforce Stipulation Re Specific Facts or, in the Alternative, for Leave to File Dispositive Motion as to Such Facts. The hearing will be held on Thursday, September 13, 2007, at 2:30 p.m. (or as soon thereafter as counsel may be heard) in Courtroom 3 before Chief Magistrate Judge Raymond Erickson at the United States District Court, 515 West 1st Street Room 412, Duluth, MN 55802-1397.

Respectfully submitted this 24th day of August 2007.

        s/Felicia J. Boyd
        Felicia J. Boyd (No. 186168)
        Laura G. Coates (No. 350175)
        FAEGRE & BENSON LLP
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, Minnesota 55402-3901
        Telephone: (612) 766-7000
        Facsimile: (612) 766-1600

        Timothy M. Reynolds (pro hac vice)
        David A. Tonini (pro hac vice)
        Andrew B. Mohraz (pro hac vice)
        HOLME ROBERTS & OWEN LLP
        1700 Lincoln, Suite 4100
        Denver, Colorado 80203
        Telephone: (303) 861-7000
        Facsimile: (303) 866-0200

        ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 24, 2007, a copy of the foregoing **NOTICE OF MOTION TO ENFORCE STIPULATION RE SPECIFIC FACTS OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE DISPOSITIVE MOTION AS TO SUCH FACTS** was served upon the Defendant via United States Mail as follows:

BRIAN N. TODER
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South 9th Street
Minneapolis, MN 55402
*Attorney for Defendant*

        s/Felicia J. Boyd
        Felicia J. Boyd
        Faegre & Benson LLP
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, Minnesota 55402-3901

fb.us.2255947.01