FOR THE DISTRICT OF MINNESOTA
DULUTH DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>Jammie Thomas,<br><br>        Defendant. | Case No.: 06cv1497-MJD/RLE<br><br>**DECLARATION OF JENNIFER PARISER IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION OF SPECIFIC FACTS** |

I, Jennifer Pariser, pursuant to 28 U.S.C. § 1746, declare the following to be true and correct to the best of my knowledge:

1. I am Senior Vice President, Associate General Counsel for SONY BMG MUSIC ENTERTAINMENT ("SONY BMG"). My responsibilities include working on behalf of SONY BMG-affiliated entities such as SONY BMG MUSIC ENTERTAINMENT and Arista Records, LLC (the "Current SONY BMG Companies). I have possession, custody and/or control of the business records of the Current SONY BMG Companies, which are parties to this action. If called and sworn as a witness, I could competently testify to the facts herein.

2. Each of the Current SONY BMG Companies is engaged in the creation, manufacture, distribution and/or sale of sound recordings. In connection with this business, the Current SONY BMG Companies generally enter into contracts with musical performers whereby

the Current SONY BMG Companies either own the copyrights in sound recordings featuring those performers or have exclusive rights under copyright (e.g. reproduction and/or distribution rights) in sound recordings featuring those performers.

3. Attached to this Declaration as <u>Exhibit 1</u> is a list of copyrighted sound recordings for which recovery is being sought in the above action, including the works for which the Current SONY BMG Companies own the copyrights in the sound recordings and have exclusive rights under copyright (e.g., reproduction and/or distribution rights) in the sound recordings ("SONY BMG Recordings"). <u>Exhibit 1</u> shows the artist, song title, album title, and the copyright registration number (SR#) for each SONY BMG Recording.

4. The Current SONY BMG Companies' copyright registration for each of the SONY BMG Recordings was effective prior to the date on which Plaintiffs observed Defendant infringing them.

5. The SONY BMG Recordings in question have been registered with the U.S. Copyright Office.

6. The Current SONY BMG Companies did not grant Defendant authorization to upload, download, copy or distribute the SONY BMG Recordings.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2007 at New York, New York.

                                                       s/ Jennifer Pariser
                                                       Jennifer Pariser

fb.us.2265772.01