| Copyright Owner | Artist Label | Artist | Song Title | Album Title | SR# | Registration Date |
|---|---|---|---|---|---|---|
| The David Geffen Company | UMG Recordings, Inc. | Guns N Roses | Welcome to the Jungle | Appetite for Destruction | 85-358 | 11/9/1987 |
| Polygram Records, Inc. | UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | 141-365 | 4/21/1992 |
| A&M Records, Inc. | UMG Recordings, Inc. | Janet Jackson | Let's Wait Awhile | Control | 69-529 | 3/6/1986 |
| CBS Records, Inc. | SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Here We Are | Cuts Both Ways | 107-742 | 8/17/1989 |
| Warner Brothers Records, Inc. | Warner Bros. Records Inc. | Goo Goo Dolls | Iris | Dizzy Up the Girl | 246-538 | 10/2/1998 |
| CBS, Inc. | SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 | 3/16/1983 |
| Arista Records, Inc. | Arista Records LLC | Sarah McLachlan | Possession | Fumbling Towards Ecstasy | 200-152 | 11/14/1994 |
| Geffen Records, Inc. | UMG Recordings, Inc. | Aerosmith | Cryin' | Get A Grip | 153-061 | 5/4/1993 |
| Warner Brothers Records, Inc. | Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 | 11/7/2000 |
| Mercury Records MCA Records Nashville, a division of MCA Records, Inc. | UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 | 4/6/1988 |
| | UMG Recordings, Inc. | Reba McEntire | One Honest Heart | If You See Him | 256-807 | 7/20/1998 |
| Sony Music Entertainment, Inc. | SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Coming Out of the Dark | Into The Light | 208-812 | 11/20/1992 |
| CBS, Inc. | SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Rhythm is Gonna Get You | Let It Loose | 83-468 | 6/19/1987 |
| A&M Records, Inc. | UMG Recordings, Inc. | Bryan Adams | Somebody | Reckless | 58-024 | 11/7/1984 |
| Interscope Records | Interscope Records | No Doubt | Bathwater | Return Of Saturn | 279-727 | 5/2/2000 |
| Interscope Records | Interscope Records | No Doubt | Hella Good | Rock Steady | 305-872 | 1/23/2002 |
| A&M Records, Inc. | UMG Recordings, Inc. | Sheryl Crow | Run, Baby, Run | Tuesday Night Music Club | 209-823 | 6/27/1995 |
| The David Geffen Company | UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 | 10/21/1991 |
| Virgin Records Limited | Virgin Records America, Inc. | Janet Jackson | Back | Janet | 174-392 | 5/24/1993 |
| Capitol Records, Inc. | Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 | 7/26/1995 |
| CBS, Inc. | SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 | 10/13/1991 |
| Sony Music Entertainment, Inc. | SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bills, Bills, Bills | The Writing's on the Wall | 268-936 | 9/21/1999 |
| Arista Records, Inc. | Arista Records LLC | Sarah McLachlan | Building a Mystery | Surfacing | 243-027 | 10/20/1997 |

EXHIBIT I

| Copyright Owner | Artist | Song | Album | SR Registration No. | SR Registration Date |
|---|---|---|---|---|---|
| Interscope Records | No Doubt | Different People | Tragic Kingdom | 206-724 | 2/12/1996 |
| Reprise Records, a division of Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 | 3/23/1994 |
| Universal Records, Inc. | Godsmack | Spiral | Awake | 293-376 | 3/13/2001 |

EXHIBIT I