## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## DULUTH DIVISION

VIRGIN RECORDS AMERICA, INC., a
California corporation; CAPITOL
RECORDS, INC., a Delaware
corporation; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; ARISTA RECORDS LLC, a
Delaware limited liability company;
INTERSCOPE RECORDS, a California
general partnership; WARNER BROS.
RECORDS INC., a Delaware corporation;
and UMG RECORDINGS, INC., a
Delaware corporation,

Case No.: 06cv1497-MJD/RLE

**CERTIFICATE OF SERVICE OF
DECLARATIONS OF JOAN CHO,
JENNIFER PARISER, ALASDAIR
MC MULLAN and SILDA PALERM IN
SUPPORT OF MOTION FOR
SUMMARY ADJUDICATION OF
SPECIFIC FACTS**

          Plaintiffs,

vs.

Jammie Thomas,

          Defendant.

---

I hereby certify that on August 29, 2007, I caused the following documents:

Declaration of JoAn Cho in Support of Motion for Summary Adjudication of Specific Facts

Declaration of Jennifer Pariser in Support of Motion for Summary Adjudication of Specific Facts

Declaration of Alasdair McMullan in Support of Motion for Summary Adjudication of Specific Facts

Declaration of Silda Palerm in Support of Motion for Summary Adjudication of Specific Facts

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| Felicia J. Boyd | fboyd@faegre.com; tbeyl@faegre.com |
| Brian N. Toder | btoder@chestnutcambronne.com |
| Andrew Mohraz | Andrew.Mohraz@hro.com |
| Timothy M. Reynolds | Timothy.Reynolds@hro.com |

Date: August 29, 2007                    Respectfully submitted,


OF COUNSEL                                s/ Laura G. Coates

Timothy M. Reynolds (*pro hac vice*)      Felicia J. Boyd (No. 186168)
Andrew Mohraz (*pro hac vice)*            Kara L. Benson (No. 248290)
HOLME ROBERTS & OWEN LLP                  Laura G. Coates (No. 350175)
1700 Lincoln, Suite 4100                  FAEGRE & BENSON LLP
Denver, Colorado 80203                    2200 Wells Fargo Center
Telephone: (303) 866-0399                 90 South Seventh Street
Facsimile: (303) 866-0200                 Minneapolis, Minnesota 55402-3901
                                          Telephone: (612) 766-7000
ATTORNEYS FOR PLAINTIFFS                   Facsimile:  (612) 766-1600

fb.us.2265679.01

#1272808 v1