| | |
|---|---|
| **From:** | Timothy M Reynolds [Timothy.Reynolds@hro.com] |
| **Sent:** | Monday, August 06, 2007 9:09 AM |
| **To:** | Brian Toder |
| **Cc:** | Andrew Mohraz |
| **Subject:** | RIAA - Thomas, J - Stip re Ownership and Registration_v1.DOC |



RIAA - Thomas, J -
Stip re Own...          Brian:

Attached is a draft stipulation regarding ownership and registration. Please let me know as soon as possible whether this form is acceptable to Defendant. I have included only those issues about which there should be no dispute (based on the documents and information provided to Defendant and Defendant's deposition testimony). If the parties cannot agree on a stipulation, Plaintiffs will need to move for summary judgment on these issues. Thanks very much.

Tim

Timothy M. Reynolds
Holme Roberts & Owen LLP
1801 13th Street, Suite 300
Boulder, Colorado 80302
303.417.8510 (Direct)
303.417.8550 (Fax)
720.771.0332 (Cell)
timothy.reynolds@hro.com


<<RIAA - Thomas, J - Stip re Ownership and Registration_v1.DOCロ>>

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.
    FEDERAL TAX ADVICE DISCLAIMER   We are required by U. S. Treasury Regulations to inform you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.

**Ex. 1**
**B. Toder Decl.**

Dockets.Justia.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

VIRGIN RECORDS AMERICA,
INC., et al.,

        Plaintiffs,

vs.

JAMMIE THOMAS,

        Defendant.

Civ. No.:  06-cv-1497 MJD/RLE

**JOINT STIPULATION RE
COPYRIGHT OWNERSHIP AND
REGISTRATION**

---

For all purposes in this matter, including specifically F.R.C.P. 16(c)(1), (3) and (4), and F.R.C.P. 16(d), the parties hereby stipulate and agree to the following:

1.      Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to the sound recordings listed on Exhibit A to the Complaint and Schedule 1 attached hereto (the "Sound Recordings").

2.      The Sound Recordings are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights and were properly registered on or before October 31, 2003. Copies of these Certificates of Copyright Registration are attached hereto. The parties stipulate to the authenticity of the attached Certificates under F.R.E. 901 and that such documents constitute business records under F.R.E. 803(6).

3.    Plaintiffs placed proper notices of copyright pursuant to 17 U.S.C. § 402 on each

respective album cover and compact disk of each of the Sound Recordings.  Plaintiffs did not

authorize Defendant to copy or distribute to the public any of the Sound Recordings.

DATED:  August ___ 2007.

AGREED AND STIPULATED TO BY


Felicia J. Boyd (No. 186168)
Laura G. Coates (No. 350175)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile:  (612) 766-1600

Timothy M. Reynolds (pro hac vice)
David A. Tonini (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

ATTORNEYS FOR PLAINTIFFS

Brian Toder, Esq. (No. _____)
Chestnut & Cambronne, P.A.
3700 Campbell Mithun Tower
222 South 9th Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANT

## Susan Haag

| | |
|---|---|
| **From:** | Susan Haag |
| **Sent:** | Thursday, August 09, 2007 3:49 PM |
| **To:** | 'btoder@chestnutcambronne.com' |
| **Cc:** | Timothy M Reynolds; Andrew Mohraz |
| **Subject:** | Virgin Records v. Thomas (MN) Case No. 06-cv-1497-MJD/RLE |

Mr. Toder,

Pursuant to Tim's request, attached is the Stipulation regarding Ownership and Registration of Copyrights.  Once it is executed, Plaintiffs' will not move for summary judgment.  Thank you.



1267230v1.DOC
(59 KB)

Susan

Susan Haag, Senior Paralegal
Holme Roberts & Owen LLP
1700 Lincoln St., Suite 4100, Denver, Colorado 80203-4541
303.866.0311 (Direct); 303.866.0200 (Fax)
susan.haag@hro.com

Ex. 2
B. Toder Decl.

## Brian Toder

| | |
|---|---|
| **From:** | Susan Haag [Susan.Haag@hro.com] |
| **Sent:** | Friday, August 17, 2007 1:34 PM |
| **To:** | Brian Toder |
| **Subject:** | Thomas, Jammie |

Mr. Toder,

Pursuant to Tim's request, attached are the Certificates of Copyright Registration for the sound recordings at issue. There will be 1 email following this one. The information is large and didn't go through the first time. Thank you.

<<ThomasJMN0016.PDF>>

Susan Haag, Senior Paralegal
Holme Roberts & Owen LLP
1700 Lincoln St., Suite 4100, Denver, Colorado 80203-4541
303.866.0311 (Direct); 303.866.0200 (Fax)
susan.haag@hro.com

 Experience Listens. Be Heard."

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

FEDERAL TAX ADVICE DISCLAIMER   We are required by U. S. Treasury Regulations to inform you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.

