# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CV 06-1497 (MJD/RLE)

VIRGIN RECORDS AMERICA, INC, ET AL,

v.                                          **TRIAL DATE**

JAMMIE THOMAS.

---

The Jury Trial will begin, October 2, 2007 at 9:00 a.m. before Judge Michael J. Davis in <u>Courtroom 1, in DULUTH, MN</u> . Please review the trial notice for all deadlines.

Dated: September 12, 2007              s/Kristine Wegner
                                       KRISTINE M. WEGNER
                                       Calendar Clerk to the
                                       Honorable Judge Michael J.
                                       Davis