# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Virgin Records, et al., Plaintiffs, | **COURT MINUTES**<br>BEFORE: Raymond L. Erickson<br>U.S. Chief Magistrate Judge |
| v. | |
| Jammie Thomas, Defendant. | Case No: 06cv-1497 (MJD/RLE)<br>Date: September 13, 2007<br>Tape Number: 07-55<br>Time Commenced: 2:45 p.m.<br>Time Concluded: 3:15 p.m.<br>Time in Court: 0 Hours & 30 Minutes |

**APPEARANCES:**

For Plaintiff:     Andrew B. Mohraz
For Defendant:  Brian N. Toder

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**    ☒ **COURT**    ☐ **PLAINTIFF**    ☐ **DEFENDANT**

Virgin Records et al.'s Motion for Summary Adjudication of Specific Facts [Docket No. 39]
Virgin Records et al.'s Motion to Enforce Judgment re: Specific Facts [Docket No. 41]

Motions taken under advisement as of:      September 13, 2007

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

　　　　　　　　　　　　　　　　　　　　　　　　　　s/Deborah K. Broderson
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Law Clerk