IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
DULUTH DIVISION

VIRGIN RECORDS AMERICA, INC., a
California corporation; CAPITOL
RECORDS, INC., a Delaware
corporation; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; ARISTA RECORDS LLC, a
Delaware limited liability company;
INTERSCOPE RECORDS, a California
general partnership; WARNER BROS.
RECORDS INC., a Delaware corporation;
and UMG RECORDINGS, INC., a
Delaware corporation,

        Plaintiffs,

vs.

Jammie Thomas,

        Defendant.

Case No.: 06cv1497-MJD/RLE

**PLAINTIFFS' EXHIBIT LIST**

Pursuant to the Court's Order of August 3, 2007, Plaintiffs respectfully submit the attached trial exhibit list.

Respectfully submitted this 17th day of September 2007.

/s Laura G. Coates
Felicia J. Boyd (No. 186168)
Laura G. Coates (No. 350175)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Richard L. Gabriel (pro hac vice)
Timothy M. Reynolds (pro hac vice)
David A. Tonini (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

ATTORNEYS FOR PLAINTIFFS

fb.us.2298431.01

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

VIRGIN RECORDS AMERICA, INC., *et al.*,

V.

JAMMIE THOMAS

**PLAINTIFFS' EXHIBIT LIST**

Case Number: 06-cv-1497-MJD/RLE

| PRESIDING JUDGE | PLAINTIFF=S ATTORNEY | DEFENDANT=S ATTORNEY |
|---|---|---|
| Michael J. Davis | Richard L. Gabriel, Esq. | Brian Toder, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 2, 2007 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Exhibit A to Complaint (list of Plaintiffs' copyrighted sound recordings) |
| 2 | | | | | Schedule 1 (list of additional copyrighted sound recordings of Plaintiffs) |
| 3 | | | | | Certificates of Registration of Sound Recording Copyrights for Sound Recordings listed in Exhibit A to the Complaint and in Schedule 1 |
| 4 | | | | | Documents Showing Plaintiffs' Chain of Title to Sound Recordings listed in Exhibit A to the Complaint and in Schedule 1 |
| 5 | | | | | Legitimate copies of the Compact Disks containing the sound recordings infringed by Defendant |
| 6 | | | | | SafeNet Screenshots of Defendant's computer (Attached to Complaint as Ex. B) |
| 7 | | | | | SafeNet Systemlog from February 21, 2005 |
| 8 | | | | | SafeNet UserLog (compressed) from February 21, 2005 |
| 9 | | | | | SafeNet UserLog from February 21, 2005 |
| 10 | | | | | SafeNet Download Logs from February 21, 2005 |
| 11 | | | | | SafeNet Trace of February 21, 2005 |
| 12 | | | | | Copies of the MP3 sound recordings downloaded from Defendants computer on February 21, 2005 |
| 13 | | | | | SafeNet Instant Message Log |
| 14 | | | | | April 18, 2005 Subpoena to Charter Communications, Inc., with copy of Court's Order Granting Immediate Discovery |
| 15 | | | | | April 22, 2005 Important Legal Notice from Charter Communications, Inc. to Defendant |
| 16 | | | | | May 19, 2005 Response of Charter Communications, Inc. to April 18, 2005 Subpoena |
| 17 | | | | | April 3, 2007 Letter of Charter Communications to Brian Toder with attached billing records and Charter Communications, Inc. Modem Lease Status |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | | | | | | Best Buy Sales/Service History for Defendant |
| 19 | | | | | | Letter from Shook Hardy & Bacon L.L.P. to Defendant, dated August 19, 2005 |
| 20 | | | | | | Map of Defendant's home |
| 21 | | | | | | Curriculum Vitae of Dr. Doug Jacobson |
| 22 | | | | | | Supplemental Declaration and Expert Report of Dr. Doug Jacobson, dated May 29, 2007 |
| 23 | | | | | | Screenshots of Defendant's Desktop. |
| 24 | | | | | | Cached Pages from Defendant's computer of EA Sports, Match.com, and Yahoo showing "tereastarr" username |
| 25 | | | | | | List of Defendant's CD's compiled by Defendant |
| 26 | | | | | | Playlists from Defendant's Computer |
| 27 | | | | | | List of Sound Recordings found on the hard drive supplied by the defendant. |
| 28 | | | | | | Demonstrative exhibits |
| 29 | | | | | | Any exhibits necessary for impeachment or rebuttal |
| 30 | | | | | | Plaintiffs reserve the right to add additional exhibits depending on Defendant's witness and exhibit designations |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of   2   Pages

4