&#9998;AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Virgin Records America, Inc. et al<br>V.<br>Jammie Thomas | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: Civil No. 06-1497 (MJD/RLE) | |
| PRESIDING JUDGE<br>Michael J. Davis<br>TRIAL DATE (S) | PLAINTIFF'S ATTORNEY<br>Andrew Mohraz, Richard L. Gabriel<br>COURT REPORTER | DEFENDANT'S ATTORNEY<br>Brian N. Toder<br>COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Certificate of Registration, Bates No. Tomas J (NM) 0579-580, Serial No. 85-358 |
| | 2 | | | | Certificate of Registration, Bates No. Thomas J (NM) 0587-588 , Serial No. 141-365 |
| | 3 | | | | Certificate of Registration, Bates No. Thomas J. (NM) 0575-576, Serial No. 69-529 |
| | 4 | | | | Certificate of Registration, Bates No. Thomas J. (NM) 0571-572, Serial No. 43-223 |
| | 5 | | | | Certificate of Registration, Bates No. Thomas J (NM) 0577-078, Serial No. 83 468 |
| | 6 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0589-590, Serial No. 153-061 |
| | 7 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0581-582, Serial No. 90 420 |
| | 8 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0601-602., Serial No. 256 807 |
| | 9 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0573-574 , Serial No. 58-024 |
| | 10 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0595-596, Serial No. 209-823 |
| | 11 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0585-586, Serial No. 134-647 |
| | 12 | | | | Certificate of Registration Bates No. Thomas J. (MN) 0016-17, Serial No. 30-088 |
| | 13 | | | | Certificate of Registration Bates No. Thomas J. (MN) 0018-19, Serial No. 174-392 |
| | 14 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0597-98, Serial No. 241-879 |
| | 15 | | | | J. Thomas Depo. Ex. No. 1: Printout of CD Collection |
| | 16 | | | | J. Thomas Depo. Ex. No. 2: CD of CD Collection |
| | 17 | | | | J. Thomas Depo. Ex. No. 3: Receipt from Walmart.Com |

**WITNESSES:**

Jammie Thomas: Ms. Thomas will testify in opposition as to the allegations in the Complaint.

Dated: September 17, 2007                    **CHESTNUT & CAMBRONNE, P.A.**


                                             By /s/  Brian N. Toder_____
                                                Brian N. Toder #17869X
                                                3700 Campbell Mithun Tower
                                                222 South Ninth Street
                                                Minneapolis, MN 55402
                                                (612) 339-7300
                                                Fax (612)336-2940

                                             **ATTORNEYS FOR DEFENDANT**