IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>    Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br>**DEFENDANT'S**<br>VOIR DIRE |

1. Have any of you heard of this case in the newspapers or television?

2. Is anyone an artist? Anyone in your family?

3. Anyone ever been involved in the recording industry? Anyone in your family?

4. Do you like to listen to music? What kinds?

5. Do you buy your own music or do you download your music?

6. Do you own an I-pod or any other portable digital music player?

7. Have you ever downloaded music from the internet or your own music collection onto your computer?

8. Have you ever made a copy of a cd for your own use or to give to a friend or family member?

9. How would you rate your computer knowledge on a scale of 1-5, with 5 being the most knowledgeable?

10. Do you consider downloading music that is free to be illegal?

11. Do any of you have any strong feelings about downloading music?

12. Do any of you have any strong feelings about the recording industry?

13. Community Interests/involvement.

14. Do you belong to any organizations or clubs/unions?

15. What hobbies do you enjoy?

16. Are there any attorneys in your family; what type of practice?

17. Have you ever lost a considerable amount of money?

18. What is your marital status?

19. Do you have any children?

20. Do you have any religious affiliations?

21. What are you favorite internet websites?

22. How do you feel about lawsuits in general?

23. Are there any judges, attorneys, paralegals, legal secretaries or law students in your family? If so what type of practice?

24. Have you ever been involved in a lawsuit? If so what was your role?

25. Have you ever served on a jury? If so, when and what kind of case?

26. Do you regularly watch TV and if so, what programs?

27. Do you have any bumper stickers, if so what do they say?

28. What newspapers and publications do you regularly read?

Dated: September 17, 2007                CHESTNUT & CAMBRONNE, P.A.


By  s/Brian N. Toder
    Brian N. Toder #17869X
    3700 Campbell Mithun Tower
    222 South Ninth Street
    Minneapolis, MN 55402
    (612) 339-7300
    Fax (612)336-2940

ATTORNEYS FOR DEFENDANT