# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## DULUTH DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>Jammie Thomas,<br><br>        Defendant. | Case No.: 06cv1497-MJD/RLE<br><br>**PLAINTIFFS' PROPOSED VERDICT FORM** |

Pursuant to the Court's Order of August 3, 2007, Plaintiffs respectfully submit the attached proposed verdict form.

Respectfully submitted this 17th day of September 2007.

                                                      <u>s/ Laura G. Coates</u>
Felicia J. Boyd (No. 186168)
Laura G. Coates (No. 350175)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Richard L. Gabriel (pro hac vice)
Timothy M. Reynolds (pro hac vice)
David A. Tonini (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
# DULUTH DIVISION

VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,

        Plaintiffs,

vs.

Jammie Thomas,

        Defendant.

Case No.: 06cv1497-MJD/RLE

**VERDICT**

---

We the jury, upon our oath, give the following answers to the Court's questions, based upon a preponderance of the evidence:

**A. Plaintiffs' claim for copyright infringement:**

    1.    On Plaintiffs' claim for copyright infringement, we find for the:

    **Answer (Plaintiffs or Defendant):** _____

    2.    If your answer to question 1 is "Plaintiffs," do you find that Defendant's infringement was committed willfully?

    **Answer (Yes or No):** _____

3. If your answer to question 1 is "Plaintiffs," what statutory damages do you award Plaintiffs for each copyrighted work?

    a) **Answer if non-willful, then $750-$30,000**? _____

    b) **Answer if willful, then up to $150,000**?     _____

4. Please calculate the total amount of damages:

**Damages per infringement (from question 3 above):** $_____

**x 26 Sound Recordings**

**Total = $**_____

Dated:_____

_____    _____
                                                                              Foreperson

_____    _____

_____    _____