IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br>**DEFENDANT'S** MOTIONS IN LIMINE AND MOTION FOR ADDITIONAL TIME TO SUBMIT ADDITIONAL MOTIONS IN LIMINE |

The Court set a deadline of noon, September 17, 2007, as the deadline for filing motions *in limine*. Plaintiffs emailed a collective exhibit list to defendant's counsel the evening of Saturday, September 15, 2007, which list defendant first saw the morning of September 17, 2007. As of 11:20 a.m. September 17, 2007, defendant has not received any witness list.

The foregoing is not meant to be critical; it is only to demonstrate that defendant is not in a position to provide meaningful motions in limine, many of which could streamline the trial.

Accordingly, without waiving her request for additional time, defendant moves the court for an Order instructing the parties to not allude or refer to, directly or indirectly, in opening statements:

1. That plaintiffs, as a single entity, are suing defendant.

2. That downloading a recording from a peer-to-peer network, in and of itself, constitutes an act of infringement.

3. That there is evidence of similar alleged conduct involving defendants not party to this action.

Respectfully submitted,

Dated: September 17, 2007          **CHESTNUT & CAMBRONNE, P.A.**

By /s Brian N. Toder
   Brian N. Toder #17869X
   3700 Campbell Mithun Tower
   222 South Ninth Street
   Minneapolis, MN 55402
   (612) 339-7300
   Fax (612)336-2940

**ATTORNEYS FOR DEFENDANT**