IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>     Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br><br><br>**DEFENDANT'S<br>PROPOSED UNAGREED-UPON<br>JURY INSTRUCTIONS** |

Attached hereto are Defendant Jammie Thomas' Proposed UnAgreed-

Upon Jury Instructions indexed as follows:

| Pg. | Title |
|---|---|
| 1 | Action for Copyright Infringement |
| 2 | 2.08A Evidence Admitted Against Only One Party |
| 3 | 3.04 Burden Of Proof |
| 4 | Proof of Plaintiff: Owner of Works Protected by Copyright Act |
| 5 | Each Plaintiff Claims in Each Case That the Defendant Violated its Exclusive Rights to Reproduce and Distribute its Copyrighted Works |
| 6 | § 160.90 Generally- Virgin Records had a Valid Copyright |
| 7 | § 160.90 Generally- Capitol Records Inc. had a Valid Copyright |
| 8 | § 160.90 Generally- Sony BMG Music Entertainment had a Valid Copyright |
| 9 | § 160.90 Generally- Arista Records LLC had a Valid Copyright |
| 10 | § 160.90 Generally- Interscope Records had a Valid Copyright |

| 11 | § 160.90 Generally- Warner Bros. Records Inc. had a Valid Copyright |
| 12 | § 160.90 Generally- UMG Recordings Inc. had a Valid Copyright |
| 13 | § 160.93 Statutory Damages |

Dated: September 17, 2007　　　　　　**CHESTNUT & CAMBRONNE, P.A.**

　　　　　　　　　　　　　　　　　　By <u>s/Brian N. Toder</u>
　　　　　　　　　　　　　　　　　　　　Brian N. Toder #17869X
　　　　　　　　　　　　　　　　　　　　3700 Campbell Mithun Tower
　　　　　　　　　　　　　　　　　　　　222 South Ninth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　(612) 339-7300
　　　　　　　　　　　　　　　　　　　　Fax (612)336-2940

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**