UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Virgin America Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on September 17, 2007, I caused the following documents:

1. **Defendant'**s Statement of the Case;
2. **Defendant's Exhibit/Witness List;**
3. **Defendant's Proposed Voir Dire Questions;**
4. **Defendant's Proposed Unagreed**-Upon Jury Instruction;
5. **Defendant's Proposed Special Verdict Form; and**
6. **Defendant's Motions** In Limine And Motion For Additional Time To Submit Additional Motions In Limine

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Felicia J. Boyd (#186168)
    Laura G. Coates (#350175)
    Faegre & Benson, LLP
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402-3901

    Timothy M. Reynolds
    Andrew Mohraz
    Holme Roberts & Owen, LLP
    1700 Lincoln Street
    Suite 4100
    Denver, CO 80203-4541

Dated: September 17, 2007    /s/ Brian N. Toder
    Brian N. Toder, #17869X
    Chestnut & Cambronne, P.A.
    3700 Campbell Mithun Tower
    222 South Ninth Street
    Minneapolis, MN 55402
    (612)339-7300