IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS,<br><br>        Defendant. | Civ. No.: 06-cv-1497 MJD/RLE<br><br><br><br><br><br>**CERTIFICATE OF SERVICE OF JURY TRIAL DOCUMENTS** |

I hereby certify that on September 17, 2007, I caused the following documents:

Statement of the Case

Plaintiffs' Exhibit List

Plaintiffs' Witness List

Proposed Voir Dire Questions

Plaintiffs' Proposed Jury Instructions

Joint Proposed Jury Instructions

Proposed Verdict Form

Motion in Limine to Exclude Evidence Disputing Admitted Facts

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Felicia J. Boyd               fboyd@faegre.com; tbeyl@faegre.com

Brian N. Toder            btoder@chestnutcambronne.com

Richard L. Gabriel        Richard.Gabriel@hro.com

Timothy M. Reynolds       Timothy.Reynolds@hro.com

Andrew Mohraz             Andrew.Mohraz@hro.com

I further certify that I caused two courtesy copies of the foregoing documents to be hand-delivered and filed with the court via e-mail to the following judge:

Judge Michael J. Davis    davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the foregoing documents to be hand delivered to the following:

Brian N. Toder
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South 9th Street
Minneapolis, MN 55402

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Michael J. Davis    davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Brian N. Toder            btoder@chestnutcambronne.com

Date: September 17, 2007                    Respectfully submitted,

                                            /s Laura G. Coates

                                            Felicia J. Boyd (No. 186168)
                                            Kara L. Benson (No. 248290)
                                            Laura G. Coates (No. 350175)
                                            FAEGRE & BENSON LLP
                                            2200 Wells Fargo Center
                                            90 South Seventh Street
                                            Minneapolis, Minnesota 55402-3901
                                            Telephone: (612) 766-7000
                                            Facsimile:  (612) 766-1600

                                            OF COUNSEL

                                            Richard L. Gabriel (*pro hac vice*)
                                            Timothy M. Reynolds (*pro hac vice*)
                                            Andrew Mohraz (*pro hac vice)*
                                            HOLME ROBERTS & OWEN LLP
                                            1700 Lincoln, Suite 4100
                                            Denver, Colorado 80203
                                            Telephone: (303) 866-0399
                                            Facsimile: (303) 866-0200

                                            ATTORNEYS FOR PLAINTIFFS

fb.us.2298209.01