UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CV 06-1497 (MJD/RLE)

VIRGIN RECORDS AMERICA, INC., ET AL.

v.

**BRIEFING NOTICE**

JAMMIE THOMAS.

The deadline for parties to file motions in limine for the upcoming trial is September 17, 2007. An extension has been given to both parties and motions in limine shall be filed by September 24, 2007 (by noon). All responses shall be filed by September 26 (noon). All other deadlines remain and can be found in the trial notice. Please feel free to call me at 612-664-5073 with any questions you may have regarding this extension.

Dated: September 17, 2007

s/Kristine Wegner
KRISTINE M. WEGNER
Calendar Clerk to the
Honorable Judge Michael J. Davis