## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

Virgin Records America, Inc.,
et al.,

        Plaintiffs,

    vs.                                  ORDER

Jammie Thomas,

        Defendant.           Civ. No. 06-1497 (MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

On August 2, 2007, the undersigned issued an Order, setting the above-entitled matter on for a Settlement Conference, and, pursuant to Order dated August 31, 2007, the Defendant was to advise the Court as to her interest in a Settlement Conference. The Defendant has advised the Court that a Settlement Conference would is futile, and also advises that each party is adamant that it will recover from the other party.

Accordingly, the Settlement Conference will be stricken from this Court's calendar.

THEREFORE, It is --

Dockets.Justia.com

ORDERED:

That the Settlement Conference set for Monday, September 24, 2007, at 10:00 a.m., in Court Room 3, Duluth, Minnesota, is stricken from this Court's calendar.

BY THE COURT:

DATED: September 20, 2007    s/Raymond L. Erickson
                             Raymond L. Erickson
                                  CHIEF U.S. MAGISTRATE JUDGE