✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | | | | |
|---|---|---|---|---|---|
| Virgin Records America, Inc. et al | | | | | **DEFENDANT'S AMENDED EXHIBIT AND WITNESS LIST** |
| V. | | | | | |
| Jammie Thomas | | | | | Case Number: Civil No. 06-1497 (MJD/RLE) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael J. Davis | Andrew Mohraz, Richard L. Gabriel | Brian N. Toder |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Certificate of Registration, Bates No. Tomas J (NM) 0579-580, Serial No. 85-358 (admissible only with Plaintiffs' witness) |
| | 2 | | | | Certificate of Registration, Bates No. Thomas J (NM) 0587-588 , Serial No. 141-365 (admissible only with Plaintiffs' witness) |
| | 3 | | | | Certificate of Registration, Bates No. Thomas J. (NM) 0575-576, Serial No. 69-529 (admissible only with Plaintiffs' witness) |
| | 4 | | | | Certificate of Registration, Bates No. Thomas J. (NM) 0571-572, Serial No. 43-223 (admissible only with Plaintiffs' witness) |
| | 5 | | | | Certificate of Registration, Bates No. Thomas J (NM) 0577-078, Serial No. 83 468 (admissible only with Plaintiffs' witness) |
| | 6 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0589-590, Serial No. 153-061 (admissible only with Plaintiffs' witness) |
| | 7 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0581-582, Serial No. 90 420 (admissible only with Plaintiffs' witness) |
| | 8 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0601-602., Serial No. 256 807 (admissible only with Plaintiffs' witness) |
| | 9 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0573-574 , Serial No. 58-024 (admissible only with Plaintiffs' witness) |
| | 10 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0595-596, Serial No. 209-823 (admissible only with Plaintiffs' witness) |
| | 11 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0585-586, Serial No. 134-647 (admissible only with Plaintiffs' witness) |
| | 12 | | | | Certificate of Registration Bates No. Thomas J. (MN) 0016-17, Serial No. 30-088 (admissible only with Plaintiffs' witness) |
| | 13 | | | | Certificate of Registration Bates No. Thomas J. (MN) 0018-19, Serial No. 174-392 (admissible only with Plaintiffs' witness) |
| | 14 | | | | Certificate of Registration Bates No. Thomas J. (NM) 0597-98, Serial No. 241-879 (admissible only with Plaintiffs' witness) |
| | 15 | | | | J. Thomas Depo. Ex. No. 2: CD of CD Collection |
| | 16 | | | | J. Thomas Depo. Ex. No. 3: Receipt from Walmart.Com |
| | 17 | | | | Demonstrative Exhibits |
| | 18 | | | | Any exhibits necessary for impeachment or rebuttal |

| | | | | |
|---|---|---|---|---|
| | 19 | | | Plaintiffs reserve the right to add additional exhibits depending on Defendant's witness and exhibit designations **WITNESSES:** Jammie Thomas: Ms. Thomas will testify in opposition as to the allegations in the Complaint. |

Dated: September 20, 2007    **CHESTNUT & CAMBRONNE, P.A.**

    By /s/  Brian N. Toder_____
       Brian N. Toder #17869X
       3700 Campbell Mithun Tower
       222 South Ninth Street
       Minneapolis, MN 55402
       (612) 339-7300
       Fax (612)336-2940

    **ATTORNEYS FOR DEFENDANT**