OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

VIRGIN RECORDS AMERICA, INC., *et al.*,

V.

JAMMIE THOMAS

### PLAINTIFFS' AMENDED EXHIBIT LIST

Case Number: 06-cv-1497-MJD/RLE

| PRESIDING JUDGE: | PLAINTIFF=S ATTORNEY: | DEFENDANT=S ATTORNEY: |
|---|---|---|
| Hon. Michael J. Davis | Richard L. Gabriel, Esq. | Brian Toder, Esq. |
| TRIAL DATE(S): | COURT REPORTER: | COURTROOM DEPUTY: |
| October 2, 2007 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | DEF.'S OBJECTIONS |
|---|---|---|---|---|---|---|
| 1 | | | | | Exhibit A to Complaint (list of Plaintiffs' copyrighted sound recordings) | 802 |
| 2 | | | | | Schedule 1 (list of additional copyrighted sound recordings of Plaintiffs) | 802 |
| 3 | | | | | Certificates of Registration of Sound Recording Copyrights for Sound Recordings listed in Exhibit A to the Complaint and in Schedule 1 | 602 |
| 4 | | | | | Documents Showing Plaintiffs' Chain of Title to Sound Recordings listed in Exhibit A to the Complaint and in Schedule 1 | 401, 403, 602, 901 |
| 5 | | | | | Legitimate copies of the Compact Disks containing the sound recordings infringed by Defendant | 401, 602 |
| 6 | | | | | SafeNet Screenshots of Defendant's computer (Attached to Complaint as Ex. B) | 401, 602, 901, 802 |
| 7 | | | | | SafeNet Systemlog from February 21, 2005 | 401, 602, 901, 802 |
| 8 | | | | | SafeNet UserLog (compressed) from February 21, 2005 | 401, 602, 901, 802 |
| 9 | | | | | SafeNet UserLog from February 21, 2005 | 401, 602, 901, 802 |
| 10 | | | | | SafeNet Download Logs from February 21, 2005 | 401, 602, 901, 802 |
| 11 | | | | | SafeNet Trace of February 21, 2005 | 401, 602, 901, 802 |
| 12 | | | | | Copies of the MP3 sound recordings downloaded from Defendants computer on February 21, 2005 | 401, 602, 901 |
| 13 | | | | | SafeNet Instant Message Log and Message | 401, 602, 901, 802 |
| 14 | | | | | April 18, 2005 Subpoena to Charter Communications, Inc., with copy of Court's Order Granting Immediate Discovery | 401, 403 |
| 15 | | | | | April 22, 2005 Important Legal Notice from Charter Communications, Inc. to Defendant | 401, 602, 802 |

#1275001 v3

| 16 | | | | | May 19, 2005 Response of Charter Communications, Inc. to April 18, 2005 Subpoena | 401, 403, 602, 802 |
|----|---|---|---|---|---|---|
| 17 | | | | | April 3, 2007 Letter of Charter Communications to Brian Toder with attached billing records and Charter Communications, Inc. Modem | 401, 403, 802 |
| 18 | | | | | Best Buy Sales/Service History for Defendant | None |
| 19 | | | | | Letter from Shook Hardy & Bacon L.L.P. to Defendant, dated August 19, 2005 | 403, 802 |
| 20 | | | | | Map of Defendant's home | 401 |
| 21 | | | | | Curriculum Vitae of Dr. Doug Jacobson | 802 |
| 22 | | | | | Supplemental Declaration and Expert Report of Dr. Doug Jacobson, dated May 29, 2007 | 802 |
| 23 | | | | | Screenshots of Defendant's Desktop. | 401 |
| 24 | | | | | Cached Pages from Defendant's computer of EA Sports, Match.com, and Yahoo showing "tereastarr" username | 401 |
| 25 | | | | | List of Defendant's CD's compiled by Defendant | None |
| 26 | | | | | Playlists from Defendant's Computer | None |
| 27 | | | | | List of Sound Recordings found on the hard drive supplied by the defendant. | None |
| 28 | | | | | Demonstrative exhibits | |
| 29 | | | | | Any exhibits necessary for impeachment or rebuttal | |
| 30 | | | | | Plaintiffs reserve the right to add additional exhibits depending on Defendant's witness and exhibit designations | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

#1275001 v3