IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | Civ. No.: 06-cv-1497 MJD/RLE |
| Plaintiffs, | **CERTIFICATE OF SERVICE OF PLAINTIFFS' AMENDED EXHIBIT LIST** |
| vs. | |
| JAMMIE THOMAS, | |
| Defendant. | |

I hereby certify that on September 21, 2007, I caused the following documents:

Plaintiffs' Amended Exhibit List

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Felicia J. Boyd | fboyd@faegre.com; tbeyl@faegre.com |
| Brian N. Toder | btoder@chestnutcambronne.com |
| Richard L. Gabriel | Richard.Gabriel@hro.com |
| Timothy M. Reynolds | Timothy.Reynolds@hro.com |
| Andrew Mohraz | Andrew.Mohraz@hro.com |

I further certify that I caused two courtesy copies of the foregoing documents to be hand-delivered and filed with the court via e-mail to the following judge:

Judge Michael J. Davis        davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the foregoing documents to be hand delivered to

the following:

    Brian N. Toder
    CHESTNUT & CAMBRONNE, P.A.
    3700 Campbell Mithun Tower
    222 South 9th Street
    Minneapolis, MN 55402

Date: September 21, 2007　　　　　　　Respectfully submitted,

                                            /s Laura G. Coates

                                            Felicia J. Boyd (No. 186168)
                                            Kara L. Benson (No. 248290)
                                            Laura G. Coates (No. 350175)
                                            FAEGRE & BENSON LLP
                                            2200 Wells Fargo Center
                                            90 South Seventh Street
                                            Minneapolis, Minnesota 55402-3901
                                            Telephone: (612) 766-7000
                                            Facsimile: (612) 766-1600

                                            OF COUNSEL

                                            Richard L. Gabriel (*pro hac vice*)
                                            Timothy M. Reynolds (*pro hac vice*)
                                            Andrew Mohraz (*pro hac vice*)
                                            HOLME ROBERTS & OWEN LLP
                                            1700 Lincoln, Suite 4100
                                            Denver, Colorado 80203
                                            Telephone: (303) 866-0399
                                            Facsimile: (303) 866-0200

                                            ATTORNEYS FOR PLAINTIFFS

fb.us.2310704.01