UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Virgin America Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on September 24, 2007, I caused the following documents:

1. **Defendant's Motion in Limine to Preclude the Admission of Plaintiffs'** Trial Exhibit 4 Pursuant to Rules 26 and 37.

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

>Felicia J. Boyd (#186168)
>Laura G. Coates (#350175)
>Faegre & Benson, LLP
>2200 Wells Fargo Center
>90 South Seventh Street
>Minneapolis, MN 55402-3901
>
>Timothy M. Reynolds
>Andrew Mohraz
>Holme Roberts & Owen, LLP
>1700 Lincoln Street
>Suite 4100
>Denver, CO 80203-4541

Dated: September 24, 2007　　　　/s/ Brian N. Toder
　　　　　　　　　　　　　　　　Brian N. Toder, #17869X
　　　　　　　　　　　　　　　　Chestnut & Cambronne, P.A.
　　　　　　　　　　　　　　　　3700 Campbell Mithun Tower
　　　　　　　　　　　　　　　　222 South Ninth Street
　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　(612)339-7300