Virgin Records America, Inc v. Thomas — Doc. 84

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS,<br><br>        Defendant. | Civ. No.: 06-cv-1497 MJD/RLE<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 24, 2007, I caused the following documents:

Plaintiffs' Motion in Limine to Preclude Defendant from Making Unfounded, Prejudicial Statements to the Jury

Declaration of Timothy M. Reynolds in Support of Plaintiffs' Motion in Limine to Preclude Defendant from Making Unfounded, Prejudicial Statements to the Jury

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Felicia J. Boyd | fboyd@faegre.com; tbeyl@faegre.com |
| Brian N. Toder | btoder@chestnutcambronne.com |
| Richard L. Gabriel | Richard.Gabriel@hro.com |
| Timothy M. Reynolds | Timothy.Reynolds@hro.com |
| Andrew Mohraz | Andrew.Mohraz@hro.com |

dockets.Justia.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Michael J. Davis  davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Brian N. Toder  btoder@chestnutcambronne.com

I further certify that I caused two courtesy copies of the foregoing documents to be hand-delivered and filed with the court via e-mail to the following judge:

Judge Michael J. Davis  davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the foregoing documents to be hand delivered to the following:

Brian N. Toder
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South 9th Street
Minneapolis, MN 55402

Date: September 24, 2007         Respectfully submitted,

/s Laura G. Coates

Felicia J. Boyd (No. 186168)
Kara L. Benson (No. 248290)
Laura G. Coates (No. 350175)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile:  (612) 766-1600

OF COUNSEL

Richard L. Gabriel (*pro hac vice*)
Timothy M. Reynolds (*pro hac vice*)
Andrew Mohraz (*pro hac vice)*
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 866-0399
Facsimile: (303) 866-0200

ATTORNEYS FOR PLAINTIFFS

fb.us.2312992.01