UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Virgin America Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on September 24, 2007, I caused the following documents:

1. **Defendant**'s Memorandum in Support of Her Three Docket 67 Motions in Limine.

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Felicia J. Boyd (#186168)
    Laura G. Coates (#350175)
    Faegre & Benson, LLP
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402-3901

    Timothy M. Reynolds
    Andrew Mohraz
    Holme Roberts & Owen, LLP
    1700 Lincoln Street
    Suite 4100
    Denver, CO 80203-4541

Dated: September 24, 2007     /s/ Brian N. Toder
                                               Brian N. Toder, #17869X
                                               Chestnut & Cambronne, P.A.
                                               3700 Campbell Mithun Tower
                                               222 South Ninth Street
                                               Minneapolis, MN 55402
                                               (612)339-7300