UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Virgin America Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on September 24, 2007, I caused the following documents:

1. Declaration of Brian N. Toder in Opposition to Plaintiffs' Motion in Limine to Preclude Defendant from Making Unfounded Prejudicial Statements to the Jury

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> Felicia J. Boyd (#186168)
> Laura G. Coates (#350175)
> Faegre & Benson, LLP
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN 55402-3901

> Timothy M. Reynolds
> Andrew Mohraz
> Holme Roberts & Owen, LLP
> 1700 Lincoln Street
> Suite 4100
> Denver, CO 80203-4541

Dated: September 25, 2007              /s/ Brian N. Toder
                                        Brian N. Toder, #17869X
                                        Chestnut & Cambronne, P.A.
                                        3700 Campbell Mithun Tower
                                        222 South Ninth Street
                                        Minneapolis, MN 55402
                                        (612)339-7300