IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | Civ. No.: 06-cv-1497 MJD/RLE |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| JAMMIE THOMAS, | |
| Defendant. | |

I hereby certify that on September 26, 2007, I caused the following documents:

Plaintiffs' Opposition to Defendant's Motion in Limine to Preclude the Admission of Plaintiffs' Trial Exhibit 4

Declaration of Timothy M. Reynolds in Support of Plaintiffs' Opposition to Defendant's Motion in Limine to Preclude the Admission of Plaintiffs' Trial Exhibit 4

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Felicia J. Boyd | fboyd@faegre.com; tbeyl@faegre.com |
| Brian N. Toder | btoder@chestnutcambronne.com |
| Richard L. Gabriel | Richard.Gabriel@hro.com |
| Timothy M. Reynolds | Timothy.Reynolds@hro.com |
| Andrew Mohraz | Andrew.Mohraz@hro.com |

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

    Judge Michael J. Davis    davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

    Brian N. Toder    btoder@chestnutcambronne.com

I further certify that I caused two courtesy copies of the foregoing documents to be hand-delivered and filed with the court via e-mail to the following judge:

    Judge Michael J. Davis    davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the foregoing documents to be hand delivered to the following:

    Brian N. Toder  
    CHESTNUT & CAMBRONNE, P.A.  
    3700 Campbell Mithun Tower  
    222 South 9th Street  
    Minneapolis, MN 55402

Date: September 26, 2007                    Respectfully submitted,

/s Laura G. Coates

Felicia J. Boyd (No. 186168)
Kara L. Benson (No. 248290)
Laura G. Coates (No. 350175)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

OF COUNSEL

Richard L. Gabriel (*pro hac vice*)
Timothy M. Reynolds (*pro hac vice*)
Andrew Mohraz (*pro hac vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 866-0399
Facsimile: (303) 866-0200

ATTORNEYS FOR PLAINTIFFS

fb.us 2320265 01