IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>　　　　　　　　Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br><br><br>**DEFENDANT'S**<br>MOTION IN LIMINE<br>TO PRECLUDE EVIDENCE OF HER<br>**COUNSEL'S MOTION TO**<br>WITHDRAW (DKT. 48) |

　　It has come to the attention of Defendant's undersigned counsel that Plaintiffs may mention in opening statement and elicit through cross-examination **matters respecting Defendant's counsel** motion to withdraw (Dkt. 33) which Motion was denied on August 31, 2007 (Dkt. 48). Defendant hereby moves the Court for an Order precluding any mention of such matters to the jury or the eliciting of testimony of the same on the grounds that those were in camera proceedings with filings under seal, and the subject matter is irrelevant to the issues at trial.

CHESTNUT & CAMBRONNE, P.A.

Dated: September 28, 2007

By <u>/s  Brian N. Toder</u>
   Brian N. Toder #17869X
   3700 Campbell Mithun Tower
   222 South Ninth Street
   Minneapolis, MN 55402
   (612) 339-7300
   Fax (612)336-2940

   ATTORNEYS FOR DEFENDANT