# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL TRIAL

| | |
|---|---|
| Virgin Records America, et al. ) | **COURT MINUTES** |
| *a California Corporation,* ) | BEFORE: Michael J. Davis |
| ) | U.S. District Judge |
| Plaintiffs, ) | |
| ) | Case No:         06-cv-1497 (MDJ/RLE) |
| v. ) | Date:               October 2, 2007 |
| ) | Court Reporter:   Lori Simpson |
| Jammie Thomas, ) | Time Commenced:  9:00 a.m. -9:30 a..m. |
| ) | 9:35 a.m. - 10:50 a.m. |
| Defendant. ) | 11:00 a.m. -12:30 p.m. |
| ) | 1:30 p.m. - 3:15 p.m. |
| | 3:30 p.m. - 5:00 p.m. |
| | Time Concluded:   5:00 p.m.  - 5:30 p.m. |
| | Time in Court:     7 Hours |

APPEARANCES:

   Plaintiff:    Richard Gabriel and Timothy Reynolds-  Holme, Roberts, & Owen, LLP
   Defendant:  Brian Toder - Chestunt and Cambronne, PA

PROCEEDINGS:

- ☒ **Rulings on motions in limine. Defendant's Motion in Limine to Preclude Evidence of her Counsel's Motion to Withdraw[93] is granted. Motions in Limine to Preclude Defendant from Making Unfounded, Prejudicial Statements to the Jury [82] is deferred. Virgin Records, of America is dismissed from this case with prejudice.**
- ☒ **Jury Selection.**
- ☒ **Trial - Began**.
- ☒ Jury impaneled.
- ☒ Opening statements.
- ☒ **Trial Held.**
- ☒ Trial continued to October 3,  2007.
- ☒ Plaintiff's witnesses:  Jennifer Pariser, Mark Weaver, David Edgar, and Doug Jacobson.

Date: October 2, 2007                                                                                                 s/KW
                                                                                                             Calendar Clerk to Judge Michael J. Davis