# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL TRIAL

| | |
|---|---|
| Virgin Records America, et al. | **COURT MINUTES** |
| *a California Corporation,* | BEFORE: Michael J. Davis |
| | U.S. District Judge |
| Plaintiffs, | |
| | Case No: 06-cv-1497 (MJD/RLE) |
| v. | Date: October 3, 2007 |
| | Court Reporter: Lori Simpson |
| Jammie Thomas, | Time Commenced: 9:00 a.m. - 10:15 a..m. |
| | 10:45 a.m. - 12:30 p.m. |
| Defendant. | 1:30 p.m. - 3:15 p.m. |
| | 3:30 p.m. - 4:30 p.m. |
| | 4:40 p.m. - 5:30 p.m. |
| | Time Concluded: 5:30 p.m. |
| | Time in Court: 6 Hours and 35 Minutes |

APPEARANCES:

    Plaintiff:    Richard Gabriel and Timothy Reynolds- Holme, Roberts, & Owen, LLP
    Defendant:    Brian Toder - Chestunt and Cambronne, PA

PROCEEDINGS:

- ☒ Plaintiff Dismisses claims on the following songs: GodSmack - Spiral and Godsmack - Moon Baby. (by UMG Recordings, Inc.) Janet Jackson - Back (by Virgin Records America, Inc.)
- ☒ Defendant's Motion to Preclude Cary Sherman, President of the Recording Industry of America, from testifying in the trial is GRANTED.
- ☒ Trial Held.
- ☒ Trial continued to October 4, 2007.
- ☒ Plaintiff's witnesses: Doug Jacobson continued, Kevin Havemeir, Ryan Changanki, Eric Stanley, Jammie Thomas, JoAn Cho, Betsy Brown, and Christopher Bavitz
- ☒ Plaintiff Rests
- ☒ Defendant Rests
- ☒ Review of Jury Instructions and Special Verdict Form

Date: October 3, 2007                                                                                                s/KW
                                                                                            Calendar Clerk to Judge Michael J. Davis