# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CAPITOL RECORDS, INC.,
a Delaware corporation;
ARISTA RECORDS LLC,
a Delaware limited liability company;
INTERSCOPE RECORDS,
a California general partnership;
WARNER BROS. RECORDS, INC.,
a Delaware corporation; and
UMG RECORDINGS, INC.,
a Deleware corporation,

**SPECIAL ORDER**
Civil File No. 06-1497
(MJD/RLE)

   Plaintiffs,

vs.

Jammie Thomas,

   Defendant.

---

This matter is before the Court on a request from a member of the news media to release information about the identities of the members of the jury. Pursuant to United States District Court for the District of Minnesota Local Rule 83.2, **IT IS HEREBY ORDERED THAT**:

1.  The names and addresses of jurors shall not be publicly released.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**
Dated: October 4, 2007

        BY THE COURT:
        s/Michael J. Davis
        The Honorable Michael J. Davis
        United States District Court Judge