AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

CAPITOL RECORDS, INC., a Delaware Corporation; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

Case Number: 06-1497 (MJD/RLE)

Jammie Thomas,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The names and addresses of jurors shall not be publicly released.

| October 4, 2007 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | s/Janelle Councillor |
| | (By) Janelle Councillor, Deputy Clerk |

Form Modified: 09/16/04