# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **CAPITOL RECORDS INC.**, a Delaware corporation; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; **ARISTA RECORDS LLC**, a Delaware limited liability company; **INTERSCOPE RECORDS**, a California general partnership; **WARNER BROS. RECORDS INC.**, a Delaware corporation; and **UMG RECORDINGS, INC.**, a Delaware corporation, <br><br>          Plaintiffs, <br><br> v. <br><br> **JAMMIE THOMAS**, <br><br>          Defendant. | Case No. 06-cv-1497 (MJD/RLE) <br><br><br> **SPECIAL VERDICT FORM** |

## VERDICT FORM

We, the jury impaneled in this matter, hereby answer the Special Verdict questions put to us as follows:

### Capitol Records, Inc.

1.   Did plaintiff Capitol Records, Inc. own the copyright to one or more of the sound recordings it claims defendant infringed?

       YES __*X*__          NO_____

   If you answered "NO," go directly to Question 6.

2. If you answered "YES" to the previous question, did defendant commit an act of infringement with respect to one or more copyrighted song recordings owned by plaintiff Capitol Records, Inc.?

   YES __X__          NO_____

   If you answered "NO," go directly to Question 6.

3. If you answered "YES" to the previous question, do you find that the defendant's infringement was committed <u>willfully</u>?

   YES __X__          NO_____

4. If you found that the defendant committed a <u>non-willful</u> act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Capitol Records, Inc., please answer both (a) and (b) below.

   a) How many of Capitol Records, Inc.'s copyrighted sound recordings did the defendant <u>non-willfully</u> infringe? _____
   b) What statutory damages do you award Capitol Records, Inc. for <u>each</u> copyrighted work ($750-$30,000)? $_____

   If you answered subparts (a) and (b) above, please go to Question 6.

5. If you found that the defendant committed a <u>willful</u> act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Capitol Records, Inc., please answer both (c) and (d) below.

   c) How many of Capitol Records, Inc.'s copyrighted sound recordings did the defendant <u>willfully</u> infringe? __1__
   d) What statutory damages do you award Capitol Records, Inc. for <u>each</u> copyrighted work (up to $150,000)? $ 9,250.00

2

## Sony BMG Music Entertainment

6. Did plaintiff Sony BMG Music Entertainment own the copyright to one or more of the sound recordings it claims defendant infringed?

    YES __X__        NO_____

    If you answered "NO," go directly to Question 11.

7. If you answered "YES" to the previous question, did defendant commit an act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Sony BMG Music Entertainment?

    YES __X__        NO_____

    If you answered "NO," go directly to Question 11.

8. If you answered "YES" to the previous question, do you find that the defendant's infringement was committed <u>willfully</u>?

    YES __X__        NO_____

9. If you found that the defendant committed a <u>non-willful</u> act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Sony BMG Music Entertainment, please answer both (a) and (b) below.

    a) How many of Sony BMG Music Entertainment's copyrighted sound recordings did the defendant <u>non-willfully</u> infringe? _____
    b) What statutory damages do you award Sony BMG Music Entertainment for <u>each</u> copyrighted work ($750-$30,000)? $_____

    If you answered subparts (a) and (b) above, please go to Question 11.

10. If you found that the defendant committed a <u>willful</u> act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Sony BMG Music Entertainment, please answer both (c) and (d) below.

   c) How many of Sony BMG Music Entertainment's copyrighted sound recordings did the defendant <u>willfully</u> infringe? __6__

   d) What statutory damages do you award Sony BMG Music Entertainment for <u>each</u> copyrighted work (up to $150,000)? $__9,250.00__

**Arista Records LLC**

11. Did plaintiff Arista Records LLC own the copyright to one or more of the sound recordings it claims defendant infringed?

   YES __X__   NO_____

   If you answered "NO," go directly to Question 16.

12. If you answered "YES" to the previous question, did defendant commit an act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Arista Records LLC?

   YES __X__   NO_____

   If you answered "NO," go directly to Question 16.

13. If you answered "YES" to the previous question, do you find that the defendant's infringement was committed <u>willfully</u>?

   YES __X__   NO_____

14. If you found that the defendant committed a <u>non-willful</u> act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Arista Records LLC, please answer both (a) and (b) below.

   a) How many of Arista Records LLC's copyrighted sound recordings did the defendant <u>non-willfully</u> infringe? _____

   b) What statutory damages do you award Arista Records LLC for <u>each</u> copyrighted work ($750-30,000)? $_____

If you answered subparts (a) and (b) above, please go to Question 16.

