# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL TRIAL

| | |
|---|---|
| Virgin Records America, et al. *a California Corporation,* Plaintiffs, v. Jammie Thomas, Defendant. | **COURT MINUTES** BEFORE: Michael J. Davis U.S. District Judge |

Case No: 06-cv-1497 (MJD/RLE)
Date: October 4, 2007
Court Reporter: Lori Simpson
Time Commenced: 8:25 a.m. - 9:05 a..m.
9:30 a.m. - 11:15 a..m.
2:10 p.m. - 2:15 p.m.
4:15 p.m. - 4:35 p.m.
Time Concluded: 4:35p.m.
Time in Court: 2 Hours and 50 Minutes

APPEARANCES:

Plaintiff: Richard Gabriel and Timothy Reynolds- Holme, Roberts, & Owen, LLP
Defendant: Brian Toder - Chestnut and Cambronne, PA

PROCEEDINGS:

- ☒ Trial Held.
- ☒ Trial continued to October 4, 2007.
- ☒ Review of Jury Instructions and Special Verdict Form
- ☒ Closing arguments.
- ☒ Jury began deliberations at 11:15 a.m.
- ☒ Attorneys in attendance for jury question.
- ☒ Jury Verdict received 4:15 p.m.
- ☒ Jury found that Plaintiff's Capital Records, Inc., Sony BMG Music Entertainment, Arista Records LLC, Interscope Records, Warner Bros. Recordings, Inc., and UMG Recordings, Inc. did own the copyright to one or more of the sound recordings it claims defendant infringed and defendant did commit an act of infringement with respect to one or more copyrighted song recordings owned by plaintiffs: Statutory damages are as follows: Capitol Records, Inc - $9,250 for 1 sound recoding; Sony BMG Music Entertainment - $9,250 for each of the 6 sound recordings ; Arista Records, LLC - $9,250 for each of the 2 sound recordings; Interscope Records - $9,250 for each of the 3 sound recordings; Warner Bros. 0 $9,250 for each of the 3 sound recordings; UMG Recordings, Inc. - $9,250 for each of the 9 sound recordings.

**IT IS ORDERED:**
- ☒ Exhibits returned to parties.
- ☒ Clerk of Court to File a Judgment

Date: October 4, 2007                                   s/KW
                                        Calendar Clerk to Judge Michael J. Davis