Can we have (see) Jammie's deposition

