



# UNITED STATES DISTRICT COURT

## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk

October 4, 2007

RE:     Jury Question regarding Thomas deposition

Dear Members of the Jury:

You have all the physical and documentary evidence for your consideration in the jury room. With respect to Jammie Thomas's deposition, you will have to rely on your memory.

Sincerely,

Michael J. Davis
United States District Court Judge

BY: lmh