Judge Davis:

Please clarify the range of infridgements

Non-Willful        $750 — $30,000

Willful            _____ — $150,000

