# UNITED STATES DISTRICT COURT
## District of Minnesota



Richard D. Sletten, Clerk

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

October 4, 2007

RE:　Jury Question regarding Statutory Damages

Dear Members of the Jury:

If you find the defendant's conduct was willful, you may award statutory damages from $750 - $150,000.

Sincerely,

Michael J. Davis
United States District Court Judge

BY: lmh