AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Virgin Records America, et al. a California Corporation,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 06-1497 MJD/RLE

Jammie Thomas,

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of plaintiffs and against defendant as follows: Capitol Records, Inc - $9,250 for 1 sound recording; Sony BMG Music Entertainment - $9,250 for each of the 6 sound recordings; Arista Records, LLC - $9,250 for each of the 2 sound recordings; Interscope Records - $9,250 for each of the 3 sound recordings; Warner Bros. - $9,250 for each of the 3 sound recordings; UMG Recordings, Inc - $9,250 for each of the 9 sound recordings.

|  |  |
|---|---|
| October 5, 2007 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/Rena L. Riemer |
|  | (By)  Rena Lexvold Riemer, Deputy Clerk |

s/Michael J. Davis
Michael J. Davis, US District Judge