IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> Jammie Thomas, <br><br> Defendant. | Case No.: 0-06-cv-1497- MJD-RLE <br><br> JUDGE: Michael J. Davis <br><br> MAGISTRATE: Raymond L. Ericksen <br><br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to Rule 83.7(b) of the Local Rules of the Untied States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiffs, **Virgin Records America, Inc., Capitol Records, Inc., Sony BMG Music Entertainment, Arista Records LLC, Interscope Records, Warner Bros. Records Inc.,** and **UMG Recordings, Inc.** have retained Leita Walker to substitute as counsel for Laura Coates in this case.

1

Dated: October 12, 2007

s/ Leita Walker
Felicia J. Boyd, #186168
Leita Walker, #387095
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
E-mail: lwalker@faegre.com

ATTORNEYS FOR PLAINTIFFS

Dated: October 12, 2007

s/ Laura Coates
Felicia J. Boyd, #186168
Laura G. Coates, #350175
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
E-mail: lcoates@faegre.com

ATTORNEYS FOR PLAINTIFFS

fb.us.2356412.01