AFFIDAVIT

STATE OF California      )
                         ) SS:
COUNTY OF Los Angeles    )

ARAM SINNREICH, being duly sworn, deposes and says:

1. I am a music industry analyst, both in my capacity as Managing Partner of Radar Research LLC, and as a doctoral candidate and Lecturer at the University of Southern California.

2. Popular music sound recording downloads and consumer license to use same are lawfully obtainable by the general public at a price of 99 cents per song.

3. Of that 99 cents, roughly 70 cents per song is paid by the retailer to the record label. This number can vary slightly, but only within the range of a few cents.

4. This information is widely known, but for purposes of the present affidavit I confirmed same through recent conversations with both major record label executives and the CEO of a major music download service.

_____
ARAM SINNREICH

Sworn to before me this 12th day
of May, 2006

_____
Notary Public

NORMA ALICIA MOLINA
Commission # 1501762
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2008



EXHIBIT
1