UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Virgin America Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on October 15, 2007, I caused the following documents:

1. **Defendant's** Motion for New Trial, or in the Alternative, for Remittur; and
2. Declaration of Brian N. Toder.

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> Felicia J. Boyd (#186168)
> Laura G. Coates (#350175)
> Faegre & Benson, LLP
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN 55402-3901
>
> Timothy M. Reynolds
> Andrew Mohraz
> Holme Roberts & Owen, LLP
> 1700 Lincoln Street
> Suite 4100
> Denver, CO 80203-4541

Dated: October 15, 2007        /s/ Brian N. Toder
                               Brian N. Toder, #17869X
                               Chestnut & Cambronne, P.A.
                               3700 Campbell Mithun Tower
                               222 South Ninth Street
                               Minneapolis, MN 55402
                               (612)339-7300