IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br><br><br>NOTICE OF CONSTITUTIONAL QUESTION |

TO: Acting Attorney General Peter Keisler, U.S. Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530, and Adam Kirschner, U.S. Department of Justice, 20 Massachusetts Avenue, Suite 7126, Washington, DC 20530.

PLEASE TAKE NOTICE that Jammie Thomas, Defendant in the above-entitled matter, by and through her undersigned counsel, has filed a written Motion in the above-entitled matter as Docket No. 109, that calls into question the constitutionality of 17 U.S.C. § 504(c) as applied on the grounds that such application has violated the Due Process Clause of the Constitution of the United States. Neither the United States nor any of its agencies, officers or employees is a party in official capacity to the proceedings herein.

Respectfully submitted,

Dated: October 18, 2007                CHESTNUT & CAMBRONNE, P.A.

By <u>/s/  Brian N. Toder</u>
Brian N. Toder  (No. 17869X)
Bryan L. Bleichner (No. 0326689)
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300
Fax (612) 336-2940

ATTORNEYS FOR DEFENDANT