UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Virgin America Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on October 18, 2007, I caused the following document:

Notice of Constitutional Question

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Felicia J. Boyd (#186168)
    Faegre & Benson, LLP
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402-3901

    Richard Gabriel
    Holme Roberts & Owen, LLP
    1700 Lincoln Street
    Suite 4100
    Denver, CO 80203-4541

and by U.S. Mail on the following:

    Acting Attorney General Peter Keisler
    U.S. Department of Justice
    950 Pennsylvania Avenue
    Washington, DC 20530

    Adam Kirschner
    U.S. Department of Justice
    20 Massachusetts Avenue, Suite 7126
    Washington, DC 20530

Dated: October 18, 2007    /s/ Brian N. Toder
                                      Brian N. Toder, #17869X
                                      Chestnut & Cambronne, P.A.
                                      3700 Campbell Mithun Tower
                                      222 South Ninth Street
                                      Minneapolis, MN 55402
                                      (612)339-7300