# UNITED STATES DISTRICT COURT 

### District of Minnesota
700 Federal Building
316 North Robert Street
St. Paul, MN 55101
Phone: 651-848-1100

Case Number: 06-1497     Case Title: Capitol Records Inc., et al. v. Thomas

## MOTION FOR ADMISSION PRO HAC VICE
## FOR U.S. GOVERNMENT ATTORNEY USE ONLY
(Filing Fee Waived)

### Affidavit of Proposed Admittee

I, Adam Kirschner    certify that I am currently a member in good standing of the bar of the United States District Court for the District of  Supreme Court of Illinois

but am not admitted to the bar of this court. I will be representing the United States (Government Agency) in the action listed above. I further certify that I understand that the District of Minnesota is an electronic court and I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

| | |
|---|---|
| Affiant's Signature: *[signature]* | Date: October 19, 2007 |
| Affiant's Typed Name: Adam Kirschner | Affiant's State Bar ID: 6286601 |
| Government Agency: U.S. Department of Justice | Telephone: ( 202 ) 353-9265 |
| Suite/Building: Room 7126 | Fax: ( 202 ) 616-8470 |
| Street Address: 20 Massachusetts Ave. | E-mail: adam.kirschner@usdoj.gov |
| City State Zip: Washington, DC 20530 | |

### Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature *[signature]*     Date October 19, 2007

Typed Name  James Schwartz

Title  Senior Counsel

US Agency  U.S. Department of Justice

Note: This page shall be converted to PDF and e-filed in ECF - do not e-file the instruction page. This original shall be retained by the filer through the end of any appeal period. If e-filing is not possible, please mail to: Attorney Admissions, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101.