## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| CAPITOL RECORDS INC, *et al.*, | ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | Civil Action No. 06-cv-1497 |
| JAMMIE THOMAS, | ) ) ) | |
| Defendant | ) ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I served, or caused to be served, the following

documents:

### MOTION FOR ADMISSION PRO HAD VICE FOR U.S. GOVERNMENT ATTORNEY
### MOTION FOR TIME TO DETERMINE IF INTERVENTION IS APPROPRIATE

I certify, further, that I electronically filed the above-listed documents with the Clerk of the

Court by using ECF, which constitutes service on the following ECF participants, pursuant to the

ECF Procedures for the District of Minnesota.

**Kara L Benson**
kbenson@faegre.com,pskorude@faegre.com

**Bryan L Bleichner**
bbleichner@chestnutcambronne.com

**Felicia J Boyd**
fboyd@faegre.com,tbeyl@faegre.com,hjohnson@faegre.com

**Richard L Gabriel**
richard.gabriel@hro.com,anne.allen@hro.com

**Andrew B Mohraz**
andrew.mohraz@hro.com

**Timothy M Reynolds**
timothy.reynolds@hro.com

**Brian N Toder**
btoder@chestnutcambronne.com,cdawson@chestnutcambronne.com

**David A Tonini**
david.tonini@hro.com

**Mary Andreleita Walker**
lwalker@faegre.com,dnoren@faegre.com

                                                              s/ Noelle Corbo

                                                              By: Noelle Corbo
                                                              Litigation Assistant