**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | Case No.: 0-06-cv-1497- MJD-RLE<br><br>JUDGE: Michael J. Davis<br><br>MAGISTRATE: Raymond L. Ericksen<br><br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' MOTION TO AMEND JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| Jammie Thomas, | |
| Defendant. | |

I hereby certify that on October 19, 2007 I caused the following documents:

Plaintiffs' Motion to Amend Judgment

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Felicia J. Boyd      fboyd@faegre.com; hjohnson@faegre.com; tbeyl@faegre.com
Richard L. Gabriel   richard.gabriel@hro.com, anne.allen@hro.com
Andrew B. Mohraz     andrew.mohraz@hro.com
Timothy M. Reynolds  timothy.reynolds@hro.com

I further certify that I caused a copy of the foregoing documents and the notices of electronic filings to be hand delivered and mailed by first class mail, postage paid, to the following ECF participant:

Brian N. Toder
Chestnut & Cambronne
222 S. 9th Street
Suite 3700
Minneapolis, MN 55402

1

Dated: October 19, 2007

s/ Leita Walker
Felicia J. Boyd, #186168
Leita Walker, #387095
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
E-mail: lwalker@faegre.com

ATTORNEYS FOR PLAINTIFFS

fb.us.2370062.01