UNITED STATES DISTRICT COURT
DISTRICT OF MINNESTOA

| | |
|---|---|
| CAPITOL RECORDS INC, *et al.*, | )<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | ) Civil Action No. 06-cv-1497 |
| JAMMIE THOMAS, | )<br>)<br>) |
| Defendant | )<br>) |

## ORDER

The Court is in receipt of the United States of America's Acknowledgment of Challenge to the Constitutionality of an Act of Congress and Motion for Time to Determine If Intervention Is Appropriate. Good cause having been shown, it is

ORDERED that the United States shall have until December 3, 2007, to petition the Court for leave to intervene in this action and to file a brief regarding defendant's Motion for New Trial or in the Alternative, for Remittitur [docket no. 109].

Dated: October 23, 2007

                                              s/Michael J. Davis
                                              THE HONORABLE MICHAEL J. DAVIS
                                              UNITED STATES DISTRICT JUDGE