## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Virgin Records America, Inc, et al, | Case No.: 06-cv-1497- MJD-RLE |
| Plaintiffs, | |
| vs. | |
| Jammie Thomas, | **ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME** |
| Defendant. | |

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Response to Defendant's Motion for New Trial, or in the Alternative, for Remittitur ("Motion"). Having considered the Motion, and finding good cause for the relief requested, the Court hereby GRANTS the Motion. Therefore, IT IS HEREBY ORDERED that Plaintiffs shall have up to and including November 8, 2007 to file their response.

DATED this 29th day of October 2007.

                 BY THE COURT:

                 s/Michael J. Davis
                 Hon. Michael J. Davis
                 United States District Judge