IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Jammie Thomas,<br><br>　　　　Defendant. | Case No.: 06-cv-1497-MJD-RLE<br><br>JUDGE: Michael J. Davis<br><br>MAGISTRATE: Raymond L. Erickson<br><br><br>**CERTIFICATE OF SERVICE OF LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR NEW TRIAL, OR IN THE ALTERNATIVE, FOR REMITTITUR** |

I hereby certify that on November 8, 2007 I caused the following document:

　　Local Rule 7.1(c) Word Count Compliance Certificate Regarding Plaintiffs' Response in
　　Opposition to Defendant's Motion for New Trial, or in The Alternative, for Remittitur

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Felicia J. Boyd | fboyd@faegre.com, hjohnson@faegre.com; tbeyl@faegre.com |
| Richard L. Gabriel | richard.gabriel@hro.com; anne.allen@hro.com |
| Andrew B. Mohraz | andrew.mohraz@hro.com |
| Timothy M. Reynolds | timothy.reynolds@hro.com |
| David A. Tonini | david.tonini@hro.com |
| Brian N. Toder | btoder@chestnutcambronne.com; cdawson@chestnutcambronne.com |
| Adam Kirschner | adam.kirschner@usdoj.gov |

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be hand delivered and mailed by first class mail, postage paid, to the following ECF participants:

　　Brian N. Toder
　　Chestnut & Cambronne, P.A.
　　3700 Campbell Mithun Tower
　　222 South 9th Street
　　Minneapolis, MN 55402

1

Adam D. Kirschner
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20044


Dated: November 8, 2007　　　　By:　s/ Leita Walker
　　　　　　　　　　　　　　　　　　Felicia J. Boyd (No. 186168)
　　　　　　　　　　　　　　　　　　Leita Walker (387095)
　　　　　　　　　　　　　　　　　　Faegre & Benson LLP
　　　　　　　　　　　　　　　　　　2200 Wells Fargo Center
　　　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402-3901
　　　　　　　　　　　　　　　　　　Telephone: (612) 766-7000
　　　　　　　　　　　　　　　　　　Facsimile: (612)766-1600
　　　　　　　　　　　　　　　　　　E-mail: lwalker@faegre.com

　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS

fb.us.2411484.01