# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>Jammie Thomas,<br><br>        Defendant. | Case No.: 06-cv-1497-MJD-RLE<br><br>JUDGE: Michael J. Davis<br><br>MAGISTRATE: Raymond L. Erickson<br><br>**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR NEW TRIAL, OR IN THE ALTERNATIVE, FOR REMITTITUR** |

I, Leita Walker, certify that Plaintiffs' Response in Opposition to Defendant's Motion for New Trial, or in The Alternative, for Remittitur complies with Local Rule 7.1(c).

I further certify that, in preparation of this response, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced response contains 8,622 words.

Dated: November 8, 2007      By:   s/ Leita Walker
                                                          Felicia J. Boyd (No. 186168)
                                                          Leita Walker (387095)
                                                          Faegre & Benson LLP
                                                          2200 Wells Fargo Center
                                                          90 South Seventh Street
                                                          Minneapolis, Minnesota 55402-3901
                                                          Telephone: (612) 766-7000
                                                          Facsimile: (612)766-1600
                                                          E-mail: lwalker@faegre.com

                                                          ATTORNEYS FOR PLAINTIFFS

fb.us.2411446.01