# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, <br><br>         Plaintiffs, <br><br>vs. <br><br>Jammie Thomas, <br><br>         Defendant. | Case No.: 06-cv-1497-MJD-RLE <br><br>JUDGE: Michael J. Davis <br><br>MAGISTRATE: Raymond L. Erickson <br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR NEW TRIAL, OR IN THE ALTERNATIVE, FOR REMITTITUR** |

I hereby certify that on November 8, 2007, I caused the following document:

> Plaintiffs' Response in Opposition Defendant's Motion for New Trial, or in the Alternative, for Remittitur

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Felicia J. Boyd | fboyd@faegre.com; hjohnson@faegre.com; tbeyl@faegre.com |
| Richard L. Gabriel | richard.gabriel@hro.com; anne.allen@hro.com |
| Andrew B. Mohraz | andrew.mohraz@hro.com |
| Timothy M. Reynolds | timothy.reynolds@hro.com |
| David A. Tonini | david.tonini@hro.com |
| Brian N. Toder | btoder@chestnutcambronne.com; cdawson@chestnutcambronne.com |
| Adam Kirschner | adam.kirschner@usdoj.gov |

I further certify that I caused a copy of the foregoing documents and the notices of electronic filings to be hand delivered and mailed by first class mail, postage paid, to the following ECF participants:

#1289335 v1

Brian N. Toder
Chestnut & Cambronne, P.A.
3700 Campbell Mithun Tower
222 South 9th Street
Minneapolis, MN 55402

Adam D. Kirschner
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20044

| | |
|---|---|
| Dated: November 8, 2007 | s/ Leita Walker |
| | Felicia J. Boyd (No. 186168) |
| | Leita Walker (No. 387095) |
| | FAEGRE & BENSON LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, Minnesota 55402-3901 |
| | Telephone: (612) 766-7000 |
| | Facsimile: (612) 766-1600 |
| | E-mail: lwalker@faegre.com |
| | ATTORNEYS FOR PLAINTIFFS |

fb.us.2411229.01

#1289335 v1