IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>    Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br><br><br>DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND JUDGMENT (DKT. 116) |

  Defendant Jammie Thomas, by and through her undersigned counsel, hereby advises that she takes no position with respect to Plaintiffs' Motion to Amend Judgment, Docket No. 116.

            Respectfully submitted,

Dated: November 16, 2007    **CHESTNUT & CAMBRONNE, P.A.**

            By /s/ Brian N. Toder
            Brian N. Toder (No. 17869X)
            3700 Campbell Mithun Tower
            222 South Ninth Street
            Minneapolis, MN 55402
            (612) 339-7300
            Fax (612)336-2940

            **ATTORNEYS FOR DEFENDANT**