## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESTOA

CAPITOL RECORDS INC, *et al.*,   )
                          Plaintiffs   )
v.   )   Civil Action No. 06-cv-1497
JAMMIE THOMAS,   )
                          Defendant   )

### UNITED STATES OF AMERICA'S MOTION TO INTERVENE
### AND FILE BRIEF IN DEFENSE OF THE
### CONSTITUTIONALITY OF A FEDERAL STATUTE

The United States of America, through undersigned counsel, respectfully moves: (1) to intervene in this action, pursuant to Fed. R. Civ. P. 5.1(c) and 24(a) and 28 U.S.C. § 2403(a), in order to defend the constitutionality of the statutory damages provision of the Copyright Act, 17 U.S.C. § 504(c), against an as-applied challenge; and (2) to be permitted to file the contemporaneously-submitted United States of America's Memorandum in Defense of the Constitutionality of the Statutory Damages Provision of the Copyright Act.

Dated: December 3, 2007                Respectfully submitted,

                                          JEFFREY S. BUCHOLTZ
                                          Acting Assistant Attorney General

                                          RACHEL K. PAULOSE
                                          United States Attorney

                                          /s/ *Greg Brooker*
                                          GREG BROOKER
                                          Assistant United States Attorney

                                          THEODORE C. HIRT

Assistant Branch Director

 /s/ *Adam D. Kirschner*
ADAM D. KIRSCHNER
IL Bar No. 6286601
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7126
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 353-9265
Fax: (202) 616-8470
Email: adam.kirschner@usdoj.gov

Attorneys for the United States of America