## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC, *et al.*, ) | |
| Plaintiffs ) | |
| v. ) | Civil Action No. 06-cv-1497 |
| JAMMIE THOMAS, ) | |
| Defendant ) | |

### ORDER

The Court is in receipt of the United States of America's Motion to Intervene and File Brief in Defense of the Constitutionality of a Federal Statute. Good cause having been shown, it is

ORDERED that the United States' Motion to Intervene and File Brief in Defense of the Constitutionality of a Federal Statute [Docket No. 129] is hereby **GRANTED**.

Date: December 6, 2007

                                                                             s / Michael J. Davis
                                                                             THE HONORABLE MICHAEL J. DAVIS
                                                                             UNITED STATES DISTRICT JUDGE