## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., | Case No.: 06-cv-1497-MJD-RLE |
| Plaintiffs, | JUDGE: Michael J. Davis |
| vs. | MAGISTRATE: Raymond L. Erickson |
| Jammie Thomas, | **ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY RE DEFENDANT'S MOTION FOR NEW TRIAL, OR IN THE ALTERNATIVE, FOR REMITTITUR** |
| Defendant. | |

This matter is before the Court on Plaintiffs' motion ("Motion") for leave to file a Surreply regarding Defendant's Reply to Plaintiffs' Response In Opposition to Defendant's Motion For New Trial, Or In The Alternative, For Remittitur. Having considered the motion, and being sufficiently advised, the Court hereby ORDERS that the Motion [Docket No. 131] is **GRANTED**.

DONE this 10th day of December 2007.

BY THE COURT:

S / Michael J. Davis
Hon. Michael J. Davis
U.S. District Court Judge

#1294453 v1