# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Virgin Records America, Inc. et al., | ) | COURT MINUTES - CIVIL |
| *A California Corporation* | ) | BEFORE: Michael J. Davis |
| Plaintiffs, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 06-cv-1497(MJD/RLE) |
| | ) | Date: 1/28/08 |
| Jammie Thomas, | ) | Court Reporter: Ron Moen |
| | ) | Time Commenced: 11:30 a.m. |
| Defendant. | ) | Time Concluded: 11:35 a.m. |
| | ) | Time in Court: 5 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

      Plaintiff:   Richard Gabriel
      Defendant:  Brian Toder
      Intervener:  United States of America

PROCEEDINGS:

☒ Status conference.
Judge Davis verified none of the parties needed a copy of the transcript before the ruling of the motion for a new trial and motion to amend/correct the judgment.
Judge Davis verified none of the parties wanted oral argument on the above motions.

IT IS ORDERED:
☒ Written order forthcoming.

Date: January 28, 2008                                                                    s/KW
                                                                    Calendar Clerk to Judge Michael J. Davis