# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | Case No.: 06-cv-1497-MJD-RLE<br><br>JUDGE:   Michael J. Davis<br><br>MAGISTRATE: Raymond L. Erickson<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Plaintiffs, | |
| vs. | |
| Jammie Thomas, | |
| Defendant. | |

I hereby certify that on March 14, 2008, I caused the following document:

    Plaintiffs' Notice of Supplemental Authority

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Felicia J. Boyd | fboyd@faegre.com; hjohnson@faegre.com; tbeyl@faegre.com |
| Richard L. Gabriel | richard.gabriel@hro.com; anne.allen@hro.com |
| Andrew B. Mohraz | andrew.mohraz@hro.com |
| Timothy M. Reynolds | timothy.reynolds@hro.com |
| David A. Tonini | david.tonini@hro.com |
| Brian N. Toder | btoder@chestnutcambronne.com; cdawson@chestnutcambronne.com |
| Adam Kirschner | adam.kirschner@usdoj.gov |

I further certify that I caused a copy of the foregoing documents and the notices of electronic filings to be hand delivered and mailed by first class mail, postage paid, to the following ECF participants:

#1318111 v1

Brian N. Toder
Chestnut & Cambronne, P.A.
3700 Campbell Mithun Tower
222 South 9th Street
Minneapolis, MN 55402

Adam D. Kirschner
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20044

Dated:  March 14, 2008
s/ Leita Walker
Felicia J. Boyd (No. 186168)
Leita Walker (No. 387095)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile:  (612) 766-1600
E-mail: lwalker@faegre.com

ATTORNEYS FOR PLAINTIFFS