Virgin Records America, Inc v. Thomas																																																													Doc. 141

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>Jammie Thomas,<br><br>        Defendant. | Case No.: 06-cv-1497-MJD-RLE<br><br>JUDGE: Michael J. Davis<br><br>MAGISTRATE: Raymond L. Erickson<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 19, 2008, I caused the following documents:

**Joint Motion to Extend Briefing Deadlines and Reset Oral Argument Date**

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Bryan L Bleichner
    Gregory G Brooker
    Adam D Kirschner
    Brian N Toder

I further certify that I caused the proposed order to be filed with the court via e-mail to the following magistrate judge who is hearing the motion:

    Raymond L. Erickson

and I certify that I caused a copy of the proposed order to be e-mailed, as noted below, to the following:

    Bryan L Bleichner
    Gregory G Brooker
    Adam D Kirschner
    Brian N Toder

Dated: May 19, 2008.

                        s/ Richard L. Gabriel

#1334229 v3

Dockets.Justia.com