# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

CAPITOL RECORDS INC.,
a Delaware corporation, et al.,

       Plaintiffs,

v.                                **ORDER**
                                  Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS,

       Defendant.

_____

      **IT IS HEREBY ORDERED** that:

1. The parties' Joint Motion to Extend Briefing Deadlines and Reset Oral Argument Date [Docket No. 140] is **GRANTED**.

2. By June 23, 2008, at noon, the parties shall submit briefs regarding whether the Court committed a manifest error of law in instructing the jury that "[t]he act of making copyrighted sound recordings available for electronic distribution on a peer-to-peer network, without license from the copyright owners, violates the copyright owners' exclusive right of distribution, regardless of whether actual distribution has been shown."

2. The parties' reply briefs are due by June 30, 2008, at noon.

3. The Court will hear oral argument on this issue on Monday, August 4, 2008, at 10:00 a.m. in Courtroom 1, in the Federal Courthouse in

1

Duluth, Minnesota.

Dated: May 20, 2008                    s/Michael J. Davis
                                       Judge Michael J. Davis
                                       United States District Court