# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., | Case No.: 06-cv-1497-MJD-RLE |
| Plaintiffs, | JUDGE: Michael J. Davis |
| vs. | MAGISTRATE: Raymond L. Erickson |
| Jammie Thomas, | **NOTICE OF WITHDRAWAL AS CO-COUNSEL DUE TO JUDICIAL APPOINTMENT** |
| Defendant. | |

Undersigned counsel hereby respectfully withdraws his appearance as co-counsel for plaintiffs Virgin Records America, Inc., Capitol Records inc., Sony BMG Music entertainment, Arista Records LLC, Interscope Records, Warner Bros. Records Inc., and UMG Recordings, Inc. ("plaintiffs"). Undersigned counsel has been appointed as a Judge of the Colorado Court of Appeals, effective July 1, 2008, and hereby submits his notice of immediate withdrawal. Co-counsel for plaintiffs will remain as counsel of record.

#1335662 v1

Respectfully submitted this 30th day of May 2008.

/s/ Richard L. Gabriel
Richard L. Gabriel (pro hac vice)
Timothy M. Reynolds (pro hac vice)
David A. Tonini (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

Felicia J. Boyd (No. 186168)
Leita Walker (No. 387095)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR PLAINTIFFS