THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Virgin Records America, Inc. et al. )<br><br>Plaintiff, )<br><br>v. )<br><br>Thomas )<br><br>Defendant. ) | Civil Action No. 06-01497 (MJD/RLE) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008, I caused the following documents:

1.      Motion for Admission Pro Hac Vice; and
2.      Certificate of Service

to be served electronically via ECF upon the following:

| | |
|---|---|
| Andrew B. Mohraz | **andrew.mohraz@hro.com** |
| Felicia J. Boyd | **fboyd@faegre.com** |
| Timothy M. Reynolds | **timothy.reynolds@hro.com** |
| | |
| Brian N. Toder | **btoder@chstnutcambronne.com** |


Dated:  June 5, 2008                     s/ Rachel C. Hughey
                                         Rachel C. Hughey