Virgin Records America, Inc v. Thomas																							Doc. 148

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., | Case No.: 06-cv-1497-MJD-RLE |
| Plaintiffs, | |
| vs. | JUDGE: Michael J. Davis |
| Jammie Thomas, | MAGISTRATE: Raymond L. Erickson |
| Defendant. | **CERTIFICATE OF SERVICE** |

I hereby certify that on June 5, 2008, I caused the following documents:

**Unopposed Motion to Extend Briefing Deadlines**

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Bryan L Bleichner
    Gregory G Brooker
    Adam D Kirschner
    Brian N Toder
    Rachel C Hughey

I further certify that I caused the proposed order to be filed with the court via e-mail to the following magistrate judge who is hearing the motion:

    Raymond L. Erickson

and I certify that I caused a copy of the proposed order to be e-mailed, as noted below, to the following:

    Bryan L Bleichner
    Gregory G Brooker
    Adam D Kirschner
    Brian N Toder
    Rachel C Hughey

#1337895 v1

Dockets.Justia.com

Dated: June 5, 2008.

        s/ Timothy M. Reynolds

#1337895 v1