# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., | Case No.: 06-cv-1497-MJD-RLE |
| Plaintiffs, | JUDGE: Michael J. Davis |
| vs. | MAGISTRATE: Raymond L. Erickson |
| JAMMIE THOMAS, | **ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES** |
| Defendant. | |

This matter is before the Court on Plaintiffs' Unopposed Motion To Extend Briefing Deadlines ("Motion"). Having considered the Motion, and being sufficiently advised, the Court hereby ORDERS that the Motion is GRANTED. Therefore, it is hereby ORDERED that:

1. By June 30, 2008, at noon, the parties shall submit briefs regarding the issue set forth in the Court's May 20, 2008 Order.

2. The parties' reply briefs are due by July 11, 2008, at noon.

3. Any motion requesting permission to file an amicus brief and any accompanying proposed amicus brief must be filed by June 20, 2008, at noon.

4. The parties' opposition to any motion to file an amicus brief must be filed by June 24, 2008, at noon.

5. The hearing date remains unchanged.

DONE this 6th day of June 2008.

                                        BY THE COURT:

                                        s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court Judge