## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

CAPITOL RECORDS INC.,
A Delaware corporation, et al.,

                Plaintiffs,

v.                                    Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS,

                Defendant.

---

### NOTICE OF APPEARANCE FOR AMICI CURIAE LAW PROFESSORS

Prentiss Cox hereby appears on behalf of the following copyright professors who seek to appear as amici curiae in this action:

Annemarie Bridy
Associate Professor of Law
University of Idaho College of Law

Michael W. Carroll
Professor of Law
Villanova University School of Law

Ralph D. Clifford
Professor of Law
Southern New England School of Law

Thomas F. Cotter
Briggs & Morgan Professor of Law
Solly Robins Distinguished Research Fellow
University of Minnesota Law School

Jon M. Garon
Dean and Professor of Law
Hamline University School of Law

Stephen McJohn
Professor of Law
Suffolk University Law School

Tyler T. Ochoa
Professor of Law
High Technology Law Institute
Santa Clara University School of Law

Niels B. Schaumann
Professor of Law
William Mitchell College of Law

Christopher Sprigman
Associate Professor
University of Virginia School of Law

Respectfully submitted,

Date: 6/13/2008                 By: ___s/Prentiss Cox_____
                                                    Prentiss Cox
                                                    Associate Professor of Clinical Law
                                                    University of Minnesota Law School
                                                    Attorney for Amici Curiae Law Professors

                                                    Attorney Registration No. 218844
                                                    190 Mondale Hall
                                                    229 19th Avenue South
                                                    Minneapolis, MN 55455
                                                    Phone: (612) 625-6810
                                                    Fax: (612) 624-5771