# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

CAPITOL RECORDS INC.,
A Delaware corporation, et al.,

                Plaintiffs,

v.                                          Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS,

                Defendant.

---

## MOTION FOR PERMISSION TO FILE A BRIEF AMICI CURIAE OF COPYRIGHT LAW PROFESSORS IN SUPPORT OF DEFENDANT AND FOR EXTENSION OF TIME TO FILE

Amici consist of tenured and tenure-track professors at American law schools. We teach and write in the field of intellectual property law generally and copyright law in particular. We have no stake in the outcome of this case, but we are interested in assisting this Court to interpret the law in a way that is consistent with the intent of Congress as expressed in the Copyright Act. We believe that we would be able to present a clear explanation of the relevant legal principles at issue in this and other cases involving similar fact patterns. In particular, our expertise as scholars in the field of copyright law may provide some useful background in copyright law—for example, concerning the relationship between the concepts of publication and distribution—that may be of assistance to the Court in deciding this case.

The copyright professors who seek to file a brief amici curiae in this matter are as follows:

Annemarie Bridy
Associate Professor of Law
University of Idaho College of Law

Michael W. Carroll
Professor of Law
Villanova University School of Law

Ralph D. Clifford
Professor of Law
Southern New England School of Law

Thomas F. Cotter
Briggs & Morgan Professor of Law
Solly Robins Distinguished Research Fellow
University of Minnesota Law School

Jon M. Garon
Dean and Professor of Law
Hamline University School of Law

Stephen McJohn
Professor of Law
Suffolk University Law School

Tyler T. Ochoa
Professor of Law
High Technology Law Institute
Santa Clara University School of Law

Niels B. Schaumann
Professor of Law
William Mitchell College of Law

Christopher Sprigman
Associate Professor
University of Virginia School of Law

Title and affiliations of each person are included for identification purposes only.

This brief has been filed several hours after the noon deadline on June 13, 2008 due to a personal emergency of the filing attorney, and the filing attorney requests that this Court nonetheless accept this untimely filing.

Respectfully submitted,


Date: 6/13/2008                     By: ___s/Prentiss Cox_____
                                    Prentiss Cox
                                    Associate Professor of Clinical Law
                                    University of Minnesota Law School
                                    Attorney for Amici Curiae Law Professors

                                    Attorney Registration No. 218844
                                    190 Mondale Hall
                                    229 19th Avenue South
                                    Minneapolis, MN 55455
                                    Phone: (612) 625-6810
                                    Fax: (612) 624-5771