# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

CAPITOL RECORDS INC.,
A Delaware corporation, et al.,

                       Plaintiffs,        **CERTIFICATE OF SERVICE**

v.                                                   Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS,

                       Defendant.

---

I hereby certify that on (date), I caused the following documents:

- Motion for Permission to File a Brief Amici Curiae of Copyright Law Professors in Support of Defendant and for Extension of Time to File

- Brief of Copyright Law Professors as Amici Curiae in Support of Defendant

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kara L B Barrow    kbarrow@faegre.com, pskorude@faegre.com

Bryan L Bleichner    bbleichner@chestnutcambronne.com

Felicia J Boyd    fboyd@faegre.com, cOuellette@faegre.com, hjohnson@faegre.com

Gregory G Brooker    greg.brooker@usdoj.gov, noelle.corbo@usdoj.gov, usamn.ecfcivil@usdoj.gov

Rachel C Hughey    rhughey@ccvl.com, gbruns@ccvl.com

Adam D Kirschner    adam.kirschner@usdoj.gov

Corynne McSherry    corynne@eff.org, lety@eff.org

Andrew B Mohraz    andrew.mohraz@hro.com

Timothy M Reynolds    timothy.reynolds@hro.com, anne.allen@hro.com

Brian N Toder    btoder@chestnutcambronne.com, cdawson@chestnutcambronne.com

David A Tonini    david.tonini@hro.com

Mary Andreleita Walker    lwalker@faegre.com, dnoren@faegre.com

Date: 6/16/2008                    By: ___s/Prentiss Cox_____
                                        Prentiss Cox
                                        Associate Professor of Clinical Law
                                        University of Minnesota Law School
                                        Attorney for Amici Curiae Law Professors

                                        Attorney Registration No. 218844
                                        190 Mondale Hall
                                        229 19th Avenue South
                                        Minneapolis, MN 55455
                                        Phone: (612) 625-6810
                                        Fax: (612) 624-5771