**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CAPITOL RECORDS INC.,
A Delaware corporation, et al.,

                Plaintiffs,      **CERTIFICATE OF SERVICE OF PROPOSED ORDER**

v.                                        Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS,

                Defendant.

---

I hereby certify that on (date), I caused a proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Michael J. Davis; davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

Kara L B Barrow    kbarrow@faegre.com, pskorude@faegre.com

Bryan L Bleichner    bbleichner@chestnutcambronne.com

Felicia J Boyd    fboyd@faegre.com, cOuellette@faegre.com, hjohnson@faegre.com

Gregory G Brooker    greg.brooker@usdoj.gov, noelle.corbo@usdoj.gov, usamn.ecfcivil@usdoj.gov

Rachel C Hughey    rhughey@ccvl.com, gbruns@ccvl.com

Adam D Kirschner    adam.kirschner@usdoj.gov

Corynne McSherry    corynne@eff.org, lety@eff.org

Andrew B Mohraz    andrew.mohraz@hro.com

Timothy M Reynolds    timothy.reynolds@hro.com, anne.allen@hro.com

Brian N Toder    btoder@chestnutcambronne.com, cdawson@chestnutcambronne.com

David A Tonini     david.tonini@hro.com

Mary Andreleita Walker     lwalker@faegre.com, dnoren@faegre.com

Date: 6/16/2008               By: ___s/Prentiss Cox_____
                                  Prentiss Cox
                                  Associate Professor of Clinical Law
                                  University of Minnesota Law School
                                  Attorney for Amici Curiae Law Professors

                                  Attorney Registration No. 218844
                                  190 Mondale Hall
                                  229 19th Avenue South
                                  Minneapolis, MN 55455
                                  Phone: (612) 625-6810
                                  Fax: (612) 624-5771