# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

CAPITOL RECORDS INC.,
A Delaware corporation, et al.,

                Plaintiffs,     **CERTIFICATE OF SERVICE**

v.     Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS,

                Defendant.

---

I hereby certify that on (date), I caused the following documents:

- Amended Motion for Permission to File a Brief Amici Curiae of Copyright Law Professors in Support of Defendant

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kara L B Barrow    kbarrow@faegre.com, pskorude@faegre.com

Bryan L Bleichner    bbleichner@chestnutcambronne.com

Felicia J Boyd    fboyd@faegre.com, cOuellette@faegre.com, hjohnson@faegre.com

Gregory G Brooker    greg.brooker@usdoj.gov, noelle.corbo@usdoj.gov, usamn.ecfcivil@usdoj.gov

Rachel C Hughey    rhughey@ccvl.com, gbruns@ccvl.com

Adam D Kirschner    adam.kirschner@usdoj.gov

Corynne McSherry    corynne@eff.org, lety@eff.org

Andrew B Mohraz    andrew.mohraz@hro.com

Timothy M Reynolds    timothy.reynolds@hro.com, anne.allen@hro.com

Brian N Toder     btoder@chestnutcambronne.com, cdawson@chestnutcambronne.com

David A Tonini     david.tonini@hro.com

Mary Andreleita Walker     lwalker@faegre.com, dnoren@faegre.com


Date: 6/19/2008                    By: ___s/Prentiss Cox_____
                                                            Prentiss Cox
                                                            Associate Professor of Clinical Law
                                                            University of Minnesota Law School
                                                            Attorney for Amici Curiae Law Professors

                                                            Attorney Registration No. 218844
                                                            190 Mondale Hall
                                                            229 19th Avenue South
                                                            Minneapolis, MN 55455
                                                            Phone: (612) 625-6810
                                                            Fax: (612) 624-5771