# UNITED STATES DISTRICT COURT
## District of Minnesota

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: _06-1497_  Case Title: **Capitol Records Inc., a Delaware Corporation, et al., Plaintiffs, v. Jammie Thomas, Defendant.**

### Affidavit of Movant

I, **Christine Nessa**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice **Robert Alan Garrett,** an attorney admitted to practice and currently in good standing in the **U.S. District Court for the District of Columbia and the Northern District of Illinois**, but not admitted to the bar of this court, who will be counsel for **Motion Picture Association of America, Inc.** in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:
- ✓ 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
- 2. I am not a resident of the State of Minnesota.
- 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature: _[signed]_           0277666                June 13, 2008
Typed Name: Christine L. Nessa   MN Attorney License No    Date

### Affidavit of Proposed Admittee

I, **Robert Alan Garrett,** am currently a member in good standing of the U.S. District Court for the **District of Columbia and the Northern District of Illinois,** but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed.R.Civ.P.77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

**Robert Alan Garrett**                _[signed] Robert Alan Garrett  6-04-08_
Type/Print Name (must match name above)         Signature         Date

Attorney License Number:        **239681** issued by the State of **DC**

| | |
|---|---|
| Law Firm Name: | **0917737** issued by the State of **IL** (inactive) **Arnold & Porter LLP** |
| Law Firm Address: | **555 Twelfth Street, NW** **Washington, DC 20004-1206** |
| Main Phone: | **(202) 942-5000** |
| Direct Phone: | **(202) 942-5444** |
| E-mail: | *Robert.Garrett@aporter.com* |