UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CAPITOL RECORDS INC.,
A Delaware corporation, et al.,

      Plaintiffs,  **CERTIFICATE OF COMPLIANCE**

v.  Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS,

      Defendant.

---

I hereby certify that the Amended Motion contains 457 words and the proposed amici curiae Brief contains 4,332 words, which complies with the word limits in this Court's Order establishing the briefing schedule.

Date: 6/19/2008    By: ___s/Prentiss Cox_____
            Prentiss Cox
            Associate Professor of Clinical Law
            University of Minnesota Law School
            Attorney for Amici Curiae Law Professors

            Attorney Registration No. 218844
            190 Mondale Hall
            229 19th Avenue South
            Minneapolis, MN 55455
            Phone: (612) 625-6810
            Fax: (612) 624-5771