Virgin Records America, Inc v. Thomas

Doc. 162

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC.,<br>a Delaware Corporation, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS,<br><br>Defendant. | Civ. No. 06-1497 (MJD/RLE)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 19th day of June, 2008, a true and correct copy of the following documents:

1. Motion of Motion Picture Association of America, Inc. for Leave to File *Amicus Curiae* Brief;
2. Motion for Admission Pro Hac Vice for Robert Alan Garrett of Arnold & Porter LLP; and
3. Motion for Admission Pro Hac Vice for Eleanor M. Lackman of Arnold & Porter LLP;

were filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Kara L. B. Barrow | kbarrow@faegre.com; pskorude@faegre.com |
| Bryan L. Bleichner | bbleichner@chestnutcambronne.com |
| Felicia J. Boyd | fboyd@faegre.com; couellette@faegre.com; hjohnson@faegre.com |
| Gregory G. Brooker | greg.brooker@usdoj.gov; Noelle.corbo@usdoj.gov; usamn.ecfcivil@usdoj.gov |
| Carl E. Christensen | carl@clawoffice.com |
| Prentiss E. Cox | coxxx211@umn.edu; brune007@umn.edu |
| Rachel C. Hughey | rhughey@ccvl.com; gbruns@ccvl.com |
| Adam D. Kirschner | adam.kirschner@usdoj.gov |
| Corynne McSherry | corynne@eff.org; lety@eff.org |
| Andrew B. Mohraz | Andrew.mohraz@hro.com |
| Timothy M. Reynolds | timothy.reynolds@hro.com; anne.allen@hro.com |

dockets.Justia.com

| | |
|---|---|
| The Intellectual Property Institute at William Mitchell College of Law | iplaw@wmitchell.edu |
| Brian N. Toder | btoder@chestnutcambronne.com; cdawson@chestnutcambronne.com |
| David A. Tonini | david.tonini@hro.com |
| Mary Andreleita Walker | lwalker@faegre.com; mdilorenzo@faegre.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: June 20, 2008                    By: s/Marie L. van Uitert
                                            Marie L. van Uitert