UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CAPITOL RECORDS INC.,
A Delaware corporation, et al.,

        Plaintiffs,

v.            Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS,

        Defendant.

---

**WORD COUNT COMPLIANCE CERTIFICATE**

I, Rachel C. Hughey, certify that Brief Amici Curiae Of Electronic Fronter Foundation, Public Knowledge, United States Internet Industry Association, And Computer & Communications Industry Association In Support Of Defendant Jammie Thomas and Motion For Leave To File A Brief Amici Curiae Of Electronic Fronter Foundation, Public Knowledge, United States Internet Industry Association, And Computer & Communications Industry Association In Support Of Defendant Jammie Thomas comply with the word count limitation set forth if the Court's May 20, 2008 Order.

I further certify that I used Microsoft Word Version 2003, and that this word processing program has been applied specifically to include all text required by Local Rule 7.1, including headings, footnotes, and quotations in the following word count. I further certify that the above referenced memorandum contains 5,862 words and the motion in support of the memorandum contains 807 words.

Dated: June 20, 2008

Electronic Frontier Foundation
Public Knowledge
United States Internet Industry Association
Computer & Communications Industry Association

s/Rachel C. Hughey
Rachel C. Hughey (MN Bar No. 328042)
*rhughey@ccvl.com*
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street
Suite 3200
Minneapolis, MN 55402
(612) 436-9600
Facsimile: (612) 436-9605