UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CAPITOL RECORDS INC.,
A Delaware corporation, et al.,

        Plaintiffs,

v.           Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS,

        Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I caused the following documents:

1. Motion for Leave to File a Brief Amici Curiae of Electronic Frontier Foundation, Public Knowledge, United States Internet Industry Association, and Computer & Communications Industry Association in Support of Defendant Jammie Thomas;

2. Brief of Amici Curiae of Electronic Frontier Foundation, Public Knowledge, United States Internet Industry Association, and Computer & Communications Industry Association in Support of Defendant Jammie Thomas;

3. Word Count Compliance; and

4. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Felicia J. Boyd | fboyd@faegre.com |
| Kara L. B. Barrow | kbarrow@faegre.com |
| Mary Andreleita Walker | lwalker@faegre.com |
| Timothy M. Reynolds | timothy.reynolds@hro.com |
| Andrew B. Mohraz | andrew.mohraz@hro.com |

| | |
|---|---|
| David A. Tonini | david.tonini@hro.com |
| Marie Louise van Uitert | mvanuitert@oppenheimer.com |
| Brian N. Toder | btoder@chstnutcambronne.com |
| Bryan L. Bleichner | bbleichner@chestnutcambronne.com |
| Gregory G. Brooker | greg.brooker@usdoj.gov |
| Adam D. Kirschner | adam.kirschner@usdoj.gov |
| Carl E. Christensen | carl@clawoffice.com |
| Prentiss E. Cox | coxxx211@umn.edu |
| The Intellectual Property Institute at William Mitchell College of Law | iplaw@wmitchell.edu |

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

    Honorable Michael J. Davis:  davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the attorneys listed above


Dated:  June 20, 2008                                  s/ Rachel C. Hughey
                                                               Rachel C. Hughey