# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

CAPITOL RECORDS INC.,
a Delaware corporation, et al.,

                          Plaintiffs,

v.                                          Civil File No. 06-CV-1497 (MJD/RLE)

 JAMMIE THOMAS,

                          Defendant.

---

I, Carl E. Christensen, hereby declare:

I am an Adjunct Professor of Law at William Mitchell College of Law and faculty of the William Mitchell Intellectual Property Institute.

I submit this Declaration to provide the Court with a copy of the brief I propose to file as amicus curiae Intellectual Property Institute of William Mitchell College of Law on behalf of Defendant Jammie Thomas, attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2008.

                          By s/ Carl E. Christensen_____ _
                          Carl E. Christensen


Subscribed and sworn to before me this

20 day of June, 2008.


s/s_____ _
Notary Public