# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CAPITOL RECORDS INC.,
a Delaware corporation, et al.,

        Plaintiffs,

v.                                                                   Civil File No. 06-CV-1497 (MJD/RLE)

JAMMIE THOMAS,

        Defendant.

PLEASE TAKE NOTICE that upon the annexed Affidavit of Carl E. Christensen and the proposed brief *amicus curiae* annexed thereto, The Intellectual Property Institute of William Mitchell College of Law shall move this Court, before the Honorable Michael J. Davis, United States District Court Judge, at the United States Courthouse, District of Minnesota, Duluth, Minnesota at a date and time to be determined by the Court, for leave to file the proposed brief *amicus curiae*.

Dated: June 20, 2008, Minneapolis, Minnesota.

                                      Carl E. Christensen (No. 350412)
                                      Christensen Law Office PLLC
                                      1422 West Lake Street, Suite 216
                                      Minneapolis, Minnesota 55408
                                      Telephone: (612) 823-4016
                                      Facsimile: (612) 823-4777
                                      COUNSEL FOR *AMICUS CURIAE*

                                      By

                                      s/Carl E. Christensen
                                          CARL E. CHRISTENSEN

TO:
Felicia J. Boyd (No. 186168)
Leita Walker (No. 387095)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Timothy M. Reynolds (pro hac vice)
David A. Tonini (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
ATTORNEYS FOR PLAINTIFFS

Brian N. Toder (No. 17869X)
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
Telephone: (612) 339-7300
Facsimile:   (612) 336-2940
ATTORNEYS FOR DEFENDANT