Virgin Records America, Inc v. Thomas

Doc. 172

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware Corporation, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMMIE THOMAS, <br><br> Defendant. | Civ. No. 06-1497 (MJD/RLE) <br><br><br> **WORD COUNT COMPLIANCE CERTIFICATE** |

I, Marie L. van Uitert, certify that the attached AMENDED MOTION OF MOTION PICTURE ASSOCIATION OF AMERICA, INC. FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF and accompanying PROPOSED BRIEF OF *AMICUS CURIAE* MOTION PICTURE ASSOCIATION OF AMERICA, INC. comply with the word limitations set forth in Judge Davis's May 20, 2008, Order[1] in that they have:

☒ a **word count** of **877 words** (amended motion);

☒ a **word count** of **5992 words** (brief)

said brief and amended motion were prepared using Microsoft Word 2003, Version SP-1. To arrive at the word count set forth in this Certificate, this word processing program was applied specifically to include all text, including headings, footnotes, quotations, and

---

[1] Judge Davis's May 20, 2008, Order requires that "[t]he motion requesting permission to file an amicus brief shall not exceed 1,000 words" and "[t]he amicus brief will be no more than 6,000 words in length."

dockets.Justia.com

table of contents, and to exclude the caption designation, signature text and any certificates of counsel.

Date: June 20, 2008

By: s/Marie L. van Uitert
    Christine L. Nessa (MN Bar #0277666)
    Marie L. van Uitert (MN Bar #0387875)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
(612) 607-7522

Robert Alan Garrett (*pro hac vice* pending)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000

Eleanor M. Lackman (*pro hac vice* pending)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
(212) 715-1000

Attorneys for Amicus Motion Picture Association of America, Inc.