UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CAPITOL RECORDS INC.,
a Delaware corporation, et al.,

        Plaintiffs,

v.                           Civil File No. 06-CV-1497 (MJD/RLE)

JAMMIE THOMAS,

        Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2008, I caused the following documents:

Motion for Permission to File a Brief Amici Curiae of the Intellectual Property Institute at William Mitchell College of Law in Support of Defendant.

Brief of the Intellectual Property Institute at William Mitchell College of Law as Amici Curiae in Support of Defendant to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| Name | Email |
|---|---|
| Kara L B Barrow | kbarrow@faegre.com, pskorude@faegre.com |
| Bryan L Bleichner | bbleichner@chestnutcambronne.com |
| Felicia J Boyd | fboyd@faegre.com, cOuellette@faegre.com, hjohnson@faegre.com |
| Gregory G Brooker | greg.brooker@usdoj.gov, noelle.corbo@usdoj.gov, usamn.ecfcivil@usdoj.gov |
| Rachel C Hughey | rhughey@ccvl.com, gbruns@ccvl.com |
| Adam D Kirschner | adam.kirschner@usdoj.gov |
| Corynne McSherry | corynne@eff.org, lety@eff.org |
| Andrew B Mohraz | andrew.mohraz@hro.com |

1

| | |
|---|---|
| Timothy M Reynolds | timothy.reynolds@hro.com, anne.allen@hro.com |
| Brian N Toder | btoder@chestnutcambronne.com, cdawson@chestnutcambronne.com |
| David A Tonini | david.tonini@hro.com |
| Mary Andreleita Walker | lwalker@faegre.com, dnoren@faegre.com |

By

s/Carl E. Christensen_____         June 20, 2008
CARL E. CHRISTENSEN

Carl E. Christensen (No. 350412)
Christensen Law Office PLLC
1422 West Lake Street, Suite 216
Minneapolis, MN 55408
Telephone: (612) 823-4016
Facsimile: (612) 832-4777
COUNSEL OF RECORD FOR *AMICI CURIAE*.
INTELLECTUAL PROPERTY INSTITUTE, WILLIAM MITCHELL COLLEGE OF LAW