## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

_____
                                            )
CAPITOL RECORDS, INC., *et al.,*            )
                                            )
                    Plaintiffs,             )
                                            )
    v.                                      ) Civil File No. 06-1497 (MJD/RLE)
                                            )
JAMMIE THOMAS,                              )
                                            )
                    Defendant.              )
_____         )

### NOTICE OF APPEARANCE FOR *AMICUS CURIAE*
### THOMAS D. SYDNOR OF THE PROGRESS & FREEDOM FOUNDATION

Tracey Holmes Donesky hereby appears on behalf of Thomas D. Sydnor of The Progress & Freedom Foundation who seeks to appear as *amicus curiae* in this action:

Thomas D. Sydnor II
Senior Fellow and Director of the Center for the Study of Digital Property
Progress & Freedom Foundation

Dated:  June 20, 2008            s/ Tracey Holmes Donesky
                                 Tracey Holmes Donesky (#302727)
                                 LEONARD, STREET AND DEINARD
                                     *Professional Association*
                                 150 South Fifth Street, Suite 2300
                                 Minneapolis, MN 55402
                                 Telephone:  (612) 335-1500
                                 Fax (612)335-1657

                                 **ATTORNEYS FOR *AMICUS CURIAE***
                                 **THOMAS D. SYDNOR OF THE**
                                 **PROGRESS & FREEDOM**
                                 **FOUNDATION**