# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____
                                         )
CAPITOL RECORDS, INC., *et al.*,    )
                                         )
          Plaintiffs,        )
                                       )
v.                                ) Civil File No. 06-1497 (MJD/RLE)
                                       )
JAMMIE THOMAS,                 )
         Defendant.      )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I caused the following documents:

1. **Motion of Thomas D. Sydnor of the Progress & Freedom Foundation for Permission to File A Brief *Amicus Curiae*;**
2. **LR 7.1(c) Word Count Compliance Certificate regarding Motion of Thomas D. Sydnor of the Progress & Freedom Foundation for Permission to File A Brief *Amicus Curiae*;**
3. ***Amicus Curiae* Brief of Thomas D. Sydnor of the Progress & Freedom Foundation Opposing the Motion for a New Trial; and**
4. **LR 7.1(c) Word Count Compliance Certificate regarding *Amicus Curiea* Brief of Thomas D. Sydnor of the Progress & Freedom Foundation Opposing the Motion for a New Trial**

to be filed electronically with the Clerk of Court through ECF and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| **Kara L B Barrow** | **Bryan L Bleichner** |
| kbarrow@faegre.com | bbleichner@chestnutcambronne.com |
| **Felicia J Boyd** | **Gregory G Brooker** |
| fboyd@faegre.com | greg.brooker@usdoj.gov |
| **Carl E Christensen** | **Prentiss E Cox** |
| carl@clawoffice.com | coxxx211@umn.edu |
| **Rachel C Hughey** | **Adam D Kirschner** |
| rhughey@ccvl.com | adam.kirschner@usdoj.gov |

**Corynne McSherry**
corynne@eff.org

**Christine L Nessa**
cnessa@oppenheimer.com

**The Intellectual Property Institute at William Mitchell College of Law**
iplaw@wmitchell.edu

**David A Tonini**
david.tonini@hro.com

**Marie Louise van Uitert**
mvanuitert@oppenheimer.com

**Andrew B Mohraz**
andrew.mohraz@hro.com

**Timothy M Reynolds**
timothy.reynolds@hro.com

**Brian N Toder**
btoder@chestnutcambronne.com

**Mary Andreleita Walker**
lwalker@faegre.com

Dated: June 20, 2008

s/Tracey Holmes Donesky
Tracey Holmes Donesky (#0302727)