## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAMMIE THOMAS, <br><br> Defendant. | ) ) ) ) ) ) Case No. 06-1497 (MJD/RLE) ) ) ) ) **LR 7.1 WORD COUNT COMPLIANCE** ) **CERTIFICATE REGARDING** ) **PLAINTIFFS' SUPPLEMENTAL BRIEF** ) **PURSUANT TO MAY 15, 2008 ORDER** ) |

I, Timothy M. Reynolds, certify that **PLAINTIFFS' SUPPLEMENTAL BRIEF PURSUANT TO MAY 15, 2008 ORDER** complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, (10.6612.6626) SP3, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 8,189 words.

Dated: June 30, 2008

                                                        s/ Timothy M. Reynolds_____
                                                        Timothy M. Reynolds