## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESTOA

|  |  |
|---|---|
| CAPITOL RECORDS INC, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-1497 |
| ) | |
| JAMMIE THOMAS, ) | |
| ) | |
| Defendant ) | |
| ) | |

### UNITED STATES OF AMERICA'S NOTICE REGARDING THE
### COURT'S ORDER FOR FURTHER BRIEFING

The United States intervened in this action to defend the constitutionality of the statutory damages provision of the Copyright Act, 17 U.S.C. § 504(c). The Court's May 15, 2008, Order for further briefing on whether "making copyrighted sound records available" constitutes distribution under the Copyright Act does not implicate the statutory damages issue and, therefore, the United States will not be filing a brief with this notice on the "making available" matter.

Dated: June 30, 2008                    Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

FRANK J. MAGILL
Acting United States Attorney

SANDRA SCHRAIBMAN
Assistant Branch Director

 /s/ *Adam D. Kirschner*
ADAM D. KIRSCHNER
IL Bar No. 6286601

Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7126
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 353-9265
Fax: (202) 616-8470
Email: adam.kirschner@usdoj.gov

Attorneys for the United States of America