# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC.,<br>a Delaware corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JAMMIE THOMAS,<br><br>Defendant. | Case No. 06-1497 (MJD/RLE)<br><br>**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' REPLY BRIEF PURSUANT TO MAY 15, 2008 ORDER** |

I, Timothy M. Reynolds, certify that **PLAINTIFFS' REPLY BRIEF PURSUANT TO MAY 15, 2008 ORDER** complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, (10.6612.6626) SP3, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 3,959 words.

Dated: July 11, 2008

s/ Timothy M. Reynolds<br>
Timothy M. Reynolds

#1342240 v2