UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Capitol Records Inc., et al., v. Jammie Thomas
Case No. 06-cv-1497 (MJD/RLE)

## LR 7.1(c) WORD COUNT

## COMPLIANCE CERTIFICATE

I, Brian N. Toder, certify that Defendant's Reply Brief in Support of Her Motion for New Trial (Dkt. No. 109) complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Word Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 5,871 words.

Dated:  July 11, 2008                **CHESTNUT & CAMBRONNE, P.A.**

By /s/  Brian N. Toder
Brian N. Toder  (No. 17869X)
Bryan L. Bleichner (No. 0326689)
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300
Fax (612) 336-2940

**ATTORNEYS FOR DEFENDANT**