IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS,<br><br>        Defendant. | Civ. No.:  06-cv-1497 MJD/RLE<br><br><br><br>**CERTIFICATE OF SERVICE OF MOTION FOR ADMISSION PRO HAC VICE OF DONALD VERRILLI, JR.** |

I hereby certify that on July 31, 2008, I caused the following document:

  Motion for Admission Pro Hac Vice of Donald Verrilli, Jr.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Felicia J. Boyd | fboyd@faegre.com, dnoren@faegre.com; tbeyl@faegre.com |
| Leita A. Walker | lwalker@faegre.com, jbeasley@faegre.com |
| Brian N. Toder | btoder@chestnutcambronne.com |
| David A. Tonini | david.tonini@hro.com |
| Tim Reynolds | timothy.reynolds@hro.com |

| | |
|---|---|
| Date: July 31, 2008 | Respectfully submitted, |
| | /s Leita A. Walker |
| OF COUNSEL | Felicia J. Boyd (#186168) |
| | Leita A. Walker (#387095) |
| David A. Tonini (*pro hac vice*) | FAEGRE & BENSON LLP |
| Timothy Reynolds (*pro hac vice*) | 2200 Wells Fargo Center |
| HOLME ROBERTS & OWEN LLP | 90 South Seventh Street |
| 1700 Lincoln, Suite 4100 | Minneapolis, Minnesota 55402-3901 |
| Denver, Colorado 80203 | Telephone: (612) 766-7000 |
| Telephone: (303) 866-0399 | Facsimile: (612) 766-1600 |
| Facsimile: (303) 866-0200 | |

ATTORNEYS FOR PLAINTIFFS

fb.us.3107123.01