# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
### Duluth, MN

# CIVIL MOTION HEARING

| Virgin Records America, Inc.et al., | | **COURT MINUTES** |
|---|---|---|
| *A California Corporation* | | BEFORE: Michael J. Davis |
| | | U.S. District Chief Judge |
| Plaintiffs, | | |
| | | Case No: 08-cv-1497 (MJD/RLE) |
| v. | | Date: August 4, 2008 |
| | | Deputy: Kristine Wegner |
| Jammie Thomas | | Court Reporter: Lori Simpson |
| | | Time Commenced: 10:00 a.m. |
| | | Time Concluded: 11:00 a.m. |
| Defendant. | | Time in Court: 1 hour |

Hearing on: **Motion for a New Trial [109]**
**Motion to Amend/Correct Judgment [116]**

APPEARANCES:

  Plaintiff:   Timothy Reynolds, Donald Verrilli, Jr. and Kenneth Doroshaw
  Defendant:   Brian Toder
  Amicus:      Christine Nessa and Robert Garrett

PROCEEDINGS:

Oral argument on motions for a new trial and to amend/correct the judgment.

**\*\***IT IS ORDERED:

The motions were moved, argued and taken under advisement. An order shall be filed.

Date:   August 4, 2008                                                          s/Kristine Wegner
                                                              Calendar Clerk to Chief Judge Michael J. Davis