## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

-----------------------------------------------------------------------------------------------------------

CAPITOL RECORDS INC.,
A Delaware corporation, et al.,

                                                  Plaintiffs,

v.                                              Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS,

                                                  Defendant.

-----------------------------------------------------------------------------------------------------------

### NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Andrew M. Mason, MN Bar No. 388070, shall appear as counsel of record for amicus Electronic Frontier Foundation in this case.

Dated: August 26, 2008                    s/ Rachel C. Hughey
                                                     Rachel C. Hughey (MN Bar No. 328042)
                                                     rhughey@ccvl.com
                                                   Carlson, Caspers, Vandenburgh & Lindquist
                                                   225 South Sixth Street
                                                   Suite 3200
                                                   Minneapolis, MN 55402
                                                   (612) 436-9600
                                                   Facsimile: (612) 436-9605