UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., <br> a Delaware corporation, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAMMIE THOMAS, <br><br> Defendant. | ) <br> ) <br> ) Case No. 06-1497 (MJD/RLE) <br> ) <br> ) **PLAINTIFFS' MOTION TO CERTIFY** <br> ) **SEPTEMBER 24 ORDER FOR** <br> ) **INTERLOCUTORY APPEAL AND FOR** <br> ) **STAY OF PROCEEDINGS PENDING** <br> ) **APPEAL** <br> ) <br> ) <br> ) |

Pursuant to 28 U.S.C. § 1292(b), Plaintiffs respectfully request that the Court certify its September 24, 2008 Order as appropriate for interlocutory appeal. In its September 24, 2008 Order (Docket No. 197), the Court reversed itself and concluded (1) that the Copyright Act did not provide for liability under 17 U.S.C. § 106(3) for making a copyrighted sound recording available to other users of a peer-to-peer network; (2) that Jury Instruction No. 15, which had endorsed a contradictory rule, was manifestly erroneous; and (3) that a new trial was necessary. The Eighth Circuit should review the September 24 Order before this Court conducts a new trial. The question of the appropriate jury instruction is a purely legal question. And as the parties' briefing, the Court's *sua sponte* reconsideration, and the many courts to have recognized the making-available right suggest, there is substantial ground for difference of opinion. Inasmuch as a trial has already been conducted under one of the two legal standards that would emerge from an appeal, the Eighth Circuit's ruling may obviate the need for a second trial.

Accordingly, for the reasons set out in Plaintiffs' Memorandum in Support being filed contemporaneously, this case should be certified for interlocutory review, and proceedings in this Court should be stayed while the issue is resolved.

Respectfully submitted this 14th day of October 2008.

/s/ Timothy M. Reynolds
Timothy M. Reynolds (pro hac vice)
David A. Tonini (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

Donald B. Verrilli, Jr. (pro hac vice)
JENNER & BLOCK
1099 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 661-4957

Felicia J. Boyd (No. 186168)
Leita Walker (No. 387095)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF CONFERENCE**

This certifies that counsel for Plaintiffs contacted Defendant, through counsel, on October 14, 2008, regarding the relief requested in this motion, and Defendant's counsel stated that Defendant is opposed.

/s/ Timothy M. Reynolds
Timothy M. Reynolds