Virgin Records America, Inc v. Thomas | Doc. 200

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>JAMMIE THOMAS, <br><br>　　　　　Defendant. | ) ) ) ) Case No. 06-1497 (MJD/RLE) ) ) **LR 7.1 WORD COUNT COMPLIANCE** ) **CERTIFICATE REGARDING** ) **PLAINTIFFS' MEMORANDUM IN** ) **SUPPORT OF MOTION TO CERTIFY** ) **SEPTEMBER 24 ORDER FOR** ) **INTERLOCUTORY APPEAL AND FOR** ) **STAY OF PROCEEDINGS PENDING** ) **APPEAL** ) |

　　　　I, Timothy M. Reynolds, certify that **PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO CERTIFY SEPTEMBER 24 ORDER FOR INTERLOCUTORY APPEAL AND FOR STAY OF PROCEEDINGS PENDING APPEAL** complies with Local Rule 7.1(c).

　　　　I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, (10.6612.6626) SP3, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

　　　　I further certify that the above-referenced memorandum contains 2,559 words.


　　　　Dated:　October 14, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy M. Reynolds
　　　　　　　　　　　　　　　　　　　　　　　　　Timothy M. Reynolds

#1365555 v1 den

Dockets.Justia.com