UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAMMIE THOMAS, <br><br> Defendant. | Case No. 06-1497 (MJD/RLE) <br><br> **STIPULATED MOTION FOR ENTRY OF ORDER REGARDING BRIEFING SCHEDULE** |

Plaintiffs and Defendant, through their respective counsel, hereby stipulate to the following briefing schedule on Plaintiffs' Motion to Certify September 24 Order for Interlocutory Appeal and For Stay of Proceedings Pending Appeal ("Motion," Doc. No. 198):

1. Defendant will file a response to Plaintiffs' Motion on or before November 13, 2008.

2. Plaintiffs will file a reply in support of their Motion on or before November 24, 2008.

3. The parties also agree to disposition of Plaintiffs' Motion on the briefs and do not request oral argument.

Respectfully submitted this 30th day of October 2008.

| | |
|---|---|
| /s/ Brian N. Toder | /s/ Timothy M. Reynolds |
| Brian N. Toder (No. 17869X) | Timothy M. Reynolds (pro hac vice) |
| Bryan L. Bleichner (No. 0326689) | David A. Tonini (pro hac vice) |
| CHESTNUT & CAMBRONNE, P.A. | Andrew B. Mohraz (pro hac vice) |
| 3700 Campbell Mithun Tower | HOLME ROBERTS & OWEN LLP |
| 222 South Ninth Street | 1700 Lincoln, Suite 4100 |
| Minneapolis, Minnesota 55402 | Denver, Colorado 80203 |
| Telephone: (612) 339-7300 | Telephone: (303) 861-7000 |
| Facsimile: (612) 336-2940 | Facsimile: (303) 866-0200 |

Donald B. Verrilli, Jr. (pro hac vice)
JENNER & BLOCK
1099 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 661-4957

Felicia J. Boyd (No. 186168)
Leita Walker (No. 387095)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR PLAINTIFFS