# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation, *et al.*, | Case No. 06-1497 (MJD/RLE) |
| Plaintiffs, | **ORDER GRANTING STIPULATED MOTION FOR ENTRY OF ORDER REGARDING BRIEFING SCHEDULE** |
| v. | |
| JAMMIE THOMAS, | |
| Defendant. | |

This matter is before the Court on the Stipulated Motion for Entry of Order Regarding Briefing Schedule ("Motion"). Having considered the Motion, and being sufficiently advised, the Court hereby ORDERS that the Motion is GRANTED. Therefore, it is hereby ORDERED that:

1. Defendant will file a response to Plaintiffs' Motion to Certify September 24 Order for Interlocutory Appeal and For Stay of Proceedings Pending Appeal (Doc. No. 198) on or before November 13, 2008; and

2. Plaintiffs will file a reply on or before November 24, 2008.

DONE this 31st day of October 2008.

s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court