UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Virgin America Records, Inc., et al. v. Jammie Thomas
Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on November 11, 2008, I caused the following document:

**DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR INTERLOCUTORY APPEAL (DKT. NO. 199)**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing as follows:

- Kara L B Barrow
  **kbarrow@faegre.com,pskorude@faegre.com**

- Felicia J Boyd
  **fboyd@faegre.com,cOuellette@faegre.com,hjohnson@faegre.com**

- Gregory G Brooker
  **greg.brooker@usdoj.gov,,cnoelle.corbo@usdoj.gov,usamn.ecfcivil@usdoj.gov**

- Carl E Christensen
  **carl@clawoffice.com**

- Prentiss E Cox
  **coxxx211 @umn.edu,brune007@umn.edu**

- Tracey Holmes Donesky
  **tracey.donesky@lebnard.com,molly.ocel@leonard.com**

- Robert Alan Garrett
  **robert.garrett@aporter.com**

- Rachel C Hughey
  **rhughey@ccvl.com,gbruns@ccvl.com**

- Adam D Kirschner
  **adam.kirschner@usdoj.gov**

- Eleanor M Lackman
  **eleanor.lackman@aporter.com**

- Corynne McSherry
  **corynne@eff.org,lety@eff.org**

- Andrew B Mohraz
  **andrew.mohraz@hro.com**

- Christine L **Nessa**
  **cnessa@oppenheimer.com,jmenk@oppenheimer.com**

- Timothy M Reynolds
  **timothy.reynolds@hro.com,anne.allen@hro.com**

» The Intellectual Property Institute at William Mitchell College of Law
  **iplaw@wmitchell.edu**

- The Progress & Freedom Foundation
  **tsydnor@pff.org**

- David A Tonini
  **david.tonini@hro.com**

- Mary Andreleita Walker
  **lwalker@faegre.com,mdilorenzo@faegre.com**

- Marie L van Uitert
  **mvanuitert@oppenheimer.com,kscott@oppenheimer.com**

Dated:  November 11, 2008           /s/  Brian N. Toder
                                    Brian N. Toder, #17869X
                                    Chestnut & Cambronne, P.A.
                                    3700 Campbell Mithun Tower
                                    222 South Ninth Street
                                    Minneapolis, MN 55402
                                    (612)339-7300