# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation, *et al.*, | ) ) ) Case No. 06-1497 (MJD/RLE) ) |
| Plaintiffs, | ) **LR 7.1 WORD COUNT COMPLIANCE** ) **CERTIFICATE REGARDING** |
| v. | ) **PLAINTIFFS' REPLY MEMORANDUM IN** ) **SUPPORT OF MOTION TO CERTIFY** |
| JAMMIE THOMAS, | ) **SEPTEMBER 24 ORDER FOR** ) **INTERLOCUTORY APPEAL AND FOR** |
| Defendant. | ) **STAY OF PROCEEDINGS PENDING** ) **APPEAL** ) |

I, Timothy M. Reynolds, certify that **PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO CERTIFY SEPTEMBER 24 ORDER FOR INTERLOCUTORY APPEAL AND FOR STAY OF PROCEEDINGS PENDING APPEAL** complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, (10.6612.6626) SP3, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 752 words.

Dated: November 24, 2008

/s/ Timothy M. Reynolds
Timothy M. Reynolds

#1374143 v1 den