# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC.,<br>a Delaware corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JAMMIE THOMAS,<br><br>Defendant. | Case No. 06-1497 (MJD/RLE)<br><br>**PLAINTIFFS' MOTION TO**<br>**WITHDRAW NOTICE OF APPEAL** |

Plaintiffs respectfully move to withdraw their notice of appeal and state as follows:

1. On October 14, 2008, Plaintiffs filed a Motion to Certify September 24 Order for Interlocutory Appeal and for Stay of Proceedings Pending Appeal. ("Motion," Doc. No. 198.) Consistent with the Federal Rules of Civil Procedure and Appellate Procedure, it was Plaintiffs' intent that, should the motion be granted, they would file a notice of appeal and bring an appeal to the U.S. Court of Appeals to the Eighth Circuit.

2. On December 23, 2008, the Court issued an Order denying Plaintiffs' Motion. ("Order," Doc. No. 211.)

3. Because the Court has denied Plaintiffs' request for interlocutory appeal, Plaintiffs will not bring an appeal at this time. Therefore, in order to avoid any confusion as to their intention at this time, Plaintiffs respectfully request that to the extent their Motion is or was deemed to constitute a notice of appeal, such notice is hereby withdrawn.

#1382045 v2 den

Respectfully submitted this 12th day of January 2009.

/s/ Timothy M. Reynolds
Timothy M. Reynolds (pro hac vice)
David A. Tonini (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

Donald B. Verrilli, Jr. (pro hac vice)
JENNER & BLOCK
1099 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 661-4957

Felicia J. Boyd (No. 186168)
Leita Walker (No. 387095)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile:  (612) 766-1600

ATTORNEYS FOR PLAINTIFFS