## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| CAPITOL RECORDS, INC.,<br>a Delaware corporation, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JAMMIE THOMAS,<br><br>Defendant. | )<br>)<br>)  Case No. 06-1497 (MJD/RLE)<br>)<br>)  **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I hereby certify that on January 12, 2009, I caused the following document(s):

**PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS NOTICE OF APPEAL**

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-

notice of the electronic filing to the following:

- **Kara L B Barrow**
  kbarrow@faegre.com,pskorude@faegre.com

- **Bryan L Bleichner**
  bbleichner@chestnutcambronne.com

- **Felicia J Boyd**
  fboyd@faegre.com,cOuellette@faegre.com,hjohnson@faegre.com

- **Gregory G Brooker**
  greg.brooker@usdoj.gov,noelle.corbo@usdoj.gov,usamn.ecfcivil@usdoj.gov

- **Carl E Christensen**
  carl@clawoffice.com

- **Prentiss E Cox**
  coxxx211@umn.edu,brune007@umn.edu

- **Tracey Holmes Donesky**
  tracey.donesky@leonard.com,molly.ocel@leonard.com

- **Robert Alan Garrett**
  robert.garrett@aporter.com

- **Rachel C Hughey**
  rhughey@ccvl.com,gbruns@ccvl.com

- **Adam D Kirschner**
  adam.kirschner@usdoj.gov

- **Eleanor M Lackman**
  eleanor.lackman@aporter.com

- **Corynne McSherry**
  corynne@eff.org,lety@eff.org

- **Andrew B Mohraz**
  andrew.mohraz@hro.com

- **Christine L Nessa**
  cnessa@oppenheimer.com,jmenk@oppenheimer.com

- **Timothy M Reynolds**
  timothy.reynolds@hro.com,anne.allen@hro.com

- **The Intellectual Property Institute at William Mitchell College of Law**
  iplaw@wmitchell.edu

- **The Progress & Freedom Foundation**
  tsydnor@pff.org

- **Brian N Toder**
  btoder@chestnutcambronne.com,cdawson@chestnutcambronne.com

- **David A Tonini**
  david.tonini@hro.com

- **Donald B Verrilli, Jr.**
  dverrilli@jenner.com

- **Mary Andreleita Walker**
  lwalker@faegre.com,mdilorenzo@faegre.com

- **Marie L van Uitert**
  mvanuitert@oppenheimer.com,kscott@oppenheimer.com

I further certify that I caused a copy of the foregoing documents and the notice of

electronic filing to be mailed by first class mail, postage paid, to the following non-ECF

participants:

N/A

#1382052 v1 den

Dated:  January 12, 2009

/s/ Timothy M. Reynolds
Timothy M. Reynolds

#1382052 v1 den