Virgin Records America, Inc v. Thomas                                                                    Doc. 214

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> Jammie Thomas, <br><br> Defendant. | Case No. 06-cv-1497 (MJD/RLE) <br><br><br> **DEFENDANT'S MOTION FOR EXTENSION OF DISCOVERY SCHEDULE** |

Defendant moves the Court for a limited extension of the discovery schedule solely to identify her new expert, to state the subject matter on which the expert is expected to testify and serve the written report required by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

Dockets.Justia.com

Defendant's grounds for this motion are identified in her Memorandum of Law served and filed concurrently with this Motion.

Dated: January 26, 2009　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**CHESTNUT & CAMBRONNE, P.A.**

　　　　　　　　　　　　　　　　　　By <u>/s Brian N. Toder</u>
　　　　　　　　　　　　　　　　　　　　Brian N. Toder #17869X
　　　　　　　　　　　　　　　　　　　　Bryan L. Bleichner, #0326689
　　　　　　　　　　　　　　　　　　　　3700 Campbell Mithun Tower
　　　　　　　　　　　　　　　　　　　　222 South Ninth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　(612) 339-7300
　　　　　　　　　　　　　　　　　　　　Fax (612)336-2940

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**