## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>                 Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>                 Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br>**DEFENDANT'S NOTICE OF MOTION FOR EXTENSION OF DISCOVERY SCHEDULE** |

PLEASE TAKE NOTICE, that on February 12, 2009, at 1:30 p.m. in the U.S. Courthouse in Duluth, Minnesota, Courtroom 3, Defendant will move the Court for a limited extension of the discovery schedule as memorialized in this Court's Pretrial Order of July 26, 2006, and catalogued as Docket No. 11.

Dated: January 26, 2009		Respectfully submitted,

**CHESTNUT & CAMBRONNE, P.A.**


By <u>/s  Brian N. Toder</u>
    Brian N. Toder #17869X
    Bryan L. Bleichner, #0326689
    3700 Campbell Mithun Tower
    222 South Ninth Street
    Minneapolis, MN 55402
    (612) 339-7300
    Fax (612)336-2940

**ATTORNEYS FOR DEFENDANT**