UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Capitol Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on January 26, 2009, I caused the following documents:

1. Defendant's Notice of Motion for Extension of Discovery Schedule;
2. Defendant's Motion for Extension of Discovery Schedule; and
3. Memorandum of Law in Support of Defendant's Motion for Extension of Discovery Schedule

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> Laura G. Coates (#350175)
> Faegre & Benson, LLP
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN 55402-3901
>
> Timothy M. Reynolds
> Holme Roberts & Owen, LLP
> 1700 Lincoln Street
> Suite 4100
> Denver, CO 80203-4541

.
Dated:  January 26, 2009		/s/  Brian N. Toder
		Brian N. Toder, #17869X
		Chestnut & Cambronne, P.A.
		3700 Campbell Mithun Tower
		222 South Ninth Street
		Minneapolis, MN 55402
		(651) 653-0990