# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>v.<br><br>Cameron J. Lewis,<br>J. Tyron Lewis,<br>,<br>　　　　　　　Defendants. | **COURT MINUTES**<br>BEFORE: Joan N. Ericksen<br>　　　　　　U.S. Judge<br><br>Case No:　　04cr403 (1) (2)<br>Date:　　　　April 28, 2006<br>Court Reporter:　No Reporter<br>Tape Number:<br>Time Commenced:　2:00 p.m.<br>Time Concluded:　2:20 p.m.<br>Time in Court:　20 Minutes |

APPEARANCES:

　Plaintiff:　　　Robert M. Lewis/Anders Folk, Assistant U.S. Attorney
　Defendant(s):　Richard H. Kyle, Jr. for Cameron J. Lewis　**9** FPD　　**9** CJA　　**9** Retained
　　　　　　　　Jon M. Hopeman for J. Tyron Lewis　　**9** FPD　　**9** CJA　　**9** Retained

　Interpreter / Language: /

　　IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**1.　Defendants' Motion to Continue the Trial Date [#231] is GRANTED. The trial is re-scheduled to Tuesday, September 26, 2006 at 9:30 a.m.**

**2.　Defendant's Motion to Withdraw as Counsel [#230] is WITHDRAWN.**

Deft(s) addtl briefs due:　　Govt's addl briefs due:

Motions taken under advisement as of:

**9** ORDER TO BE ISSUED　　**:** NO ORDER TO BE ISSUED　　**9** R&R TO BE ISSUED　　**9** NO R&R TO BE ISSUED

**9** Exhibits retained by the Court　　**9** Exhibits returned to counsel　　**9** Bond continued　　**9** Remanded into custody of USM

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Sheri L. Frette
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Calendar Clerk