# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>     Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br><br>**ORDER** |

Defendant has moved the Court for a continuance of the trial date presently calendared for March 9, 2009. Defendant's counsel has avowed, and the Court has been presented with no suggestion otherwise, that plaintiffs do not object to the motion.

Good cause having been shown, IT IS ORDERED:

1. Defendant's Motion is GRANTED;

2. The previous Order setting the trial date for March 9, 2009, is vacated; and

3. The parties are ordered to attend a settlement conference with Chief Judge Michael J. Davis on March 30, 2009 and March 31, 2009 beginning at 9:00 a.m. in Chambers, located at 300 South 4th Street, Suite 15E, Minneapolis, MN, 55415.

4. The trial has been continued to May 11, 2009 at 9:00 a.m. before Chief Judge Davis in Duluth, Minnesota.

Dated: February 9, 2009               s/Michael J. Davis
                                      Michael J. Davis
                                      Chief Judge
                                      United States District Court