# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Capitol Records Inc., et al.,
                Plaintiff(s),
v.

Jammie Thomas,
                Defendant(s).

**COURT MINUTES**
BEFORE: Raymond L. Erickson
U.S. Chief Magistrate Judge

| | |
|---|---|
| Case No: | 06-1497 (MJD/RLE) |
| Date: | February 12, 2009 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 1:50 p.m. |
| Time in Court: | 0 Hours & 20 Minutes |

APPEARANCES:

  For Plaintiff:      Timothy M. Reynolds and Andrew B. Mohraz
  For Defendant:   Brian N. Toder and Bryan L. Bleichner

Interpreter / Language:     /

    IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**      ☒ **COURT**      ☐ **PLAINTIFF**  ☐ **DEFENDANT**

Hearing on the Defendant's Motion to Extend Discovery [Docket No. 214].

Motions taken under advisement as of:     February 12, 2009

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

                                                                                  s/BAS
                                                          Signature of Judicial Law Clerk