## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>                Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br>**DEFENDANT'S MOTION FOR ADDITIONAL TIME TO SERVE HER EXPERT'S REPORT** |

Defendant, by and through her undersigned counsel, moves the Court for an Order modifying this Court's Order of February 12, 2009 (Docket No. 229) to allow Defendant two additional weeks to disclose the expert opinions of Dr. Yongdae Kim in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

The grounds for this Motion are identified in the Declaration of Brian N. Toder in support of this Motion for an extension of time to provide expert report electronically filed concurrently with this Motion.

Dated: February 19, 2009    Respectfully submitted,

**CHESTNUT & CAMBRONNE, P.A.**

By /s Brian N. Toder
   Brian N. Toder #17869X
   Bryan L. Bleichner, #0326689
   3700 Campbell Mithun Tower
   222 South Ninth Street
   Minneapolis, MN 55402
   (612) 339-7300
   Fax (612)336-2940

**ATTORNEYS FOR DEFENDANT**