# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br>**DEFENDANT'S NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that on March 19, 2009, at 10:00 a.m. in the U.S. Courthouse in Duluth, Minnesota, Courtroom 3, Defendant will move the Court for an order modifying the Order of February 12, 2009 (Docket No. 229) permitting Defendant to have two additional weeks to provide her expert's report.

The grounds for this Motion are identified in the Declaration of Brian N. Toder in support of this Motion for an extension of time to provide expert report electronically filed concurrently with this Notice.

Dated: February 19, 2009                Respectfully submitted,

**CHESTNUT & CAMBRONNE, P.A.**

By <u>/s Brian N. Toder</u>
    Brian N. Toder #17869X
    Bryan L. Bleichner, #0326689
    3700 Campbell Mithun Tower
    222 South Ninth Street
    Minneapolis, MN 55402
    (612) 339-7300
    Fax (612)336-2940

**ATTORNEYS FOR DEFENDANT**