UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Capitol Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on February 19, 2009, I caused the following documents:

1.  Defendant's Notice of Motion;
2.  Defendant's Motion for Additional Time to Serve Her Expert's Report; and
3.  Declaration of Brian N. Toder in Support of Defendant's Motion for Additional Time to Serve Her Expert's Report.

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> Laura G. Coates (#350175)
> Faegre & Benson, LLP
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN 55402-3901

> Timothy M. Reynolds
> Holme Roberts & Owen, LLP
> 1700 Lincoln Street
> Suite 4100
> Denver, CO 80203-4541

.
Dated:  February 19, 2009

/s/  Brian N. Toder
Brian N. Toder, #17869X
Chestnut & Cambronne, P.A.
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(651) 653-0990