# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br><br>**ORDER** |

Plaintiff has moved the Court for a continuance of the trial date presently calendared for May 11, 2009. Plaintiff's counsel has avowed, and the Court has been presented with no suggestion otherwise, that defendants do not take a position to the motion.

Good cause having been shown, IT IS ORDERED:

1. Plaintiff's Motion is GRANTED;

2. The previous Trial Order setting the trial date for May 11, 2009, is vacated; and

3. The trial has been continued to June 15, 2009 at 9:00 a.m. before Chief Judge Davis in Duluth, Minnesota.


Dated: February 25, 2009         s/Michael J. Davis
                                 Michael J. Davis
                                 Chief Judge
                                 United States District Court