## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Capitol Records, Inc., et al,**              Civil No. 06-1497 MJD /RLE
*a Delaware Corporation*

      **Plaintiff,**

**v.**                                         NOTICE OF
                                               <u>SETTLEMENT CONFERENCE</u>

**Jammie Thomas,**

      **Defendant.**

_____

A settlement conference will be held in the above-referenced matter on **March 30, 2009 and March 31, 2009 beginning at 9:00 a.m.,** <u>in Chambers</u>, Suite 15E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, before Chief Judge Michael J. Davis.

Counsel who <u>will actually try the case</u> and <u>each party</u>, <u>armed with full settlement authority</u>, shall be present.  If individuals are parties to this case, they shall be present.  If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present.  If an insurance company is involved, the responsible agent must be present.  This means that each party must attend through a person who has the <u>power</u> to change that party's settlement posture during the course of the conference.  If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied.

Trial counsel shall meet with one another on or before **March 16, 2009,** to seek to achieve an agreement to resolve this dispute.  If complete agreement is not reached, each attorney shall deliver to chambers on or before **March 23, 2009 by noon**, a letter which

shall include: (1) the parties' respective settlement positions before the meeting; (2) the parties' respective positions following the meeting; (3) a concise analysis of each remaining liability issue, with citation to relevant authority; (4) a reasoned, itemized computation of each element of the alleged damages, with a concise summary of the testimony of each witness who will testify in support of the damage computations; and (5) a reasoned analysis justifying their client's last stated settlement position as well as any additional information believed to be helpful to the process of reaching agreement.  This letter is for the Court's use only and should not be served on opposing counsel.

DATED: February 25, 2009

                                      s/Michael J. Davis
                                      MICHAEL J. DAVIS
                                      Chief Judge
                                      United States District Court