[Virgin Records America, Inc v. Thomas](#) — Doc. 240

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br>**DEFENDANT'S WITHDRAWAL OF MOTION** |

Defendant Jammie Thomas, by and through her undersigned counsel, advises that the Motion filed on February 19, 2009 as Docket No. 230, seeking an extension of time to serve a Rule 26 expert's report, is hereby withdrawn as Defendant has served the expert report thereby rendering the motion moot.

Dated: March 3, 2009	Respectfully submitted,

**CHESTNUT & CAMBRONNE, P.A.**


By <u>/s Brian N. Toder</u>
    Brian N. Toder #17869X
    Bryan L. Bleichner, #0326689
    3700 Campbell Mithun Tower
    222 South Ninth Street
    Minneapolis, MN 55402
    (612) 339-7300
    Fax (612)336-2940

**ATTORNEYS FOR DEFENDANT**