# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., | Case No.: 06-cv-1497-MJD-RLE |
| Plaintiffs, | JUDGE: Michael J. Davis |
| vs. | MAGISTRATE: Raymond L. Erickson |
| Jammie Thomas, | **MOTION OF DONALD B. VERRILLI, JR. TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |
| Defendant. | |

Undersigned counsel hereby respectfully withdraws his appearance as co-counsel for Plaintiffs Capitol Records, Inc., Sony BMG Music Entertainment, Arista Records LLC, Interscope Records, Warner Bros. Records Inc., and UMG Recordings, Inc. ("Plaintiffs"). Because Mr. Verrilli's participation is no longer necessary, the Plaintiffs are adequately represented by other counsel, and his withdrawal will not prejudice any party, it is respectfully requested that he be permitted to withdraw as counsel.

Respectfully submitted this 17th day of March 2009.

/s/ Donald B. Verrilli, Jr.
Donald B. Verrilli, Jr. (pro hac vice)
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6095

Timothy M. Reynolds (pro hac vice)
David A. Tonini (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

Felicia J. Boyd (No. 186168)
Leita Walker (No. 387095)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

CAPITOL RECORDS, INC., et al.,

    Plaintiffs,

vs.

Jammie Thomas,

    Defendant.

Case No.: 06-cv-1497-MJD-RLE

JUDGE: Michael J. Davis

MAGISTRATE: Raymond L. Erickson

**CERTIFICATE OF SERVICE**

---

I hereby certify that on March 17, 2009, I caused the following document:

**MOTION OF DONALD B. VERRILLI, JR. TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Kara L B Barrow**
  kbarrow@faegre.com,pskorude@faegre.com

- **Bryan L Bleichner**
  bbleichner@chestnutcambronne.com

- **Felicia J Boyd**
  fboyd@faegre.com,cOuellette@faegre.com,hjohnson@faegre.com

- **Gregory G Brooker**
  greg.brooker@usdoj.gov,noelle.corbo@usdoj.gov,usamn.ecfcivil@usdoj.gov

- **Carl E Christensen**
  carl@clawoffice.com

- **Prentiss E Cox**
  coxxx211@umn.edu,brune007@umn.edu

- **Tracey Holmes Donesky**
  tracey.donesky@leonard.com,molly.ocel@leonard.com

- **Robert Alan Garrett**
  robert.garrett@aporter.com

- **Rachel C Hughey**
  rhughey@ccvl.com,gbruns@ccvl.com

- **Adam D Kirschner**
  adam.kirschner@usdoj.gov

- **Eleanor M Lackman**
  eleanor.lackman@aporter.com

- **Corynne McSherry**
  corynne@eff.org,lety@eff.org

- **Andrew B Mohraz**
  andrew.mohraz@hro.com

- **Christine L Nessa**
  cnessa@oppenheimer.com,jmenk@oppenheimer.com

- **Timothy M Reynolds**
  timothy.reynolds@hro.com,anne.allen@hro.com

- **The Intellectual Property Institute at William Mitchell College of Law**
  iplaw@wmitchell.edu

- **The Progress & Freedom Foundation**
  tsydnor@pff.org

- **Brian N Toder**
  btoder@chestnutcambronne.com,cdawson@chestnutcambronne.com

- **David A Tonini**
  david.tonini@hro.com

- **Donald B Verrilli, Jr.**
  dverrilli@jenner.com

- **Mary Andreleita Walker**
  lwalker@faegre.com,mdilorenzo@faegre.com

- **Marie L van Uitert**
  mvanuitert@oppenheimer.com,kscott@oppenheimer.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: March 17, 2009

/s/ Donald B. Verrilli, Jr.
Donald B. Verrilli, Jr.