UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Capitol Records, Inc., a Delaware
corporation; Sony BMG Music
Entertainment, a Delaware general
partnership; Arista Records, LLC,
a Delaware corporation; Interscope
Records, a California general
partnership; Warner Bros. Records,
Inc., a Delaware corporation; and
UMG Recordings, Inc., a Delaware
corporation,

        Plaintiffs,

    vs.                                     SETTLEMENT CONFERENCE ORDER

Jammie Thomas,

        Defendant.                        Civ. No. 06-1497 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

Pursuant to instructions by the Hon. Chief Judge Michael J. Davis, a Settlement Conference in the above-entitled matter is set for **Tuesday, May 12, 2009, at 10:00 o'clock a.m.**, before Chief Magistrate Judge Raymond L. Erickson, in Court Room No. 3, Gerald W. Heaney Federal Building and United States Courthouse and Customhouse, 515 W. First St., Duluth, Minnesota, according to the following terms:

    1.    Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

    2.    At the Conference, counsel for each party shall be prepared to present a 20 minute summation, with such demonstrative aids as desired, of the factual and legal grounds upon which

their respective client is entitled to a Jury Verdict and to the entry of Judgment on that Verdict. Following the Summary Trial to the Court, the parties shall engage in a Court-assisted Mediation.

3.	The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure, and a continuance of the Conference will only be granted for good cause shown upon **formal Motion** served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

4.	Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

5.	Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

DATED: April 1, 2009          *s/Raymond L. Erickson*
                              Raymond L. Erickson
                              CHIEF U.S. MAGISTRATE JUDGE