# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Capitol Records, Inc., et al., | COURT MINUTES - CIVIL |
| | BEFORE: Raymond L. Erickson |
| Plaintiff, | Chief U.S. Magistrate Judge |
| vs. | Case No: Civ. No. 06-1497 (MJD/RLE) |
| | Date: May 12, 2009 |
| Jammie Thomas, | Court Reporter: |
| | Time Commenced: 10:00 a.m. |
| Defendant. | Time Concluded: 12:00 p.m. |
| | Time in Court: 2 Hours & 0 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

    Plaintiff:
    Defendant:

PROCEEDINGS:

☒ No settlement reached.

                                                                                           s/Victoria L. Miller
                                                                                             Judicial Assistant