Virgin Records America, Inc v. Thomas                                                Doc. 245

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>                Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br>**DEFENDANT'S COUNSEL'S SECOND MOTION TO WITHDRAW AS COUNSEL** |

      Defendant's undersigned counsel will move the Court for an order permitting him to withdraw as her attorney.

      Grounds for the motion are stated in the concurrently filed Defendant's Counsel's Memorandum of Law in Support of His Second Motion to Withdraw as Counsel.

      This motion is based upon the undersigned's concurrently filed, aforementioned memorandum, and upon the Declaration of Brian N. Toder filed under seal for *in camera* review, pursuant to Electronic Case Filing Procedures for the District of Minnesota X(B).

1

Dockets.Justia.com

Plaintiff's counsel, Timothy M. Reynolds, has authorized the undersigned to represent to the Court that plaintiffs take no position respecting the motion to withdraw, but oppose any continuance.

Defendant Jammie Thomas has submitted for filing her declaration in support of the motion and a waiver of any hearing.

Respectfully submitted,

Dated:  May 15, 2009                          **CHESTNUT & CAMBRONNE, P.A.**

By /s/  Brian N. Toder
Brian N. Toder  (No. 17869X)
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300
Fax (612) 336-2940

**ATTORNEYS FOR DEFENDANT**