# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>                Defendant. | Case No.  06-cv-1497 (MJD/RLE)<br><br><br><br>**DEFENDANT'S COUNSEL'S NOTICE OF SECOND MOTION TO WITHDRAW AS COUNSEL** |

TO:  Plaintiffs and their attorneys, Laura G. Coates, Faegre & Benson, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402; and Timothy M. Reynolds,  HOLME ROBERTS & OWEN LLP, 1700 Lincoln, Suite 4100, Denver, CO 80203.

      PLEASE TAKE NOTICE that on May 20, 2009, at 3:30 p.m. in the courtroom of the Honorable Michael J. Davis, Chief United States District Court Judge, Courtroom 15E, 300 South Fourth Street, Minneapolis, Minnesota 55415, defendant's undersigned counsel will move the Court for an order permitting him to withdraw as her attorney.

1

Dated:  May 15, 2009                **CHESTNUT & CAMBRONNE, P.A.**

By /s/  Brian N. Toder
Brian N. Toder  (No. 17869X)
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300
Fax (612) 336-2940

**ATTORNEYS FOR DEFENDANT**