IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br>v.<br><br>Jammie Thomas,<br>        Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br>DECLARATION OF<br>JAMMIE THOMAS-RASSET |

Jammie Thomas-Rasset declares as follows:

1. I am defendant above-named, and this is my declaration.

2. This Declaration is offered in support of Brian Toder's and Chestnut & Cambronne, P.A.'s motion to withdraw as my counsel.

3. I have no objection to such motion and waive any hearing.

I declare under penalty of perjury under the laws of the United States of America, particularly 28 U.S.C. § 1746, that the foregoing is true and correct and that this Declaration was executed on the 14 day of May, 2009 in Onamia, Minnesota.

Jammie Thomas-Rasset

1

Dockets.Justia.com