UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Capitol Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on May 15, 2009, I caused the following documents:

1. Defendant's Counsel's Notice of Second Motion to Withdraw as Counsel;
2. Defendant's Counsel's Second Motion to Withdraw as Counsel;
3. Defendant's Counsel's Memorandum of Law in Support of Second Motion to Withdraw as Counsel;
4. Declaration of Brian N. Toder; and
5. Declaration of Jammie Thomas

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> Felicia J. Boyd (#186168)
> Laura G. Coates (#350175)
> Faegre & Benson, LLP
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN 55402-3901
>
> Timothy M. Reynolds
> Andrew Mohraz
> Holme Roberts & Owen, LLP
> 1700 Lincoln Street
> Suite 4100
> Denver, CO 80203-4541

Dated: May 15, 2009

/s/ Brian N. Toder
Brian N. Toder, #17869X
Chestnut & Cambronne, P.A.
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(651) 653-0990