UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SUPPLEMENTAL CERTIFICATE OF SERVICE

Capitol Records, Inc., et al. v. Jammie Thomas
Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on May 15, 2009, I caused the following documents:

1. Defendant's Counsel's Notice of Second Motion to Withdraw as Counsel;
2. Defendant's Counsel's Second Motion to Withdraw as Counsel;
3. Defendant's Counsel's Memorandum of Law in Support of Second Motion to Withdraw as Counsel;
4. Declaration of Brian N. Toder (Placeholder only); and
5. Declaration of Jammie Thomas

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Felicia J. Boyd (#186168)
Laura G. Coates (#350175)
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Timothy M. Reynolds
Andrew Mohraz
Holme Roberts & Owen, LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203-4541

I further testify that I caused a copy of the foregoing documents to be e-mailed to Jammie Thomas-Rasset.

Dated:  May 15, 2009　　　　　/s/  Carol A. Dawson
　　　　　　　　　　　　　　　Carol A. Dawson, Paralegal
　　　　　　　　　　　　　　　Chestnut & Cambronne, P.A.
　　　　　　　　　　　　　　　3700 Campbell Mithun Tower
　　　　　　　　　　　　　　　222 South Ninth Street
　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　(612) 339-7300