Virgin Records America, Inc v. Thomas                                                                            Doc. 253

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>    Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br><br><br>**DECLARATION OF**<br>**K.A.D. CAMARA** |

K.A.D. Camara declares as follows:

1.   I am a partner in Camara & Sibley, 2339 University Blvd, Houston, Texas, and this is my declaration.

2.   This Declaration is offered in support of DEFENDANT'S COUNSEL'S MOTION FOR SUBSTITUTION OF COUNSEL AND AMENDMENT OF DEFENDANT'S COUNSEL'S SECOND MOTION TO WITHDRAW AS COUNSEL (DKT. NO. 245).

Dockets.Justia.com

3.      I am authorized by my firm to represent to the Court that I, and my firm, will represent defendant above-named for all further proceedings and will immediately undertake whatever procedures the Local Rules require to effect the substitution.

4.      I declare under penalty of perjury under the laws of the United States of America, particularly 28 U.S.C. § 1746, that the foregoing is true and correct and that this Declaration was executed on the 19th day of May, 2009 in Houston, Texas.


Dated: May 19, 2009                     /s   K.A.D. Camara
                                         K.A.D. Camara
                                         ID Nos. Texas 24062646
                                         Massachusetts 661087
                                         Camara & Sibley
                                         2339 University Blvd
                                         Houston, Texas  77005
                                         713-893-7973