IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>    Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br>**DECLARATION OF GARRETT BLANCHFIELD** |

Garrett Blanchfield declares as follows:

1. I am a partner in Reinhardt Wendorf & Blanchfield and this is my declaration.

2. This Declaration is offered in support of DEFENDANT'S COUNSEL'S MOTION FOR SUBSTITUTION OF COUNSEL AND AMENDMENT OF DEFENDANT'S COUNSEL'S SECOND MOTION TO WITHDRAW AS COUNSEL (DKT. NO. 245).

3. I am authorized by my firm to represent to the Court that I, and my firm, will represent defendant above-named for all further proceedings and will immediately undertake whatever procedures the Local Rules require to effect the substitution and move K.A.D. Camara as counsel *pro hac vice*.

I declare under penalty of perjury under the laws of the United States of America, particularly 28 U.S.C. § 1746, that the foregoing is true and correct and that this Declaration was executed on the 19th day of May, 2009 in St. Paul, Minnesota.

Dated: May 19, 2009 /s /MWMMXX///
Garrett Blanchfield/#209855
Reinhardt Wendorf & Blanchfield
E1250 First National Bank Bldg.
332 Minnesota St.
St. Paul, MN 55101
651-287-2100