UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

Capitol Records, Inc., et al. v. Jammie Thomas

Case No. 06-cv-1497 (MJD/RLE)

I hereby certify that on May 19, 2009, I caused the following documents:

1. Defendant's Counsel's Motion for Substitution of Counsel and Amendment of Defendant's Counsel's Second Motion to Withdraw as Counsel (Dkt. No. 245);
2. Declaration of K.A.D. Camara; and
3. Declaration of Garrett Blanchfield

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> Felicia J. Boyd (#186168)
> Laura G. Coates (#350175)
> Faegre & Benson, LLP
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN 55402-3901
>
> Timothy M. Reynolds
> Andrew Mohraz
> Holme Roberts & Owen, LLP
> 1700 Lincoln Street
> Suite 4100
> Denver, CO 80203-4541

and via EMAIL to:

> Jammie Thomas-Rasset
> 20397 Madson Ave
> Brainerd, MN 56401-7232

Dated:  May 19, 2009        /s/  Brian N. Toder
                            Brian N. Toder, #17869X
                            Chestnut & Cambronne, P.A.
                            3700 Campbell Mithun Tower
                            222 South Ninth Street
                            Minneapolis, MN 55402
                            (651) 653-0990