# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Capitol Records, Inc. et al.,<br>*A Delaware Corporation*<br><br>         Plaintiffs,<br><br>v.<br><br>Jammie Thomas<br><br>         Defendant. | **COURT MINUTES**<br>BEFORE: Michael J. Davis<br>U.S. District Chief Judge<br><br>Case No:           06-cv-1497 (MJD/RLE)<br>Date:              May 20, 2009<br>Deputy:            Kristine Wegner<br>Court Reporter:    Lori Simpson<br>Time Commenced:    3:30 p.m.<br>Time Concluded:    3:50 p.m.<br>Time in Court:     20 minutes |

**Hearing on: Second Motion to Withdraw as Attorney and to Continue[245] Motion to Substitute Attorney [252]**

APPEARANCES:

   Plaintiff:    Andrew Mohraz, Felicia Boyd, Timothy Reynolds, and Matthew Oppenheim
   Defendant:  Brian Toder, Garrett Blanchfield, Joe Sibley, and Timothy Nyberg

PROCEEDINGS:

Motions were moved, argued and granted. An order shall follow.

Date:   May 20, 2009                                                        s/Kristine Wegner
                                                                                  Calendar Clerk to Chief Judge Michael J. Davis