Virgin Records America, Inc v. Thomas                                                                                    Doc. 258

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| CAPITOL RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>Jammie Thomas,<br><br>          Defendant. | Case No. 06-cv-1497 (MJD/RLE)<br><br><br>**ORDER** |

On May 19, 2009, Brian N. Toder, counsel to defendant, filed a motion captioned as "Defendant's Counsel's Motion for Substitution of Counsel and Amendment of Defendant's Counsel's Second Motion to Withdraw as Counsel (Dkt. No. 245)." (Dkt. No. 252). The motion amends the motion to withdraw (Dkt. No. 245) by converting it to a Notice of Withdrawal, moving to substitute counsel as provided in Local Rule 83.7(b).

Local Rule 83.7(b) requires leave of the Court if the substitution takes place fewer than 90 days before trial, which is the case presented as the trial is calendared for June 15.

1

Dockets.Justia.com

Defendant's counsel has filed a declaration executed by the law firm of Reinhardt, Wendorf & Blanchfield and Garret Blanchfield, certifying that they will be substituted counsel and will move the Court allowing the law firm of Camara & Sibley to appear as lead trial counsel, pro hac vice. (Dkt. No. 254)

Defendant's counsel has also filed a declaration of K.A.D. Camara certifying that he and his firm, Camara & Sibley, will act as substituted counsel. (Dkt. No. 253).

Defendant's counsel's motion is supported by defendant's declaration (Dkt. No. 249), and the Court is satisfied that plaintiffs have no objection to the substitution, provided a continuance of all further proceedings is not required.

Defendant's counsel's motion advises that no continuance is sought, and the Court is satisfied that the substitution will not delay the trial or progress of the case.

THEREFORE, IT IS ORDERED: Good cause having been shown, the motion of Brian N. Toder to withdraw as counsel and to permit substitution of counsel is granted.

BY THE COURT

Dated: May 20, 2009

s/ Michael J. Davis
Michael J. Davis
Chief United States District Court Judge