# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Capitol Records, Inc. et al.,<br>*A Delaware Corporation*<br><br>    Plaintiffs,<br><br>v.<br><br>Jammie Thomas<br><br>    Defendant. | **AMENDED: COURT MINUTES**<br>BEFORE: Michael J. Davis<br>U.S. District Chief Judge<br><br>Case No: 06-cv-1497 (MJD/RLE)<br>Date: May 20, 2009<br>Deputy: Kristine Wegner<br>Court Reporter: Lori Simpson<br>Time Commenced: 3:30 p.m.<br>Time Concluded: 3:50 p.m.<br>Time in Court: 20 minutes |

**Hearing on:** **Second Motion to Withdraw as Attorney and to Continue[245]**
**Motion to Substitute Attorney [252]**

Defendant move to change the name of the Defendant for the official court record. The Clerk's Office shall change the name of the Defendant on the Court Docket to Jammie Thomas-Rasset and the former name should be listed as Jammie Thomas. The Clerk's Office shall change the short case name on the docket as well.

APPEARANCES:

 Plaintiff: Andrew Mohraz, Felicia Boyd, Timothy Reynolds, and Matthew Oppenheim
 Defendant: Brian Toder, Garrett Blanchfield, Joe Sibley, and Timothy Nyberg

PROCEEDINGS:

 Motions were moved, argued and granted. An order shall follow.

Date: May 20, 2009

                      s/Kristine Wegner
                  Calendar Clerk to Chief Judge Michael J. Davis