Virgin Records America, Inc v. Thomas                                                                    Doc. 260

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

CAPITOL RECORDS INC.,
a Delaware corporation;
SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership;
ARISTA RECORDS LLC,
a Delaware limited liability company;
INTERSCOPE RECORDS,
a California general partnership;
WARNER BROS. RECORDS INC.,
a Delaware corporation; and
UMG RECORDINGS, INC.,
a Delaware corporation;

      Plaintiffs,

v.  **ORDER**
Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS,

      Defendant.
_____

**IT IS HEREBY ORDERED**:

The May 20, 2009 Third Amended Date Certain Trial Notice [Docket No. 256] is amended as follows:

    1.    The pretrial motions hearing shall be heard on Wednesday, June 10, 2009, at 9:00 a.m. in a courtroom to be determined in the United States Courthouse, 300 South Fourth Street,

1

dockets.Justia.com

Minneapolis, Minnesota. Plaintiffs' trial counsel, Defendant's trial counsel, and Defendant are required to be present for this hearing.

2. The trial shall commence on Monday, June 15, 2009, at 9:00 a.m. and will be held in Courtroom 15E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: May 22, 2009
s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court