# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; INTERSCOPE RECORDS; WARNER BROS. RECORDS INC.; and UMG RECORDINGS INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMMIE THOMAS**, <br><br> *Defendants*. | Case No. 06-cv-1497 (MJD/RLE) <br> JURY DEMANDED |

## DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS

Pursuant to the Court's pre-trial Order, Defendant Jammie Thomas hereby hereby submits her proposed *Voir Dire* questions as follows:

1. Do any members of the panel work in the music recording, records, or entertainment industry?

2. Do any members of the panel have family members who work in the music recording, records, or entertainment industry?

3. Do any members of the panel work in the information technology or internet industry?

4. Do any members of the panel have family members who work in the information technology or internet industry?

5. Do any members of the panel believe that anyone sued for illegal music downloading must be guilty?

6. Which members of the panel listen to music on the internet?

1

7. Which members of the panel use MP3 players or Ipods?

8. Which members of the panel have read about illegal music downloading in the newspapers or print media or seen reports of it on television?

9. Which members of the panel have read about this trial in the print media or seen reports of it on television?

    Respectfully submitted,

    /s/ K.A.D. Camara
    K.A.D. Camara
    Camara & Sibley LLP
    2339 University Boulevard
    Houston, Texas 77005
    713 893 7973
    713-583-1131 (fax)
    camara@camarasibley.com

    Garrett Blanchfield
    Brant D. Penney
    Reinhardt, Wendorf & Blanchfield
    332 Minnesota Street, Suite E-1250
    St. Paul, Minnesota 55101
    651-287-2100
    651-287-2103
    g.blanchfield@rwblawfirm.com

    *Attorneys for Defendant Jammie Thomas*

Dated: June 1, 2009