UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

CAPITOL RECORDS INC.,
a Delaware corporation;
SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership;
ARISTA RECORDS LLC,
a Delaware limited liability company;
INTERSCOPE RECORDS,
a California general partnership;
WARNER BROS. RECORDS INC.,
a Delaware corporation; and
UMG RECORDINGS, INC.,
a Delaware corporation;

      Plaintiffs,

v.                            **ORDER**
                             Civil File No. 06-1497 (MJD/RLE)

JAMMIE THOMAS-RASSET,

      Defendant.
_____

In accordance with the Court's oral order during the June 16, 2009 hearing, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

    1.    Defendant's Motion to Exclude Trial Exhibit 4 [Docket No. 323 ] is

     **GRANTED**.

2.    Defendant's Objection to Admission of Non-Certified Copies of Sound Recordings and Other Testimony to Prove Contents of Copyrighted Works [Docket No. 322] is **DENIED**.

Dated:   June 16, 2009                            s/ Michael J. Davis
                                                                                Michael J. Davis
                                                                                 Chief Judge
                                                                                 United States District Court