**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

CHAMBERS OF
MICHAEL J. DAVIS
CHIEF JUDGE
UNITED STATES COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5070

On June 18, 2009, you sent a note to the Court stating: "We are missing Sheryl Crow's CD Run Baby Run."

The Court's answer is as follows: There was no CD containing Sheryl Crow's "Run, Baby, Run" admitted into evidence. Only the single of Sheryl Crow's "Run, Baby, Run" was admitted into evidence.

Dated: 6-18-09

Michael J. Davis
Chief Judge

SCANNED JUN 24 2009 U.S. DISTRICT COURT MPLS