**IN THE UNITED STATES OF DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

CAPITOL RECORDS, INC., *et al.*,

        Plaintiffs,

v.

JAMMIE THOMAS-RASSET,

        Defendant.

Case No.: 06cv1497-MJD/RLE

**ORDER GRANTING UNOPPOSED**
**MOTION TO EXTEND BRIEFING**
**DEADLINES**

---

This matter is before the Court on Plaintiffs' Unopposed Motion to Extend Briefing Deadlines ("Motion"). Having considered the Motion, and being sufficiently advised, the Court hereby ORDERS that the Motion is GRANTED. Therefore, it is hereby ORDERED that:

1.    The briefing schedule deadlines set by the Court in its Briefing Notice of July 8, 2009 (Doc. No. 345) are here VACATED.

2.    Opposition to the Motion to Amend/Correct Judgment (Doc. No. 342) and the Motion for a New Trial, Remittitur, and to Alter or Amend the Judgment (Doc. No. 344) shall be filed by August 12, 2009.

3.    All replies to the motions shall be filed by August 19, 2009.

DONE this 15th day of July 2009.

s/Michael J. Davis
Honorable Michael J. Davis
Chief United States District Judge