# IN THE UNITED STATES OF DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

CAPITOL RECORDS, INC., *et al.*,

    Plaintiffs,

vs.

JAMMIE THOMAS-RASSET,

    Defendant.

Case No.: 06cv1497-MJD/RLE

**UNOPPOSED MOTION FOR BRIEF EXTENSIONS TO FILE OPPOSITION AND REPLY BRIEFS**

---

    Plaintiffs respectfully submit this Unopposed Motion for Brief Extensions to File Opposition and Reply Briefs and state as follows:

    1.    On June 19, 2009, the Court entered Judgment against Defendant. (Doc. No. 338.)

    2.    The parties each filed post-trial motions on July 6, 2009. Plaintiffs filed a Motion to Amend Judgment (Doc. No. 342) and Defendant filed a Motion for a New Trial, Remittitur, and to Alter or Amend the Judgment (Doc. No. 344).

    3.    On July 8, 2009, the Court issued a Briefing Notice (Doc. No. 345), instructing that opposition briefs be filed by July 22, 2009 and replies by July 29, 2009.

    4.    Based on Plaintiffs' Unopposed Motion to Extend Briefing Deadlines (Doc. No. 346), the Court entered an Order (Doc. No. 348) amending the briefing schedule to allow the parties to file opposition briefs by August 12, 2009 and replies by August 19, 2009.

    5.    Plaintiffs now respectfully request a brief two-day extension of the deadline to file their opposition brief to accommodate certain Plaintiffs' representatives who are out of the office and traveling at this time. The brief extension will allow Plaintiffs to finalize their opposition brief and file it by Friday, August 14, 2009.

6. Undersigned counsel for Plaintiffs has conferred with counsel for Defendant regarding this motion. Defendant has no objection to the motion provided that the deadline for oppositions and replies be extended for all parties. Plaintiffs' counsel was unable to confer with counsel for the United States of America, which has entered an appearance in this case, regarding the filing of its opposition brief, should it decide to file one.

7. Accordingly, Plaintiffs respectfully submit that good cause exists for extending the briefing schedule in this case by two days, to August 14, 2009 for opposition briefs and August 21, 2009 for reply briefs. No party would be prejudiced were this Court to grant the requested extension.

WHEREFORE, Plaintiffs respectfully request that the Court extend the briefing schedule on post-trial motions by two days, and enter an order resetting the following deadlines for all parties: (1) opposition briefs due by August 14, 2009, and (2) reply briefs due by August 21, 2009.

A form of order is attached for the Court's convenience.

Respectfully submitted this 11th day of August 2009.

/s/ Andrew B. Mohraz
Timothy M. Reynolds (pro hac vice)
David A. Tonini (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

Matthew J. Oppenheim (pro hac vice)
THE OPPENHEIM GROUP, LLP
7304 River Falls Drive
Potomac, Maryland 20854
Telephone: (301) 299-4986
Facsimile:  (866) 766-1678

Felicia J. Boyd (No. 186168)
Leita Walker (No. 387095)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile:  (612) 766-1600

ATTORNEYS FOR PLAINTIFFS

#1423812 v1 den