**IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

CAPITOL RECORDS, INC., *et al.*,

    Plaintiffs,

v.

JAMMIE THOMAS-RASSET,

    Defendant.

Case No.: 06cv1497-MJD/RLE

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY BRIEFS**

---

This matter is before the Court on Plaintiffs' Unopposed Motion for Extension to File Reply Briefs ("Motion").  Having considered the Motion, and being sufficiently advised, the Court hereby ORDERS that the Motion is GRANTED.  Therefore, it is hereby ORDERED that:

1. The deadline to file reply briefs as set by the Court in its Order of August 12, 2009 (Doc. No. 351) is hereby VACATED.

2. Any replies to the Motion to Amend/Correct Judgment (Doc. No. 342) and the Motion for a New Trial, Remittitur, and to Alter or Amend the Judgment (Doc. No. 344) shall be filed by August 28, 2009.

DONE this 21st day of August 2009.

                                        <u>s/Michael J. Davis</u>
                                        Michael J. Davis
                                        Chief Judge
                                        United States District Court