**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **CAPITOL RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; INTERSCOPE RECORDS; WARNER BROS. RECORDS INC.;** and **UMG RECORDINGS INC.**,<br><br>*Plaintiffs*,<br>v.<br><br>**JAMMIE THOMAS**,<br><br>*Defendants*. | Case No. 06-cv-1497 (MJD/RLE)<br>JURY DEMANDED |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**

I, Garrett D. Blanchfield, Jr. certify that the Reply in Support of Motion for a New Trial, Remittitur, and to Alter or Amend the Judgment complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum uses a proportionally spaced Times New Roman typeface, 13-point and contains 1,152 words.

Dated:  August 28, 2009

                                  REINHARDT, WENDORF & BLANCHFIELD

                            By:    s/Garrett D. Blanchfield
                                    Garrett D. Blanchfield, Jr., 209855
                                    E-1250 First National Bank Building
                                    332 Minnesota Street
                                    St. Paul, Minnesota 55101
                                    Phone: (651) 287-2100
                                    Fax: (651) 287-2103

                                    Attorneys for Defendant