### IN THE UNITED STATES OF DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

CAPITOL RECORDS, INC., *et al*.,

        Plaintiffs,

vs.

JAMMIE THOMAS-RASSET,

        Defendant.

Case No.: 06cv1497-MJD/RLE

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

      Plaintiffs respectfully submit the attached decision in *Verizon California Inc., et al. v. OnlineNIC*, No. C 08-2832 JF (RS), 2009 WL 2706393 (N.D. Cal. Aug. 25, 2009) (attached as Exhibit A hereto), as supplemental authority in support of Plaintiffs' Response in Opposition to Defendant's Motion for a New Trial, Remittitur, and to Alter or Amend the Judgment ("Opposition," Doc. No. 353). The *Verizon California* decision addresses the standards applicable to a due process challenge to an award of statutory damages. *See* 2009 WL 2706393 at *6-9.

#1432087 v1 den

Respectfully submitted this 1st day of October 2009.

/s/ Timothy M. Reynolds
Timothy M. Reynolds (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

Matthew J. Oppenheim (pro hac vice)
THE OPPENHEIM GROUP, LLP
7304 River Falls Drive
Potomac, Maryland 20854
Telephone: (301) 299-4986
Facsimile: (866) 766-1678

Felicia J. Boyd (No. 186168)
Leita Walker (No. 387095)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR PLAINTIFFS