# IN THE UNITED STATES OF DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

CAPITOL RECORDS, INC., *et al.*,

        Plaintiffs,

vs.

JAMMIE THOMAS-RASSET,

        Defendant.

Case No.: 06cv1497-MJD/RLE

**CERTIFICATE OF SERVICE**

---

I hereby certify that on October 1, 2009, I caused the following documents:

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Kara L B Barrow**
  kbarrow@faegre.com,pskorude@faegre.com
- **Garrett D. Blanchfield, Jr.**
  g.blanchfield@rwblawfirm.com
- **Bryan L Bleichner**
  bbleichner@chestnutcambronne.com
- **Felicia J Boyd**
  fboyd@faegre.com,cOuellette@faegre.com,hjohnson@faegre.com
- **Gregory G Brooker**
  greg.brooker@usdoj.gov,noelle.corbo@usdoj.gov,usamn.ecfcivil@usdoj.gov
- **K.A.D. Camara**
  camara@camarasibley.com
- **Carl E Christensen**
  carl@clawoffice.com
- **Prentiss E Cox**
  coxxx211@umn.edu,brune007@umn.edu
- **Tracey Holmes Donesky**
  tracey.donesky@leonard.com,molly.ocel@leonard.com
- **Robert Alan Garrett**
  robert.garrett@aporter.com
- **Rachel C Hughey**
  rhughey@ccvl.com,gbruns@ccvl.com

#1432897 v1 den

- **Adam D Kirschner**
  adam.kirschner@usdoj.gov
- **Eleanor M Lackman**
  eleanor.lackman@aporter.com
- **Corynne McSherry**
  corynne@eff.org,lety@eff.org
- **Andrew B Mohraz**
  andrew.mohraz@hro.com
- **Christine L Nessa**
  cnessa@oppenheimer.com,jmenk@oppenheimer.com
- **Matthew J. Oppenheim**
  matt@oppenheimgroup.net
- **Timothy M Reynolds**
  timothy.reynolds@hro.com,anne.allen@hro.com
- **The Intellectual Property Institute at William Mitchell College of Law**
  iplaw@wmitchell.edu
- **The Progress & Freedom Foundation**
  tsydnor@pff.org
- **Joe Sibley**
  sibley@camarasibley.com
- **David A Tonini**
  david.tonini@hro.com
- **Mary Andreleita Walker**
  lwalker@faegre.com,mdilorenzo@faegre.com
- **Marie L van Uitert**
  mvanuitert@oppenheimer.com,kscott@oppenheimer.com

I further certify that I caused copies of the foregoing documents to be sent by e-mail to the following non-ECF participants:

None.

Dated: October 1, 2009

/s/ Timothy M. Reynolds
Timothy M. Reynolds