# IN THE UNITED STATES OF DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al*., | Case No.: 06cv1497-MJD/RLE |
| Plaintiffs, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO NOTIFY COURT REGARDING PLAINTIFFS' POSITION ON REMITTITUR** |
| JAMMIE THOMAS-RASSET, | |
| Defendant. | |

This matter is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Notify Court Regarding Plaintiffs' Position on Remittitur ("Motion," Doc. No. 367). Having considered the Motion, and being sufficiently advised, the Court hereby ORDERS that the Motion is GRANTED. Therefore, it is hereby ORDERED that Plaintiffs shall file a notification of their decision regarding remittitur no later than February 8, 2010.

DONE this 27th day of January 2010.

s/Michael J. Davis
Hon. Michael J. Davis
Chief Judge
United States District Court

Dockets.Justia.com