# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAMMIE THOMAS-RASSET,<br><br>    Defendant. | Civ. No.:  06-cv-1497 MJD/RLE<br><br><br>**NOTICE OF WITHDRAWAL<br>OF COUNSEL** |

**TO:** **Clerk of Court, United States District Court for the District of Minnesota, and Counsel in the above-named action:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, attorney **Kara L.B. Barrow**, hereby withdraws as counsel for Plaintiffs Virgin Records America, Inc., Capitol Records, Inc., Sony BMG Music Entertainment, Arista Records LLC, Interscope Records, Warner Bros. Records Inc., and UMG Recordings, Inc. in this case.  Plaintiffs continue to be represented by other counsel from Holme Roberts & Owen LLP and Faegre & Benson LLP already of record in this case.

Date: January 28, 2010

Respectfully submitted,

/s Felicia J. Boyd
Felicia J. Boyd (#186168)
Leita A. Walker (#387095)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Facsimile:  (612) 766-1600

OF COUNSEL
Timothy M. Reynolds (pro hac vice)
David A. Tonini (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

ATTORNEYS FOR PLAINTIFFS

fb.us.4790713.01