UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Capitol Records, Inc. et al.,　　　　　　　　　　　　　　Civil File No.06-cv-1497
*a Delaware Corporation*

　　　　　　　　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Jammie Thomas-Rasset,
*formerly known as Jammie Thomas*
　　　　　　　　　　Defendant.

---

　　　　A court may appoint a special master pursuant to Federal Rule of Civil Procedure 53 if circumstances warrant. The Court, believing the issues in this action are of a complicated nature, finds that it is appropriate to appoint a special master for settlement purposes in this matter.

　　　　Accordingly, **IT IS ORDERED** that:

　　　　Jonathan Lebedoff is appointed special master pursuant to Federal Rule of Civil Procedure 53 in this matter, Civil No.06-cv-1497, Capitol Records, et al. v. Jammie Thomas-Rasset.

　　　　a.　　The special mater is empowered to call such meetings of the parties as deemed necessary to promote meaningful settlement discussions.

　　　　b.　　Parties shall contact Jonathan Lebedoff as soon as possible. The settlement proceedings shall take place prior to July 16, 2010.

　　　　　　　Jonathan Lebedoff, Private Mediator
　　　　　　　4900 IDS Center
　　　　　　　80 South 8th Street
　　　　　　　Minneapolis, MN 55402
　　　　　　　Phone: 612-338-0505, Fax 612-338-0101
　　　　　　　Website: www.jlebedoff.com

　　　　c.　　The special master shall be compensated at the rate of $400.00 per hour. Compensation of the special master shall be apportioned as follows: The fees incurred for the settlement proceedings shall be paid by Plaintiff.

Dated: June 18, 2010

　　　　　　　　　　　　　　　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court