Holme Roberts & Owen LLP®
*Attorneys at Law*

DENVER

September 22, 2010

*Filed Via CM/ECF*

BOULDER

Hon. Michael J. Davis
Chief Judge of the U.S. District Court
   for the District of Minnesota
15E U.S. Courthouse
COLORADO SPRINGS      300 South Fourth Street
Minneapolis, Minnesota 55415

Re:   *Capitol Records, Inc., et al. v. Thomas-Rasset*,
DUBLIN            Case No. 06cv1497 (MJD/LIB)

Dear Chief Judge Davis:

LONDON

I write on behalf of Plaintiffs in the above matter. On June 9, 2010, Plaintiffs filed an Unopposed Motion to Reset Pretrial Deadlines and to Request Final Pretrial Conference ("Motion," Doc. No. 373). Since that time, the Court has, upon the parties' request, reset the trial date, and the parties have proceeded in accordance with the Amended Date Certain Trial Notice (Doc. No. 380) issued

LOS ANGELES

on August 9, 2010. Therefore, Plaintiffs' Motion is now moot. Accordingly, Plaintiffs respectfully withdraw the Motion.

Respectfully submitted,

MUNICH

*[signature]*

Andrew B. Mohraz

PHOENIX

cc:   Timothy M. Reynolds, Esq.
      Matthew J. Oppenheim, Esq.
      K.A.D. Camara, Esq.
SALT LAKE CITY        Joe Sibley, Esq.


SAN FRANCISCO

Andrew B. Mohraz  303.866.0254  andrew.mohraz@hro.com
1700 Lincoln Street, Suite 4100  Denver, Colorado 80203-4541  *tel* 303.861.7000  *fax* 303.866.0200
#1494692 v1 den