# IN THE UNITED STATES OF DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.*, | Case No.: 06cv1497 (MJD/LIB) |
| Plaintiffs, | **LR 7.1 WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO RECONSIDER REMITTITUR ORDER** |
| vs. | |
| JAMMIE THOMAS-RASSET, | |
| Defendant. | |

I, Timothy M. Reynolds, certify that **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO RECONSIDER REMITTITUR ORDER** complies with Local Rule 7.1(d).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, (10.6612.6626) SP3, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 1,959 words.

Dated:   October 20, 2010

/s/ Timothy M. Reynolds
Timothy M. Reynolds