# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

CAPITOL RECORDS, INC., et al.,

       Plaintiffs,


v.                      **ORDER**
                        Civil File No. 06-1497 (MJD/LIB)

JAMIE THOMAS-RASSET,

       Defendant.

---

On November 1, 2010, Professor Charles Nesson filed an unsolicited brief entitled "Amicus Curiae Brief on the Issue of Jury Instructions."  [Docket No. 413]  Nesson is not a party in this action; nor does he represent any party in this action.  Nesson has not asked for permission to intervene or to file an amicus brief.  Moreover, he has filed a brief regarding a jury instruction issue that was already fully briefed, argued, and decided more than one week ago.



Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

The unsolicited brief filed as Docket No. 413 is hereby **STRICKEN** from the record.


Dated:   November 1, 2020          s/ Michael J. Davis
                                   Michael J. Davis
                                   Chief Judge
                                   United States District Court