UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CAPITOL RECORDS, INC., et al.,

    Plaintiffs,

v.                                  **ORDER**
                                      Civil File No. 06-1497 (MJD/LIB)

JAMIE THOMAS-RASSET,

    Defendant.

On November 1, 2010, Professor Charles Nesson filed an unsolicited brief entitled "Amicus Curiae Brief on the Issue of Jury Instructions." [Docket No. 413] Nesson is not a party in this action; nor does he represent any party in this action. Nesson has not asked for permission to intervene or to file an amicus brief. Moreover, he has filed a brief regarding a jury instruction issue that was already fully briefed, argued, and decided more than one week ago.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1

The unsolicited brief filed as Docket No. 413 is hereby **STRICKEN** from the record.

Dated: November 1, 2020         s/ Michael J. Davis
                                Michael J. Davis
                                Chief Judge
                                United States District Court