UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **CAPITOL RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; INTERSCOPE RECORDS; WARNER BROS. RECORDS INC.;** and **UMG RECORDINGS INC.**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMMIE THOMAS-RASSET**,<br><br>*Defendant*. | Case No. 06-cv-1497 (MJD/LIB) |

## MOTION FOR LEAVE TO FILE AN AMICUS BRIEF

Charles Nesson, the William F. Weld Professor of Law at Harvard Law School and Founder and Faculty Co-Director of the Berkman Center for the Internet & Society, hereby moves for leave to file the accompanying *amicus curiae* brief on the issue of jury instruction in the above-captioned matter.

Dated: November 1, 2010         Respectfully submitted,

Charles Nesson
1525 Massachusetts Ave, G501
Cambridge, MA 02138
(617) 495-4609