UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; INTERSCOPE RECORDS; WARNER BROS. RECORDS INC.; and UMG RECORDINGS INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMMIE THOMAS, <br><br> Defendant. | Case No. 06-cv-1497 (MJD/RLE) <br> JURY DEMANDED |

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2010. I caused the following documents:

1.  *Amicus Curiae* Brief on the Issue of Jury Instruction

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Kara L B Barrow
  kbarrow@faegre.com,pskorude@faegre.com

- Garrett D Blanchfield , Jr
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com

- Bryan L Bleichner
  bbleichner@chestnutcambronne.com

- Felicia J Boyd
  fboyd@faegre.com,cOuellette@faegre.com,hjohnson@faegre.com

- Gregory G Brooker
  greg.brooker@usdoj.gov,noelle.corbo@usdoj.gov,usamn.ecfcivil@usdoj.gov

- Carl E Christensen
  carl@clawoffice.com

- Prentiss E Cox
  coxxx211@umn.edu,brune007@umn.edu

- Tracey Holmes Donesky
  tracey.donesky@leonard.com,molly.ocel@leonard.com

- Robert Alan Garrett
  robert.garrett@aporter.com

- Rachel C Hughey
  rhughey@merchantgould.com,cnystrom@merchantgould.com

- Adam D Kirschner
  adam.kirschner@usdoj.gov

- Eleanor M Lackman
  eleanor.lackman@aporter.com

- Corynne McSherry
  corynne@eff.org,lety@eff.org

- Andrew B Mohraz
  andrew.mohraz@hro.com

- Christine L Nessa
  cnessa@oppenheimer.com,jmenk@oppenheimer.com

- Timothy M Reynolds
  timothy.reynolds@hro.com,anne.allen@hro.com

- The Intellectual Property Institute at William Mitchell College of Law
  iplaw@wmitchell.edu

- The Progress & Freedom Foundation
  tsydnor@pff.org

- David A Tonini
  david.tonini@hro.com

- Mary Andreleita Walker
  lwalker@faegre.com,mdilorenzo@faegre.com

- Marie L van Uitert
  mvanuitert@oppenheimer.com,kscott@oppenheimer.com

Dated: November 1, 2010 *s/Charles R. Nesson*  
Charles Nesson  
1525 Massachusetts Ave, G501  
Cambridge, MA 02138  
(617) 495-4609