IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **CAPITOL RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; INTERSCOPE RECORDS; WARNER BROS. RECORDS INC.;** and **UMG RECORDINGS INC.**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMMIE THOMAS**,<br><br>*Defendants*. | Case No. 06-cv-1497 (MJD/RLE)<br>JURY DEMANDED |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**

I, Charles Nesson certify that the *Amicus Curiae* Brief on the Issue of Jury Instruction complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum uses a proportionally spaced Century Schoolbook typeface, 12-point and contains 2,127 words.

Dated: November 1, 2010