# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL TRIAL

| | |
|---|---|
| Capitol Records, et al. *a Delaware Corporation,* | **COURT MINUTES** BEFORE: Michael J. Davis U.S. District Chief Judge |
| Plaintiffs, | |
| v. | Case No:  06-cv-1497 (MDJ/LIB) Date:  November 2, 2010 Court Reporter:  Lori Simpson Time Commenced:  9:00 a.m. -11:30 a.m.   11:40 a.m. - 12:00 p.m.   1:40 p.m. - 4:45 p.m. |
| Jammie Thomas-Rasset, *formerly known as Jammie Thomas* | |
| Defendant. | Time Concluded:  4:45 p.m. Time in Court:  6 hours and 55 minutes |

APPEARANCES:

    Plaintiff:            Timothy Reynolds, Andrew Mohraz, Matthew Oppenheim, and Felicia Boyd.
    Defendant:       Kiwi Camara, Joe Sibley, and Brant Penney
    Pro Hac Vice Atty: Professor Charles Nesson

PROCEEDINGS:

- ☒ Motion for Leave to File an Amicus Brief by Professor Charles Nesson was moved and granted.
- ☒ Jury Selection and Jury Impaneled.
- ☒ Trial - Began.
- ☒ Opening Statements.
- ☒ Trial Held.
- ☒ Plaintiff's Witnesses: Wade Leak, Christopher Connelly, and Dr. Doug Jacobson
- ☒ Trial Continued to November 3, 2010 at 9:00 a.m.


Date: November 2, 2010                                                                                                                            s/KW
                                                                                              Calendar Clerk to Chief Judge Michael J. Davis