# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL TRIAL

| | |
|---|---|
| Capitol Records, et al. *a Delaware Corporation,* Plaintiffs, v. Jammie Thomas-Rasset, *formerly known as Jammie Thomas* Defendant. | **COURT MINUTES** BEFORE: Michael J. Davis U.S. District Chief Judge |

| | |
|---|---|
| Case No: | 06-cv-1497 (MJD/LIB) |
| Date: | November 3, 2010 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 9:00 a.m.- 10:30 a.m. |
| | 10:45 a.m. - 1:30 p.m. |
| | 2:00 p.m . - 4:35 p.m. |
| | 4:45 p.m. - 4:50 p.m. |
| | 6:25 p.m. - 6:40 p.m . |
| Time Concluded: | 6:40  p.m. |
| Time in Court: | 7 hours and 10 minutes |

APPEARANCES:

Plaintiff:     Timothy Reynolds, Andrew Mohraz, Matthew Oppenheim, and Felicia Boyd.
Defendant:   Kiwi Camara, Joe Sibley, and Brant Penney

PROCEEDINGS:

- ☒ Trial - Continued.
- ☒ Opening Statements.
- ☒ Trial Held.
- ☒ Plaintiff's Witnesses:  Jammie Lee Thomas-Rasset, JoAn Cho, and Silda Palerm,
- ☒ Plaintiff Rests
- ☒ Defendant Witness:    Dr. Doug Jacobson
- ☒ Defendant Rests
- ☒ Defendant's Directed Motions were Denied
- ☒ Jury Instruction Charge Conference.
- ☒ Jury Instructions and Verdict Form read into the record
- ☒ Jury Deliberations began at 4:25 p.m.
- ☒ Jury Question and Answer read into the record at 4:45 p.m.
- ☒ Verdict Received at 6:20 p.m.
- ☒ Verdict Rec'd for: Plaintiffs. Jury determined Damages were $62,500 per song for 24 songs Total damage in the  amount to $1.5 million.
- ☒ Trial Ended

Date: November 3, 2010                                                                                        s/KW
                                                            Calendar Clerk to Chief Judge Michael J. Davis