Cap. v Records v. Thomas Rasset
06-1497
Jury question #2
rec'd 11-3-10 at 5:40pm

May we continue our deliberations tonight until 6:00PM?

[redacted]

SCANNED NOV - 4 2010 U.S. DISTRICT COURT MPLS