Copy Records c-Thomas Rassett
06-1497
11-3-10 at 6:05 pm
Ty arsw #3

We're Closer Much

can we go to
6:30 pm

SCANNED
NOV - 4 2010
U.S. DISTRICT COURT MPLS