# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CAPITOL RECORDS, INC., et al.,

    Plaintiffs,

v.

**SPECIAL VERDICT FORM**
Civil File No. 06-1497 (MJD/LIB)

JAMIE THOMAS-RASSET,

    Defendant.

## VERDICT FORM

We, the jury impaneled in this matter, hereby answer the Special Verdict questions put to us as follows:

1. What statutory damages do you award to the plaintiff who owns the following copyrighted works ($750-$150,000)?

Capitol Records, Inc. for Richard Marx, "Now and Forever":

$ __62,500__

Sony BMG Music Entertainment for Destiny's Child, "Bills, Bills, Bills":

$ __62,500__

Sony BMG Music Entertainment for Journey, "Don't Stop Believin'":

$ 62,500

Sony BMG Music Entertainment for Journey, "Faithfully":

$ 62,500

Sony BMG Music Entertainment for Gloria Estefan, "Coming Out of the Dark":

$ 62,500

Sony BMG Music Entertainment for Gloria Estefan, "Here We Are":

$ 62,500

Sony BMG Music Entertainment for Gloria Estefan, "Rhythm Is Gonna Get You":

$ 62,500

Arista Records LLC for Sarah McLachlan, "Building a Mystery":

$ 62,500

Arista Records LLC for Sarah McLachlan, "Possession":

$ 62,500

Interscope Records for No Doubt, "Bathwater":

$ __62,500__

Interscope Records for No Doubt, "Different People":

$ __62,500__

Interscope Records for No Doubt, "Hella Good":

$ __62,500__

Warner Bros. Records Inc. for Goo Goo Dolls, "Iris":

$ __62,500__

Warner Bros. Records Inc. for Green Day, "Basket Case":

$ __62,500__

Warner Bros. Records Inc. for Linkin Park, "One Step Closer":

$ __62,500__

UMG Recordings, Inc. for Aerosmith, "Cryin'":

$ __62,500__

UMG Recordings, Inc. for Bryan Adams, "Somebody":

$ 62,500

UMG Recordings, Inc. for Def Leppard, "Pour Some Sugar On Me":

$ 62,500

UMG Recordings, Inc. for Guns N Roses, "November Rain":

$ 62,500

UMG Recordings, Inc. for Guns N Roses, "Welcome to the Jungle":

$ 62,500

UMG Recordings, Inc. for Janet Jackson, "Let's Wait Awhile":

$ 62,500

UMG Recordings, Inc. for Reba McEntire, "One Honest Heart":

$ 62,500

UMG Recordings, Inc. for Sheryl Crow, "Run, Baby, Run":

$ 62,500

UMG Recordings, Inc. for Vanessa Williams, "Save the Best for Last":

$ __62,500__

**SIGN AND DATE THE VERDICT:**

**SO SAY WE ALL**, this ___3rd___ day of November, 2010.

_____
(Print Jury Foreperson's Name)


_____
(Jury Foreperson's Signature)