# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

CAPITOL RECORDS INC.,
a Delaware corporation;
SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership;
ARISTA RECORDS LLC,
a Delaware limited liability company;
INTERSCOPE RECORDS,
a California general partnership;
WARNER BROS. RECORDS INC.,
a Delaware corporation; and
UMG RECORDINGS, INC.,
a Delaware corporation;

         Plaintiffs,

v.                   **JUDGMENT IN A CIVIL CASE**
                         Civil File No. 06-1497 (MJD/LIB)

JAMMIE THOMAS-RASSET,

         Defendant.

_____

     This action came before the Court for a trial by jury.  The issues have been

tried and the jury has rendered its verdict.

     **IT IS ORDERED AND ADJUDGED THAT:**

     Judgment is entered in favor of Plaintiffs and against Defendant as follows:

1

1.      Capitol Records, Inc. – $62,500 for the 1 sound recording, for a total of $62,500.

2.      Sony BMG Music Entertainment – $62,500 for each of the 6 sound recordings, for a total of $375,000.

3.      Arista Records LLC – $62,500 for each of the 2 sound recordings, for a total of $125,000.

4.      Interscope Records – $62,500 for each of the 3 sound recordings, for a total of $187,500.

5.      Warner Bros. Records Inc. – $62,500 for each of the 3 sound recordings, for a total of $187,500.

6.      UMG Recordings, Inc. – $62,500 for each of the 9 sound recordings, for a total of $562,500.

Dated:   November 8, 2010                         s/ Michael J. Davis
                                                  Michael J. Davis
                                                  Chief Judge
                                                  United States District Court