# IN THE UNITED STATES OF DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

CAPITOL RECORDS, INC., *et al.*,

    Plaintiffs,

vs.

JAMMIE THOMAS-RASSET,

    Defendant.

Case No.: 06cv1497 (MJD/LIB)

**PLAINTIFFS' EXHIBIT LIST**

---

Pursuant to the Amended Date Certain Trial Notice (Doc. No. 380, ¶ 1b), Plaintiffs respectfully submit the attached trial exhibit list.

Respectfully submitted this 20th day of September 2010.

/s/ Timothy M. Reynolds
Timothy M. Reynolds (pro hac vice)
David A. Tonini (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

Matthew J. Oppenheim (pro hac vice)
THE OPPENHEIM GROUP, LLP
7304 River Falls Drive
Potomac, Maryland 20854
Telephone: (301) 299-4986
Facsimile: (866) 766-1678

Felicia J. Boyd (No. 186168)
BARNES & THORNBURG LLP
100 South Fifth Street, Suite 1100
Minneapolis, Minnesota 55402-1298
Telephone: (612) 333-2111
Facsimile: (612) 333-6789

ATTORNEYS FOR PLAINTIFFS

SCANNED
NOV 0 8 2010
U.S. DISTRICT COURT MPLS

#1492615 v1 den

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

CAPITOL RECORDS, INC., et al.,

V.

JAMMIE THOMAS-RASSET

**PLAINTIFFS' EXHIBIT LIST**

Case Number: 06cv1497 (MJD/LIB)

| PRESIDING JUDGE: Hon. Michael J. Davis | | PLAINTIFF'S ATTORNEY: Timothy M. Reynolds, Esq. | | | DEFENDANT'S ATTORNEY: K.A.D. Camara, Esq. | |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): November 1, 2010 | | COURT REPORTER: | | | COURTROOM DEPUTY: | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | DEF.'S OBJECTIONS |
|---|---|---|---|---|---|---|
| 1 | | | | 11-2 | Amended Exhibit A to Complaint (list of Plaintiffs' copyrighted sound recordings) | 802, 1002, 1006 |
| 2 | | | | 11-2 | Amended Schedule 1 (list of additional copyrighted sound recordings of Plaintiffs) | 802, 1002, 1006 |
| 3 | | | | | Certified Copies of Certificates of Registration of Sound Recording Copyrights for Sound Recordings listed in Amended Exhibit A and in Amended Schedule 1 | 26, 37, 106, 802, 901, 902, 1002, 1003, 1004, 1005 |
| 4 | | | | | | |
| 5 | | | | 11-3 | Legitimate copies of the Compact Disks containing the sound recordings infringed by Defendant | 26, 37, 402, 403, 802, 901, 902, 1002, 1003, 1004, 1005 |
| 6 | | | | 11-2 | Screenshots of Defendant's computer shared folder from February 21, 2005 (attached to Complaint as Exhibit B) | 402, 403, 602, 702, 802 |
| 7 | | | | 11-2 | Systemlog from February 21, 2005 | 402, 403, 602, 702, 802 |
| 8 | | | | | UserLog (compressed) from February 21, 2005 | 402, 403, 602, 702, 802, 1006 |
| 9 | | | | 11-2 | UserLog from February 21, 2005 | 402, 403, 602, 702, 802 |

#1492609 v2 den

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | | | | 11-2 | Download Logs from February 21, 2005 | 402, 403, 602, 702, 802 |
| 11 | | | | | Trace of February 21, 2005 | 402, 403, 602, 702, 802 |
| 12 | | | | 11-2 | Copies of the MP3 sound recordings downloaded from Defendant's computer on February 21, 2005 | 402, 403, 602, 702, 802 |
| 13 | | | | 11-2 | Log of instant messages sent to Defendant's computer and message text | 402, 403, 602, 702, 802 |
| 14 | | | | | April 18, 2005 Subpoena to Charter Communications, Inc. | 402, 403, 602, 702, 802 |
| 15 | | | | 11-3 | April 22, 2005 Important Legal Notice from Charter Communications, Inc. to Defendant | 402, 403, 602, 702, 802 |
| 16 | | | | 11-2 | May 19, 2005 Response of Charter Communications, Inc. to April 18, 2005 Subpoena | 402, 403, 602, 702, 802 |
| 17 | | | | 11-2 | April 3, 2007 Letter of Charter Communications to Defendant's legal counsel with attached billing records and Charter Communications, Inc. Modem Lease Status | 402, 403, 602, 702, 802 |
| 18 | | | | 11-3 | Best Buy Sales/Service History for Defendant | 402, 403, 602, 702, 802 |
| 19 | | | | 11-2 | Letter from Shook Hardy & Bacon L.L.P. to Defendant, dated August 19, 2005 | 402, 403, 802 |
| 20 | | | | 11-3 | Map of Defendant's home | 402, 802 |
| 21 | | | | 11-2 | Curriculum Vitae of Dr. Doug Jacobson | 403, 802 |
| 22 | | | | 11-2 | Supplemental Declaration and Expert Report of Dr. Doug Jacobson, dated May 29, 2007 | 403, 702, 802 |
| 23 | | | | 11-3 | Screenshots of Defendant's computer desktop | 402, 403, 802 |
| 24 | | | | 11-3 | Cached Pages from Defendant's computer of EA Sports, Match.com, and Yahoo showing "tereastarr" username | 402, 403, 802 |
| 25 | | | | 11-2 | List of Defendant's CDs compiled by Defendant | 402, 403, 802 |
| 26 | | | | | List of Sound Recordings found on the hard drive supplied by Defendant. | 402, 403, 802 |
| 27 | | | | | Playlists from Defendant's computer | 402, 403, 802 |
| 28 | | | | | Demonstrative exhibits | |
| 29 | | | | | Any exhibits necessary for impeachment or rebuttal | |

#1492609 v2 den

| 30 | | | | | Plaintiffs reserve the right to add additional exhibits depending on Defendant's witness and exhibit designations | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

31         11.3  Stipulated by
                    Both
                    parties

Page 2 of __2__ Pages