## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CAPITOL RECORDS INC.; SONY BMY MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; INTERSCOPE RECORDS; WARNER BROS. RECORDS INC.; and UMG RECORDINGS INC., <br>          Plaintiffs, <br> v. <br><br> JAMMIE THOMAS-RASSET <br>          Defendant. | Case No. 06-cv-1497 (MJD/RLE) |

**MOTION FOR LEAVE TO FILE AN AMICUS BRIEF**

Charles Nesson, the William F. Weld Professor of Law at Harvard Law School and Founder and Faculty Co-Director of the Berkman Center for the Internet & Society, hereby moves for leave to file the accompanying *amicus curiae* brief.

Dated: November 19, 2010                    Respectfully submitted,

Charles Nesson
1525 Massachusetts Ave, G501
Cambridge, MA 02138
(617) 495-4609