UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CAPITOL RECORDS, INC., et al.,

    Plaintiffs,

v.   **ORDER**
    Civil File No. 06-1497 (MJD/LIB)

JAMIE THOMAS-RASSET,

    Defendant.

This matter is before the Court on Professor Charles Nesson's Motion for Leave to File an Amicus Brief [Docket No. 430]. The Court has fully considered Professor Nesson's submissions and concludes that the proposed brief would not be of assistance to the Court.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

Professor Charles Nesson's Motion for Leave to File an Amicus Brief [Docket No. 430] is **DENIED**.

Dated:  December 7, 2010    s/ Michael J. Davis
                                            Michael J. Davis
                                            Chief Judge
                                            United States District Court