UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil File No. 06-1497 (MJD/LIB)

| | |
|---|---|
| CAPITOL RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; INTERSCOPE RECORDS; WARNER BROS. RECORDS INC.; and UMG RECORDINGS INC. | NOTICE OF APPEAL |
| Plaintiffs, | |
| v. | |
| JAMMIE THOMAS-RASSET | |
| Defendant. | |

Notice is hereby given that plaintiffs Capitol Records Inc.; Sony BMG Music Entertainment; Arista Records LLC; Interscope Records; Warner Bros. Records Inc.; and UMG Recordings Inc., in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Court's September 24, 2008 Order; the Court's July 22, 2011 Order and the Court's July 22, 2011 Judgment.

Dated: August 22, 2011

By: s/Felicia J. Boyd
Felicia J. Boyd (#186168)
BARNES & THORNBURG LLP
225 South Sixth Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 367-8729
Facsimile: (612) 333-6798
E-mail: felicia.boyd@btlaw.com

Timothy M. Reynolds (pro hac vice)
Andrew B. Mohraz (pro hac vice)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

Paul D. Clement
BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, D.C. 20036
Telephone: (202) 234-0090
Facsimile: (202) 234-2806
E-mail: pclement@bancroftpllc.com

Matthew J. Oppenheim Esq.
OPPENHEIM + ZEBRAK, LLP
7304 River Falls Drive
Potomac MD 20854
Telephone:  (301) 299-4986
Facsimile:  (866) 766-1678

ATTORNEYS FOR PLAINTIFFS