UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

CAPITOL RECORDS INC.,
a Delaware corporation;
SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership;
ARISTA RECORDS LLC,
a Delaware limited liability company;
INTERSCOPE RECORDS,
a California general partnership;
WARNER BROS. RECORDS INC.,
a Delaware corporation; and
UMG RECORDINGS, INC.,
a Delaware corporation;

      Plaintiffs,

v.                               **JUDGMENT IN A CIVIL CASE**
                                   Civil File No. 06-1497 (MJD/LIB)

JAMMIE THOMAS-RASSET,

      Defendant.
_____

     Pursuant to the Opinion of the Eighth Circuit Court of Appeals dated September 11, 2012, and the Mandate issued November 2, 2012, the Court hereby enters the following judgment.

**IT IS ORDERED AND ADJUDGED THAT:**

Judgment is entered in favor of Plaintiffs and against Defendant as follows:

1. Capitol Records, Inc. – $9,250 for the 1 sound recording, for a total of $9,250.

2. Sony BMG Music Entertainment – $9,250 for each of the 6 sound recordings, for a total of $55,500.

3. Arista Records LLC – $9,250 for each of the 2 sound recordings, for a total of $18,500.

4. Interscope Records – $9,250 for each of the 3 sound recordings, for a total of $27,750.

5. Warner Bros. Records Inc. – $9,250 for each of the 3 sound recordings, for a total of $27,750.

6. UMG Recordings, Inc. – $9,250 for each of the 9 sound recordings, for a total of $83,250.

Furthermore, Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the copyrighted recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, or to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all

copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: November 20, 2012   s/ Michael J. Davis
　　　　　　　　　　　　　　 Michael J. Davis
　　　　　　　　　　　　　　 Chief Judge
　　　　　　　　　　　　　　 United States District Court