                                              **Ex. 3**
                                              **B. Toder Decl.**

8/29/2007

**Brian Toder**

| | |
|---|---|
| **From:** | Susan Haag [Susan.Haag@hro.com] |
| **Sent:** | Friday, August 17, 2007 3:16 PM |
| **To:** | Brian Toder |
| **Cc:** | Timothy M Reynolds; Andrew Mohraz |
| **Subject:** | Thomas, Jammie |

Mr. Toder,

I have attempted to send you the second half of the documents you requested. They have not gone through because they are large files. You should already have them on a disc that we produced to you. The documents I am trying to send begin with the bates number of 0571. If you need further assistance, please let me know. Thanks

Susan

Susan Haag, Senior Paralegal
Holme Roberts & Owen LLP
1700 Lincoln St., Suite 4100, Denver, Colorado 80203-4541
303.866.0311 (Direct); 303.866.0200 (Fax)
susan.haag@hro.com



"!"
Experience Listens. Be Heard."

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

FEDERAL TAX ADVICE DISCLAIMER We are required by U. S. Treasury Regulations to inform you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.

**Ex. 4**
**B. Toder Decl.**

## Brian Toder

| | |
|---|---|
| **From:** | Brian Toder |
| **Sent:** | Tuesday, August 21, 2007 10:20 AM |
| **To:** | Timothy M Reynolds |
| **Cc:** | Andrew Mohraz; 'Coates, Laura G.' |
| **Subject:** | Virgin Records v. Thomas |

Tim,

My client today informs me that a) she will not stipulate as you have requested regarding ownership of the copyrights; and b) she will not agree to stipulating that the ordered settlement conference should not take place. I apologize for suggesting otherwise. I had believed that she and I were on the same track, but I didn't have the whole picture from her point of view, and it's her case, not mine. Accordingly, no stipultations, and we go to the settlement conference, and most likely to trial.

Brian

Ex. 5
B. Toder Decl.

## SCHEDULE 1
## THOMAS, JAMMIE (MN)

| Copyright Plaintiff | Artist | Song Title | Album Title | SR |
|---|---|---|---|---|
| UMG Recordings, Inc. | Guns N Roses | Welcome to the Jungle | Appetite for Destruction | 85-358 |
| UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | 141-365 |
| UMG Recordings, Inc. | Janet Jackson | Let's Wait Awhile | Control | 69-529 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Here We Are | Cuts Both Ways | 107-742 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Iris | Dizzy Up the Girl | 246-538 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| Arista Records LLC | Sarah McLachlan | Possession | Fumbling Towards Ecstasy | 200-152 |
| UMG Recordings, Inc. | Aerosmith | Cryin' | Get A Grip | 153-061 |
| UMG Recordings, Inc. | Godsmack | Moon Baby | Godsmack | 241-879 |
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 |
| UMG Recordings, Inc. | Reba McEntire | One Honest Heart | If You See Him | 256-807 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Coming Out of the Dark | Into The Light | 208-812 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Rhythm is Gonna Get You | Let It Loose | 83-468 |
| UMG Recordings, Inc. | Bryan Adams | Somebody | Reckless | 58-024 |
| Interscope Records | No Doubt | Bathwater | Return Of Saturn | 279-727 |
| Interscope Records | No Doubt | Hella Good | Rock Steady | 305-872 |
| UMG Recordings, Inc. | Sheryl Crow | Run, Baby, Run | Tuesday Night Music Club | 209-823 |
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |

Ex. 6
B. Toder Decl.

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR _ _ _ 85-358

SR SRU

EFFECTIVE DATE OF REGISTRATION

9 NOV 1987

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
"APPETITE FOR DESTRUCTION" (As recorded by Guns N' Roses)   24148

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions.
☒ Musical   ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other _____

**2**

**a**

**NAME OF AUTHOR ▼**
THE DAVID GEFFEN COMPANY

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
SOUND RECORDING   & PHOTOGRAPHS

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1987 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 21   Year ▶ 1987
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
THE DAVID GEFFEN COMPANY
3300 Warner Boulevard
Burbank, California 91510

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
NOV 03 1987
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 03 1987

**DO NOT WRITE HERE**

EXHIBIT
D-7

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page   **DO NOT WRITE HERE**

01620623II

Ex. 7
B. Toder Decl.

THOMAS, J (NM)0579

EXAMINED c

CHECKED BY—

☐ CORRESPONDENCE
☐ Yes

☐ DEPOSIT ACCOUNT
☐ FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

SR    85-353

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          **Account Number** ▼

WARNER BROS. RECORDS INC.                    DA011894

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Warner Bros. Records Inc. % Carol Minden
3300 Warner Boulevard
Burbank, California 91510

Area Code & Telephone Number ▶  (818) 953-3213

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  The David Geffen Company
           Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Carol Minden                    date ▶  10/30/87

Handwritten signature (X) ▼

*Carol Minden*

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

**Name** ▼
WARNER BROS. RECORDS INC.    ATTN: CAROL MINDEN
Number Street/Apartment Number ▼
3300 Warner Boulevard
City State ZIP ▼
Burbank, California 91510

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, DC 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
☆ U.S. GOVERNMENT PRINTING OFFICE: 1982 381-278 51

June 1982-150,000

THOMAS, J (NM)0580

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

SR    111 365

SR

EFFECTIVE DATE OF REGISTRATION

April 21

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Vanessa Williams/The Comfort Zone          422-843522-2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** see instructions
- ☒ Musical     ☐ Musical-Dramatic
- ☐ Dramatic    ☐ Literary
- ☐ Other

## 2

**NAME OF AUTHOR ▼**

POLYGRAM RECORDS INC.,    USA

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
- ☒ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Performance and sound recording/photograph

NOTE

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
- ☐ Yes
- ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991  ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ August    Day ▶ 20    Year ▶ 1991
USA    ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

POLYGRAM RECORDS INC.
825 EIGHTH AVENUE
NEW YORK, NY  10019

APPLICATION RECEIVED
APR 21 1993

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK** ▶
- Complete all applicable spaces (numbers 5-11) on the reverse side of this page
- See detailed instructions
- Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Ex. 8
B. Toder Decl.