15. If you found that the defendant committed a <u>willful</u> act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Arista Records LLC, please answer both (c) and (d) below.

   c) How many of Arista Records LLC's copyrighted sound recordings did the defendant <u>willfully</u> infringe?  __2__

   d) What statutory damages do you award Arista Records LLC. for <u>each</u> copyrighted work (up to $150,000)?  $ 9,250.00

**Interscope Records**

16. Did plaintiff Interscope Records own the copyright to one or more of the sound recordings it claims defendant infringed?

   YES __X__    NO_____

   If you answered "NO," go directly to Question 21.

17. If you answered "YES" to the previous question, did defendant commit an act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Interscope Records?

   YES __X__    NO_____

   If you answered "NO," go directly to Question 21.

18. If you answered "YES" to the previous question, do you find that the defendant's infringement was committed <u>willfully</u>?

   YES __X__    NO_____

19. If you found that the defendant committed a <u>non-willful</u> act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Interscope Records, please answer both (a) and (b) below.

   a) How many of Interscope Records's copyrighted sound recordings did the defendant <u>non-willfully</u> infringe?  _____

   b) What statutory damages do you award Interscope Records for <u>each</u> copyrighted work ($750-$30,000)?  $_____

5

If you answered subparts (a) and (b) above, please go to Question 21.

20. If you found that the defendant committed a <u>willful</u> act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Interscope Records please answer both (c) and (d) below.

   c) How many of Interscope Records's copyrighted sound recordings did the defendant <u>willfully</u> infringe?     __3__

   d) What statutory damages do you award Interscope Records for <u>each</u> copyrighted work (up to $150,000)?    $ __9,250.00__

**Warner Bros. Records, Inc.**

21. Did plaintiff Warner Bros. Records, Inc. own the copyright to one or more of the sound recordings it claims defendant infringed?

   YES __X__          NO _____

   If you answered "NO," go directly to Question 26.

22. If you answered "YES" to the previous question, did defendant commit an act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Warner Bros. Records, Inc.?

   YES __X__          NO _____

   If you answered "NO," go directly to Question 26.

23. If you answered "YES" to the previous question, do you find that the Defendant's infringement was committed <u>willfully</u>?

   YES __X__          NO _____

24. If you found that the defendant committed a <u>non-willful</u> act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Warner Bros. Records, Inc., please answer both (a) and (b) below.

   a) How many of Warner Bros. Records, Inc.'s copyrighted sound recordings did the defendant <u>non-willfully</u> infringe?     _____

   b) What statutory damages do you award Warner Bros.

Records, Inc. for each copyrighted work ($750-$30,000)? $_____

If you answered subparts (a) and (b) above, please go to Question 26.

25. If you found that the defendant committed a willful act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff Warner Bros. Records, Inc., please answer both (c) and (d) below.

   c) How many of Warner Bros. Records, Inc.'s copyrighted sound recordings did the defendant willfully infringe? __3__
   d) What statutory damages do you award Warner Bros. Records, Inc. for each copyrighted work (up to $150,000)? $ 9,250.00

### UMG Recordings, Inc.

26. Did plaintiff UMG Recordings, Inc. own the copyright to one or more of the sound recordings it claims defendant infringed?

   YES __X__   NO_____

   If you answered "NO," go directly to the signature section at the end of this verdict form.

27. If you answered "YES" to the previous question, did defendant commit an act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff UMG Recordings, Inc.?

   YES __X__   NO_____

   If you answered "NO," go directly to the signature section at the end of this verdict form.

28. If you answered "YES" to the previous question, do you find that the defendant's infringement was committed willfully?

   YES __X__   NO_____

29. If you found that the defendant committed a non-willful act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff UMG Recordings, Inc., please answer both (a) and (b) below.

7

a) How many of UMG Recordings, Inc. copyrighted sound
recordings did the defendant <u>non-willfully</u> infringe?    _____
b) What statutory damages do you award UMG Recordings,
Inc. for <u>each</u> copyrighted work ($750-$30,000)?    $_____

If you answered subparts (a) and (b) above, please go to the signature section at the end of this verdict form.

30. If you found that the defendant committed a <u>willful</u> act of infringement with respect to one or more copyrighted sound recordings owned by plaintiff UMG Recordings, Inc., please answer both (c) and (d) below.

c) How many of UMG Recordings, Inc.'s copyrighted sound
recordings did the defendant <u>willfully</u> infringe?    __9__
d) What statutory damages do you award UMG Recordings,
Inc. for <u>each</u> copyrighted work (up to $150,000)?    $ 9,250.00

**SIGN AND DATE THE VERDICT:**

SO SAY WE ALL, this ___4th___ day of October, 2007.

███████████████
(Print Jury Foreperson's Name)

███████████████
(Jury Foreperson's Signature)

8