THOMAS, J (NM)0587

SR    141 365

□ CORRESPONDENCE
  Yes

□ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes  □ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

□ This is the first published edition of a work previously registered in unpublished form.

□ This is the first application submitted by this author as copyright claimant.

□ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                    **Account Number** ▼

POLYGRAM RECORDS INC.                        DA  024406

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

FRAN SABINO
POLYGRAM RECORDS INC.
825 EIGHTH AVENUE
NEW YORK, NY  10019

                Area Code & Telephone Number ▶ (212)333-8089

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check one ▼

□ author

□ other copyright claimant

□ owner of exclusive right(s)

☑ authorized agent of  POLYGRAM RECORDS INC.
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

FRAN SABINO

Handwritten signature (X) ▼              date ▶ 4/8/92

*Fran Sabino*

**MAIL
CERTIFI-
CATE TO**

Name ▼
FRAN SABINO/POLYGRAM RECORDS INC.

Number/Street/Apartment Number ▼
825 EIGHTH AVENUE,  25th FLOOR

City/State/ZIP ▼
NEW YORK, NY  10019

**Certificate
will be
mailed in
window
envelope**

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
DC 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1988-491-580/40,006

# FORM SR

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR    69 529**

| SR | SRU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

**MAR 06 1986**

| Month | Day | Year |
|-------|-----|------|

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

"CONTROL" (janet jackson) - SP-5106

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions

XX Musical   ☐ Musical-Dramatic

☐ Dramatic   ☐ Literary

☐ Other _____

**2**

**a**

**NAME OF AUTHOR ▼**

A&M RECORDS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
SOUND RECORDING

**NOTE**
Under the law, the "author" of a work made for...

**b**

**NAME OF AUTHOR ▼**

A&M RECORDS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
    { Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ARTWORK

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
1986  ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ January   Day ▶ 27   Year ▶ 1986
ONLY if this work has been published.
◀ Natio...

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

A & M RECORDS, INC.
1416 N. LA BREA AVENUE
HOLLYWOOD, CALIFORNIA 90028

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE — OFFICE USE ONLY*

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Ex. 9
B. Toder Decl.

THOMAS, J (NM)0575

SR 69 529

EXAMINED BY
CHECKED BY
CORRESPONDENCE ☐ Yes
DEPOSIT ACCOUNT ☐ FUNDS USED

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

A&M RECORDS, INC          DA050997

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

SYLVIE BOUSKILA
A & M RECORDS, INC.
1416 N. LA BREA AVENUE
HOLLYWOOD, CALIFORNIA 90028 ► 213) 469-2411

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of ___A&M RECORDS, INC.___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

SYLVIE BOUSKILA          date ► 2/20/86

☒ Handwritten signature (X) ▼

*S E Bouskila*

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼ attn: Sylvie Bouskila

Number/Street/Apartment Number ▼ A & M RECORDS, INC.
1416 N LA BREA AVENUE
City/State/Zip ▼ HOLLYWOOD, CALIFORNIA 90028

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights
Library of Congress, Washington,
D.C. 20559

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE 1984 461-548/502

THOMAS, J (NM)0576

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM S**
UNITED STATES COPYRIGHT OFF[...]

REGISTRATION NUMBER

CBS-CP
SR 43-22[...]

SR    SRU

EFFECTIVE DATE OF REGISTRATION

MAR 1 6 1983

(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**(1) Title**

TITLE OF THIS WORK: FRONTIERS
Artist: JOURNEY

Catalog number of sound recording, if any .......... QC 38504

PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED:
(Check Which)

- [X] Musical
- [ ] Dramatic
- [ ] Other:
- [ ] Musical-Dramatic
- [ ] Literary

---

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: CBS Inc.

Was this author's contribution to the work a "work made for hire"? Yes X No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... U.S.A. or Domiciled in ... U.S.A.
(Name of Country)    (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution) Some new sounds, all new photographic matter & artwork

DATES OF BIRTH AND DEAT[...]
Born ......... Died .......
(Year)    (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Pseudonymous?
Yes ... No X    Yes ... No X
If the answer to either of these questions is "Yes," se[...] detailed instructions attached.

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... or Domiciled in ...
(Name of Country)    (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEAT[...]
Born ......... Died .......
(Year)    (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Pseudonymous?
Yes..... No.....    Yes..... No.....
If the answer to either of these questions is "Yes," se[...] detailed instructions attached.

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... or Domiciled in ...
(Name of Country)    (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEAT[...]
Born ......... Died .......
(Year)    (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Pseudonymous?
Yes..... No.....    Yes..... No.....
If the answer to either of these questions is "Yes," se[...] detailed instructions attached.

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1983

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date .......... January 20 1983
(Month)    (Day)    (Year)

Nation .......... U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

CBS Inc.
51 West 52nd Street
New York, New York    10019

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Ex. 10
B. Toder Decl.

THOMAS, J (NM)0571

EXAMINED BY: .........

CHECKED BY: .........

CORRESPONDENCE: ☐ Yes

DEPOSIT ACCOUNT FUNDS USED: ☐

16 MAR 1983

DEPOSIT RECEIVED: 16 MAR 1983   16 MAR 1983

REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

SR

48-223

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ....... No .X....

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number ....................... Year of Registration ...............

**(5)** Previous Registration

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
SEPARATE WAYS (WORLDS APART) by FRONTIERS   38-03513

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.) ALL NEW PHOTOGRAPHIC MATTER & ARTWORK, SOME NEW SOUNDS:
Side 1. Bds.: (2)SEND HER MY LOVE, (3)CHAIN REACTION (4)AFTER THE FALL (5)FAITH-
FULLY/Side 2. Bds. (1)EDGE OF THE BLADE, (2)TROUBLED CHILD (3)BACK TALK (4)RUBICON

**(6)** Compilation or Derivative Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ............... CBS Inc.

Account Number: ........... DA016292

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name CBS Law Registry/Barbara Lesko

Address 51 West 52nd Street ............... (Apt.)

New York, New York 10019
(City)                    (State)              (ZIP)

**(7)** Fee and Correspondence

---

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of ....... CBS Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) .....................

Typed or printed name: ....... Barbara Lesko ............... Date: 3/14/83

**(8)** Certification (Application must be signed)

---

MAIL CERTIFICATE TO
CBS Law Registry/Att: Barbara Lesko
(Name)

51 West 52nd Street
(Number, Street and Apartment Number)

New York, New York 10019
(City)                (State)        (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**(9)** Address For Return of Certificate

*17 U.S.C. § 506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1931 341-279/7

May 1981—87,000

THOMAS, J (NM)0572

FORM SR
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR    83 468

SR       SRU

EFFECTIVE DATE OF REGISTRATION

6    19    87
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**TITLE OF THIS WORK ▼**

LET IT LOOSE/GLORIA ESTEFAN & MIAMI SOUND MACHINE/FE 40769

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions

☒ Musical    ☐ Musical-Dramatic
☐ Dramatic    ☐ Literary
☐ Other

# 2

**a**   **NAME OF AUTHOR ▼**

CBS Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ US
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound recording, photographic matter

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1987   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 5    Day ▶ 20    Year ▶ 87
US    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CBS Inc.
51 West 52nd Street
New York, N.Y.   10019

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 19 1987

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 19 1987

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ 2 ___ pages

Ex. 11
B. Toder Decl.

THOMAS, J (NM)0577

SR    83 455

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

S1, B. 4; S2, B. 1

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

ALL NEW PHOTOGRAPHIC MATTER. SOME NEW SOUND RECORDINGS: S1, Bds. 1-3, 5;
S2, Bds. 2-5

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼

CBS Inc., NY

Account Number ▼

DAO 56839

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

CBS Law Registry/Att: B. Lesko
51 West 52nd Street
New York, N.Y. 10019

Area Code & Telephone Number ▶ (212)975 - 5137/8/9

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ CBS Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Barbara Lesko                                date ▶ 6/18/87

Handwritten signature (X) ▼

**8**

**MAIL CERTIFICATE TO**

Name ▼
CBS Inc. - B. Lesko

Number/Street/Apartment Number ▼
51 West 52 Street

City/State/ZIP ▼
New York, N.Y. 10019

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1985-382-292

Sept. 1985—300,000

THOMAS, J (NM)0578

# ~ERTIFICATE OF REGISTRATION





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM SR**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

SR **153 061**

SR SR

EFFECTIVE DATE OF REGISTRATION

May 4 1993
Month Day Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
GET A GRIP        GEFD-24455
ARTIST: AEROSMITH

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**NATURE OF MATERIAL RECORDED ▼** See instructions
☐ Musical  ☐ Musical-Dramatic
☐ Dramatic  ☐ Literary        DISC (COMPACT)
☐ Other

**NAME OF AUTHOR ▼**
**GEFFEN RECORDS, INC.**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
SOUND RECORDING/PICTORIAL MATTER

**NOTE**
under the law

**NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ 4 Day ▶ 20 Year ▶ 93
ONLY if this work has been published.
◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
**GEFFEN RECORDS, INC.**
**70 UNIVERSAL CITY PLAZA**
**UNIVERSAL CITY, CA 91608**

See instructions before completing this space.

APPLICATION RECEIVED
MAY 04 1993
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
MAY 04 1993
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

**Ex. 12**
**B. Toder Decl.**

THOMAS, J (NM)0589

§R   **153 061**

|  | CORRESPONDENCE | FOR |
| --- | --- | --- |
|  | Yes | COPYRIGHT |
|  | DEPOSIT ACCOUNT | OFFICE |
|  | FUNDS USED | USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes." why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work. as shown by space 6 on this application.

If your answer is "Yes." give: **Previous Registration Number ▼**     **Year of Registration ▼**

REGISTRATION APPLIED FOR BUT NOT YET RECEIVED

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

SOUND RECORDING "LIVIN' ON THE EDGE"      GEFDM-21821

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

...L OTHER SOUND RECORDINGS/ALL PICTORIAL MATTER

See instructions before completing this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. Name ▼     Account Number ▼

MCA RECORDS, INC.      DA024562

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Area Code & Telephone Number ▶

Be sure to give your daytime phone ◀ number

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of   GEFFEN RECORDS, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

PATRICIA BLAIR      date ▶ 4/29/93

Handwritten signature (X) ▼

**8**

**MAIL CERTIFI-CATE TO**

Certificate will be mailed in window envelope

| Name ▼ |
| --- |
| MCA RECORDS, INC. |
| COPYRIGHT DEPARTMENT |
| Number/Street/Apartment Number ▼ |
| 70 UNIVERSAL CITY PLAZA |
| City/State/ZIP ▼ |
| UNIVERSAL CITY, CA 91608 |

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

THOMAS, J (NM)0590

SR        90 420

| | SR | SRU |

EFFECTIVE DATE OF REGISTRATION

APR 0 6 1988
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

DEF LEPPARD/HYSTERIA                        422 830 675-2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**NATURE OF MATERIAL RECORDED ▼** See instructions

X Musical        ☐ Musical-Dramatic
☐ Dramatic        ☐ Literary
☐ Other

## 2

**NAME OF AUTHOR ▼**                        **DATES OF BIRTH AND DEATH**
                                            Year Born ▼        Year Died ▼

Mercury Records

Was this contribution to the work a "work made for hire"? | **AUTHOR'S NATIONALITY OR DOMICILE** Name of Country | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
☒ Yes | OR ☐ Citizen of ▶ U.S.A. | Anonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions
☐ No | ☐ Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No |

**NOTE**
Under the law,

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound Recording/Album artwork

**NAME OF AUTHOR ▼**                        **DATES OF BIRTH AND DEATH**
                                            Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"? | **AUTHOR'S NATIONALITY OR DOMICILE** Name of Country | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
☐ Yes | OR ☐ Citizen of ▶ | Anonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions
☐ No | ☐ Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**                        **DATES OF BIRTH AND DEATH**
                                            Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"? | **AUTHOR'S NATIONALITY OR DOMICILE** Name of Country | **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
☐ Yes | OR ☐ Citizen of ▶ | Anonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions
☐ No | ☐ Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

018284735

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. | **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
1987 ◀ Year | Month ▶ July    Day ▶ 27    Year ▶ 1987    USA    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Mercury Records
c/o Polygram Records
810 Seventh Avenue
New York, New York    10019

**APPLICATION RECEIVED**
APR 06 1988
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
APR 06 1988
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions        • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

**Ex. 13**
**B. Toder Decl.**

THOMAS, J (NM)0581

SR        90 420

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                  Account Number ▼

POLYGRAM RECORDS                        DA 024406

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Natalie Eisen
Polygram Records
810 Seventh Avenue
New York, New York    10019

Area Code & Telephone Number ▶ 212/333-8507

Be sure to give your daytime phone number

**CERTIFICATION**  I, the undersigned, hereby certify that I am the

Check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of ___ Polygram Records

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Natalie Eisen                                   date ▶ 4/4/88

Handwritten signature (X) ▼  *Natalie Eisen*

**8**

**MAIL CERTIFICATE TO**

Name ▼
Natalie Eisen
Polygram Records

Number/Street/Apartment Number ▼
810 Seventh Avenue

City/State/Zip ▼
New York, New York    10019

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1988—201-560/40,005

THOMAS, J (NM)0582

  

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE



**SR 256 - 807**

| SR | | SRU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| 7 | 20 | 94 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
   TITLE:  IF YOU SEE HIM
   ARTIST:  REBA McENTIRE                   MCAD-70019

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

---

**2** **a** NAME OF AUTHOR ▼

MCA RECORDS NASHVILLE, A DIVISION OF MCA RECORDS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**  SOUND RECORDING/ARTWORK/PHOTOGRAPHIC MATERIAL

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1998 ◀ Year in all cases.
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 06   Day ▶ 02   Year ▶ 98
U.S.A. ◀ Nation

---

**4** **a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MCA RECORDS NASHVILLE, A DIV. OF MCA RECORDS, INC.
70 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA  91608

See instructions before completing this space.

APPLICATION RECEIVED
JUL 20 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 20 1998

FUNDS RECEIVED

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Ex. 14
B. Toder Decl.

THOMAS, J (NM)0601

*Amended by CO, authority of Evelyn Haddad
authorized agent of MCA Records
from phone call on 10/23/98.

| EXAMINED BY | | FORM 3R |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  Year of Registration ▼

REGISTRATION APPLIED FOR, NOT YET RECEIVED

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a  "IF YOU SEE HIM/IF YOU SEE HER"  MCAS7-72051

*video in enhanced portion of CD

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b  ALL OTHER SOUND RECORDINGS/ARTWORK/PHOTOGRAPHIC MATERIAL

*and sound recording, artwork and photography in enhanced portion of CD

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  Account Number ▼

a  UNIVERSAL MUSIC GROUP  DA024562

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b  UNIVERSAL MUSIC GROUP/COPYRIGHT DEPARTMENT
70 UNIVERSAL CITY PLAZA DRIVE
UNIVERSAL CITY, CA  91608

Area code and daytime telephone number ▶ (818) 777-4040  Fax number ▶ (818) 866-1504

Email ▶

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  MCA RECORDS NASHVILLE, A DIV. OF MCA RECORDS, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

PATRICIA BLAIR  Date ▶ 7/14/98

Handwritten signature ▼

X _____

**8**

The fee is $20.00 effective through June 30, 1999. After that date, please write or call Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright or call (202) 707-3000 for the current fee information.

| Mail<br>certificate<br>to: | Name ▼  UNIVERSAL MUSIC GROUP<br>COPYRIGHT DEPARTMENT | |
|---|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope | Number/Street/Apt ▼  70 UNIVERSAL CITY PLAZA | |
| | City/State/ZIP ▼  UNIVERSAL CITY, CA  91608 | |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1997—60,000  ♻ PRINTED ON RECYCLED PAPER  ☆U.S. COPYRIGHT OFFICE WWW: March 1998

THOMAS, J (NM)0602

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Donald C. Curran*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

SR 58-024

SR     SRU

EFFECTIVE DATE OF REGISTRATION

NOV 07 1984
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

RECKLESS (bryan adams) SP5013

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions
☒ Musical ☐ Musical-Dramatic
☐ Dramatic ☐ Literary
☐ Other

## 2

**a**

**NAME OF AUTHOR ▼**
A&M RECORDS, INC.

**DATES OF BIRTH AND DEATH ▼**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
SOUND RECORDING

**NOTE**
Under the law,

**b**

**NAME OF AUTHOR ▼**
A&M RECORDS, INC.

**DATES OF BIRTH AND DEATH ▼**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ARTWORK

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH ▼**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1984 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 29   Year ▶ 1984
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

A & M RECORDS, INC.
1416 N. LA BREA AVENUE
HOLLYWOOD, CALIFORNIA 90028

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
NOV 0 7 1984
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

NOV 0 7 1984
REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

11-07-84 0430
*431204300*

Ex. 15
B. Toder Decl.

THOMAS, J (NM)0573

CHECKED BY

☐ CORRESPONDENCE
  Yes

☑ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

A&M RECORDS, INC.        DAO 50997

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

SHIRLEY SAKAMOTO
A&M RECORDS, INC.
1416 N. LA BREA AVENUE
HOLLYWOOD, CA 90028

Area Code & Telephone Number ▶ (213) 469-2411

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

XX authorized agent of  A&M RECORDS, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

SHIRLEY SAKAMOTO        date ▶ 10-30-84

Handwritten signature (X) ▼

*Shirley Sakamoto*

**MAIL
CERTIFI-
CATE TO**

Name ▼
SHIRLEY SAKAMOTO

Number/Street/Apartment Number ▼
A & M RECORDS, INC.
1416 N. LA BREA AVENUE

City/State/Zip ▼
HOLLYWOOD, CALIFORNIA 90028

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1982: 381-278/61        June 1982-195,000

SR 209-823

| SR | | SRU |

EFFECTIVE DATE OF REGISTRATION

6     27     95

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

"Tuesday Night Music Club" (Sheryl Crow) 31454 0126 4/2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

"Scenes From The Tuesday Night Music Club" cd singles 31458 8182 2

**NATURE OF MATERIAL RECORDED ▼ See instructions**

XX Musical    ☐ Musical-Dramatic
☐ Dramatic    ☐ Literary
☐ Other _____

## 2

**NAME OF AUTHOR ▼**

A&M Records, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
XX Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound Recordings & Photographs

**NOTE**
Under the law

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. ◀ Year
1993

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ August Day ▶ 3 Year ▶ 1993    USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

A&M Records, Inc.
1416 N. LaBrea Avenue
Hollywood, California 90028

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
SEP 20 1993
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 20 1993
REMITTANCE NUMBER AND DATE
**FUNDS RECEIVED** JUN 2 7 199

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

**Ex. 16**
**B. Toder Decl.**

THOMAS, J (NM)0595

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

☐ DEPOSIT ACCOUNT
☐ FUNDS USED

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  **Year of Registration** ▼

Previously submitted                    1993

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

"Run, Baby, Run", "Strong Enough", "All I Wanna Do" & "No One Said It Would Be Easy" from cd singles release 31458 8182 2 by Sheryl Crow.

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

"Leave Las Vegas", "Can't Cry Anymore", "Solidify", "The Na-Na Song", "What I Can Do For You", "We Do What We Can" & "I Shall Believe"

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                               **Account Number** ▼

A&M Records, Inc.                    DAO 50997

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Joseph D. Kim, Esq.
A&M Records, Inc.
1416 N. LaBrea Avenue
Hollywood, California  90028

Area Code & Telephone Number ▶  (213) 469-2411

**7**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  A&M Records, Inc.
             Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joseph D. Kim, Esq.                          date ▶  Sept. 13, 1993

Handwritten signature (X) ▼

**8**

MAIL
CERTIFI-
CATE TO

Name ▼
Joseph D. Kim, Esq.
A&M Records, Inc.

Number/Street/Apartment Number ▼
1416 N. LaBrea Avenue

City/State/Zip ▼
Hollywood, California  90028

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—100,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—262-170/20,00

THOMAS, J (NM)0596

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SR**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

SR 134 647

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*(signature)*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

10   21   91

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

USE YOUR ILLUSION I
ARTIST: GUNS N' ROSES          GEF-24415

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**NATURE OF MATERIAL RECORDED ▼** See instructions
- [X] Musical      Musical-Dramatic
- Dramatic      Literary          DISC (COMPACT)
- Other

**NAME OF AUTHOR ▼**

**THE DAVID GEFFEN COMPANY**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire?
- [X] Yes
- [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ **U.S.A.**
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [X] No
Pseudonymous? [ ] Yes [X] No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
SOUND RECORDING/ALL PICTORIAL MATTER & ARTWORK EXCEPT "DEAD HORSE"

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire?
- [ ] Yes
- [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire?
- [ ] Yes
- [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
**1991** ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ **09** Day ▶ **17** Year ▶ **1991**
**U.S.A.** ◀

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**THE DAVID GEFFEN COMPANY**
**70 UNIVERSAL CITY PLAZA**
**UNIVERSAL CITY, CA 91608**

**APPLICATION RECEIVED**
OCT 21 1991
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
OCT 21 1991
**REMITTANCE NUMBER**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

Ex. 17
B. Toder Decl.

EXAMINED .................................... FORM SR

CHECKED BY

SR    134 647

☐ CORRESPONDENCE
  ☐ Yes

☐ DEPOSIT ACCOUNT
  ☐ FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give Previous Registration Number ▼        Year of Registration ▼

*206-052   1991   **REGISTRATION APPLIED FOR BUT NOT YET RECEIVED

DERIVATIVE WORK OR COMPILATION  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

*SOUND RECORDING "BAD APPLES"  **SOUND RECORDING "DON'T CRY (ORIGINAL)
& COVER PAINTING "ASCENSION" ON GEFCS-19027

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

ALL OTHER SOUND RECORDINGS.  ALL OTHER PICTORIAL MATTER & ARTWORK
EXCEPT "DEAD HORSE".   *Except for cover painting.

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

MCA RECORDS, INC.                          DA024562

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

MCA RECORDS, INC.
70 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA  91608

Area Code & Telephone Number ▶ (818)777-4040

CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  THE DAVID GEFFEN COMPANY
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

PATRICIA BLAIR                                      date ▶ 10/15/91

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
MCA RECORDS, INC.
COPYRIGHT DEPARTMENT

Number/Street/Apartment Number ▼
70 UNIVERSAL CITY PLAZA

City/State/ZIP ▼
UNIVERSAL CITY, CA  91608

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

THOMAS, J (NM)0586

FORM SR

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR          30-088

| SR | SRU |

EFFECTIVE DATE OF REGISTRATION

13 OCT 1981

| (Month) | (Day) | (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**(1) Title**

TITLE OF THIS WORK:  ESCAPE (ESC 4P3)
Artist:  JOURNEY

Catalog number of sound recording: TC 37408

**NATURE OF MATERIAL RECORDED:**
(Check Which)

- X Musical
- ☐ Dramatic
- ☐ Other
- ☐ Musical-Dramatic
- ☐ Literary

PREVIOUS OR ALTERNATIVE TITLES:

---

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:  CBS Inc.

Was this author's contribution to the work a "work made for hire"?  Yes **X**  No

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of  **U.S.A.** _(Name of Country)_  or  Domiciled in  **U.S.A.** _(Name of Country)_

AUTHOR OF: (Briefly describe nature of this author's contribution)
Some new sounds & photographic matter

DATES OF BIRTH AND DEATH:
Born _(Year)_    Died _(Year)_

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes ___  No **X**
Pseudonymous?  Yes ___  No **X**
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes ___  No ___

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of _(Name of Country)_  or  Domiciled in _(Name of Country)_

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born _(Year)_    Died _(Year)_

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes ___  No ___
Pseudonymous?  Yes ___  No ___
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes ___  No ___

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of _(Name of Country)_  or  Domiciled in _(Name of Country)_

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born _(Year)_    Died _(Year)_

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes ___  No ___
Pseudonymous?  Yes ___  No ___
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year  **1981**
(This information must be given in all cases)

DATE AND NATION OF FIRST PUBLICATION:
Date  **July**  **17**  **1981**
_(Month)_  _(Day)_  _(Year)_
Nation  **U.S.A.** _(Name of Country)_
(Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

CBS Inc.
51 West 52nd Street
New York, New York    10019

TRANSFER: (If the copyright claimant(s) named here in space 4 is different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

- *Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 8*

DO NOT WRITE HERE

Page 1 of ___ pages

---

Ex. 18
B. Toder Decl.

Thomas, J (MN)0016

| SR | 30-088 |

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☐ Yes

DEPOSIT ACCOUNT FUNDS USED ☑

APPLICATION RECEIVED

DEPOSIT RECEIVED

REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**PREVIOUS REGISTRATION:**

• Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ... No .. X

• If your answer is "Yes," why is another registration being sought? (Check appropriate box)
☐ This is the first published edition of a work previously registered in unpublished form
☐ This is the first application submitted by this author as copyright claimant
☐ This is a changed version of the work, as shown by line 6 of the application

• If your answer is "Yes," give: Previous Registration Number ............  Year of Registration ......

⑤ Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that this work is based on or incorporates)
A--WHO'S CRYING NOW B--MOTHER, FATHER  18-02241
Lyrics on innersleeve
Artwork on front & back cover
Some old photographic matter

MATERIAL ADDED TO THIS WORK (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed) SOME NEW PHOTOGRAPHIC MATTER & SOUNDS:
Side 1, Bds. (1)DON'T STOP BELIEVIN' (2)STONE IN LOVE (4)KEEP ON RUNNIN' (5)STILL THEY RIDE/Side 2, Bds. (1)ESCAPE (2)LAY IT DOWN (3)DEAD OR ALIVE (5)OPEN ARMS

⑥ Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name CBS Inc.

Account Number DA016292

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent)

Name CBS Law Registry
Att: Barbara Lesko
Address 51 West 52nd Street
New York, New York 10019

⑦ Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of CBS Inc.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Barbara Lesko*

Typed or printed name Barbara Lesko  10/8/81

⑧ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

CBS Law Registry/Att: Barbara Lesko
51 West 52nd Street
New York, New York 10019

(Certificate will be mailed in window envelope)

⑨ Address for Return of Certificate

* 17 U.S.C. §506(e): FALSE REPRESENTATION: Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

* U.S. GOVERNMENT PRINTING OFFICE: 1979 281-022/14

Apr. 1979 40,000

Thomas, J (MN)0017

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America

## FORM SR
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 174-392**

EFFECTIVE DATE OF REGISTRATION

*May 24. 1993*
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Janet Jackson "janet." 87825

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED ▼ See instructions
☐ Musical    ☐ Musical-Dramatic
☐ Dramatic    ☐ Literary
☒ Other  Sound recording and original artwork

**2** NAME OF AUTHOR ▼

a  Virgin Records Limited

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
sound recording and original artwork

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR {  Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1993 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May  Day ▶ 18  Year ▶ 1993
Nation ▶ U.S.A.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Virgin Records Ltd.
c/o Virgin Records America, Inc.
338 N Foothill Rd
Beverly Hills, CA  90210

APPLICATION RECEIVED
MAY 24 1993
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
MAY 24 1993
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

Ex. 19
B. Toder Decl.

Thomas, J (MN)0018

☐ CORRESPONDENCE
　　Yes

☐ DEPOSIT ACCOUNT
　　FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼　　　**Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space

a. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼　　　　　　　　　　　　　　　　Account Number ▼

　Virgin Records America, Inc　　　DA054283

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

　Helen Stotler
　VRA, Inc
　338 N Foothill Rd
　Beverly Hills, CA 90210
　　　　Area Code & Telephone Number ▶ 310-288-2411

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Virgin Records  Limited
　　　Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

　Helen Stotler　　　　　　　　　　　　　date ▶　5-18-93

　Handwritten signature (X) ▼
　**[signature]**

**MAIL
CERTIFI-
CATE TO**

Name ▼
　Helen Stotler - VRA, Inc

Number/Street/Apartment Number ▼
　338 N. Foothill Rd

City/State/Zip ▼
　Beverly Hills, CA　　90210

Certificate
will be
mailed in
window
envelope

· Complete all necessary spaces
· Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
　in check or money order
　payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

Thomas, J (MN)0019

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM SR**
● Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 241-879**

*SR000024187*

EFFECTIVE DATE OF REGISTRATION

9 . 8 . 98
Month / Day / Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
TITLE: GODSMACK
ARTIST: GODSMACK                     UD-53190

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
UNIVERSAL RECORDS INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING/PICTORIAL MATTER

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1998 ◀ Year in all cases.
This information must be given

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 08  Day ▶ 25  Year ▶ 98
U.S.A. ◀ Nation

## 4

**a**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
UNIVERSAL RECORDS INC.
70 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608

**b**
**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*See instructions before completing this space.*

**APPLICATION RECEIVED**
SEP 08 1998
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 08 1998

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

**Ex. 20**
**B. Toder Decl.**

THOMAS, J (NM)0597

EXAMINED BY

CHECKED BY

CORRESPONDENCE
□ Yes

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes □ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. □ This work was previously registered in unpublished form and now has been published for the first time.

b. □ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**   UNKNOWN   **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

TRACKS 1, 3-6, 8-12

**6**

See instructions
before completing
this space.

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

ALL OTHER SOUND RECORDINGS/PICTORIAL MATTER

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼   UNIVERSAL MUSIC GROUP   Account Number ▼   DA024562

**7**

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

UNIVERSAL MUSIC GROUP/COPYRIGHT DEPARTMENT
70 UNIVERSAL CITY PLAZA DRIVE
UNIVERSAL CITY, CA  91608

Area code and daytime telephone number ► (818) 777-4040   Fax number ► (818) 866-1604

Email ►

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

□ author

□ other copyright claimant

□ owner of exclusive right(s)

☑ authorized agent of   UNIVERSAL RECORDS INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

PATRICIA BLAIR   Date ► 9/1/98

Handwritten signature ▼

X _____

**9**

Mail
certificate
to:

| Name ▼ | UNIVERSAL MUSIC GROUP COPYRIGHT DEPARTMENT |
| Number/Street/Apt ▼ | 70 UNIVERSAL CITY PLAZA |
| City/State/ZIP ▼ | UNIVERSAL CITY, CA  91608 |

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1997—80,000   ♻ PRINTED ON RECYCLED PAPER   ☆U.S. COPYRIGHT OFFICE WWW: March 1998

THOMAS, J (NM)0598